UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F02-0021--CV (RRB)
"CAROL BOLT V USA"

Including terminated parties, excluding terminated counsel

```
Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 12/17/02
          Closed: NO


    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:


  Nature of Suit: (360) Other personal injury

          Origin: (1) Original Proceeding
          Demand: 200,000
      Filing fee: Paid $150.00 on 12/17/02 receipt # 40100240
        Trial by: Court
```

Parties of Record:                          Counsel of Record:

---

PLF 1.1          BOLT, CAROL                    Robert A. Sparks
                                                Law Offices Robert Sparks
                                                1552 Noble Street
                                                Fairbanks, AK 99701
                                                907-451-0875
                                                FAX 907-451-9385


DEF 1.1          UNITED STATES OF AMERICA       Stephen Cooper
                                                U.S. Attorney's Office
                                                101 12th Avenue, Box 2
                                                Fairbanks, AK 99701
                                                907-456-0245
                                                FAX 907-456-0577

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F02-0021--CV (RRB)
"CAROL BOLT V USA"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 12/17/02
           Closed: NO


    Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (360) Other personal injury

           Origin: (1) Original Proceeding
           Demand: 200,000
       Filing fee: Paid $150.00 on 12/17/02 receipt # 40100240
         Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/17/02 | Complaint filed; Summons issued to U.S. Attorney's Fairbanks Office and U.S. Attorney General's office in Washington, D.C. only. |
| 2 - 1 | 01/08/03 | PLF 1 Return of Service Executed on U.S. Attorney General and U.S. Attorney's Office by Certified Mail. |
| 3 - 1 | 02/07/03 | PLF 1 (AMENDED) Return of Service Executed on U.S. Attorneys Office, Fairbanks, Alaska by certified mail return receipt dated 2-05-03. |
| 4 - 1 | 04/03/03 | DEF 1 Answer to Complaint. |
| 5 - 1 | 04/07/03 | PLF 1 Return of Service Executed on 03/19/03 of summons and complaint on USA. |
| 6 - 1 | 04/15/03 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 7 - 1 | 05/13/03 | PLF 1; DEF 1 Report re: Status and Discovery Needs and Preliminary Joint Statement of Issues. |
| 8 - 1 | 05/16/03 | RRB Scheduling and Planning Order setting pretrial ddlns: Original disc 04/30/04; disp mots ddln 06/01/04; 10 day TBC estimate. cc: cnsl |
| 9 - 1 | 06/03/03 | PLF 1 motion and Memorandum to Amend Schedules and Planning Order. |
| 10 - 1 | 06/10/03 | PLF 1 non-opposition to PLF 1 motion and Memorandum to Amend Schedules and Planning Order (9-1). |
| 11 - 1 | 06/12/03 | RRB Minute Order granting motion and memorandum to amend scheduling and planning order (9-1).  The time to add other parties and/or to amend pleadings is extended to the close of business on 8/29/03.  cc: cnsl |
| 12 - 1 | 08/29/03 | PLF 1 motion and Memorandum to Amend Complaint. |
| 13 - 1 | 09/09/03 | DEF 1 opposition (Response) to PLF 1 motion and Memorandum to Amend Complaint (12-1). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F02-0021--CV (RRB)
"CAROL BOLT V USA"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 09/17/03 | PLF 1 reply to opposition to PLF 1 motion and Memorandum to Amend Complaint (12-1). |
| 15 - 1 | 10/30/03 | RRB Minute Order granting motion and Memorandum to Amend Complaint (12-1).  cc: cnsl |
| 16 - 1 | 10/31/03 | PLF 1 Complaint (Amended). |
| 17 - 1 | 02/12/04 | PLF 1; DEF 1 Stipulation to Reschedule Case Deadlines. |
| 17 - 2 | 02/20/04 | RRB Order granting stipultion to reschedule case deadlines (17_1). setting the following dates: Discovery to close 08/30/04; Dispositive motions deadline 10/01/04. cc: cnsl |
| 18 - 1 | 06/09/04 | PLF 1; DEF 1 Stipulation for extension of deadline for exchange of expert reports and expert witness lists to 08/01/04. Counsel for plaintiff is withdrawing from the case. |
| 19 - 1 | 06/30/04 | PLF 1; DEF 1 Stip to reschedule case ddlns. |
| 19 - 2 | 07/02/04 | RRB Order granting stipulation Stip to reschedule case ddlns (19-1); terminating in light of this order: stipulation Stipulation for extension of deadline for exchange of expert reports (18-1).  cc: Cnsl |
| 20 - 1 | 08/02/04 | PLF 1; DEF 1 Second Stip to reschedule case ddlns; close of disc 5/1/05; disp mots & mot in limine 6/15/04. |
| 20 - 2 | 08/10/04 | RRB Order granting second stipulation to reschedule case ddlns (20-1) & setting the following dates: Discovery to close 05/01/05; Dispositive motions deadline 06/15/05. cc: cnsl |
| 21 - 1 | 03/01/05 | PLF 1; DEF 1 Stipulation to reschedule case deadlines, filing of lay witness list extended to 04/01/05 and filing of expert witness list and expert reports extended to 05/16/05. |
| 21 - 2 | 03/01/05 | Order granting stipulation to reschedule case deadlines (21-1). cc: cnsl |
| 22 - 1 | 03/11/05 | PLF 1; DEF 1 Stipulation to reschedule case deadlines, discovery until June 1,2005, dispositive and limine motions until August 31,2005, expert discovery until June 30,2005. |
| 22 - 2 | 03/11/05 | Order granting stipulation to reschedule case deadlines, discovery until June 1,2005, dispositive motion deadline 08/31/2005.  (22-1)    cc: cnsl |
| 23 - 1 | 03/11/05 | DEF 1 Answer to amended Complaint. |
| 24 - 1 | 03/14/05 | RRB Minute Order setting status conference for 03/25/05 at 11:00 a.m. cc: cnsl |
| 25 - 1 | 03/25/05 | RRB Court Minutes [ECR: Jennifer Kemp].  Status conference held 3-25-05. Court advised Government to prepare and serve plaintiff with supplemental responses to interrogatories within 2 weeks. Court advised plaintiff to prepare and provide Government with responses as soon as possible.  cc: cnsl and Judge Beistline. |
| 26 - 1 | 04/01/05 | PLF 1 Witness List. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F02-0021--CV (RRB)
"CAROL BOLT V USA"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 27 - 1 | 04/04/05 | DEF 1 Final Witness List excluding retained experts. |
| 28 - 1 | 05/11/05 | PLF 1; DEF 1 Stipulation to reschedule case deadlines. |
| 28 - 2 | 05/18/05 | RRB Order setting the following dates: Discovery to close 10/30/05; Dispositive motions deadline 12/15/05. cc: cnsl |
| 29 - 1 | 08/15/05 | PLF 1; DEF 1 Stipulation to reschedule case deadlines. |
| 29 - 2 | 08/29/05 | RRB Order granting stipulation to reschedule case deadlines. (29-1) & setting the following dates: Discovery to close as to experts 02/28/06; Final Dispositive motions deadline 04/15/06. cc: cnsl |
| 30 - 1 | 10/31/05 | DEF 1 Stipulation for further rescheduling of case deadlines. |
| 30 - 2 | 11/03/05 | RRB Order granting stipulation for further rescheduling of case deadlines (30-1) & setting the following dates: Discovery to close 04/15/06; Dispositive motions deadline 06/01/06.  No further extentions will be granted. cc: cnsl |