IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | Case No. 4:02-cv-21-RRB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | **[Proposed]** |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter having come before the Court on the motion of defendant, the United States of America, for summary judgment pursuant to Rule 56, Federal Rules of Civil Procedure, plaintiff having responded, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that defendant's motion is GRANTED, and this action is hereby DISMISSED with prejudice, with costs to defendant.

Let Judgment issue accordingly.


Date:_____        _____
                                  The Honorable Ralph R. Beistline
                                  United States District Judge