DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | Case No. 4:02-cv-021-RRB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | **TABLE OF CONTENTS** |
| | ) | **FOR EXHIBITS OF MOTION** |
| Defendant. | ) | **FOR SUMMARY JUDGMENT** |
| _____ | ) | |

## TABLE OF CONTENTS

                                                                                           <u>Pages</u>

Exhibit 1 (Declaration of Mae Harrell). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-4

     Attachment A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

     Attachment B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-12

     Attachment C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-9

Exhibit 2 (Local Climatological Data). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-4

Exhibit 3 (DOD Directive) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Exhibit 4 (DOD Housing Management-1993) . . . . . . . . . . . . . . . . . . . . . . . . . . 1-8

Exhibit 5 (Army Housing Management-1999) . . . . . . . . . . . . . . . . . . . . . . . . . .1-13

Exhibit 6 (Housing Occupants Handbook-1971) . . . . . . . . . . . . . . . . . . . . . . 1-5

Exhibit 7 (Declaration of John Curry) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-7

      Attachment A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-5

Exhibit 8 (Declaration of Michael Meeks). . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-5

Exhibit 9 (Declaration of Richard Lowe). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-4

     Attachment A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Exhibit 10 (Sajid Khan Transcription of Deposition) . . . . . . . . . . . . . . . . . . . . . .1-15

     Attachment A (cassette tape, not included herein, reference only). . . . . . . . .

     Attachment B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

     Attachment C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Exhibit 11 (Excerpt of memorandum, interview of Plaintiff, 13 August, 2001) . . . 2