DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT,             )<br>                         )<br>        Plaintiff,     )<br>   v.                    )<br>                         )<br>UNITED STATES OF AMERICA )<br>                         )<br>        Defendant.       )<br>_____) | Case No. 4:02-cv-21-RRB<br><br>**ERRATA TO MOTION**<br>**FOR SUMMARY JUDGMENT** |

       COMES NOW Defendant, the United States of America, and submits errata to the Motion for Summary Judgment filed by defendant on January 31, 2006.

       Upon filing of said motion on January 31, 2006, the electronic filing system accepted the Motion, the Proposed Order and the Table of Contents for Exhibits, but the system would not accept the Exhibits. Calls to the help desk resulted in a plan to file this Errata along with attachments consisting of the Exhibits which defendant attempted to file on January 31. At first the plan was to submit these

through defendant's Anchorage office instead of Fairbanks as a possible way to get the electronic filing system to accept them. However, the exhibits have now been re-scanned as new pdf copies of the original exhibits.

Therefore, a renewed attempt is now made to submit the present Errata and attach hereto the new pdf copies of the same documents defendant attempted to file with the Motion for Summary Judgment on January 31, 2006, consisting of the eleven (11) exhibits and their attachments, as itemized in the Table of Contents filed with the Motion for Summary Judgment on January 31, 2006.

DATED this 6th day of February, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s//STEPHEN COOPER
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028

**CERTIFICATE OF SERVICE**
I certify that a true copy of the foregoing
**ERRATA TO MOTION FOR SUMMARY JUDGMENT**,
was sent to Robert A. Sparks on February 6, 2006, via electronic means

s//STEPHEN COOPER

2