**EXHIBIT 1**

DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska  99701
(907) 456-0245

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT,                     ) | No. F02-0021 CV (RRB) |
| )                                               | |
| Plaintiff,        ) | |
| )                                               | |
| vs.                             ) | **DECLARATION OF W. MAE** |
| )                                               | **HARRELL UNDER 28 U.S.C.** |
| UNITED STATES OF AMERICA,       ) | **§ 1746** |
| )                                               | |
| Defendant.       ) | |
| _____ ) | |

I, W. Mae Harrell, declare under penalty of perjury:

      1.    I am Chief of the Housing Division at Fort Wainwright, Alaska. From 1994 through 2003, I was Housing Manager at this post.  In that capacity I was responsible for assignments and termination of family housing, ensuring that family housing residents have a copy of the current Residents' Handbook, ensuring

1

Exhibit 1  Page 1

that residents follow the terms of the Residents' Handbook, selecting the Area

Coordinator for each family housing area and helping that person coordinate the

residents' performance of their duties as stated in the Residents' Handbook.

2.    The Residents' Handbook is issued by the Housing office with

approval by the Post Commander, based on the current post Snow Removal Policy,

applicable regulations and other applicable requirements from higher authority. It

is revised periodically, but not always every year. Its requirement for residents to

ensure that adjoining and common areas are free of trash, snow and ice reflects the

requirement of Army Regulation 210-50, Installations Housing Management,

requiring residents to carry out common area responsibilities, the Army Handbook

for Family Housing Occupants, 210-2, requiring residents to take proper care of

parking areas, driveways, walks and areas around garbage containers as well as

other common grounds, including removal of ice and snow and sanding of icy

conditions on paved and stabilized areas, the Fort Wainwright Snow Removal

Policy which through the years, including 1998-1999, requires residents to sand

hazardous areas, and the Conditions of Occupancy under which the residents

accept responsibility to promptly remove ice and snow as necessary or required.

Residents may obtain tools and supplies free of charge from the self-help center to

carry out these duties.

3.    From prior to 1996 through the present, when residents are

assigned to family housing quarters on post, they must sign "Conditions of

Occupancy" which states the residents' responsibilities, including maintenance of

grounds and the requirement to "promptly remove ice and snow as necessary or

required." Attachment A hereto is a true copy of the original Conditions of

Occupancy on file in my office, signed by Kevin Bolt on October 1, 1996, showing

2

Exhibit 1 Page 2

that Bolt was assigned to family housing in Apartment 8, Building 4133 on Fort

Wainwright to begin occupancy November 20, 1996. My records also show that

Kevin Bolt vacated that same apartment September 23, 1999. His assignment to

family housing indicates that these quarters were to be occupied by Bolt and his

family.

4.    When residents are assigned to housing, they also must sign

for the Residents' Handbook which informs them of their duties and

responsibilities relating to their assigned housing unit and grounds and also to

adjoining and common areas. All persons residing in family housing are required

to be familiar with the contents of the Residents' Handbook. The Handbook also

contains a copy of the Conditions of Occupancy. My files no longer contain the

form showing the Bolts signed for the Handbook, but they would have received the

Handbook and signed for it. All residents are provided the Handbook and are

always required to sign for it in the ordinary course of fulfilling the requirements

of the Housing Division.

5.    Building 4133 no longer exists, but it was situated on Neely

Road as one of three buildings around a common parking lot with a dumpster in

the parking lot to serve the three buildings. Where residents of several buildings

share a common parking lot and dumpster, the common areas for which residents

are responsible for snow and ice removal include the dumpster area and driveways

shared by the occupants of the those buildings, and walkways to and from the

dumpster area. The residents' duty to keep common areas clear of snow and ice

are noted in the Residents' Handbook.

6.    The Residents' Handbook dated 1998 and 1999 is no longer

available in the records of my office. However, the 1995 edition and the 2002

3

Exhibit 1 Page 3

edition are among those records, and true copies of portions of them are attached hereto as Attachments B and C respectively. The snow and ice removal duties of residents of family housing as stated in these two editions of the Residents' Handbook are practically identical, with minor variations in terminology and in location within the Handbook. I was employed in the Housing office during the entire time between the dates of these two Handbooks and these provisions regarding residents' snow and ice removal duties did not undergo any significant change during that time. Any significant change would be evident in the later edition, and no such change is evident. Further, I have been familiar with the requirements of housing residents to keep common areas such as dumpster areas, driveways and walkways to and from dumpsters clear of trash, snow and ice, and those duties have not changed since I have been in the Housing office. These provisions which place on residents the responsibility to remove snow and ice in those areas were in effect in the 1998-1999 time frame.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2006.

W. Mae Harrell

4

Exhibit 1  Page 4

### CONDITIONS OF OCCUPANCY FOR MILITARY FAMILY HOUSING
### IAW AR 210-50

**OCCUPANCY:**

_Bogi, Kevin R._ is assigned to _41338_ to be occupied as military
**(name)**                       **(quarters address)**
family housing of the United States on, (date) _28 Nov 96_ .

**RESIDENT USE:**

The residents will use the premises solely as a single-family residence for themselves and their dependents. Use of the unit for any other purpose, including the shelter of any additional number of persons, except temporary guests, is prohibited without prior written consent of the housing representative.

**GOOD REPAIR:**

Except as otherwise provided herein, the housing authority will maintain the property in good repair and habitable condition and will be responsible for all repairs not due to the abuse or negligence of the resident, their dependents or guests during occupancy. Repairs or replacement of equipment provided due to normal wear and tear will also be at the expense of the housing authority.

**CONDITION OF PROPERTY:**

The housing authority and the resident will inspect the property, and both parties will agree that the property is in a fit and habitable condition, except for those damages or malfunctions itemized in writing on the pre-move-in inspection report. Copies of this report will be retained by the housing authority and resident. Any additional items noted by the resident must; be submitted; in writing and received by the housing authority within 15 days of occupancy. If additional items are not received by the housing authority within the 15-day period, the housing authority will consider the property to be in acceptable condition and suitable for occupancy.

**LIABILITY:**

The above-named resident is liable to the United States for damage to assigned housing and related equipment or furnishings, due to the resident's abuse or neglect. Liability for such damage is limited to one month's base pay, unless the damage was the result of the resident's gross negligence or willful misconduct. For example, a soldier is grossly negligent if he or she is aware of specific risks posed by the reckless, wanton, or deliberate conduct of family members or guests, and fails to exercise available opportunities to prevent the damage. In the absence of evidence to the contrary, soldiers will; be presumed to be on notice of risks attending the activities of those whom; the soldier allows upon the premises.

**INSURANCE:**

Private liability insurance is an option of the resident and should be considered as a safeguard against the potentially substantial liability described above.

## PETS:

Army housing and related equipment, and furnishings which are damaged by pets allowed on the premises by the resident will be repaired or replaced at the resident's expense. If pets are allowed on the premises, carpets will be cleaned a the termination of occupancy at the residents expense.

## PLUMBING AND APPLIANCES:

The resident must keep the premises, including all plumbing fixtures, facilities, and appliances, as clean and safe as condition permits and will attempt to unclog and keep clear all waste pipes, drains and water closets where possible. At the termination of occupancy, all appliances and equipment must be in good working order and the premises must be in good clean condition, normal wear and tear excepted.

## USE AND REPAIR OF FACILITIES:

The residents will use all electrical, plumbing, sanitary, heating, ventilating, air-conditioning, and other fixtures, facilities and appliances in or on the premises in a reasonable manner. Any damage caused by either the residents, their dependents, or guests beyond normal wear and tear will be repaired at the resident's expense.

## DAMAGING PROPERTY:

If the resident willfully or negligently destroys, defaces, damages, impairs, or removes any part of the premises (including fixtures, facilities, and appliances) or willfully or negligently permits any person to do so, replacement or repair will be at the resident's expense.

## GENERAL MAINTENANCE:

The residents will at their own expense; a)keep up and preserve in good condition any lawn, vines, shrubbery, and gardens and keep all fences in good repair, normal wear and tear excepted; b)remove leaves, sticks, and other debris that accumulates on the property; c)promptly remove ice and snow as necessary or required; d)furnish their own light bulbs; e)replace or repair all broken or damaged glass, screens, flooring, wood plaster, drywall, and locks occurring during their occupancy, normal wear and tear excepted. Any repairs or replacements of property, equipment, or appliances required due to the abuse or negligence by acts of commission or omission of the residents, their dependents or guests, will be paid for by the resident. The consent of the housing manager must be obtained before the resident places any exceptionally heavy articles such as water beds, in the unit which may damage the unit's structural integrity.

## NOTICE OF DEFECTS OR MALFUNCTIONS:

The resident must promptly notify the housing office whenever the structure or the equipment or any fixture contained therein becomes defective, broken, damaged or malfunctions in any way. If no notice is given, the resident will be held liable for any resultant damage.

## RESIDENT CONDUCT:

Residents will conduct themselves in a manner that will not disturb their neighbors.

## HEALTH AND SAFETY:

The resident will comply with all health and safety regulations imposed by the local command.

**SYSTEM OVERLOADS:**

The resident will not install or use any equipment that will overload any gas, water, heating, electrical, sewerage, drainage, or air-conditioning systems of the assigned premises.

**SMOKE DETECTORS:**

It is the responsibility of the resident to check smoke detectors periodically during occupancy and replace batteries, if appropriate, to keep the smoke detector in proper working condition. Any other malfunctions detected must be reported to the housing office.

**REDECORATING AND ALTERATIONS:**

The resident will obtain written consent from the housing authority before redecorating or making any alterations, additions, or improvements. Such alterations will, at the option of the housing authority, remain with the property or be removed by the resident. When removing such alterations the premises must be returned to its original condition at the expense of the resident.

**PERIODS OF ABSENCE:**

The resident must notify the housing office whenever extended absences from the housing unit is anticipated.

**ACCESS TO PROPERTY BY THE HOUSING MANAGERS AND THEIR DULY DESIGNATED REPRESENTATIVE:**

Upon reasonable notice to the resident and at reasonable times, the installation Commander or duly designated representative may enter the premises in order to a)inspect the property; b)make necessary repairs, alterations, or improvements; and c)supply necessary or agreed upon services. If the residents are not at home when the premises are to be entered, the housing representative will have (in decreasing order of preference) a representative from the resident's command or unit, a security officer, or a disinterested third party accompany him or her when entering the housing unit.

**NEGLECT AND COSTS:**

If at any time the housing authority is required to make repairs to the property or its equipment for damages caused by the abuse or negligence of the resident or the resident's dependents or guests, the resident understands that the repairs will be; made at the resident's expense. Residents are liable to pay the total expense for any loss or damage to assigned housing or related equipment or furnishings which is due to their gross negligence or willful misconduct. As appropriate, the housing residents will be afforded the right to complete the necessary repairs either by outside contractor or on their own; however, work must meet Government Inspection.

**I HAVE READ AND UNDERSTAND ALL OF THE CONDITIONS CONTAINED HEREIN.**

| _____ | _____ | _____ | _____ |
| SPONSOR | DATE | HOUSING REPRESENTATIVE | DATE |

| _____ | _____ |
| SPOUSE | DATE |

Attachment A Page 3

*1995*
*RESIDENTS'*
*HANDBOOK*

# FORT WAINWRIGHT
# ALASKA



1995



APVR-WPW-FH  (210-50)                                             1 April 1995

MEMORANDUM FOR New Housing Residents

SUBJECT  Welcome Letter

1.  On behalf of the Director of Public Works, the Chief of the Housing Department, Family Housing, Public Works Staff,  I would like to welcome you to your new home and wish you a happy and rewarding tour at Fort Wainwright.  Fort Wainwright is a community of both families and individuals.  It is important that we each take a personal interest in establishing and maintaining an attractive, pleasant living environment.

2.  This Resident Handbook contains several items designed to assist you in getting settled in your new home.  It also identifies your responsibilities as new residents of government housing, as well as the responsibilities of the Public Works Housing Organization and other post support activities.  You should become familiar with the information contained within this handbook and go over it with your family members.

3.  To help maintain effective communication with the residents of family quarters, the senior soldier of each building has been appointed as the Senior Occupant for the term of one year.  The Senior Occupant's job is to assist in keeping our community a harmonious place to live, as well as assisting the elected mayor of your housing area.  The Senior Occupant of your building will be contacting you within a few days to explain your responsibilities concerning the maintenance and policing of the area surrounding "your home," and other matters related to the residency of family quarters on Fort Wainwright.  It is expected that a cooperative relationship be developed among all residents, but should an incident occur or conditions exist that are beyond your authority or capacity to resolve, they will be brought to the attention of your Senior Occupant, Mayor or Post Services.

4.  Our objective is to make Fort Wainwright a safe, comfortable and attractive community in which to live, work and play.  In keeping with this objective you will find there may be many ongoing projects which will improve the quality of life for our residents, and we solicit the support and cooperation of you and your family in achieving this goal.  Your comments and suggestions for improvements are important to us, because pleasing you and your family members is the goal of the Fort Wainwright Housing Organization.  Please, take the time to fill out and return the customer questionnaire.

5.  Again, welcome to Fort Wainwright where Housing is focused on serving the needs of soldiers and families.

                                        SUZANNE M. HARRISON
                                        Housing Manager

## RESIDENT'S RESPONSIBILITIES

Please keep in mind that you are responsible for maintaining your home as a prudent homeowner. The words "your home" were chosen for their exact meaning. When you were given the keys to your assigned quarters, it became your home. Since it is your home you are expected to maintain it in a manner similar to that of any proud homeowner in a well maintained neighborhood. The care of your home and appliances, as in the private sector, is your responsibility. When you are ready to move, a clean, well maintained home sells quickly at a top market value. On the other hand, a home that has been neglected, or not kept cleaned or maintained, requires a lot of expense and hard labor to prepare it for a new resident. The Army, unlike some civilian landlords, has high standards when preparing a unit for a new resident.

This responsibility includes keeping your home and grounds in a clean, orderly, sanitary, and safe condition. As a sponsor, you are responsible for ensuring that your quarters, grounds, and equipment, are not subject to abuse or neglect, and that the premises are not used for commercial, illegal or immoral purposes. The care and cleaning of your home's appliances and fixtures is strictly your responsibility. You are expected to maintain your home in accordance with good housekeeping practices as outlined in the Quarters Cleaning Guidelines . NOTE: These guidelines may change prior to your clearance from quarters, and an updated booklet will be provided to you at your Housing Outprocessing Briefing.

Occupancy of government quarters carries with it a responsibility for some self-reliance by doing "handyman" type work. Specifically, Self-Help type jobs are those which would be done by a prudent homeowner to conserve funds and to preserve the individual premises. Caring for your Army home is a cooperative effort amongst you, other residents and the maintenance workers. All residents must attend a MANDATORY Self-Help briefing within 30 days of signing for quarters. If the class is not attended within this period of time, no items will be issued until the class is attended. The class is held each Wednesday and Friday at 0900 hours (except holidays) at Building 3014. It is recommended that both the sponsor and spouse attend the class. The class lasts approximately 30 minutes and children are welcome. When necessary, major repair work will be accomplished for you by a skilled craftsman.

Your area of responsibility includes those grounds that fall within your logical lot line, i.e. one-half the distance to the next dwelling unit, but normally not more than fifty (50) feet from your unit, whichever is less. The area between the sidewalk and the streets to include front and side if on a corner lot, is also your responsibility. You should ensure that sidewalks, driveways and porches are kept clean and free of trash, snow, obstructions and other hazards such as pets.

 In cases of damage to windows, screens, storm doors, resulting from pets or any other resident damage beyond normal fair wear and tear, the resident will be held liable for payment or repair/restoration prior to clearance of quarters. For more detailed information, refer to: Conditions of Occupancy for Military Family Housing and Notice to Housing Unit Residents; Liability for Damage to Assigned Quarters. You signed these agreements when you signed for your home; copies of these publications are provided to you at Appendix A and B.

3

In the summertime, residents are responsible for maintaining their yards to a maximum of 50 feet from their quarters.  This includes policing any garbage, picking up pet feces, timely cutting and trimming of grass, edging along your sidewalks, watering, fertilizing and pruning of your yard, bushes and trees.  If a tree appears to be dying, call Public Works Customer Service at  353-7069.



If you notice an infestation of bugs in your yard or on your plants, please call Public Works Customer Service at  353-7069.  Vegetable gardens are not authorized in Family Housing Areas, but contact Family Housing at 353-1666 for information on garden plot availability.  No automotive repairs or maintenance may be completed in Family Housing areas.  Please use the Auto Craft Shop for these activities.  Vehicles must remain on pavement at all times.  The Mayoral Program also sponsors a Yard of the Month competition during the summer, and we would like to thank you in advance for all the hard work!

During the winter season, residents are responsible for the removal (within 24 hours) of snow and ice from steps, porches, driveways, mailboxes, and sidewalks in the front and rear of their quarters to a point of at least halfway to adjoining quarters. Make sure you police your pet's feces daily, or you will have a not so nice "surprise" in the spring.  Ice melt is available through Self-Help; however, remove snow from the sidewalk prior to sprinkling the ice melt. (Do not expect ice melt to melt the snow so you do not have to shovel.)  If you have a fire hydrant in your yard, you are responsible for shoveling the snow three (3) feet around the hydrant and include a two (2) foot wide path from the hydrant to the nearest street. The Mayoral Program also sponsors a holiday decoration competition during the December holiday season.



Coordination of building residents is necessary to insure all adjoining and common areas are free of trash, snow and ice.  It is the Senior Occupant's responsibility to insure all residents comply with these instructions.  It is expected that, by performing these duties, a harmonious and cooperative relationship be developed between all housing residents of Fort Wainwright.  See the Senior Occupant section on page 55, for more information.

If you notice safety deficiencies or maintenance requirements in a common use area such as a park, pavilion, etc., please contact Customer Service at 353-7069 for the appropriate repairs to be made.

## *FAMILY HOUSING INFORMATION*

## DOG HOUSES

To obtain permission to construct a dog house, the following steps are required:  A request form for permission to construct a dog house may be obtained from the Family Housing Office.  Submit this form, with a picture or sketch of the intended dog house, include dimensions of the dog house and location of the dog

4

## WINTER HINTS





Headbolt heaters are temperature controlled and come on at approximately 10 degrees. Please do not place your extension cords through your house's window to plug your car in. This is a dangerous practice and a fire hazard. Please do not leave extension cords across sidewalks when not in use because of the electrocution and tripping hazards this practice poses. At the end of the winter season, please store your electrical cords inside your home.

It is okay to air out your house even when temperatures drop to 20 degrees or more below. **Be cautious!** Only open your windows 15 minutes at a time (set a timer so you do not forget). Most housing residents come from an area with forced air heat. Forced air vents do not freeze when a window is left open. Family Housing at Fort Wainwright utilizes a steam heating system. When frigid air draws down across the steam pipes it causes them to expand, contract, freeze and burst, causing a tremendous mess, inconvenience, severe damage and expense to you. Cold air from open windows will also kill or damage your house plants.

Playing on snow piles and berms near roadways is extremely dangerous. Children can slide off snow piles and into traffic. Building snow caves in snow piles can be deadly. The large snow and ice chunks piled up by front-end loaders or plows are unstable. Cave-ins have entrapped and suffocated an adult. A child would not survive a cave-in of 75 pound blocks of hard packed snow. Ensure your child's outer garments have reflective material to make them more visible to vehicle operators and winter drivers on the cold dark winter days. You must stay at least 75 feet behind snow plows and gravel trucks for safety purposes. An operator must cut the snow, maintain a speed of 15 miles per hour, shift gears and watch for oncoming vehicles sliding out of driveways. At that speed, and with the ice under the tires, a grader can slide 20 feet in a second or two. In an accident with a vehicle or child the snow removal equipment ALWAYS wins. Children are encouraged to carry a flashlight to and from school. NOTE: State laws permit studded tires to be used *only* during authorized times of the year.

## SNOW REMOVAL

Snow removal at your on-post quarters and duty sections is the responsibility of the resident. Keep ice and snow cleared from your threshold, porches, parking area and sidewalks on both sides of your home. These areas must be kept clean at all times for access in case of an emergency. If you have a fire hydrant in your yard it is **your** responsibility to keep the snow shoveled within three (3) feet around the hydrant and include a path at least two (2) feet wide from the hydrant to the nearest road. When an emergency is called in, the Fire Department cannot put out fires when the hydrants are buried under snow.

Periodically, you will receive a notice to relocate your vehicle. Please move your vehicles before we get to your street or parking area so we can clear the snow from these areas. For safety and legal reasons, we cannot clear snow from parking

areas with cars left in the way.  When your vehicle is not moved until after we have plowed an area, we often do not come back until the next snowfall. This causes an inconvenience to yourself, your neighbors and guests.  If you have a vehicle that is not operational, you *must* place it in the recreation lot.  Please insure  your children keep toys and sleds out of the roads, parking lots and sidewalks during snow removal. Your neighbors and the snow removal crews here at Fort Wainwright will thank you for your cooperation in helping to keep the post and housing areas clear from snow.

Snow removal by Public Works begins when there is a 4" accumulation.  The exception is the 2" requirement for C-12 landings at the airfields.  Snow removal in housing areas is accomplished on a priority four (4) basis.

Priority 1 - Fire stations and main fire and emergency routes.
Priotity 2 - Mission essential and training roads.
Priority 3 - Work place and administrative areas.
Priority 4 - Billet and family housing areas.

*HEALTH  NOTE:*  When you shovel your sidewalks or driveways, shovel in short motions.  Do not try to remove the total depth in one stroke.  Make sure you take your time to shovel your area, and minimize the load on your shovel to prevent back strain.  Ensure adequate footing and balance.  Utilization of 'ice melt' *once the snow has been removed* increases your traction.

# *TRASH AND HAZARDOUS WASTE DISPOSAL*

## TRASH DISPOSAL

At Fort Wainwright, trash items such as metal, rocks, dirt, wood, Christmas trees or large items are to be taken to the Transfer Point at the end of Trainer Gate Road.  Call: 353-6196/7192 for information.



19

This policy states that family members, children and guests under the age of 16 years must be indoors during these hours unless accompanied by an adult or guardian.

The following exceptions apply to the above curfew hours:



1. Teenagers and children attending special school, church or youth activity sponsored social or sports activities which extend past the curfew hours, may remain until the end of the activity.

2. Teenagers and children participating in a work activity, such as baby-sitting, may continue to work until released by their employer.

NOTE: Upon conclusion of any activity outlined above, teenagers and children will return home by the most direct and expeditious route.

Teenagers and children are permitted to spend the night with families of friends, in homes other than their own. Parents must exercise supervision of their teenagers and children's guest to comply with this policy.

The Military Police will provide strict enforcement of these policies. Failure to comply with this policy may result in revocation of government housing. Questions should be directed to the Post Services' Office at 353-7663.

## SENIOR OCCUPANT PROGRAM



The Senior Occupant's position is appointed by the Post Commander for the term of one year. In the event the Senior Occupant clears quarters, the next senior person will be appointed as the Senior Occupant to complete the term. The Senior Occupant's responsibility WILL NOT be delegated to family members. The Senior Occupant is an additional duty which includes input to your OER/NCOER. The Senior Occupant sign must be posted at all times. To obtain a sign contact Post Services, 353-7663.

Senior Occupants are responsible for the supervision, as necessary, of resident policing and appearance of your building. Included in these duties are: policing of lawns, including the street in front, rear, and sides of quarters, maintenance of lawns and flower beds to include lawn mowing, ensuring areas adjacent to the postal pads and dumpsters are clean and free of debris at all times, timely removal of snow and ice from steps, porches, driveways and sidewalks in front and rear of their quarters to a point of at least halfway to adjoining quarters and ensuring that all residents are aware of post regulations concerning registration and control of animals, daily policing of animal feces, parking in family quarters areas and maintaining quiet hours.

The Senior Occupant is responsible for coordinating with the Senior Occupant(s) of adjacent buildings to ensure all adjoining grounds for which you have responsibility are policed. It is expected that, in performing these duties, a harmonious and cooperative relationship will be developed between yourself as the Senior Occupant and the residents of the building you have been assigned. In the event deficiencies occur or conditions exist that are beyond your authority or

55

Attachment B   Page 7

capability to handle, you need to report to your Mayor.  If your Mayor is unable to resolve the problem, contact Post Services at 353-7663 or the Post Commander. You are directed to attend a Senior Occupant's briefing conducted by Post Services, **Contact 353-7663 for further information.**

# WEAPON, VEHICLE, RECREATIONAL VEHICLE AND BICYCLE REGISTRATION

### Weapons



All personnel living on or off post are required to register their weapon at the Vehicle Registration Section located in Building 3028  within seven (7) days of your arrival on Fort Wainwright.  If you purchase a weapon after you have inprocessed to Fort Wainwright, you have three (3) working days to register it with the Vehicle Registration Section.  Contact 353-7535 for more information.

### Vehicles

All privately owned vehicles must be registered with the Vehicle Registration Section located in Building 3401. Contact 353-7535 for more information.



### Recreational Vehicles



All recreational vehicles (i.e. ATVs, camper trailers, boat trailers, snow machine trailers, and any other trailers), must be registered with the Vehicle Registration Section and parked in the Provost Marshal's Recreational Vehicle Storage Lot.

Recreational vehicles are only allowed in Family Housing areas overnight  or from 1200 hours on Friday until 1200 hours the **next duty day**.  The *only* exceptions are if a special permit has been received from the Garrison Commander's Office. Contact Post Services at 353-7663 for more information.

### Bicycles

Bicycle registration is recommended, but not required. This service is provided as a courtesy to persons on this installation.  Bicycle riding is governed by snow fall, call Post Services for information at 353-7663.



56

# APPENDIX A

## CONDITIONS OF OCCUPANCY
## FOR
## MILITARY FAMILY HOUSING

**1.    _OCCUPANCY_**

_____ is assigned  __ _____
to be occupied as military family housing of the United States on _____.

**2.    _RESIDENT USE_**

The resident will use the premises solely as a single-family residence for themselves and their family members.   Use of the unit for any other purpose, including the shelter of any additional number of persons, except temporary guest, is prohibited without prior written consent of the housing representative.

**3.    _GOOD REPAIR_**

Except as otherwise provided herein, the housing authority will maintain the property in good repair and habitable condition and will be responsible for all repairs not due to the abuse or negligence of the resident, their family members or guests during occupancy. Repairs or replacement of equipment provided due to normal wear and tear will also be at the expense of the housing authority.

**4.    _CONDITIONS OF PROPERTY_**

The housing authority and the resident will inspect the property, and both parties shall agree that the property is in a fit and habitable condition, except for those damages or malfunctions itemized in writing on the pre-move-in inspection report.

**5.    _LIABILITY_**

The above named resident is liable to the United States for damage to assigned quarters and related equipment or furnishings, due to the resident's abuse or neglect.  Liability for such damage is limited to one month's base pay, unless the damage was the result of the resident's gross negligence or willful  misconduct.  For example, a soldier is  grossly negligent if he is aware  of specific risks posed by the reckless, wanton, or deliberate conduct of family members or guests, and fails to exercise available opportunities to prevent the damage.  In the absence of evidence to the contrary, soldiers will be presumed to be on notice of risks attending the activities of those whom the soldier allows upon the premises.

i

**6.   _INSURANCE_**

Private liability insurance is an option of the resident and should be considered as a safe guard against the potentially substantial liability described in paragraph 5 above.

**7.   _PETS_**

Army quarters and related equipment, and furnishings which are damaged by pets allowed on the premises by the resident will be repaired or replaced at the resident's expense. If pets are allowed in the quarters, carpets that cannot be thoroughly cleaned to remove pet odors will be replaced at the residents expense. If quarters are cleared after snowfall , any repair or cleaning necessary to the exterior of the quarters, including the yard, will be performed by a contractor. After the repairs have been made (after break-up) the actual cost to the Government will be charged back to the resident via DD Form 139.

**8.   _PLUMBING AND APPLIANCES_**

The resident must keep the premises, including all plumbing fixtures, facilities, and appliances, as clean and safe as condition permits and will attempt to unclog and keep clear all waste pipes, drains and water closets were possible. At the termination of occupancy, all appliances and equipment must be in good working order and the premises must be in good clean condition, normal wear and tear excepted.

**9.   _USE AND REPAIR OF FACILITIES_**

The residents will use all electrical, plumbing, sanitary, hearing, ventilating, air conditioning, and other fixtures, facilities and appliances in or on the premises in a reasonable manner. Any damage caused by either the residents, their family members, or guests beyond normal wear and tear will be repaired at the residents' expense.

**10.   _DAMAGING PROPERTY_**

If the resident willful or negligently destroys, defaces, damages, impairs, or removes any part of the premises (including fixtures, facilities, and appliances) or willfully or negligently permits any destruction, defacement, damage, impairment, or removal to occur, or by any other means, replacement or repair will be at the resident's expense.

**11.   _GENERAL MAINTENANCE_**

The residents will at their own expense: a)keep up and preserve in good condition any lawn, vines, shrubbery, and gardens and keep all fences in good repair, normal wear and tear excepted; b) remove leaves, sticks, and other debris that accumulates on the property; c) promptly remove ice and snow as necessary or required; d) furnish their own light bulbs; e) replace or repair all

ii

broken or damaged glass, screens, flooring, wood plaster, drywall, and locks occurring during their occupancy, normal wear and tear excepted. Any repairs or replacements of property, equipment, or appliances required due to their family members or quests, will be paid for by the resident. The consent of the housing manager must be obtained before the resident places any exceptionally heavy articles, such as water beds, in the unit which may damage the unit's structural integrity.

## 12.    *NOTICE OF DEFECTS OR MALFUNCTION*

The resident must promptly notify the Customer Service Desk whenever the structure or the equipment or any fixture contained therein becomes defective, broken, damaged, or malfunctions in any way. If no such notice is given, the resident will be held liable for any resultant damage.

## 13.    *RESIDENT CONDUCT*

Residents will conduct themselves in a manner that will not disturb their neighbors.

## 14.    *HEALTH AND SAFETY*

The resident will comply with all health and safety regulations imposed by the local Command.

## 15.    *SYSTEM OVERLOADS*

The resident will not install or use any equipment that will overload any gas, water, heating, electrical, sewerage, drainage, or air conditioning systems of the assigned premises.

## 16.    *SMOKE DETECTORS*

It is the responsibility of the occupant to check smoke detectors periodically during occupancy and replace batteries, if appropriate, to keep the smoke detector in proper working condition. Any other malfunctions detected must be reported to the Customer Service Desk.

## 17.    *REDECORATING AND ALTERATIONS*

The resident will obtain written consent from the housing office before redecorating or making any alterations, additions, or improvement. Such alterations will, at the option of housing office, remain with the property or be removed by the resident. When removing such alterations, the premises must be returned to its original condition, at the expense of the resident.

## 18.    *PERIOD OF ABSENCE*

The resident must notify the housing office whenever extended absences from quarters are anticipated.

**19.** <u>**ACCESS TO PROPERTY BY THE HOUSING MANAGERS AND THEIR DULY DESIGNATED REPRESENTATIVES**</u>

Upon reasonable notice to the resident and at reasonable times, the Installation Commander or a duly designated representative may enter the premises in order to (a) inspect the property, (b) make necessary repairs, alterations, or improvement, and (c) supply necessary or agreed upon service. If the residents are not at home when the premises are to be entered, the housing representative will have (in decreasing order of preference) a representative from the resident's command or unit, a security officer, or a disinterested third party accompany them when entering the quarters.

**20.** <u>**NEGLECT AND COST**</u>

If at any time the housing authority is required to make repairs to the property or its equipment for damages caused by the abuse or negligence of the resident or the family members or guest, the resident understands that the repairs will be made at the resident's expense. Residents are liable to pay the total expense for any loss or damage to the assigned quarters or related equipment or furnishings which is due to their gross negligence or willful misconduct. As appropriate, the housing resident will be afforded the right to complete the necessary repairs either by outside contractor or on their own; however, work must meet government inspection.

*I HAVE READ , AND UNDERSTAND ALL OF THE CONDITIONS CONTAINED HEREIN.*

_____     _____     _____     _____
RESIDENT                                   (Date)               HOUSING REPRESENTATIVE          (DATE)


_____     _____
RESIDENT                                   (Date)

iv

Attachment B  Page  12

*PW*

2002
RESIDENTS'
HANDBOOK

APVR-WPW-H (210-50)                              SEPTEMBER 2002

MEMORANDUM FOR New Housing Residents

SUBJECT  Welcome Letter

1.  On behalf of the Fort Wainwright Community, I would like to welcome you to your new home and wish you a happy and rewarding tour at Fort Wainwright, a diverse community of soldiers, DA Civilians, and family members.

2.  This Resident Handbook contains information designed to assist you in getting settled in your new home.  It also identifies your responsibilities as new residents of Army Family Housing (AFH), as well as responsibilities of various post support activities.  You should become familiar with the information contained within this handbook and go over it with your family members.

3. An Area Coordinator of your building/area will be contacting you within a few days to explain your responsibilities concerning the maintenance and policing of the area surrounding "your home," and other matters related to the residency of family quarters on Fort Wainwright. To help maintain effective communication with the residents of family quarters, each building or group of buildings has been appointed an Area Coordinator.  The Area Coordinator's job is to assist in keeping our community a harmonious place to live, as well as assisting the volunteer Mayor of your housing area. It is expected that a cooperative relationship be developed among all residents.  Should an incident occur or conditions exist that are beyond your authority or capacity to resolve, please bring it to the attention of your Area Coordinator, Mayor or Post Services.

4.  Our objective is to make Fort Wainwright a safe, comfortable and attractive community in which to live, work and play.  In keeping with this objective you will find there may be many ongoing projects which will improve the quality of life for our residents.  We solicit your support and cooperation in achieving this goal.  Your comments and suggestions for improvements are important to us. Pleasing you and your family members is our goal. Please take the time to fill out and return the customer questionnaire.

5.  It is important that we each take a personal interest in being good neighbors and maintaining an attractive, pleasant living environment.  Adherence to the information contained in this handbook will help us toward that end.  Again, welcome to Fort Wainwright where Family Housing is focused on long-range improvements to the quarters for you and your family.

*Welcome!*

ARCTIC PRIDE

VICTORIA M. BRUZESE
LTC, EN
Post Commander



## RESIDENT'S RESPONSIBILITIES

Please keep in mind that you are responsible for maintaining your home as a prudent homeowner. The words "your home" were chosen for their exact meaning. When you were given the keys to your assigned quarters, it became your home. Since it is your home you are expected to maintain it in a manner similar to that of any proud homeowner in a well-maintained neighborhood. The care of your home and appliances, as in the private sector, is your responsibility. When you are ready to move, a clean, well-maintained home is easier to prepare for your final inspection. On the other hand, a home that has been neglected, not kept cleaned or maintained, requires a lot of expense and hard labor to prepare it for the next family. The Army has high, but reasonable standards to get the unit ready for the next family.

Please keep your home and grounds in a clean, orderly, sanitary, and safe condition. As a sponsor, you are responsible for ensuring that your quarters, grounds, and equipment are not subject to abuse or neglect, and that the premises are not used for commercial, illegal or immoral purposes. The care and cleaning of your home's appliances and fixtures is strictly your responsibility. You are expected to maintain your home in accordance with good housekeeping practices as outlined in the <u>Quarters Cleaning Guidelines</u> (which are available upon request at the Housing office). NOTE: These guidelines may change prior to your clearance from quarters, and an update will be provided to you at your Housing Outprocessing Briefing.

**Living in government family quarters includes a responsibility for some self-reliance by doing "handyman" type work. Specifically, Self-Help type jobs are those which would be done by a prudent homeowner to conserve funds and to preserve the individual premises. Caring for your home is a cooperative effort between you, other residents and the maintenance workers.**

Your area of responsibility includes the yard that falls within your logical lot line, i.e. one-half the distance to the next dwelling unit, but normally not more than fifty (50) feet from your unit, whichever is less. The area between the sidewalk and the streets to include front and side if on a corner lot, is also your responsibility. You should ensure that sidewalks. And porches are kept clean and free of trash, snow, obstructions and other hazards such as pets.


In cases of damage beyond normal fair wear and tear, the resident will be held liable for payment or repair/restoration prior to clearance of quarters. For more detailed information, refer to: <u>Conditions of Occupancy for Military Family Housing and Notice to Housing Unit Residents; Liability for Damage to Assigned Quarters</u>. You signed these agreements when you signed for your home; copies of these publications are provided to you in this handbook. (See appendix A)

3

The Post Commander also sponsors a Yard of the Month competition during the summer, and we would like to thank you in advance for all the hard work! If you notice an infestation of bugs in your yard or on your plants, please call Public Works Customer Service at 353-7069. <u>Vegetable gardens are not authorized in yards within Family Housing Areas</u>.

No automotive repairs or maintenance may be completed in Family Housing areas. Please use the Auto Craft Shop for these activities. **No parking or driving is allowed on seeded areas.**

It is the Area Coordinator's responsibility to insure all residents comply with these instructions. Coordination of building residents is necessary to insure all adjoining and common areas are clear of trash, snow and ice. It is expected that, by performing these duties, a harmonious and cooperative relationship be developed between all housing residents of Fort Wainwright. See the Area Coordinator section for more information.

If you notice safety deficiencies or maintenance requirements in a common use area such as a park, pavilion, playground etc., please contact DPW Customer Service at 353-7069 for the appropriate repairs to be made.

## DOG HOUSES

To obtain permission to construct a dog house, the following steps are required: A request form for permission to construct a dog house is on page 7; Submit this form, with a picture or sketch of the intended dog house; include dimensions of the dog house and location of the dog house in relation to the quarters, to the Family House Office, Building 3401, ATTN: Engineer Technicians' Office, 353-1645 or fax to 353-1640.

Upon review of your request by Family Housing, and receipt of your signed statement of understanding of Fort Wainwright's policy, you may be granted approval to construct a dog house.

**It is the resident's responsibility to maintain all documentation approving the dog house. One dog house should be available for each dog housed.**

- All owner built dog houses must be inspected by Housing.

- One dog house may be divided with a wall and have two separate entrances for use by two dogs.

- The dog house size will be determined by the size of the pet to be housed.

- Avoid placing the dog house in a location where ice and snow could slide from the roof and injure the dog. Do not place dog houses on porches, decks, etc.

- The dog house cannot be placed where it interferes with your neighbors' use of their yard, sidewalks, admittance of maintenance personnel, access to quarters, utilidor etc.

4

## WINTER HINTS



Some headbolt heater outlets are temperature controlled and come on at temperatures below 20 degrees. Please do not place your extension cords through your house's window to plug your car in. This is a dangerous practice and a fire hazard. Please do not leave extension cords across sidewalks when not in use because of the electrocution and tripping hazards this practice poses. At the end of the winter season, please store your electrical cords inside your home. Remove extension cords when your area is scheduled for snow removal as they may be damaged by snow removal equipment.

It is okay to air out your house even when temperatures drop to 20 degrees or more below. **Be cautious!** Only open your windows 15 minutes at a time (set a timer so you do not forget). Most housing residents come from an area with forced air heat. Forced air vents do not freeze when a window is left open. Family Housing at Fort Wainwright utilizes a hydronic heating system. When frigid air draws down across the steam pipes it causes them to expand, contract, and possibly burst, causing a tremendous mess, inconvenience severe damage and **expense to you**. Cold air from open windows will also kill or damage your houseplants and small pets.

During the winter season, residents are responsible for clearing (within 24 hours) snow and ice from steps, porches, driveways, mailboxes, and sidewalks in the front and rear of their quarters to a point of at least halfway to adjoining quarters. Ice melt is available through the Self-help center. Remove snow from the sidewalk prior to sprinkling the ice melt. (Do not expect ice melt to melt the snow so you do not have to shovel.) If you have a fire hydrant in your yard, or area of responsibility you are responsible for shoveling the snow three (3) feet around the hydrant and include a two (2) foot wide path from the hydrant to the nearest street.

Playing on snow piles and berms near roadways is extremely dangerous. Children can slide off snow piles and into traffic. **Building snow caves in snow piles can be deadly.** The large snow and ice chunks piled up by front-end loaders or plows are unstable. **Cave-ins have entrapped and suffocated an adult. A child would not survive a cave-in of 75-pound blocks of hard packed snow.** Ensure your child's outer garments have reflective material to make them more visible to vehicle operators and winter drivers on the cold dark winter days. Children are encouraged to carry a flashlight to and from school.

NOTE: State laws permit studded tires to be used *only* during authorized times of the year. Children should be warned about how dangerous snow removal equipment is.

## SNOW REMOVAL

Snow removal at your quarters is the responsibility of the resident. Keep ice and snow cleared from your threshold, porches, parking area and sidewalks on both sides of "your home". These areas must be kept clean at all times for access in case of an emergency. If you have a fire hydrant in your yard it is **your** responsibility to keep the snow shoveled within three (3) feet around the hydrant and includes a path at least two (2) feet wide from the hydrant to the nearest road. When an emergency is called in, the Fire Department cannot put out fires when the hydrants are buried under snow.

You must stay at least 75 feet behind snow plows and gravel trucks for safety purposes. An operator must cut the snow, maintain a speed of 15 miles per hour, shift gears and watch for oncoming vehicles sliding out of driveways. At that speed, and with the ice under the tires, a grader can slide 20 feet in a second or two. In an accident with a vehicle or child the snow removal equipment ALWAYS wins.

Periodically, you will receive a notice to relocate your vehicle. Please move your vehicles before we get to your street or parking area so we can clear the snow from these areas. For safety and legal reasons, we cannot clear snow from parking areas with cars left in the way. **When your vehicle is not moved until after we have plowed an area, we often do not come back until the next snowfall.** This causes an inconvenience to you, your neighbors and guests. If you have a vehicle that is not operational, it must be removed from the housing area. Please ensure your children keep toys and sleds out of the roads, parking lots and sidewalks during snow removal. Your neighbors and the snow removal crews here at Fort Wainwright will thank you for your cooperation in helping to keep the post and housing areas clear from snow.

Public Works begins snow removal when there is a 4" accumulation. The exception is the 2" requirement for the airfield and PT running routes. Snow removal in housing parking areas is accomplished on a priority five (5) basis once each winter.

Priority 1 – Fire stations and main fire and emergency routes.

Priority 2 – Mission essential and training roads.

Priority 3 – Troop/Housing roads consumer services.

Priority 4 – Public Services

Priority 5 – Other parking lots. (Family Housing)


*HEALTH NOTE:* When you shovel your sidewalks or driveways, shovel in short motions. Do not try to remove the total depth in one stroke. Minimize the load on your shovel to prevent back strain. Ensure adequate footing and balance. Use of 'ice melt' *once the snow has been removed* increases your traction. **Do not** shovel snow from driveway and sidewalks into streets.

Attachment C   Page  5

This policy states those family member, children and guests under the age of 16 years, must be indoors during these hours unless accompanied by an adult or guardian.

The following exceptions apply to the above curfew hours:



1. Teenagers and children attending special school, church or youth activity sponsored social or sports activities which extend past the curfew hours may remain until the end of the activity.

2. Teenagers and children participating in a work activity, such as baby-sitting may continue to work until released by their employer.

NOTE: Upon conclusion of any activity outlined above, teenagers and children will return home by the most direct and expeditious route.

The Military Police will provide strict enforcement of these policies. Failure to comply with this policy may result in revocation of government housing. Questions should be directed to the Post Services' Office at 353-6669.

## AREA COORDINATOR PROGRAM



The Post Commander appoints the Area Coordinator position for the term of one year. In the event the Area coordinator clears quarters, the next senior person will be appointed as the Area Coordinator to complete the term. The Area Coordinator's responsibility WILL NOT be delegated to family members. The Area Coordinator is an additional duty, which includes input to your OER/NCOER. The Area Coordinator sign must be posted at all times. To obtain a sign contact Post Services, 353-6669.

Area Coordinators are responsible for the supervision, as necessary, of resident policing and appearance of your building. Included in these duties are: policing of lawns, including the street in front, rear, and sides of quarters, maintenance of lawns and flower beds to include lawn mowing, ensuring areas adjacent to the postal pads and dumpsters are clean and free of debris at all times, timely removal of snow and ice from steps, porches, driveways and sidewalks in front and rear of their quarters to a point of at least halfway to adjoining quarters and ensuring that all residents are aware of post regulations concerning registration and control of animals, daily policing of animal feces, parking in family quarters areas and maintaining quiet hours.

The Area Coordinator is responsible for coordinating with the area coordinator(s) of adjacent buildings to ensure all adjoining grounds for which you have responsibility are policed. It is expected that, in performing these duties, a harmonious and cooperative relationship will be developed between yourself as the Area coordinator and the residents of the building you have been assigned. In the event deficiencies occur or conditions exist that are beyond your authority or capability to handle, you need to report to Post Services at 353-6669 or the Post Command Sergeant Major. You are directed to attend a Area Coordinator's briefing conducted by Post Services, **Contact 353-6669 for further information.**



Attachment C   Page   6

# APPENDIX B

### CONDITIONS OF OCCUPANCY FOR MILITARY FAMILY HOUSING
### IAW AR 210-50

**OCCUPANCY:**

_____ is assigned to _____ to be occupied as military
(Name)                                  (Quarters address)
family housing of the United States on, (date)_____.

**RESIDENT USE:**

The residents will use the premises solely as a single-family residence for themselves and their dependents.
Use of the unit for any other purpose, including the shelter of any additional number of persons, except
temporary guests, is prohibited without prior written consent of the housing representative.

**GOOD REPAIR:**

Except as otherwise provided herein, the housing authority will maintain the property in good repair and
habitable condition and will be responsible for all repairs not due to the abuse or negligence of the resident,
their dependents or guests during occupancy. Repairs or replacement of equipment provided due to normal
wear and tear will also be at the expense of the housing authority.

**CONDITION OF PROPERTY:**

The housing authority and the resident will inspect the property, and both parties will agree that the property
is in a fit and habitable condition, except for those damages or malfunctions itemized in writing on the pre-
move-in inspection report. Copies of this report will be retained by the housing authority and resident. Any
additional items noted by the resident must; be submitted; in writing and received by the housing authority
within 15 days of occupancy. If additional items are not received by the housing authority within the 15-
day period, the housing authority will consider the property to be in acceptable condition and suitable for
occupancy.

**LIABILITY:**

The above-named resident is liable to the United States for damage to assigned housing and related
equipment or furnishings, due to the resident's abuse or neglect. Liability for such damage is limited to one
month's base pay, unless the damage was the result of the resident's gross negligence or willful misconduct.
For example, a soldier is grossly negligent if he or she is aware of specific risks posed by the reckless,
wanton, or deliberate conduct of family members or guests, and fails to exercise available opportunities to
prevent the damage. In the absence of evidence to the contrary, soldiers will; be presumed to be on notice
of risks attending the activities of those whom; the soldier allows upon the premises.

**INSURANCE:**

Private liability insurance is an option of the resident and should be considered as a safeguard against the
potentially substantial liability described above.

ii

## PETS:

Army housing and related equipment, and furnishings which are damaged by pets allowed on the premises by the resident will be repaired or replaced at the resident's expense. If pets are allowed on the premises, carpets will be cleaned at termination of occupancy at the resident's expense.

## PLUMBING AND APPLIANCES:

The resident must keep the premises, including all plumbing fixtures, facilities, and appliances, as clean and safe as condition permits and will attempt to unclog and keep clear all waste pipes, drains and water closets where possible. At the termination of occupancy, all appliances and equipment must be in good working order and the premises must be in good clean condition, normal wear and tear excepted.

## USE AND REPAIR OF FACILITIES:

The residents will use all electrical, plumbing, sanitary, heating, ventilating, air-conditioning, and other fixtures, facilities and appliances in or on the premises in a reasonable manner. Any damage caused by either the residents, their dependents, or guests beyond normal wear and tear will be repaired at the resident's expense.

## DAMAGING PROPERTY:

If the resident willfully or negligently destroys, defaces, damages, impairs, or removes any part of the premises (including fixtures, facilities, and appliances) or willfully or negligently permits any person to do so, replacement or repair will be at the resident's expense.

## GENERAL MAINTENANCE:

The residents will at their own expense; a) keep up and preserve in good condition any lawn, vines, shrubbery, and gardens and keep all fences in good repair, normal wear and tear excepted; b) remove leaves, sticks, and other debris that accumulates on the property; c) promptly remove ice and snow as necessary or required; d) furnish their own light bulbs; e) replace or repair all broken or damaged glass, screens, wood plaster, drywall, and occurring during their occupancy, normal wear and tear excepted. Any repairs or replacements of property, equipment, or appliances required due to the abuse or negligence by acts of commission or omission of the residents, their dependents or guests, will be paid for by the resident. The consent of the housing manager must be obtained before the resident places any exceptionally heavy articles such as waterbeds, in the unit which may damage the unit's structural integrity.

## NOTICE OF DEFECTS OR MALFUNCTIONS:

The resident must promptly notify the housing office whenever the structure or the equipment or any fixture contained therein becomes defective, broken, damaged or malfunctions in any way. If no notice is given, the resident will be held liable for any resultant damage.

## RESIDENT CONDUCT:

Residents will conduct themselves in a manner that will not disturb their neighbors.

## HEALTH AND SAFETY:

The resident will comply with all health and safety regulations imposed by the local command.

iii

Attachment C   Page 8

## SYSTEM OVERLOADS:

The resident will not install or use any equipment that will overload any gas, water, heating, electrical, sewerage, drainage, or air-conditioning systems of the assigned premises.

## SMOKE DETECTORS:

It is the responsibility of the resident to check smoke detectors periodically during occupancy and replace batteries, if appropriate, to keep the smoke detector in proper working condition. Any other malfunctions detected must be reported to the housing office.

## REDECORATING AND ALTERATIONS:

The resident will obtain written consent from the housing authority before redecorating or making any alterations, additions, or improvements. Such alterations will, at the option of the housing authority, remain with the property or be removed by the resident. When removing such alterations the premises must be returned to its original condition at the expense of the resident.

## PERIODS OF ABSENCE:

The resident must notify the housing office whenever extended absences from the housing unit is anticipated.

## ACCESS TO PROPERTY BY THE HOUSING MANAGERS AND THEIR DULY DESIGNATED REPRESENTATIVE:

Upon reasonable notice to the resident and at reasonable times, the installation Commander or duly designated representative may enter the premises in order to a) inspect the property; b) make necessary repairs, alterations, or improvements; and c) supply necessary or agreed upon services. If the residents are not at home when the premises are to be entered, the housing representative will have (in decreasing order of preference) a representative from the resident's command or unit, a security officer, or a disinterested third party accompany him or her when entering the housing unit.

## NEGLECT AND COSTS:

If at any time the housing authority is required to make repairs to the property or its equipment for damages caused by the abuse or negligence of the resident or the resident's dependents or guests, the resident understands that the repairs will be; made at the resident's expense. Residents are liable to pay the total expense for any loss or damage to assigned housing or related equipment or furnishings which is due to their gross negligence or willful misconduct. As appropriate, the housing residents will be afforded the right to complete the necessary repairs either by outside contractor or on their own; however, work must meet Government Inspection.

## I HAVE READ AND UNDERSTAND ALL OF THE CONDITIONS CONTAINED HEREIN.

| | | | |
|---|---|---|---|
| SPONSOR | DATE | HOUSING REPRESENTATIVE | DATE |

| | |
|---|---|
| SPOUSE | DATE |

iv

Attachment C   Page 9