**EXHIBIT 2**

# LOCAL CLIMATOLOGICAL DATA

## MARCH 1999
## FAIRBANKS, AK

NOAA, National Climatic Data Center

I certify that this is an official publication of the National Oceanic and Atmospheric Administration (NOAA). It is compiled using information from weather observing sites operated by NOAA–National Weather Service / Department Of Transportation–Federal Aviation Administration and received at the National Climatic Data Center (NCDC), Asheville, North Carolina 28801.

*Thomas R Karl*

DIRECTOR

We welcome your questions or comments, please contact us at
828–271–4800 (voice), 828–271–4876 (fax),
828–271–4010(TDD)
or orders@ncdc.noaa.gov
Local Climatological Data is available at www.ncdc.noaa.gov

United States
Department of Commerce

National Oceanic and
Atmospheric Administration

National Environmental Satellite,
Data, and Information Service

---

For address correction, please return a photocopy of this page to Subscription Services indicating changes

NATIONAL CLIMATIC DATA CENTER
151 PATTON AVE RM 120
ASHEVILLE, NC 28801–5001

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

```
FIRST CLASS
POSTAGE AND FEES PAID
NOAA
PERMIT G–19
```

Exhibit 2   Page 1

ORIGINAL



# MARCH 1999 LOCAL CLIMATOLOGICAL DATA
## NOAA, National Climatic Data Center

**FAIRBANKS, AK** — INTERNATIONAL AIRPORT (FAI)
Lat: 64° 49' N   Long: 147° 51' W   Elev (Ground): 434 Feet
Time Zone: ALASKA   WBAN: 26411   ISSN #:0197-9736

| DATE | MAXIMUM | MINIMUM | AVERAGE | DEP FROM NORMAL | AVERAGE DEW PT | AVERAGE WET BULB | HEATING | COOLING | WEATHER | DEPTH (0300 LST) | WATER EQUIV (0900 LST) | SNOW-FALL (2400 LST) | WATER EQUIV (2400 LST) | AVG STATION PRES | AVG SEA LEVEL | RESULTANT SPEED | RES DIR | AVERAGE SPEED | SPEED | DIR | SPEED | DIR | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 9 | 2 | 6 | -4 | 1 | 4 | 59 | 0 | SN BR | 15 | 0.4 | 1.6 | 0.09 | 29.61 | 30.12 | 0.1 | 24 | 0.9 | 12 | 24 | 8 | 27 | 01 |
| 02 | 4 | -25 | -10 | -19 | -15 | -10 | 75 | 0 | SN BR VCFG | 15 | 0.4 | 0.1 | 0.00 | 29.89 | 30.41 | 1.6 | 18 | 1.3 | 7 | 22 | 5 | 05 | 02 |
| 03 | -2 | -33 | -17 | -21 | -24 | -17 | 82 | 0 | BCFG BR HZ | 15 | 0.4 | 0.0 | 0.00 | 29.99 | 30.54 | 2.5 | 01 | 2.8 | 6 | 06 | 5 | 04 | 03 |
| 04 | -3 | -34 | -18 | -22 | -23 | -19 | 82 | 0 | BCFG BR HZ | 15 | 0.4 | 0.0 | 0.00 | 30.01 | 30.54 | 4.4 | 03 | 4.4 | 5 | 06 | 8 | 01 | 04 |
| 05 | 3 | -30 | -13 | -18 | -23 | -17 | 78 | 0 | BCFG | 15 | 0.4 | 0.0 | 0.00 | 30.19 | 30.73 | 0.1 | 03 | 0.2 | 5 | 07 | 5 | 02 | 05 |
| 06 | 10 | -30 | -10 | -15 | -21 | -15 | 75 | 0 | SN BR | 15 | 0.4 | 0.0 | 0.00 | 29.99 | 30.52 | 1.6 | 19 | 1.1 | 6 | 20 | 5 | 04 | 06 |
| 07 | 2 | -26 | -12 | -17 | -15 | -15 | 77 | 0 | BR | 15 | 0.4 | 0.0 | 0.00 | 29.58 | 30.10 | 1.1 | 24 | 1.1 | 6 | 19 | 10 | 01 | 07 |
| 08 | 3 | -21 | -9 | -15 | -15 | -10 | 74 | 0 | SN BR | 15 | 0.4 | 0.0 | 0.00 | 29.26 | 29.77 | 1.1 | 19 | 2.6 | 6 | 22 | 16 | 06 | 08 |
| 09 | 0 | -28 | -13 | -18 | -19 | -10 | 78 | 0 | BCFG BR HZ | 15 | 0.4 | T | T | 29.09 | 29.60 | 2.5 | 02 | 5.5 | 13 | 21 | 20* | 29 | 09 |
| 10 | 2 | -34* | -16 | -23 | -19 | -12 | 81 | 0 | BCFG BR | 15 | 0.4 | 0.0 | 0.00 | 29.12 | 29.63 | 2.8 | 05 | 1.9 | 7 | 17 | 10 | 05 | 10 |
| 11 | 15 | 0 | 8 | 1 | -1 | 5 | 57 | 0 | SN BCFG BR | 15 | 0.4 | 0.4 | 0.09 | 29.07 | 29.56 | 3.5 | 06 | 3.8 | 10 | 21 | 10 | 09 | 11 |
| 12 | 18 | -14 | 2 | -4 | -3 | -7 | 56 | 0 | SN BR | 15 | 4.0 | 0.4 | 0.03 | 28.76 | 29.25 | 3.1 | 07 | 3.6 | 13 | 06 | 21 | 13 | 12 |
| 13 | 18 | 0 | 9 | 3 | 0 | 2 | 55 | 0 | SN BR | 15 | 0.4 | 0.0 | 0.00 | 28.99 | 29.48 | 1.4 | 05 | 2.1 | 8 | 04 | 10 | 17 | 13 |
| 14 | 33 | 14 | 24 | 18 | 14 | 19 | 41 | 0 | BCFG BR | 15 | 0.4 | 0.0 | 0.00 | 29.04 | 29.53 | 3.2 | 03 | 4.0 | 10 | 05 | 20 | 21 | 14 |
| 15 | 27 | 16 | 21 | 15 | 11 | 19 | 44 | 0 | SN BCFG BR | 15 | 0.4 | 0.0 | 0.00 | 29.22 | 29.73 | 0.5 | 07 | 1.6 | 15 | 06 | 21 | 07 | 15 |
| 16 | 40 | 2 | 21 | 14 | -1 | 12 | 44 | 0 | | 15 | 0.4 | 0.0 | 0.00 | 29.25 | 29.74 | 0.9 | 20 | 2.5 | 8 | 18 | 14 | 20* | 16 |
| 17 | 38 | -4 | 17 | 11 | -2 | 13 | 48 | 0 | | 15 | 0.3 | 0.0 | 0.00 | 29.12 | 29.60 | 2.1 | 19 | 3.1 | 13 | 22 | 17 | 20 | 17 |
| 18 | 32 | -16 | 8 | 2 | -3 | 7 | 57 | 0 | SN BR | 15 | 0.3 | 0.0 | T | 28.75 | 29.24 | 1.4 | 04 | 4.4 | 16 | 04 | 28 | 01 | 18 |
| 19 | 24 | 5 | 15 | 8 | 2 | 11 | 50 | 0 | SN BR | 15 | 0.3 | T | T | 28.97 | 29.45 | 4.1 | 01 | 5.1 | 21 | 01 | 36 | 01 | 19 |
| 20 | 17 | 7 | 12 | 5 | 6 | 13 | 54 | 0 | SN BCFG BR | 15 | 0.3 | 0.6 | 0.04 | 29.16 | 29.67 | 2.2 | 36 | 3.1 | 13 | 36 | 21 | 29 | 20 |
| 21 | 37 | -3 | 17 | 10 | 0 | 10 | 43 | 0 | BR | 15 | 0.3 | 0.0 | 0.00 | 29.05 | 29.54 | 2.0 | 36 | 2.5 | 12 | 02 | 21 | 01 | 21 |
| 22 | 39 | -9 | 15 | 8 | -4 | 12 | 43 | 0 | | 15 | 0.3 | 0.0 | 0.00 | 29.44 | 29.95 | 1.2 | 35 | 2.5 | 11 | 36 | 22 | 36 | 22 |
| 23 | 31 | 8 | 20 | 12 | 6 | 22 | 50 | 0 | SN | 15 | 0.4 | T | T | 28.74 | 29.22 | 10.8 | 10 | 10.8 | 28 | 10 | 34 | 09 | 23 |
| 24 | 19 | 15 | 17 | 9 | 16 | 12 | 48 | 0 | SN BR | 15 | 0.4 | 0.7 | 0.03 | 29.04 | 29.53 | 9.2 | 10 | 9.2 | 21 | 10 | 33 | 09 | 24 |
| 25 | 50* | 33* | 42 | 33* | 18 | 28 | 23 | 0 | BCFG | 15 | 0.4 | 0.1 | T | 28.64 | 29.12 | 4.5 | 03 | 4.8 | 17 | 06 | 25 | 05 | 25 |
| 26 | 48 | 16 | 32 | 23 | 20 | 27 | 33 | 0 | SN | 15 | 0.4 | 0.0 | 0.00 | 28.77 | 29.25 | 3.6 | 36 | 3.8 | 11 | 36 | 14 | 14 | 26 |
| 27 | 38 | 19 | 29 | 20 | 24 | 28 | 36 | 0 | BCFG | 15 | 0.4 | 0.0 | 0.00 | 28.97 | 29.45 | 2.4 | 01 | 4.9 | 15 | 01 | 22 | 22 | 27 |
| 28 | 32 | 18 | 25 | 15 | 15 | 20 | 40 | 0 | SN | 15 | 0.4 | 0.0 | 0.00 | 29.12 | 29.62 | 1.4 | 36 | 4.0 | 14 | 03 | 19 | 30 | 28 |
| 29 | 24 | 15 | 19 | 10 | 14 | 19 | 46 | 0 | SN BR | 12 | 0.4 | 0.0 | 0.00 | 29.16 | 29.67 | 2.8 | 36 | 4.1 | 10 | 04 | 16 | 29 | 29 |
| 30 | 27 | 13 | 20 | 10 | 5 | 15 | 45 | 0 | | 12 | 0.4 | 0.0 | 0.00 | 29.16 | 29.67 | 1.2 | 04 | 4.1 | 14 | 05 | 22 | 01 | 30 |
| 31 | 25 | 4 | 15 | 4 | 3 | 11 | 50 | 0 | | 12 | 0.3 | 0.0 | 0.00 | 29.23 | 29.71 | 1.0 | 19 | 1.9 | 10 | 20 | 14 | 31 | 31 |

MONTHLY AVERAGES / TOTALS: 21.5 / -7.1 / 7.2 / -3.8 / -0.9 / 5.6 / 57.5 / 0.0 | ... 3.5 | 0.19 | 29.23 | 29.73 | 2.0 02 | 3.2 | ... |

DEPARTURE FROM NORMAL: -2.3 / -5.4 / ... ... -0.18

DEGREE DAYS (BASE 65):
- HEATING: MONTHLY TOTAL 1784  DEPARTURE 110  SEASON TO DATE 12813  DEPARTURE 592
- COOLING: 0  0  0  0

GREATEST 24-HR PRECIPITATION: 0.09  DATE: 01
GREATEST 24-HR SNOWFALL: 1.6  DATE: 01
GREATEST SNOW DEPTH: 15  DATE: 16+

NUMBER OF DAYS WITH:
- MAXIMUM TEMP ≥ 70: 0
- MAXIMUM TEMP ≤ 32: 23
- MINIMUM TEMP ≤ 32: 31
- MINIMUM TEMP ≤ 0: 19
- HEAVY FOG: 0
- THUNDERSTORMS: 0
- PRECIPITATION ≥ 0.01 INCH: 4
- PRECIPITATION ≥ 0.10 INCH: 0
- SNOWFALL ≥ 1.0 INCH: 1

SUNSHINE, CLOUD, & VISIBILITY TABLES ON PAGE 3
SEA LEVEL PRESSURE: MAXIMUM 30.78 DATE 05 TIME 1003   MINIMUM 29.08 DATE 25 TIME 1823

# APRIL 1999
# FAIRBANKS, AK
## LOCAL CLIMATOLOGICAL DATA
NOAA, National Climatic Data Center



*I certify that this is an official publication of the National Oceanic and Atmospheric Administration (NOAA). It is compiled using information from weather observing sites operated by NOAA - National Weather Service / Department Of Transportation - Federal Aviation Administration and received at the National Climatic Data Center (NCDC), Asheville, North Carolina 28801.*

Thomas R Karl

DIRECTOR

We welcome your questions or comments, please contact us at
828-271-4800 (voice), 828-271-4876 (fax),
828-271-4010(TDD)
or orders@ncdc.noaa.gov
Local Climatological Data is available at www.ncdc.noaa.gov

United States Department of Commerce

National Oceanic and Atmospheric Administration

National Environmental Satellite Data, and Information Service

For address correction, please return a photocopy of this page to Subscription Services indicating changes

NATIONAL CLIMATIC DATA CENTER
151 PATTON AVE RM 120
ASHEVILLE, NC 28801-5001

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

FIRST CLASS
POSTAGE AND FEES PAID
NOAA
PERMIT G-19

Exhibit 2   Page 3

# APRIL 1999 LOCAL CLIMATOLOGICAL DATA
## FAIRBANKS, AK — INTERNATIONAL AIRPORT (FAI)

NOAA, National Climatic Data Center

Lat: 64°49'N  Long: 147°51'W  Elev (Ground): 434 Feet  
Time Zone: ALASKA  WBAN: 26411  ISSN #:0197-9736

| | TEMPERATURE °F | | | | | | DEG DAYS BASE 65 | | WEATHER | SNOW/ICE ON GND(IN) 0300 LST | PRECIPITATION (INCHES) | | | PRESSURE (INCHES OF HG) | | WIND SPEED=MPH DIR=TENS OF DEGREES | | | | MAXIMUM 5-SEC 2-MIN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | MAXIMUM | MINIMUM | AVERAGE | DEP FROM NORMAL | AVERAGE DEW PT | AVERAGE WET BULB | HEATING | COOLING | 10 | DEPTH 11 | WATER EQUIV 0900 LST 12 | SNOW-FALL 2400 LST 13 | WATER EQUIV 2400 LST 14 | AVERAGE STATION 15 | AVERAGE SEA LEVEL 16 | RESULTANT SPEED 17 | RES DIR 18 | AVERAGE SPEED 19 | SPEED 20 | DIR 21 | SPEED 22 | DIR 23 | DATE 24 |
| 01 | 46 | 21 | 34 | 13 | 20 | 28 | 31 | 0 | | 12 | 0.3 | 0.0 | 0.00 | 28.59 | 29.06 | 1.0 | 32 | 5.8 | 25 | 25 | 18 | 25 | 01 |
| 02 | 27 | 9 | 18 | -4 | 11 | 18 | 47 | 0 | | 11 | 0.4 | 0.0 | 0.00 | 29.26 | 29.75 | 6.9 | 24 | 8.5 | 28 | 06 | 26 | 07 | 02 |
| 03 | 33 | -3 | 15 | -7 | 6 | 14 | 50 | 0 | | 12 | 0.4 | 0.0 | 0.00 | 29.30 | 30.22 | 3.1 | 07 | 5.0 | 10 | 29 | 12 | 28 | 03 |
| 04 | 38 | -1 | 20 | -3 | 9 | 17 | 45 | 0 | | 12 | 0.4 | 0.0 | 0.00 | 29.49 | 29.98 | 4.1 | 02 | 6.0 | 14 | 02 | 9 | 04 | 04 |
| 05 | 38 | 16 | 27 | 3 | 17 | 25 | 38 | 0 | BCFG HZ SN BR BLSN | 12 | 0.4 | 0.0 | 0.00 | 29.12 | 29.61 | 0.4 | 35 | 1.4 | 14 | 24 | 14 | 29 | 05 |
| 06 | 33 | 11 | 22 | -2 | 16 | 21 | 43 | 0 | | 12 | 0.3 | 0.2 | 0.01 | 29.17 | 29.65 | 7.5 | 26 | 8.7 | 33* | 25 | 28* | 26 | 06 |
| 07 | 16 | 3 | 10* | -15 | 2 | 11 | 55 | 0 | | 11 | 0.3 | 0.7 | 0.03 | 28.66 | 29.13 | 5.4 | 04 | 8.1 | 25 | 06 | 20 | 07 | 07 |
| 08 | 32 | -7* | 13 | -13 | 8 | 14 | 52 | 0 | SN SHSN BCFG BR | 11 | 0.4 | 0.0 | 0.00 | 28.98 | 29.46 | 3.1 | 02 | 3.3 | 16 | 35 | 9 | 24 | 08 |
| 09 | 40 | 5 | 22 | -7 | 16 | 20 | 46 | 0 | SN UP BCFG | 10 | T | T | T | 29.47 | 29.97 | 1.4 | 06 | 4.8 | 10 | 01 | 14 | 12 | 09 |
| 10 | 42 | 22 | 32 | 5 | 27 | 27 | 33 | 0 | | 6 | 2.0 | 0.0 | 0.00 | 28.98 | 29.46 | 2.0 | 04 | 7.6 | 16 | 35 | 15 | 09 | 10 |
| 11 | 37 | 22 | 32 | 5 | 27 | 27 | 33 | 0 | | 8 | 2.1 | 0.0 | 0.00 | 29.31 | 29.80 | 3.7 | 03 | 4.8 | 15 | 35 | 12 | 35 | 11 |
| 12 | 38 | 18 | 28 | -1 | 20 | 27 | 37 | 0 | | 9 | 1.8 | 0.0 | 0.00 | 29.28 | 29.76 | 1.1 | 05 | 3.4 | 12 | 19 | 13 | 01 | 12 |
| 13 | 40 | 20 | 30 | 2 | 19 | 28 | 35 | 0 | | 10 | 1.9 | 0.0 | 0.00 | 29.47 | 29.97 | 2.5 | 06 | 3.7 | 15 | 15 | 11 | 35 | 13 |
| 14 | 46 | 18 | 28 | 0 | 20 | 26 | 37 | 0 | | 11 | 1.9 | 0.0 | 0.00 | 28.97 | 29.46 | 7.7 | 19 | 8.2 | 22 | 20 | 20 | 35 | 14 |
| 15 | 47 | 22 | 37 | 8 | 21 | 29 | 28 | 0 | | 12 | 1.7 | 0.0 | 0.00 | 28.98 | 29.65 | 5.7 | 26 | 6.1 | 18 | 25 | 15 | 20 | 15 |
| 16 | 50 | 25 | 38 | 9 | 21 | 32 | 27 | 0 | | | T | 0.2 | 0.01 | 29.28 | 29.76 | 7.5 | 26 | 8.7 | 33* | 25 | 28* | 26 | 16 |
| 17 | 59 | 28 | 44 | 11 | 23 | 36 | 24 | 0 | | | T | 0.0 | 0.00 | 29.37 | 29.85 | 3.0 | 05 | 4.7 | 22 | 06 | 17 | 17 | 17 |
| 18 | 68* | 31 | 50 | 17 | 20 | 40 | 15 | 0 | | T | 1.9 | 0.0 | 0.00 | 29.71 | 30.21 | 5.2 | 34 | 7.1 | 22 | 34 | 18 | 28 | 18 |
| 19 | 66 | 34 | 50 | 18 | 14 | 37 | 15 | 0 | SN | T | 0.9 | 0.0 | 0.00 | 29.44 | 29.93 | 7.2 | 02 | 9.7 | 22 | 06 | 20 | 23 | 19 |
| 20 | 64 | 40 | 52* | 17 | 30 | 42 | 13 | 0 | SN | 4 | 0.9 | 0.0 | 0.00 | 28.98 | 29.46 | 8.2 | 25 | 9.1 | 22 | 28 | 15 | 17 | 20 |
| 21 | 51 | 39 | 45 | 11 | 34 | 40 | 20 | 0 | RA | 5 | 1.2 | T | T | 29.55 | 29.99 | 1.5 | 16 | 4.6 | 21 | 04 | 10 | 06 | 21 |
| 22 | 52 | 30 | 41 | 5 | 30 | 36 | 24 | 0 | | T | | 0.0 | 0.00 | 29.41 | 29.90 | 1.8 | 01 | 3.3 | 13 | 02 | 10 | 02 | 22 |
| 23 | 48 | 34 | 41 | 6 | 22 | 33 | 24 | 0 | | 0 | | 0.0 | 0.00 | 29.29 | 29.77 | 3.0 | 34 | 3.8 | 17 | 06 | 14 | 26 | 23 |
| 24 | 45 | 28 | 39 | 5 | 28 | 35 | 26 | 0 | | 0 | | 0.0 | 0.00 | 29.76 | 30.25 | 5.2 | 05 | 7.1 | 22 | 06 | 18 | 02 | 24 |
| 25 | 35 | 21 | 28 | -9 | 10 | 23 | 37 | 0 | | 0 | | 0.0 | 0.00 | 29.53 | 29.98 | 6.2 | 07 | 8.0 | 18 | 08 | 18 | 07 | 25 |
| 26 | 37 | 32 | 35 | -2 | 23 | 33 | 30 | 0 | RA SN | 0 | | 0.0 | 0.00 | 30.02 | 30.51 | 3.8 | 09 | 4.3 | 15 | 10 | 14 | 10 | 26 |

| | MONTHLY | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44.0 | 21.4 | 32.7 | 2.0 | 17.9 | 28.1 | 32.1 | 0.0 | ← MONTHLY AVERAGES TOTALS → | 0.9 | | | 0.04 | 29.36 | 29.84 | 1.4 | 34 | 5.8 | ← MONTHLY AVERAGES | | | | |

DEPARTURE FROM NORMAL --- 3.0 --- -.28

DEGREE DAYS  
HEATING: TOTAL 963  MONTHLY TOTAL DEPARTURE -66  SEASON TO DATE TOTAL 13776  DEPARTURE 526  
COOLING: 0  0  0  0  

SUNSHINE, CLOUD, & VISIBILITY TABLES ON PAGE 3

SEA LEVEL PRESSURE  MAXIMUM 30.30 DATE 28 TIME 0653  MINIMUM 28.98 DATE 01 TIME 1153

GREATEST 24-HR PRECIPITATION: 0.03  DATE :02  
GREATEST 24-HR SNOWFALL: 0.7  DATE :03  
GREATEST SNOW DEPTH: 12  DATE :11+

NUMBER OF DAYS WITH: MAXIMUM TEMP ≥ 70: 0  MAXIMUM TEMP ≤ 32: 3  MINIMUM TEMP ≤ 32: 26  MINIMUM TEMP ≤ 0: 2  PRECIPITATION ≥ 0.01 INCH: 2  PRECIPITATION ≥ 0.10 INCH: 0  SNOWFALL ≥ 1.0 INCH: 0  THUNDERSTORMS: 0  HEAVY FOG: 0