# EXHIBIT 3



# Department of Defense
# DIRECTIVE

NUMBER 4001.1
September 4, 1986
Certified Current as of November 24, 2003

ASD(A&L)

SUBJECT: Installation Management

Reference: (a) Deputy Secretary of Defense Memorandum, "Defense-wide Application of the Model Installation Management Approach," March 26, 1986

## 1. PURPOSE

This Directive establishes the DoD installation management policy.

## 2. APPLICABILITY

This Directive applies to the Office of the Secretary of Defense (OSD), the Military Departments, the Organization of the Joint Chiefs of Staff (OJCS), and the Defense Agencies (hereafter referred to collectively as the "DoD Components").

## 3. POLICY

   3.1. The Commanding Officer of an installation is responsible for accomplishing the mission assigned to the installation, and should be delegated broad authority to decide how best to accomplish the mission, and is accountable for all resources applied to the mission.

   3.2. Headquarters staff activities shall be directed toward facilitating any installation commander's ability to accomplish the mission. Regulations that limit installation commanders' freedom to do their jobs are contrary to the basic DoD installation management policy, and shall be canceled or revised. Exceptions should be rare.

1

Exhibit 3  Page 1

DODD 4001.1, September 4, 1986

3.3. Except where required to preserve essential wartime support capability, or constrained by law or federal regulation, installation commanders shall be free to purchase goods and services wherever they can get the combination of quality, responsiveness, and cost that best satisfies their requirements.

3.4. Unless prohibited by law, a share of any resources saved or earned at an installation should be made available to the installation commander to improve the operations and working and living conditions at the installation.

4. RESPONSIBILITIES

4.1. The Heads of DoD Components shall ensure that all regulations for which they are responsible comply with the policies contained in this Directive.

4.2. The Inspector General, DoD, shall review and report compliance with these policies.

5. EFFECTIVE DATE AND IMPLEMENTATION

This Directive is effective immediately. Forward one copy of implementing documents to the Assistant Secretary of Defense (Acquisition and Logistics) within 120 days.

William H. Taft, IV
Deputy Secretary of Defense

2

Exhibit 3   Page 2