**EXHIBIT 4**

**DOD 4165.63-M**



# DOD HOUSING MANAGEMENT

**SEPTEMBER 1993**

**OFFICE OF THE UNDER SECRETARY OF DEFENSE
(ACQUISITION AND TECHNOLOGY)**

1

Exhibit 4   Page 1

DoD 4165.63-M, September 1993



ACQUISITION

OFFICE OF THE UNDER SECRETARY OF DEFENSE
WASHINGTON, DC 20301

30 SEP 1993

## FOREWORD

This Manual is reissued under the authority of DoD Directive 4165.63, "DoD Housing," July 20, 1989. It complies with DoD Directive 4001.1, "Installation Management," September 4, 1986, which gives installation commanders broad authority to decide how best to accomplish their mission.

DoD 4165.63-M, "DoD Housing Management," June 1988, is hereby canceled.

This Manual applies to the Office of the Secretary of Defense (OSD), the Military Departments, the Chairman of the Joint Chiefs of Staff and the Joint Staff, the Unified and Specified Commands, and the Defense Agencies (hereafter referred to collectively as "DoD Components").

This Manual is effective immediately. The Heads of the DoD Components shall implement this Manual by its distribution for use within 120 days. They may issue supplemental instructions to provide for unique requirements within their respective commands. Multi-Service and Individual Service supplementation shall be minimal and conform to the basic policy guidance of this Manual. Copies of supplemental instructions shall be provided to the Assistant Deputy Under Secretary of Defense (Conservation and Installations) within 30 days of issuance.

Send recommended changes to the Manual through channels to:

> Assistant Deputy Under Secretary of Defense (Conservation and Installations)
> Office of the Deputy Under Secretary of Defense (Environmental Security)
> The Pentagon
> Washington, DC 20301-3400

The DoD Components may obtain copies of this Manual through their own publication channels. Other Federal Agencies and the public may obtain copies from the U.S. Department of Commerce, National Technical Information Service, 5285 Port Royal Road, Springfield, Virginia 22161.

Russel E. Milnes
Assistant Deputy Under Secretary of Defense
(Conservation and Installations)

*Environmental Security — Defending Our Future*

*DoD 4165.63-M, September 1993*

C1.4.3.3. Issue policy and guidance for accessibility of housing to persons with disabilities under DoD Directive 1020.1 (reference (z)), which implements Section 504 of the "Rehabilitation Act of 1973," as amended (reference (aa)), and under the Uniform Federal Accessibility Standards (UFAS) (reference (bb)), which implements the "Architectural Barriers Act of 1968," as amended (reference (s)).

C1.4.3.4. In consultation with the Assistant Deputy Under Secretary of Defense (Conservation and Installations), grant waivers to or modifications of the Uniform Federal Accessibility Standards (reference (bb)) for housing.

C1.4.4. The <u>Assistant Deputy Under Secretary of Defense (Conservation and Installations)</u> (ADUSD(CI)) shall:

C1.4.4.1. Keep DoD Components informed of all congressional restrictions concerning the housing programs.

C1.4.4.2. Allocate leasing authority annually for each DoD Component, as appropriate.

C1.4.4.3. Allocate the number of high-cost leases so as not to exceed the statutory limitation.

C1.4.4.4. Review and submit to OMB requests for exceptions to the rule of equivalence with private rents, utilities, and services in determining rental rates and charges.

C1.4.5. The <u>Heads of DoD Components, or designees</u>, shall:

C1.4.5.1. Delegate to installation commanders broad authority, responsibility, and accountability for providing housing facilities and services in accordance with DoD Directive 4001.1 (reference (a)). Administrative restrictions should be rare.

C1.4.5.2. Keep commanders informed of all policy guidance and congressional restrictions.

C1.4.5.3. Notify appropriate committees of Congress on matters concerning housing.

C1.4.5.4. Determine occupant liability that may compromise or waive a claim of the United States for occupant liability.

DoD 4165.63-M, September 1993

C1.4.5.5. In foreign countries where their Component has construction agent responsibility (DoD Directive 4270.5, reference (cc)), ensure that no Service member or DoD civilian is without appropriate housing program support. That responsibility encompasses individuals who are without access to installation housing services and whose assignments do not place them under the acknowledged purview of any other DoD Component housing program.

C1.4.6. The Installation Commanders shall:

C1.4.6.1. Provide excellent living conditions (as evaluated by customer surveys, interviews, focus groups, etc.) for all military personnel, eligible civilians, and their families.

C1.4.6.2. Provide housing referral services to help DoD personnel and their dependents locate acceptable, affordable, and nondiscriminatory housing in the local community, and to provide an orientation to the local community. Provide housing-related relocation assistance services.

C1.4.6.3. Operate and maintain DoD housing.

C1.4.6.4. Promote self-help projects by housing occupants. Ensure that maintenance contracts allow for self-help work performed by occupants.

C1.4.6.5. Ensure that housing accommodations, storage spaces, and furnishings assigned to unaccompanied personnel provide the space and privacy required for comfortable living.

C1.4.6.6. Determine when a requirement to lease, convert, contract, or construct housing facilities exists.

C1.4.6.7. Ensure occupants move into clean housing.

C1.4.6.8. Ensure that accessible housing is available upon assignment for persons who need it.

C1.4.6.9. Protect members and their families from environmental and safety hazards in housing areas.

C1.4.6.10. Implement utility conservation measures in housing areas.

*DoD 4165.63-M, September 1993*

## C2. CHAPTER 2

### GUIDELINES FOR MANAGEMENT OF FAMILY HOUSING

C2.1. **GENERAL**

Family housing shall be managed in a way that will provide excellent housing facilities and services for the occupants. Program evaluation shall be accomplished in accordance with DoD Instruction 7041.3 (reference (dd)) to assure that operation, maintenance, and repair of DoD family housing are being performed to provide excellent facilities in the most cost-effective manner. Repair or replacement of major building components shall be in accordance with reference (dd).

C2.2. **FUNCTIONS OF A FAMILY HOUSING OFFICE**

These include but are not limited to:

   C2.2.1. Services to eligible personnel, including:

      C2.2.1.1. Assignment and termination of quarters.

      C2.2.1.2. Housing referral.

      C2.2.1.3. Promotion of occupant relations.

      C2.2.1.4. Creation and administration of family housing self-help program.

      C2.2.1.5. Housing-related relocation assistance.

   C2.2.2. Execution of the family housing program authorized and appropriated by Congress.

   C2.2.3. Preparation and analysis of family housing surveys, management reports, and studies.

   C2.2.4. Planning, programming, and budgeting for the acquisition, replacement, improvement, operation, maintenance, repair, and leasing of family housing.

   C2.2.5. Implementation of rental charges.

   C2.2.6. Location and inspection of leased housing.

Exhibit 4  Page 5

consulates, or other diplomatic posts in foreign countries. Item replacement shall be according to procedures within the Military Departments.

C2.7.3. Supplemental Government-owned furnishings may be provided in the public entertainment areas of DoD family housing occupied by the senior enlisted member of a Military Service (Sergeant Major of the Army, Master Chief Petty Officer of the Navy, Sergeant Major of the Marine Corps, Chief Master Sergeant of the Air Force).

C2.8. DoD FAMILY HOUSING FACILITIES

C2.8.1. Self-Help Programs. Occupant self-help programs are encouraged as a means of improving living conditions while promoting a greater feeling of pride and homeownership.

C2.8.2. Telephone Wiring. Maintenance of telephone wiring in the structure of the family housing unit is the responsibility of the Government. The Government shall not maintain the telephone instrument or the external wiring to the receiver or wall plate of the instrument. (See 31 U.S.C. 1348(d), reference (nn).) Occupants of family housing must be informed that they are responsible from the wall plate to the instrument but are not required to pay the fee charged by the telephone company for maintaining or repairing wiring in the housing unit. Occupants who pay the fee shall not be reimbursed by the Government.

C2.8.3. Improvements. Improvement projects together with any concurrent maintenance and/or repairs must conform to 10 U.S.C. 2825 (reference (oo)), as provided by DoD 7000.14-R, Volume 2 (reference (pp)). Improvements shall not be made to substandard quarters unless the housing is being upgraded to adequate standards. Substandard quarters shall be restored or replaced as soon as practical subject to the limitations, justifications, and other requirements applicable to the improvement of such quarters. Improvements may include modification of existing housing to provide accessibility features for persons with disabilities. Multi-unit improvement projects must comply with the UFAS (reference (bb)).

C2.8.4. Historic Quarters. The maintenance, improvement, or rehabilitation of quarters on the National Register of Historic Places or under review for such listing shall comply with DoD Directive 4710.1 (reference (qq)). Consultation with the State Historic Preservation Officer in accordance with reference (qq) is required before alteration of these structures, including demolition.

Exhibit 4   Page 6

*DoD 4165.63-M, September 1993*

## C4. CHAPTER 4

## OCCUPANT RESPONSIBILITY

### C4.1. GENERAL

C4.1.1. All housing occupants shall be informed and shall acknowledge in writing their responsibilities and liability at the time of assignment and upon setting termination of Government housing occupancy, and the condition of the housing unit shall be validated at both assignment and pre-termination or final inspection.

C4.1.2. Occupants of family housing and unaccompanied personnel housing (UPH) shall be liable for losses or damages caused by either themselves, their dependent(s) or guests, or guests of their dependent(s).

C4.1.3. Occupants of family housing and UPH shall be liable for failure to satisfactorily clean assigned quarters upon termination of assignment as prescribed in section C4.2. of this chapter. (See 10 U.S.C. 2775, reference (j).) UPH occupants shall be subject to the same cleaning standards as family housing occupants.

C4.1.4. Occupants financial liability shall be determined in accordance with 10 U.S.C. 2775 (reference (j)) and Chapter 7 of DoD 7200.10-M (reference (xx)).

### C4.2. OCCUPANT RESPONSIBILITY

The installation commander shall ensure that incoming occupants receive quarters in excellent condition, including both maintenance and cleanliness of the unit. Occupants shall be responsible for such routine maintenance, minor repair, operation, and housekeeping as would be expected of tenants in private housing of similar type and value. Standards for occupant cleaning responsibility shall consider fair wear and tear; the responsibility shall be minimized when the quarters are scheduled for change-of-occupancy maintenance and repair. Occupants shall be responsible and held liable for loss or damage to family housing, equipment, or furnishings caused by the abuse or negligence of the occupants or their guests and for failure to satisfactorily clean an assigned unit upon termination of assignment. Occupant cleaning standards shall be tailored to suit local conditions and shall include the following minimum criteria:

C4.2.1. Dusting, sweeping, and vacuuming of interior areas.

*DoD 4165.63-M, September 1993*

C4.2.2. Removal of visible dirt, stains, and calcium deposits from interior surfaces and fixtures.

C4.2.3. Cleaning-accessible portions of appliances.

C4.2.4. Caring for assigned grounds, to include mowing, raking, pruning, and trash removal.

C4.2.5. Replacing light bulbs and simple preventive maintenance such as replacing Government-furnished furnace and/or air conditioning fitters.

C4.2.6. Removal of visible grease and oil deposits on driveways and in carports, and garages.

C4.2.7. Cleaning and/or restoration of all areas frequented by household pets.

C4.2.8. Removal of trash and, on termination of assignment, all personal property.

C4.3. <u>PAYROLL DEDUCTION AUTHORITY</u>

C4.3.1. The authority to make deductions from a military members pay sufficient to cover the cost of necessary repairs, replacements, or cleaning is contained in 10 U.S.C. 2775 (reference (j)). Salary offset for civilian employees is authorized in section E, enclosure 3, of DoD Instruction 7045.18 (reference (yy)).

C4.3.2. The amounts collected for loss or damage or failure to satisfactorily clean a family housing unit shall be credited to the family housing operations and maintenance (O&M) account of the DoD Component concerned and shall be available for use for the same purposes and under the same circumstances as other funds in the account.

C4.3.3. The amounts collected for loss or damage to an unaccompanied personnel housing unit shall be credited to the O&M account of the Military Department or Defense Agency concerned and shall be available for use for the same purposes and under the same circumstances as other funds in those accounts.