**EXHIBIT 5**

Army Regulation 210-50

Installations

# Housing Management

Headquarters
Department of the Army
Washington, DC
26 February 1999

**UNCLASSIFIED**

Exhibit 5   Page 1

Headquarters
Department of the Army
Washington, DC
26 February 1999

*Army Regulation 210–50

Effective 26 March 1999

Installations

# Housing Management

*Louis Caldera*
*Secretary of the Army*

**History.** This publication was revised on 1 September 1997. It was authenticated by Togo D. West, Jr., Secretary of the Army. This electronic edition publishes the basic 1997 edition and incorporates Change 1. The parts being changed by this change are highlighted. This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation on the management of Army housing programs has been revised to consolidate AR 210-13 into this regulation; redefine responsibilities in accord with organizational changes in the Army's departmental staff; change phrase "transient housing" to "Army lodging"; expand guidance on Army lodging; clarify assignment, occupancy, and termination policies; identify special command sergeant major positions; amend unaccompanied personnel housing adequacy standards; expand the range of the housing referral functions; clarify policies on the cleaning of housing; address changes in furnishings policies and procedures; incorporate modified construction programming policies and procedures; establish the process for housing justification in the Army Housing Requirements Program; include provisions for electronic forms; amend reporting frequencies; revise DA Form 4630-R, DA Form 4939-R, DA Form 5546-R, and DA Form 5867-R; prescribe for Army use DD Form 2643; and incorporate Management Control Evaluation Checklists. It implements Department of Defense Directives 1100.12 and 4165.63, Instruction 1100.16, and Manual 4165.63-M.

**Applicability.** This regulation applies to the Active Army, the Army National Guard, and the U.S. Army Reserve, except as follows:
a. Civil works housing under control of the Corps of Engineers.
b. Family housing for caretakers at national cemeteries.
c. Military Assistance Program and Military Assistance Advisory Group housing activities except for accounting procedures set forth in the AR 37-series.
d. Family housing transferred to other Government agencies by permit.
e. Family housing at Kwajalein.
f. Army National Guard family housing, unaccompanied personnel housing, and guest housing facilities and related furnishings.
g. U.S. Army Reserve family housing facilities and related furnishings.
h. Recreational housing.
i. Housing furnishings support for reception centers and confinement centers.
j. Fisher Houses.

**Proponent and exception authority.** The proponent agency for this regulation is the Assistant Chief of Staff for Installation Management. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate the approval authority, in writing, to a division chief within the proponent agency who holds the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions, identifies key management controls, and includes management control review checklists for conducting management control evaluations.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from the proponent (ATTN DAIM-FDH, Assistant Chief of Staff for Installation Management, 600 Army Pentagon, Washington, DC 20310-0600).

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to: ATTN DAIM-FDH, Assistant Chief of Staff for Installation Management, 600 Army Pentagon, Washington, DC 20310-0600.

**Distribution.** Distribution of this publication is in accordance with initial distribution number (IDN) 093205, intended for command levels C, D, and E for Active Army, and D and E for Army National Guard and U.S. Army Reserve.

---

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Statutory authority • 1–4, *page 1*

*Section II*
*Responsibilities, page 1*
The Assistant Secretary of the Army(Installations, Logistics, and Environment) (ASA(IL&E)) • 1–5, *page 1*
The Assistant Secretary of the Army(Financial Management) (ASA(FM)) • 1–6, *page 1*
The Assistant Secretary of the Army(Manpower and Reserve Affairs (ASA(M&RA)) • 1–7, *page 1*
The Assistant Chief of Staff for Installation Management (ACSIM) • 1–8, *page 1*
The Deputy Chief of Staff for Personnel(DCSPER) • 1–9, *page 1*
The Commander, U.S. Army Corps of Engineers (USACE) • 1–10, *page 1*

---

*This regulation supersedes AR 210-13, 31 May 1991; and AR 210-50, 24 April 1990, and rescinds DA Form 4939-1-R, April 1991.

**UNCLASSIFIED**

Exhibit 5   Page 2

# SUMMARY of CHANGE

AR 210-50
Housing Management

Summary of Change 1. This change revises page 3, paragraph 1-22f.

o Consolidates AR 210-13 into this regulation.

o Identifies statutory authority for this regulation (para 1-4).

o Redefines responsibilities to reflect organizational changes in the Army's departmental staff (chap 1, sec II).

o Changes the phrase 'transient housing' to 'Army lodging'.

o Increases emphasis on Army lodging (para 1-1; chap 2, sec IV; chap 3, sec VII).

o Incorporates Army policy on local moves and storage of household goods (para 1-18).

o Expands discussion of Army lodging activities fund management (chap 2, sec VI).

o Implements Department of Defense (DOD) policy governing the use of nonappropriated funds (NAFs) in temporary duty (TDY) transient lodgings (chap 2, Sec VI).

o Addresses the Army Billeting Fund (ABF) (para 2-34).

o Establishes formally the Funding Review Panel (FRP) to oversee the ABF (para 2-35).

o Revises the methodology for computing unaccompanied personnel housing (TDY) (UPH(TDY)) service charges (para 2-36 and app C).

o Clarifies and updates assignment, occupancy, and termination policies (chap 3).

o Revises the table of military and civilian schedule of equivalent grades to add NAF employees (table 3-1).

o Authorizes use of excess military family housing in foreign areas for U.S. citizen DOD civilians within certain parameters (para 3-6).

o Clarifies eligibility date criteria for family housing(para 3-9).

o Clarifies differences between design and adequacy standards(para 4-2).

Exhibit 5   Page 3

o  Revises adequacy standards for UPH to address the Whole Barracks Renewal Program's '1+1' design and the quality of life thrust toward increasing space allowances (para 4-4 and table 4-2).

o  Authorizes MACOMs to delegate certain diversion authorities to installations (para 5-4).

o  Includes a procedure for merging waiting lists for housing in support of unit moves (para 5-23).

o  Emphasizes the breadth and importance of the housing referral function by retitling the function to community homefinding, relocation, and referral services (CHRRS) and expanding its range (chap 6, sec II).

o  Identifies self-help tasks that can be performed by family housing residents (para 7-7 and app E).

o  Clarifies and updates the lead-based paint (LBP) program; bans new LBP application; covers in-place management and abatement and/or removal of existing LBP when necessary; and emphasizes the requirement to test for lead in drinking water (para 7-9).

o  Identifies broad parameters for usage of the Commercial Activities (CA) Program for housing (para 7-13).

o  Clarifies policy on name signs for family housing units (para 7-16).

o  Clarifies family housing maintenance policies (para 7-17).

o  Clarifies policies on family housing cleaning (para 7-18).

o  Clarifies guidelines on maintenance downtime for family housing (para 7-30 and app G).

o  Incorporates policy on UPH (permanent party (PP)) (UPH(PP)) cleaning (para 7-37).

o  Establishes an optional requirement for a pretermination inspection of family housing (para 8-10).

o  Includes additional designated family housing units under the representational housing umbrella (para 9-16).

o  Identifies special command sergeant major (CSM) positions (para 9-31 and table 9-2).

o  Specifies furnishings amenities for special CSM position incumbents (para 9-32).

Exhibit 5  Page 4

o  Revises and updates policy and procedures for the UPH initial issue furnishings program (para 9-40).

o  Clarifies programming limits for determining housing shortfalls (paras 10-7 and 10-10).

o  Incorporates whole neighborhood revitalization as a substantial component of the post acquisition (improvement) construction program (para 10-8).

o  Incorporates the Whole Barracks Renewal Program as the guiding mechanism for developing UPH(PP) barracks construction programs (para 10-10).

o  Modifies programming procedures for housing construction to better accommodate the biennial budgeting requirements of the Planning, Programming, Budgeting, and Execution System (PPBES) and major command (MACOM)/U.S. Army Corps of Engineers (USACE) certification procedures (para 10-14).

o  Revises special allowances authorized occupants of special command positions (para 13-18 and app J).

o  Simplifies the method for developing the Six-year General/Flag Officer's Quarters (GFOQ) Plan (SYGP) (para 13-28 and fig 13-2).

o  Simplifies the method for developing the GFOQ budget estimate (para 13-29 and fig 13-3).

o  Recommends topics which should be covered in a GFOQ change of occupancy orientation (para 13-38).

o  Establishes the process for housing justification in the Army Housing Requirements Program (AHRP) (chap 14, sec II).

o  Specifies types of housing analysis (para 14-10).

o  Emphasizes the requirement for automated reports using the Housing Operations Management System (HOMES) (para 16-3).

o  Incorporates use of the Single Host Integrated Platform (SHIP) capability for database transfer and management (para 16-3).

o  Establishes the requirement to use the real property inventory code (RPIC) when using HOMES/SHIP for installation reporting (para 16-3).

o  Reduces upward reporting frequencies and establishes the requirement for 'on call' reporting on an as-needed basis (chap 16).

Exhibit 5   Page 5

o   Includes samples of electronically-generated forms (chap 16).

o   Merges DA Form 4939-R (General/Flag Officer's Quarters Management Report) and DA Form 4939-1-R (General/Flag Officer's Quarters Quarterly Obligations Report) into a single simplified DA Form 4939-R (General/Flag Officer's Quarters Quarterly Obligations Report) (para 16-10).

o   Prescribes for Army use the new DD Form 2643 (High Cost Foreign Lease) (para 16-15).

o   Incorporates Management Control Evaluation Checklists (chap 16, sec VI, and apps L, M, N, O, P, Q, and R).

o   Rescinds DD Form 1657 and cancels RCS DD-A&L (1219).

o   Rescinds DA Form 4939-1-R and cancels RCS ENG-329.

Exhibit 5   Page 6

Case 4:02-cv-00021-RRB   Document 32-6   Filed 02/06/2006   Page 8 of 14

*a.* Perform as functional manager for the execution of Army programs for permanent party housing..

*b.* Serve as functional proponent for Army-wide permanent party housing automated systems.

*c.* Develop, prepare, and maintain for the ACSIM DA publications which provide policy, guidance, and direction on Army housing programs.

*d.* Validate requests for the acquisition of permanent party housing.

### 1–13. Commanders of major Army commands (MACOMs)and field operating agencies (FOAs)

Each MACOM and FOA commander with housing activities and the Superintendent, U.S. Military Academy, will—

*a.* Supervise the staffing, administration, management, and operation of their housing programs per this regulation.

*b.* Provide command and technical supervision of and assistance to housing programs at subordinate installations.

*c.* Supervise the management of their housing furnishings program. (See para 9-3 for specific detail.)

*d.* Execute their portions of the Army's housing leasing program. (See para 11-3 for specific detail.)

*e.* Manage their GFOQ on an intensive basis. (See para 13-5 for specific detail.)

*f.* Review and approve installation NAF billeting budgets in accord with this regulation and annual budget instructions.

*g.* Ensure that installation actions submitted to higher headquarters conform with this regulation.

*h.* Evaluate the effectiveness of their housing programs.

### 1–14. Installation commanders

These commanders will—

*a.* Provide adequate housing facilities and services.

*b.* Operate and manage their housing programs per this regulation.

*c.* Manage their housing furnishings program. (See para 9-3 for specific detail.)

*d.* Participate in the execution of the Army's housing leasing programs. (See para 11-3 for specific detail.)

*e.* Manage their mobile home parks. (See chap 12 for specific detail.)

*f.* Manage their GFOQ on an intensive basis. (See para 13-6 for specific detail.)

*g.* Validate and justify the use of NAFs in support of UPH(TDY)in accord with this regulation and annual budget instructions. (See AR 215-1 for details.)

*h.* Provide community homefinding, relocation, and referral services both to help DOD personnel and their dependents locate acceptable, affordable, and nondiscriminatory housing in the local community and to provide an orientation to housing in the local community. Ensure that all assignment orders for personnel governed by this regulation contain the following statement in the special instruction paragraph: "You are required to report to the Community Homefinding, Relocation, and Referral Services Offices serving your existing and new duty stations before you make housing arrangements for renting, leasing, or purchasing any off-post housing."

### 1–15. Other organizational entities

Responsibilities of any other organizational entity are prescribed in the appropriate subject matter chapter of this regulation.

## Section III
## Policy Overview

### 1–16. Housing objectives

*a. Basic housing groups.* The Army's overall housing program encompasses the management of two basic groups of housing. These are permanent party housing and Army lodging. (See fig 1-1.) Family housing and UPH for permanent party personnel comprise permanent party housing. Army lodging consists of UPH for TDY personnel and guest houses.



Note.
Does not include MWR recreational housing, such as cabins, cottages, or housing operated in conjunction with Armed Forces recreation centers (AFRC), for example, Hale Koa Hotel.

**Figure 1-1. Basic housing groups**

*b. Permanent party housing.* The objective of family housing and UPH(PP) is to provide adequate housing for eligible military and DOD civilian personnel who are permanently assigned or attached to installations or to activities located within a one-hour commute of an installation.(See paras 3-3, 3-6, 3-7, and 3-27 through 3-34.)

*c. Army lodging.* The objectives of Army lodging are as follows:

(1) *UPH(TDY).* Provide accommodations to military and DOD civilians visiting installations in TDY status and to other authorized guests.(See para 3-40.)

(2) *GH.* Provide short-term accommodations for—

*(a)* Military personnel and/or their families arriving or departing installations incident to permanent change of station(PCS),

*(b)* DOD civilian personnel and/or their families outside CONUS(OCONUS) arriving or departing installations incident to PCS; and

*(c)* Other authorized guests. (See para 3-40.)

### 1–17. Entitlements

*a. Housing.* Assignment of Government housing to permanent party personnel is not an entitlement. Permanent party personnel are entitled to housing allowances to secure private housing in the civilian community if Government housing is not provided.

*b. Furnishings.*

(1) *Family housing.* Persons eligible for family housing have no legal entitlement to Government-provided furnishings. Furnishings are provided when it is considered in the best interest of the Government.

(2) *UPH.* Personnel assigned to UPH are authorized Government-provided furnishings.

### 1–18. General policies

*a.* All housing facilities, services, and programs will be operated in support of the Army Communities of Excellence (ACOE)program so as to improve the quality of life and provide comfortable places for people to live. Continued qualitative improvement is the yardstick for measuring excellence.

*b.* The private sector is normally relied on as the primary source of housing. The Government will provide housing only where private sector housing is not available, is too costly, or is substandard. Exceptions are for military necessity.

*c.* Community homefinding, relocation, and referral services will be provided to locate adequate housing in the civilian community. Installations must certify that they have actively pursued off-post housing within the housing market area (para 14-9).

*d.* Off-post housing will be provided on a non-discriminatory, equal opportunity basis regardless of race, color, religion, national origin, gender, age, disability, or familial status.

Exhibit 5   Page 7

*e.* Provisions for providing housing facilities accessible to physically handicapped individuals will be in accord with the Uniform Federal Accessibility Standards (UFAS).

(1) For military family housing and guest housing, at least five percent of the total inventory but not less than one unit (on an installation-by-installation basis) of all housing will be accessible or readily and easily modifiable for use by persons with disabilities. Common areas such as, parking, play areas, streets, and walks, and common entrances to multi-unit buildings and facilities will be designed and built to be accessible. In addition, persons with disabilities must have access to programs and activities conducted in public entertainment areas of Government family housing units and in support facilities provided for Government family housing residents.

(2) UPH for able-bodied military personnel only need not be designed to be accessible to physically handicapped individuals, but accessibility is recommended since the use of the facility may change with time. In the case of UPH(TDY) which cannot accommodate the needs of handicapped individuals, certificates of non-availability (CNAs) will be issued.

*f.* In general, housing managers will make decisions on the basis of the "prudent landlord" concept, that is, consider whether a prudent landlord in the private sector would take a proposed action.

*g.* Residents of housing facilities may be held liable for damage to any assigned housing unit, or damage to or loss of any equipment or furnishings assigned to or provided such residents if the damage or loss was caused by the negligence or willful misconduct of the residents or their family members or guests. This includes loss or damage caused by pets. (See para 8-8.)

*h.* The basic Self-help Program, which is in concert with the "prudent landlord" concept, optimizes the use of scarce resources, and gives residents a feeling of "homeownership", will be employed to the maximum extent practicable.

*i.* Soldiers or DOD civilians who are stationed in a foreign country, and whose housing status is not the acknowledged responsibility of any other DOD component or Government agency program, shall be supported by the Military Department that has construction agent responsibility for that country.

*j.* Housing managers at all levels will be aware of Federal, State, and local resources/assistance available for detecting and reducing drug-related (including alcohol) incidents in on- and off-post housing.

*k.* The Army has established an Army-wide method for controlling the settlement of soldiers in Army-owned or -controlled housing when they have completed their waits for such housing. To help ensure good order and quality of life throughout the Army, ordered moves will be used to fill vacating and vacated housing.(See para 3-10c.) Installation commanders will—

(1) Order and fund local moves from off-post housing to Army-owned or -controlled family and unaccompanied personnel housing for permanently assigned soldiers who have completed the required wait for housing and have six months or more remaining on the installation. Use installation base operations OMA funds.

(2) Order and fund, for those soldiers in (1) above, necessary nontemporary storage of household goods which cannot be accommodated in Army-owned or -controlled family and unaccompanied personnel housing. Use installation base operations OMA funds

### 1–19. Centralized housing management

*a.* Each installation responsible for operating and maintaining a Government housing inventory will have a centralized housing office which should be a separate organizational entity. This office should be headed by a full-time professional housing manager in the GS/GM-1173 housing management career program. At smaller installations, housing functions may be combined with other functions; however, responsibilities for housing functions will not be fragmented.

*b.* The installation housing manager serves as a channel of communication between the installation commander and the housing residents. This ensures a "check and balance" between what the installation provides and what is acceptable to the residents.

*c.* CHRRS will be an integral part of the housing management office. If an installation has no housing inventory, CHRRS will be obtained from another installation in the area or by combining CHRRS responsibility with some other installation function which is logically related to housing.

### 1–20. Staffing

*a.* Housing offices will be staffed and operated by permanently assigned personnel trained in professional housing skills. Staffing will be done in accord with approved staffing guides.

*b.* The Community Homefinding, Relocation, and Referral Services Office (CHRRSO) or Section will be sufficiently staffed to permit execution of the CHRRS program mission.

*c.* Army lodging will be staffed in accord with the cyclical nature of transient demand using permanent, flexible, and temporary personnel trained in professional lodging skills.

### 1–21. Mobilization

Under mobilization the overall housing objective—to adequately house soldiers and their families—will remain unchanged. However, each installation will have a specific mobilization mission with its particular requirements and a unique array of on- and off-post housing resources available to it. (See DA PAM 210-7 for mobilization planning guidance for housing operations.)

### 1–22. Exceptions and waivers

*a.* This regulation imposes requirements upon the Army and its activities, installations, and personnel. These requirements derive from the following:

(1) Public Law, that is, statutory requirements.

(2) Congressional direction, often given the force of law.

(3) Directives from higher authority, such as the Executive Office of the President, the Office of Management and Budget (OMB), and the Office of the Secretary of Defense (OSD).

(4) Direction from Army leadership, such as the Secretary of the Army (SA), the Chief of Staff, Army (CSA), and their staffs.

*b.* The requirements which flow from a(1)-(3) above describe certain limits within which the Army must operate. The requirements which derive from a(4) above also define limits. These latter limits have been learned from experience. They are not intended to be restrictive, but are necessary for one or more of the following:

(1) Effective establishment of priorities.

(2) Control of programs and resources.

(3) Operational needs of higher level headquarters in justifying and defending the resource needs of housing.

(4) Army-wide consistency in dealing with personnel.

*c.* Statutory requirements, cost limitations, dollar thresholds, quantity constraints, approval authority levels, and reporting requirements identified in this regulation must be observed.

*d.* Requests for exceptions to policy or waivers in permanent party housing operational matters should be sent through command channels to: ATTN DAIM-FDH, Assistant Chief of Staff for Installation Management, 600 Army Pentagon, Washington, DC 20310-0600. Requests for exception to policy will be forwarded by the ACSIM to the ASA(IL&E) for approval.

*e.* Requests for exceptions to policy or waivers in Army lodging operational matters should be sent through channels to: ATTN CFSC-HD-O, Commander, U.S. Army Community and Family Support Center, 2760 Eisenhower Avenue, Suite 400, Alexandria, VA 22314-0512.Requests for exceptions to policy on NAF-related issues will be forwarded by CFSC to the ASA(M&RA) for approval; on appropriated fund (APF)-related issues, to the ASA(IL&E) for approval.

*f.* Requests for exceptions or waivers for matters listed below will be sent through command channels to: Deputy Chief of Staff for Personnel (DAPE—HR—PR), 300 Army Pentagon, Washington, DC 20310—0300.

(1) Housing eligibility.

(2) Assignment to and termination from housing.

(3) Housing adequacy standards.

(4) Housing equal opportunity programs.

**Table 7–1**
**Minimum cleaning standards for housing—Continued**

| Item | Government contract cleaning | |
|---|---|---|
| | Resident | Contractor |
| **Dishwasher** | | |
| Wipe down interior and exterior surfaces. | x | |
| Clean interior and exterior surfaces, door gasket, baskets, and soap dispenser. | | x |
| Remove mineral deposits in bottom of machine and on inside of door. | | x |
| **Kitchen, bathroom, and toilet** | | |
| Remove stains, lime and mineral deposits, and excessive soap residue from all equipment. | x | |
| Clean all equipment to include bathtubs, washbasins, toilet bowls, showers, mirrors and mirror shelves, towel rails, medicine cabinets, kitchen sinks, and related hardware. | | x |
| Clean wall and floor tile. | | x |
| Polish all equipment, fixtures, and wall tiles to a steak-free shine. | | x |
| **Trash cans** | | |
| Empty and remove any crusted-on garbage. | x | |
| Empty and clean. | | x |
| **Upholstered furniture** | | |
| Wipe down and remove stains. | x | |
| Clean to remove lint, dust, and dirt. | | x |
| Remove spots and stains to the maximum extent possible. | | x |
| **Wooden furniture** | | |
| Wipe down and remove stains. | x | |
| Clean to remove dust, dirt, food particles, and streaks. | | x |
| Lightly wax outside surfaces and polish to a shine. | | x |
| Clean doors and drawers to be free of dust, dirt, or other foreign matter. | | x |
| Remove drawers completely so that frames and rollers can be cleaned of dust and other particles. | | x |
| **Bedsprings, box springs, and mattresses** | | |
| Wipe down and remove stains. | x | |
| Clean to remove dirt, dust, and other loose matter. | | x |
| **Outside area** | | |
| Sweep and clear all debris, carports, patios, balconies, and walks. | x | |
| Remove oil or grease from paved areas. | x | |
| Accomplish normal yard maintenance. | x | |
| **Self-help** | | |
| Accomplish all self-help items per local requirements. | x | |
| **Miscellaneous** | | |
| Remove all personal items before final inspection. | x | |

## Chapter 8
## Resident Relations

### 8–1. Scope
This chapter establishes policy, defines responsibilities, provides guidance, and sets forth procedures for resident-related programs and for occupancy and termination inspections.

### 8–2. Policies on resident-related programs
  a. Installation commanders will be responsive to the needs of housing residents.
  b. Residents of housing will satisfy normally accepted obligations and abide by local regulations so as to promote an amicable relationship among residents and between residents and the housing manager.
  c. Applicants for and residents of Army housing will be treated in a prompt, courteous, and professional manner at all times by housing office personnel.
  d. Residents will be clearly advised of both their and the Government's responsibility for the care and cleaning of housing.
  e. Inspections will be conducted prior to the assignment of and departure from permanent party housing.
  f. Housing inspections will be conducted with consistency and without regard to rank of resident.
  g. Housing residents will be made aware of resident liability policies and procedures.

### 8–3. Shared responsibilities
By its nature, housing must entail a shared responsibility involving both the provider and the user.
  a. *Installation commander.* The installation commander will—
  (1) Develop and issue clear and precise local regulations governing conditions of occupancy.
  (2) Provide residents of permanent party housing (both family and UPH(PP)) with a resident handbook and Army lodging (UPH(TDY) and GH) residents with an information booklet which includes occupancy rules that inform residents of the local situation

and requirements. Include information and guidance on fire protection, precautions, and reporting.

(3) Provide each resident with a memorandum that explains his/her potential for pecuniary liability and recommends the resident consider securing personal insurance coverage (paras 8-7 and 8-8).

(4) Develop and implement a family housing resident orientation plan (para 8-4).

(5) Ensure that all Government housing is safe, decent, and sanitary at the time of assignment of residents.

(6) Maintain suitable and attractive living conditions in Army housing.

(7) Ensure that all personal information contained in housing office files is maintained in strict accordance with the provisions of the Privacy Act.

(8) Ensure that disruptions to housing residents resulting from M&R work is kept to a minimum.

(9) Advise residents of Government-leased housing of any special requirements they may be subject to under the provisions of the lease.

b. *Resident.*
(1) Permanent party residents will—
(a) Be familiar with the contents of the family housing residents' handbook or UPH(PP) housing information booklet.
(b) Ensure that housing is returned in good condition, less normal wear and tear, upon termination of occupancy.
(c) Perform routine housekeeping functions including minor maintenance and simple repair necessary to keep their assigned housing and any assigned Government-provided furnishings in good condition.
(d) Be responsible for their actions and those of their family members and guests.
(e) Comply with local regulations regarding the care and control of pets.
(f) Secure approval before soliciting within a housing facility or area or conducting a private business in a family housing unit, UPH facility, or housing area.
(g) Record the possession of dangerous weapons with the Provost Marshal and use them only in designated areas in accord with local regulations.
(h) Notify the housing maintenance office or billeting office, as appropriate, promptly whenever the housing structure, components, equipment, furnishings, or fixtures contained therein become defective, broken, damaged, or malfunction in any way.
(i) Refrain from installing or using any equipment that will overload any structural, gas, water, heating, electrical, sewage, drainage, or air conditioning systems of the assigned housing.
(j) Be familiar with fire precaution, prevention, and reporting measures.
(k) Be potentially liable for damages to or loss of Government property (para 8-8).
(l) Cooperate with area, building, and/or stairwell coordinators on common area responsibilities.
(m) In foreign areas, secure DPW approval to use outdoor cooking equipment, such as grills, or to display flower boxes in multi-story buildings.

(2) UPH(TDY) and GH residents will be familiar with the contents of the UPH(TDY) or GH information booklet and/or rules posted in their housing. They will also be responsible for the actions in paragraphs (1)(b), (d), (e), (f), (g), (h), (i), (j),(k), and (m) above.

c. *Residents of Government-leased housing.* Residents living in Government-leased housing will comply with the requirements in b above.

d. *Residents of private rental housing.* Such residents are subject to the provisions of the leases for their housing units.

## 8-4. Resident orientation

a. Installations will conduct an orientation for residents of family housing within 30 days of assignment to housing. This orientation will include the following:
(1) Distribution of the resident's handbook and local regulations.
(2) Indoctrination into the self-help program.
(3) Introduction to the local community and the services provided.
(4) Discussion of local procedures and points of contact in housing.
(5) Discussion of living conditions for Government-leased and private rental housing (in foreign areas only).

b. Residents of UPH and GH facilities will receive their "orientation" via rules posted and/or information booklets located in their housing.

## 8-5. Community associations

a. Community associations provide an excellent forum for the interchange of ideas between family housing residents and the installation commander. They also provide channels of communication among residents which will enhance the feeling of community and sense of "homeownership".

b. The housing manager should ensure wide dissemination of information about the existence of local community associations or installation policies concerning their formation. This will give all residents an opportunity to participate.

c. Residents should be encouraged to take the initiative in establishing and organizing community associations and electing association presidents or "mayors" and other officers. Upon request, the installation commander will assist residents interested in forming such an association.

d. Community associations offer a valuable channel of communications between the installation and its residents. The housing manager should maintain an active interest in association activities and attend their meetings to answer questions, become aware of problems, and offer assistance.

## 8-6. Mediation of resident complaints

a. The housing manager has the responsibility for mediating resident complaints regarding housing. Complaints that can be resolved quickly without extensive investigation, and to the satisfaction of all parties concerned, may be handled informally. All other complaints must be made in writing, signed by the complainant, and submitted to the housing manager.

b. Complaints must be handled with the strictest impartiality. Comments implying guilt or responsibility must be avoided until a thorough inquiry has been made and a firm basis exists for a conclusion.

c. Where a complaint requires an investigation, the investigation will be conducted in accord with AR 15-6. Experienced civilian professional housing managers in grade GS-9 and above may be appointed as investigating officers to investigate complaints regarding housing.
(1) An investigation or inquiry will not be initiated until the initial information has been received, screened, and evaluated.
(2) In cases involving more than one resident, the positions of all residents involved must be understood.
(3) Where cases cannot be resolved between or among the individuals concerned, it may be advisable to discuss the problem with all parties involved and the installation commander.

d. Belligerent residents who are unwilling to settle problems and who are a continual source of conflict, disturbing the peace and harmony of the housing facility, housing area, or neighborhood, should be considered for termination from housing.

e. A report of any investigation or inquiry, results, and actions taken will be retained in the housing office.

## 8-7. Insurance

The Government does not provide insurance for the resident's personal property nor for the personal liability needs of the resident. To protect themselves, residents are strongly encouraged to secure both personal property and personal liability insurance coverage.

## 8-8. Resident's potential pecuniary liabilities

a. Residents are responsible and may be held liable for damage to assigned housing, or damage to or loss of related equipment or

Exhibit 5   Page 10

Note: Response times/timeframes in this sample policy, though considered a reasonable point of departure, are for demonstration purposes only, and may be modified/expanded/deleted by individual installations as logic and the situation dictates. Above all, response times/timeframes determined should be reliable. Installation commander approval of the installation priority policy is recommended.

**Figure D-1. Sample work priority policy—Continued**

## Appendix E
## Self-help Tasks for Family Housing Residents

### E–1. Necessity for self-help
A well run and command supported self-help program in family housing can accomplish tasks more quickly and save on limited maintenance and repair dollars. These saved dollars can then be used to fund other high priority M&R requirements.

### E–2. Self-help tasks
Table E-1 contains a list of tasks which can and should be performed by family housing residents. Circumstances may require that

some of these tasks be performed by DPW personnel; however, this should be the exception and not the rule.

**Table E-1**
**Family housing self-help task list**

| Functional Area | Task |
|---|---|
| Housekeeping | 1. Clean and polish wood furnishings and woodwork.<br>2. Clean upholstery, drapery, and window shades.<br>3. Clean floors, walls, ceilings, and windows.<br>4. Clean lighting fixtures (wash globes and lens covers, clean out bugs).<br>5. Clean small appliances.<br>6. Clean and defrost refrigerator.<br>7. Clean electric range (keep free of grease and food drippings).<br>8. Clean gas range.<br>9. Clean and unjam garbage disposal.<br>10. Clean exterior of dishwasher. |
| Carpentry | 1. Minor repair of wood fences and exterior storage(repair damaged rails, shore up loose posts, lift sagging gates).<br>2. Reset finishing nails.<br>3. Refasten coathooks, clothes poles, closet shelves.<br>4. Tighten/replace builders hardware.<br>5. Lubricate locks and hardware.<br>6. Replace door stops.<br>7. Replace caulking around doors and windows.<br>8. Repair small holes in door and window screens.<br>9. Remove/rehang, clean, and store door screens and window screens.<br>10. Repair/replace window shades and brackets.<br>11. Replace curtain rod and accessories.<br>12. Hang pictures and mirrors.<br>13. Replace clothesline.<br>14. Replace/adjust kitchen and bathroom hardware(install/tighten paper holders, soap dishes).<br>15. Adjust drawers (sand or lubricate sticking edges).<br>16. Patch small holes in wallboard or plaster.<br>17. Unjam windows (unstick windows due to dried paint or dirt).<br>18. Minor repair of government-furnished furniture(glue loose joints, tighten hardware).<br>19. Replace storm door closer and crash chain.<br>20. Repair screen doors.<br>21. Replace mail box.<br>22. Replace mechanical door chime.<br>23. Repair kitchen cabinets.<br>24. Replace house numbers. |
| Painting | Spot painting. |
| Electrical | 1. Replace broken globes.<br>2. Replace starters.<br>3. Replace blown fuses, reset tripped circuit breakers.<br>4. Replace cracked/broken switch plates and receptacle plates.<br>5. Replace ceiling fixture bulbs. |
| Plumbing | 1. Shut off critical valves, when necessary.<br>2. Unclog drains and toilets.<br>3. Repair leaky faucets; replace faucet handles.<br>4. Repair/replace shower heads.<br>5. Tighten/replace toilet seat.<br>6. Replace tank lid.<br>7. Correct running toilet (flush ball, float ball).<br>8. Adjust water level in toilet tank.<br>9. Replace lift wires.<br>10. Replace trip lever.<br>11. Replace lift wire guide.<br>12. Replace stopper and strainer.<br>13. Replace and clean faucet aerator.<br>14. Caulk around tub and tile.<br>15. Perform first aid for leaky pipes.<br>16. Dismantle trap under sink to unclog.<br>17. Install insulating blankets on hot water heater.<br>18. Bleed radiator. |

Table E–1
Family housing self-help task list—Continued

| Functional Area | Task |
|---|---|
| Gas | 1. Identify and report suspected gas leaks.<br>2. Relight pilot lights.<br>3. Clean and replace air filters.<br>4. Maintain furnace area (keep area free of debris and clutter).<br>5. Lubricate heating equipment.<br>6. Clean/lubricate identified components of ventilation systems.<br>7. Remove radiator covers to clean convectors.<br>8. Conserve utilities.<br>9. Install/replace weatherstripping. |
| Appliances | 1. Clean/replace filters in kitchen exhaust.<br>2. Replace light bulbs in appliances. |
| Grounds maintenance | 1. Water, mow, edge, seed, fertilize, and rake lawns.<br>2. Minor pruning of trees, shrubs and vines.<br>3. Clean and maintain yard.<br>4. Maintain splash blocks (keep in proper position under downspout).<br>5. Clean gutters and downspouts (when not hazardous).<br>6. Fill ruts and eroded areas. |
| Paved and stabilized areas | 1. Clean walks, patios, steps, and platforms.<br>2. Clean oil and grease from pavements.<br>3. Rake gravel.<br>4. Remove snow and ice. |
| Pest control | 1. Keep all food areas clean.<br>2. Keep trash containers clean and tightly covered.<br>3. Keep screens in good repair.<br>4. Store wool goods in moth proof containers.<br>5. Use mouse, roach, ant traps safely and properly.<br>6. Use authorized pesticides carefully and properly. |
| Trash and refuse disposal | 1. Place all refuse in refuse containers/separate recycleables.<br>2. Wrap all wet, odorous garbage.<br>3. Maintain cans, covers, and collection points.<br>4. Keep access to refuse containers clear. |
| Security | Install surface-mounted locks on doors and windows. |
| Fire protection | Replace batteries for smoke detectors, where applicable. |
| Miscellaneous | Move or store heavy articles. |

## Appendix F
## Maintenance Standards for Family Housing

### F–1. General
All family housing real property assets including dwelling units, garages, carports, grounds, and other facilities identified on the Family Housing Property Account are to be maintained to a standard that prevents deterioration beyond that which results from normal wear and tear and which corrects deficiencies in a timely manner to ensure the full life expectancy of the facilities and their components. The level of maintenance shall ensure that all family housing facilities are free of missing components or defects which would affect the safety, appearance, or habitability of the facilities or would prevent any electrical, mechanical, plumbing, or structural system from functioning in accordance with its design. The quality of the work and the repaired areas shall be compatible with adjacent areas. Replacements shall match existing components in dimensions, materials, quality, finish, color, and design. During the performance and on completion of the work, debris shall not be allowed to spread unnecessarily into adjacent areas or accumulate in the work area itself. All such debris, excess material, and parts shall be cleaned up and removed at the completion of the job or at the end of each day work is in progress. Upon completion of work any fingerprints, stains, or other unsightly marks shall be removed. Wherever the term "pleasing appearance" appears in subsequent paragraphs, it shall be construed to mean an appearance similar to the original finished appearance.

### F–2. Structural exterior
The following standards apply to the exterior of family housing facilities:

*a. Exterior walls.* Any wall exposed to the weather. All exterior walls shall be maintained in a structurally sound, weathertight condition, and in a good state of repair. The walls shall be free of noticeable pitting and corrosion, vegetation and animal life, deteriorated siding and trim, discoloration and graffiti, or other defects which would render an unsightly appearance to the exterior walls.

*b. Roofing.* All roofing, flashing, and gravel stops shall be maintained in a manner which preserves a weathertight seal and prevents corrosion and abnormal deterioration of individual components. Missing pieces shall be replaced to retain the original whole condition of the roof system.

*c. Gutters, downspouts, and splash blocks.* Drains shall be maintained to function as originally designed to effectively channel run-off water away from the housing unit. Gutters and downspouts shall be maintained properly aligned and secured to the house with splash blocks correctly positioned to receive the impact of the drainage water. Gutters and downspouts shall be kept free of debris or any obstruction.

*d. Overhangs.* Overhangs will be maintained in an aesthetically