# EXHIBIT 6

Department of the Army
Pamphlet 210-2

INSTALLATIONS

# HANDBOOK FOR FAMILY HOUSING OCCUPANTS

Headquarters
Department of the Army
Washington, DC
15 September 1971

**UNCLASSIFIED**

Exhibit 6   Page 1

# SUMMARY of CHANGE

DA PAM 210-2
HANDBOOK FOR FAMILY HOUSING OCCUPANTS

o

o

Exhibit 6   Page 2

Headquarters
Department of the Army
Washington, DC
15 September 1971

Department of the Army
Pamphlet 210-2

## INSTALLATIONS

## HANDBOOK FOR FAMILY HOUSING OCCUPANTS

By Order of the Secretary of the Army:

**W. C. WESTMORELAND**
General, United States Army
Chief of Staff

Official:

**VERNE L. BOWERS**
Major General, United States Army
The Adjutant General

**History.** This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This handbook has been prepared as a guide for Family Housing Occupants primarily in promoting an effective self-help program. The self-help Program is a means of attaining maximum use of available resources to improve living conditions and the general appearance of facilities. The handbook describes those self-help jobs which you are expected to perform.

**Applicability.** Not Applicable.

**Proponent and exception authority.** Not Applicable.

**Suggested Improvements.** Not Applicable.

**Distribution.** To be distributed in accordance with DA Form 12-9 requirements for Installations:
Active Army: D (Qty rqr block no. 263).
ARNG: None.
USAR: None.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**INTRODUCTION,** *page 1*
Purpose. • 1-1, *page 1*
Occupants carry responsibility of self-reliance. • 1-2, *page 1*
The Facilities Engineer provides technical assistance. • 1-3, *page 1*
Attendance of regular classes. • 1-4, *page 1*
Self Service Supply Center. • 1-5, *page 1*
Emergency repairs. • 1-6, *page 1*
Supplementation. • 1-7, *page 1*
Handbook stays with quarters. • 1-8, *page 1*

**Chapter 2**
**FURNITURE AND FURNISHINGS,** *page 1*
Furnished housing units. • 2-1, *page 1*
Care of furniture. • 2-2, *page 1*
Obtaining polish and upholstery shampoo. • 2-3, *page 1*
Report furniture needing repair. • 2-4, *page 1*

**Chapter 3**
**MAINTENANCE OF QUARTERS,** *page 2*
Interior Painting. • 3-1, *page 2*
Carpentry. • 3-2, *page 2*
Hardware. • 3-3, *page 2*
Windows. • 3-4, *page 2*



KEEP LEVEL
AS POSSIBLE

VENT TUBING

CLEAN LINT FILTER
AFTER EACH DRYING

**CHECK ELECTRICAL PANEL IF DRYER DOES NOT WORK.
REPLACE BLOWN FUSE OR RESET TRIPPED CIRCUIT
BREAKER**

Figure 5-7. Clothes dryers.

### 5-10. Television Antenna.

*a.* All occupant-owned outdoor antenna installations require approval of the Facility Engineer before being put into service.

*b.* The Facilities Engineer or the Family Housing Manager should be contacted prior to installation. Specific requirements and helpful hints will be provided and a schedule arranged for inspecting the installation. It is of utmost importance that the antenna mast is properly grounded. This will protect your set and the building from lightning damage. A lightning arrester should also be inserted in the antenna lead-in conductor and grounded to the mast ground.

## Chapter 6
## MAINTENANCE OF GROUNDS

### 6-1. General Requirements.

Quarters occupants are responsible for taking proper care of trees, shrubs (except as stated for trees and shrubs), flower beds, lawns, parking areas, walks, areas around garbage containers, and adjacent streets. Policing of appropriate portions of parkways in front of or behind houses is also your responsibility. Occupants of duplexes are responsible for policing around the entire building during any period in which one-half is vacant. The area of responsibility is generally defined as extending to the edge of adjacent streets, parking lots, or halfway between buildings or adjacent quarters. For those units which border common grounds, the area extends 75 feet from the quarters or as directed. Any questions regarding boundaries shall be referred to the Family Housing Office. Vehicles will not be driven on lawns at any time. Tent caterpillars, bagworms, lawn moths, loose dead turf, fairy rings (toadstools), premature leaf fall, red mites or other conspicuous evidence of disease and/or insect infestation will be reported.

## Chapter 7
## MAINTENANCE OF PAVED AND STABILIZED AREAS

### 7-1. Maintenance of Walks, Patios, Steps, Platforms.
Private drives, carports, and similar areas giving direct access to family quarters are the responsibility of the occupants of the facility and must be maintained in a neat and serviceable condition.

### 7-2. Oil and Grease on Pavements.
Accumulations of oils and greases on pavements, particularly bituminous (black-top), should be prevented. Approved cleaning compounds for removal of grease and oil accumulations should be used.

### 7-3. Gravel Areas.
To maintain smoothness and to provide proper drainage, gravel areas should be raked periodically.

### 7-4. Ruts and Eroded Areas.
Ruts and eroded areas along sidewalks, driveways, patios, and similar areas should be filled to deter further extensive erosion. Extensive erosion, the repair of which is beyond the capabilities of the occupants, should be reported to the proper authority.

### 7-5. Snow and Ice Removal.
Removal of snow and ice from areas outlined in *a* above are the responsibility of the occupants.

   *a.* Snow and ice should be removed without delay after each storm and at such times during storm as is required for safety.

   *b.* In instances where ice, sleet, or freezing rain cannot be readily removed from steps and walks, light sprinklings of approved chemicals or sand may be used to prevent slipping.

   *c.* Salts and other ice melting chemicals which are injurious to vegetation should not be used. Urea, a non-corrosive chemical not harmful to vegetation, is very effective in melting ice and snow at temperatures above 15° Fahrenheit.


## Chapter 8
## UTILITIES CONSERVATION

### 8-1. General.
Most of you are aware that there is an energy shortage in the United States. This shortage is in the basic fuels such as coal, gas, and oil and in electricity which is produced from these fuels. It is the duty of every member of the military family to reduce the use of energy to the minimum required.

### 8-2. Conserving Electricity.
Occupants should:

   *a.* Turn off lights when not actually needed.

   *b.* Lower the temperature settings on heating type appliances such as water heaters and ranges.

   *c.* Turn off motors and appliances when not being used. This includes air conditioners, television sets and the like.

### 8-3. Conserving Heat.

   *a.* The family housing occupant is encouraged to use the heat necessary for personal comfort. Just use the same discretion that would be applied if the occupant paid the bill separately.

   *b.* Temperature setback during the night and during periods the quarters are unoccupied.

   *c.* Report any condition that you observe that you feel may increase the fuel consumption. Typical examples are: Broken window glass, poor weather stripping, fuel leaks, improper burner adjustment. etc.

   *d.* Adjust the domestic hot water temperature to 140°F or less to conserve fuel and prevent accidental burns from the hot water.

   *e.* Do not use kitchen ranges or portable heaters to supplement the heating system.

   *f.* Keep windows shut except for occasional ventilation.

### 8-4. Conserving Water.

   *a.* Lawn sprinkling should be kept to the minimum required for a durable turf. Lawn sprinklers should not be left