# EXHIBIT 9

DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) No. F02-0021 CV (RRB) |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF RICHARD LOWE UNDER 28 U.S.C. § 1746** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

I, Richard Lowe, declare under penalty of perjury:

1. I am Supervisor, Operations Support Branch, Directorate of Public Works (DPW), Fort Wainwright, Alaska. During 1999, I was Work Leader, Engineer and equipment operator at DPW. My regular duties in 1999 and since that time have involved snow removal operations at the post. I am familiar with

1

Exhibit 9   Page 1

the Snow Removal Policy issued by the Post Commander shortly before each winter season. That Policy is binding on DPW and is followed.

   2. Attached hereto as Attachment A is a true copy of a document from DPW which I have identified as the spring 1999 schedule for clearing of housing area parking lots. This document indicates that Building 4133, which used to be located on Neely Road and was a family housing unit situated beside a parking lot, was scheduled to have DPW clear the hard-pack from its parking lot on March 9, 1999.

   3. I do not specifically recall all the events relating to clearing the parking lot at #4133, but the procedures required by the Snow Removal Policy were always followed when clearing such lots. The lot was posted three days in advance of the scheduled date. This particular lot was not cleared on March 9, because one or more vehicles had been left in the lot on that date. The lot would have been moved to the end of the list of lots to be cleared, and an attempt to clear it at a later time would have been made after the required posting of notice. This was the procedure required by the post Snow Removal Policy.

   4. DPW was not required or authorized by the Snow Removal Policy to conduct any other snow or ice removal at housing area parking lots or driveways beyond the once-a-year clearing of the hard-pack in late winter. DPW was not responsible to sand housing area parking lots or driveways. DPW operated large heavy equipment such as graders, augurs and dump trucks, which are not suited to sanding local icy patches on driveways, walkways or at dumpster areas in parking lots. Those areas require unskilled hand work and are the responsibility of housing area residents. I have looked at the Snow Removal Policy for 1998-1999 and, like most years, the Policy for that year requires

2

Exhibit 9   Page 2

residents to sand hazardous areas. DPW provided, and still provides, sand to residents free of charge for that purpose. Residents can also obtain without cost ice-melt, snow shovels and ice chippers from the self-help center to carry out their snow and ice removal duties.

    5.  I do not recall any complaint received by DPW in 1999 about conditions in the housing area parking lot or driveway at 4133 Neely Road, or at the dumpster at that location. I would have known about any such complaint, if it came to DPW. If DPW receives any such complaint, DPW would not respond by attempting to sand or otherwise correct the situation for the reasons stated above in ¶ 4 hereof, and it is not required to do so under the Snow Removal Policy. The only authorized action DPW could take would be to schedule the lot for clearing and, after all vehicles have been removed, to use its heavy equipment to clear the hard-pack from the parking lot. DPW would advise the residents that sand, shovels and ice chippers are available free of charge for them to use to correct the problem.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2006.    _____
                 Richard Lowe

1-Mar
4222
4235,36,37
4223,24,25

2-Mar
4244,45,46
4232,33,34
4211,12,13

3-Mar
4241,42,43
4200,01
4208,09,10
4152,53,60

4-Mar
4238,39,40
4202,03,04
4154,55,61

8-Mar
4226,27,28
4205,06,07
4156,57,62

9-Mar
4229,30,31
4181,82,63
(4139,33,)84

10-Mar
4143,44,45
4132,35,38
4125,26,27

11-Mar
4136,37,81
4123,24,28
43,674,365

15-Mar
4121,22,29
4111,06,12
4102, ++++

16-Mar
4117,03,18
4113,14,05

17-Mar
4115,16,04
4362,64
4346,47,48

18-Mar
4119,20,30
4350,51,52
4353,66,63

22-Mar
4343,44,45
4334,35,36
4337,38,39

23-Mar
4340,41,42
4170,71,72,73
40,564,064

24-Mar
4006,10,11,12,13
4014
4063,63,54,55

25-Mar
4075
3706,07,08
lorraine ave
mihiel ave

29-Mar
1014,24,28,29
1030,38,39

30-Mar
1015-19
1006-10

31-Mar
1001, 1004

1-Apr
3711-23

Attachment A   Page 1