# EXHIBIT 10

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

**Page 1**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3
 4   CAROL BOLT,                    )
                                    )
 5           Plaintiff,             )
                                    )
 6     vs.                          )
                                    )
 7   UNITED STATES OF AMERICA,      )
                                    )
 8           Defendant.             )
                                    )
     _____)
 9   Case No. F02-0021 (RRB)
10
11
12          VIDEOTAPE DEPOSITION OF SAJID KHAN
13            Taken Wednesday, June 29, 2005
14        From the Hour of 3:07 p.m. to 3:57 p.m.
15          Pages 1 through 40, inclusive
16                    Volume 1
17            Taken by Counsel for Plaintiff
18                       at
19         Offices of Heartland Court Reporters
           100 Cushman Street, Suite 308
20               Fairbanks, Alaska 99701
21
22
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

**Page 2**

```
 1          A P P E A R A N C E S
 2   For Plaintiff:
        ROBERT A. SPARKS, ESQ.
 3      ATTORNEY AT LAW
        1552 Noble Street
 4      Fairbanks, AK 99701
        907-451-0875
 5
     For Defendant:
 6      STEPHEN COOPER, ESQ.
        ASSISTANT U.S. ATTORNEY
 7      U.S. Department of Justice
        101 12th Street, Room 310, Box 2
 8      Fairbanks, AK 99701
        907-456-0245
 9
     Witness:
10      SAJID KHAN
        June 29, 2005
11
     Reported by:
12      CAROL A. McCUE, RMR
        Heartland Court Reporters
13
14
15
16
17
18
19
20          BE IT KNOWN that the deposition of the
21   above-named witness was taken this date in the
22   foregoing action before Carol A. McCue, Registered
23   Merit Reporter and Notary Public within and for the
24   State of Alaska.
25
```

**Page 3**

```
 1                 I N D E X
 2   WITNESS:  SAJID KHAN            June 29, 2005
 3   DIRECT EXAMINATION BY:                    Page
 4   Mr. Sparks........................................4
 5
 6
 7
 8
 9
10
11
12
13
14
15              E X H I B I T S
16
17   Exhibit                          Page Marked
18   A:    Copy of audio tape, interview
           of Mr. Sajid Khan, dated
19         11/15/99.............................38
20   B:    4-page document, Transcript
           of Sajid Khan Interview, dated
21         11/15/99.............................38
22   C:    1-page document, drawing
           prepared by Mr. Khan.................38
23
24
25
```

**Page 4**

```
 1            P R O C E E D I N G S
 2          (The following proceedings occurred
 3          at 3:07 p.m., June 29, 2005.)
 4          (Opening statement read by the
 5          reporter.)
 6          THE REPORTER:  Will counsel please introduce
 7   themselves.
 8          MR. SPARKS:  Hi.  This is Robert Sparks, I'm
 9   the attorney for plaintiff, Carol Bolt.
10          MR. COOPER:  And Stephen Cooper for the United
11   States.
12          THE WITNESS:  I'm Sajid Khan.  Former area
13   coordinator for Ft. Wainwright.
14          THE REPORTER:  And what is a good address for
15   you, sir?
16          THE WITNESS:  It is 8945 Richardson Highway,
17   Salcha, Alaska, 99714.
18          THE REPORTER:  Thank you.
19               DIRECT EXAMINATION
20   BY MR. SPARKS:
21     Q.   So are you in the Air Force or why do you live
22   at -- do you live at Eielson now?
23     A.   Negative.  I live off base, I live in Salcha.
24     Q.   Okay.  And you previously lived at
25   Ft. Wainwright?
```

Exhibit 10   Page 1

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 5

1    A.    That is correct.
2    Q.    And were you in the military then or was --
3    A.    Yes, I was in the military.
4    Q.    Okay.  And what -- what years did you live at
5    Ft. Wainwright?
6    A.    I lived -- I cannot be very specific, but I
7    live, I know, from 19 -- somewhere in 1998 through '99,
8    I believe.  Yeah.
9    Q.    And how come?  Did you get out of the military
10   or what?
11   A.    I never got out from the military.  See, my
12   job was very specialized.  I would test aviation
13   turbine jet fuel.  I tried to build up a lab for the
14   Army.  We could not.  Cost factor came to $5 million,
15   we didn't have, in the brigade, that much money.
16         So the sweet arrangement the Army did with the
17   Air Force, because Eielson would support our fuel
18   testing needs, was they moved me, they made a
19   inter-post transfer to Eielson Air Force Base.
20         They detached me to 354th Supply Squadron, and
21   I was the base fuels NCOIC, and from there, I would
22   test, now, Eielson fuels, as well as Ft. Wainwright and
23   Ft. Greely.
24         So this was the sweet arrangement we had out
25   there.  That's how I ended up being at the Air Force

Page 6

1    Base, an Army guy.
2    Q.    And what's your rank?
3    A.    I was staff sergeant.
4    Q.    My understanding was, is that you'd --
5    previously you've been interviewed by -- I think it was
6    Mr. Ron Wayne.  Do you recall being interviewed by an
7    investigator?
8    A.    Yeah.  I had a couple of calls.  I could go
9    back down my memory lane, yes, on the telephone --
10   telephonically, yes.
11   Q.    I think we can mark the transcript from -- the
12   tape is Exhibit A.
13         And then what we want to do is have you
14   compare the -- the statements on the transcript with
15   the statements on -- on the tape here and make sure
16   that the statements on the tape are your -- are you and
17   are your answers and that those are -- coordinate with
18   the statements in the typed transcript.  Can we do
19   that?
20   A.    I will do my best.
21   Q.    Okay.  So we'll go off the record right now.
22   THE REPORTER:  We're off the record.
23   (Off record recess from
24   3:09 p.m. to 3:18 p.m.)
25   THE REPORTER:  We're back on record.

Page 7

1    BY MR. SPARKS:
2    Q.    And did you have a question, Mr. Khan, about
3    the tape or the transcript?
4    A.    I was just going through here, in one of my
5    statement, it doesn't -- it says Page 1 here, but I
6    say, no, I don't know, it's kind of hard for me to
7    remember about that.  I don't recall.
8         There was a delay, a couple of times people
9    have come, I'm not sure before or after, but eventually
10   we got it done.  But I know for sure it was after the
11   accident, yes.  I think what I was trying to say was
12   the snow --
13   Q.    Is there -- is there a difference between the
14   statement that you made that's transcribed and the
15   statement on the tape, or are you clarifying your
16   statement --
17   A.    I'm just clarifying.  That's all.  There's no
18   difference.
19   Q.    Okay.  Well --
20   A.    I was trying to clarify.
21   MR. COOPER:  Which part are you referring to?
22   THE WITNESS:  The second to the last page, if
23   you would, please.
24   MR. COOPER:  Okay.
25   THE WITNESS:  Yeah.  And this one here, yeah.

Page 8

1    (Indicating.)
2         MR. SPARKS:  Okay.  He's referring to the part
3    that starts -- where it says, Mr. Khan, no, I don't
4    know.
5    THE WITNESS:  That is correct.
6    MR. COOPER:  Okay.
7    MR. SPARKS:  Okay.
8    THE WITNESS:  Just I thought, you know, to
9    clarify on this because sometime on the telephone, you
10   know, what you're trying to say may not reflect what,
11   you know, it came to.  But --
12   MR. SPARKS:  So what's --
13   MR. COOPER:  What was your -- what was your
14   clarification that --
15   THE WITNESS:  The snow plowed, when I say in
16   the end, that -- but I know for sure it was after the
17   accident, yes, that -- I meant was, the snow was plowed
18   after the accident.  That's what I meant.
19   BY MR. SPARKS:
20   Q.    Okay.
21   A.    Okay.
22   Q.    Is there anything else that you wanted to
23   clarify?
24   A.    Okay.  I was not just for that building,
25   during when Mrs. Bolt lived.  We had, like, three

2 (Pages 5 to 8)

Exhibit 10  Page 2

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 9

1 buildings, so that is the only other correction I
2 wanted to make.
3          MR. COOPER:  Where is that at?
4          MR. SPARKS:  Okay.
5          THE WITNESS:  In the end, Mr. Wayne says, it
6 was our understanding that you were the area
7 coordinator for Mrs. Bolt's building.  Can you explain
8 your duties and stuff.
9          So we had a group of three buildings that
10 was -- how can I say, their area, the community area
11 for them.
12 BY MR. SPARKS:
13     Q.   Maybe we could have you draw a little
14 drawing --
15     A.   Sure.
16     Q.   -- if you can recall.
17     A.   Sure.  Okay.
18     Q.   Here's this pen.
19     A.   This is 4133.  I don't know what was the other
20 thing.  And this was, I believe, the dumpster here.
21 And after this is the Neely Road.  (Indicating.)
22     Q.   Uh-hum.
23     A.   And then they add this, all this area out
24 there.  So pretty much, you know, this housing, these
25 three buildings as well as the extending --

Page 10

1     Q.   Can't you put where the parking lot and the
2 entrances to the parking lot was?
3     A.   Oh, sure, yeah.  This way kind of sidewalks
4 here.  And if there was -- here was one parking lot
5 area.  Then there was a center parking lot, I believe,
6 and then there was this parking area for this one, and
7 there was one, sorry, parking area for this building.
8 So basically, we had one, two, three and there was a
9 center parking area, too.  (Indicating.)
10     Q.   Can you put "P's" where there were parking
11 areas?
12     A.   Sure enough.  P, P, P.  And I can make it this
13 way so you know this is parking.  (Indicating.)
14     Q.   Okay.  And can you show us where the -- on
15 that drawing where the entrance -- where the dumpster
16 entrance was, to throw your trash in the dumpster, if
17 you can recall.
18     A.   I'll do my best.  I know.  There was this
19 thing here (indicating), like a...
20     Q.   An island?
21     A.   Island.  Yeah.  How to tell, probably I'm not
22 sure, I think it was either this end -- I'm not very
23 sure on that.  But it's been so long.
24     Q.   Where is the parking lot entrances?  Did they
25 go by the dumpster?

Page 11

1     A.   Yeah.  I mean, you drive in here and you park,
2 you know.  I think Mr. and Mrs. Bolt lived here.
3 (Indicating.)
4     Q.   Uh-hum.
5     A.   And, you know, you just drive in here.
6 Likewise, the other residents, they go in, you know,
7 and they park.  Then there was for guest, there was
8 another parking spot out here.  This way primarily for
9 the residents of, you know, the buildings, and this way
10 for the guests.  Probably if you had extra cars, so you
11 could keep up there, you know, in this particular
12 parking lot.  (Indicating.)
13     Q.   So the parking areas are kind of in a
14 U-shaped -- I guess it's U-shaped arrangement that are
15 closest to the buildings where the ones that were for
16 the resident parking?
17     A.   That is correct.
18     Q.   Did they have assigned spaces?  Was a
19 particular spot Mr. Bolt's, or did he have -- did he
20 come in and would he park at different spots in front
21 of his building, or how was that arranged, do you
22 recall?
23     A.   I think everybody parked at this spot, at
24 least one vehicle for sure I can tell.  Because we had,
25 at least, like, eight different quarters on each

Page 12

1 building.  So there was a space crunch, you know, for
2 the parking thing.
3     Q.   Yeah.
4     A.   As far as my memory lane can take me, I think
5 there was primarily one available for each resident,
6 maybe two.  I'm not very sure.  I'm not very positive.
7 It's been a long time.
8     Q.   Which building did you live in?
9     A.   I lived in the same building as
10 Mr. and Mrs. Bolt.
11     Q.   Where do you --
12     A.   I was in Number 5.  4133/5, Apartment 5.  And
13 I think they were on Number 1, they were the very first
14 one right off here.  (Indicating.)
15          And I think we went up to 8, I believe, so
16 yeah.  I was right in the -- kind of middle there.
17     Q.   So you -- you had to take -- you'd taken your
18 trash out to that dumpster before?
19     A.   Oh, yes.  Yes.
20     Q.   And -- and I think in your statement, you said
21 that's a very tricky spot we had.  What -- what did you
22 mean?
23     A.   Well, what happened was, again, as far as my
24 memory -- memory lane can take me, there was a sudden
25 weather inversion, the temperature rose, and things

3 (Pages 9 to 12)

Exhibit 10  Page 3

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 13

1  started melting down, and then suddenly, you know, at
2  night it cools down and it freezes.
3           So it froze, and I think that caused some kind
4  of a black ice or more slippery kind of thing.
5           And I know many times myself, you know, and
6  other residents would kind of trip when walking.  It's
7  pretty tricky at that time of the year when this
8  happens.
9           And as a good resident, I would throw in, you
10 know, salt, dust or salt and stuff, you know, to take
11 care of that situation, sand.  So the other residents
12 do the same, too, to prevent we falling.  And not just
13 for our only, you know, we would do it for the common
14 areas also, as much as we could.  Yeah.
15      Q.   When -- had you put any salt or sand at the
16 dumpster in April of '99?
17      A.   Quite -- yes, quite a few times, I did, too,
18 yes.
19      Q.   Where did you get that at?
20      A.   We would have a quota from Self-Help out
21 there, every individual family had seven quota.
22 Usually they would give very limited, so I ended up
23 buying my own, you know.  And I recall many times I
24 would buy my own and just do it myself.  And this is a
25 small out of common courtesy, if you will, in taking

Page 14

1  care of each other, you know.
2       Q.   You didn't mention to Mr. Wayne that you put
3  any sand or salt out there, did you?
4       A.   He never asked me.
5       Q.   Okay.  Mr. Bolt -- Mr. Wayne asked you on the
6  second page, I think the third page of the statement,
7  he said, prior to Ms. Bolt's fall, had there been any
8  complaints from Ms. Bolts or any other tenants about
9  the condition of the parking lot.
10           And did you say that there had been any
11 complaints from anyone about the condition of the
12 parking lot previously?
13      A.   Well, people, when we would meet neighbors,
14 they would always say, oh, it's so icy, and, you know,
15 stuff.  It's hard for me to recall exactly before or
16 after.
17           Look, Alaska, we have the weather, you know,
18 like eight months or nine months -- I mean, sorry --
19 seven to eight months, it's pretty cold weather out
20 here.  And it's -- you know, we have snow and ice.
21           It's hard for me to recall then exactly what
22 happened, but out of -- I think our individual
23 responsibility as residents, you know, you take care --
24 try to take care of that whatever we could.
25           I remember my -- one of my neighbor, you know,

Page 15

1  he was deployed, and then I would always take care of
2  their area, too, you know, like snow shoveling and
3  putting sand and stuff.  So it's just sort of common
4  courtesy or you make things safe for each other.
5       Q.   When he asked you about whether there had been
6  complaints about the condition of the parking lot from
7  the tenants, you didn't say anything about that
8  you'd -- you or anyone else had done any sanding or
9  rock salt, correct?
10          MR. COOPER:  That's been asked and answered.
11          MR. SPARKS:  That's for the record.
12          THE WITNESS:  Oh.  Okay.  Yeah.  I just -- I
13 guess I didn't.  Yeah.
14 BY MR. SPARKS:
15      Q.   So you didn't tell Mr. Wayne that -- that you
16 had done any sanding or salting in the parking lot when
17 he asked you if there had been any complaints from
18 Mrs. Bolts or any other tenants about the condition of
19 the parking lot?
20      A.   Well, whenever the tenants complain to me --
21          MR. COOPER:  I -- wait a second.  I have an
22 objection.  Unless you're talking -- you're referring
23 to a particular statement, I would like you to point it
24 out.
25          MR. SPARKS:  Well, the one we've been talking

Page 16

1  about right here on Page 2.  Or Page 3.
2           MR. COOPER:  Page 3 at the top?
3  BY MR. SPARKS:
4       Q.   Where Mr. Wayne says, prior to Mrs. Bolt's
5  fall, had there been any complaints about the Ms. Bolts or
6  any other tenants about the condition of the parking
7  lot.
8           And your answer was, well, after the incident,
9  yes.  She had told, and I had, as a matter of fact,
10 called up the mayor myself, you know, and informed
11 about the same.  So, you know, I think you press hard
12 to get the snow removal done, and that's what
13 eventually happened.  Yeah.
14           But -- but you didn't say that there had been
15 any complaints from anybody else, correct?  In
16 response --
17      A.   Not prior --
18      Q.   -- to Mr. Wayne's question?
19      A.   Not -- not prior.  Yeah.
20      Q.   Okay.  You didn't say that you -- you'd sanded
21 the parking lot or that anyone else had sanded the
22 parking lot, did you?
23      A.   No, but I would see people sanding, you know,
24 whenever people -- whenever it would get icy and they
25 would think it's dangerous.

4 (Pages 13 to 16)

Exhibit 10  Page 4

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

**Page 17**

1    Q.   I understand that's what you're saying now,
2  sir, but what we're talking about here is what you told
3  Mr. Wayne at the time he took your statement.  And at
4  the time he took your statement, you never mentioned
5  that anyone had sanded that parking lot, did you?
6    A.   Well, I guess not.
7    Q.   Okay.  Okay.  Then you make the statement a
8  little farther down, Mr. Khan.  Do you see this, it
9  says, but when I was at Ft. Wainwright?  Do you see
10  that?
11    A.   Yeah.  Okay.  Go ahead.
12    Q.   Okay.  It says, but when I was at
13  Ft. Wainwright, you know, living in this residence, so
14  at that time, yes, I had called up my mayor and
15  informed her.  Normally I'm very prompt in helping my
16  residents, you know, and also informing the mayor about
17  what's going on, so I did inform her, too.
18        So if you had put any sand or salt out, you
19  would have -- that would have been something you would
20  have told the mayor about, wouldn't it be?
21    A.   Yeah, sure, yeah.  Uh-hum.  And after that
22  incident, I did put sand -- I did.
23    Q.   But before the incident, you hadn't put any
24  sand out, had you?
25    A.   Look, you are taking me way back.  I cannot

**Page 18**

1  think that hard.  You know.  You must understand that.
2  I mean, this is like going to another time zone.
3        And whenever this thing happened, you know,
4  whenever there was a slippery condition, it's hard for
5  me to rec -- recollect when and how, but we always
6  sanded, you know, as good residents, we tried to do
7  that.
8    Q.   What was your -- let's see.  But you don't
9  have any -- any recollection today that you had done
10  any sanding or that anyone else had done any sanding in
11  the area by the -- by the dumpster prior to Ms. Bolt's
12  fall?
13    A.   It's hard for me to tell before or after, but
14  we would sand.  I told you, like, see, can I explain
15  you here, please?
16        I believe this was kind of a low-lying, kind
17  of a drain area here.  (Indicating.)
18    Q.   Uh-hum.
19    A.   Okay.  And I think it ended up at the common
20  kind of sewage here or something like that.  But all
21  this edges were kind of slip -- slippery because when
22  the snow would melt, they would get, you know, watery,
23  and then at night they would become hard again.  So
24  these are the areas we tried to take care.
25        And there was some low-lying area, and in the

**Page 19**

1  parking lot, too, you know, at the sidewalk stuff.  So
2  we tried to sand there.  We would always try to sand
3  the sidewalks from our house and the neighbor house as
4  we go to our vehicles and stuff.
5        So primarily, what I'm trying to say is we
6  would sand it whenever we felt that it is slippery and
7  it is dangerous to tread on or walk on, you know.
8    Q.   Was the mayor aware of this condition?  Did
9  you tell the mayor about this condition near the
10  dumpster where the -- this snow --
11    A.   Yes, I did.
12    Q.   -- was melting?
13    A.   Yes, I did.
14    Q.   And did you do that before you -- you -- you
15  were aware of Ms. Bolt's fall?
16    A.   No.  After.  Because after this incident,
17  it -- of when it happened, I was trying to get these
18  people to come back up and take care of the situation,
19  you know, get it -- what do you call the DPW -- you
20  know, to get this thing done.
21        And pretty much the mayor had -- see, this was
22  additional responsibility to me.  This is not a
23  full-time job I had as area coordinator.  So you must
24  understand that.  And mayors had all the time in the
25  world.  They were, like, homemakers.

**Page 20**

1        So we had to -- I would inform as a
2  responsible person to her, that, look, ma'am, these are
3  the things need to be done.  You know.  And after this
4  she called them and they -- they take care of it,
5  eventually.
6    Q.   As far as your specific recollection today, do
7  you have any specific recollection that you or anyone
8  else had sanded the area where Ms. Bolt had fallen,
9  either on April 1st or -- or previous to that in March
10  of 1999?
11        MR. COOPER:  Object to asked and answered
12  about two or three times.
13  BY MR. SPARKS:
14    Q.   That's for the record.
15    A.   Well, I keep telling you, I've been -- it's
16  not necessary in March or April.  Whenever we felt
17  there was a slippery condition, we always did that.
18        Whenever it snowed, whenever we shoveled, the
19  snow and stuff, and we thought, you know, the
20  temperature is getting warm or it's getting slip --
21  slippery, we did that.  So we did it every time we felt
22  it is slick or dangerous to tread or walk on.
23    Q.   Okay.
24    A.   Because this is our mutual responsibility
25  anyways.

5 (Pages 17 to 20)

Exhibit 10   Page 5

Case 4:02-cv-00021-RRB   Document 32-11   Filed 02/06/2006   Page 7 of 22

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 21

1    Q.   You didn't have any schedule that you did
2    inspections, did you?
3    A.   Not quite, no.
4    Q.   You didn't have any schedule that you did any
5    sanding, did you?
6    A.   Well, it's common sense.  If you're falling,
7    you better take care of that, you know.  How can I have
8    a schedule on that?  You tell me.  I mean, if a spot is
9    dangerous, you've got to take care of it.
10   Q.   And if you were -- you were aware that this
11   spot had been dangerous before Ms. Bolts fall, you
12   would have told the mayor about that?
13   A.   Oh, absolutely.  Absolutely.
14   Q.   Okay.  Why don't you turn to the second to the
15   last page at the bottom.
16   A.   Okay.
17   Q.   Okay.  Mr. Wayne asks, okay, do you believe
18   that the area near the dumpster was -- where Ms. Bolt
19   fell would have been safer if the snow removal service
20   had been performed as scheduled instead of cancelled?
21        And your answer was, absolutely.
22        And Mr. Wayne said, please explain.
23        And your statement was, I mean, if you didn't
24   have snow there, you know, a -- that's a very tricky
25   spot we had.  I had a couple of close -- real close

Page 22

1    calls myself, you know, and I -- just the way it was
2    there.  I think the water, which had collected there
3    became -- had turned into ice, you know, hard ice.  I
4    think that's what made it very slippery and dangerous,
5    you know, to trudge on.
6        You didn't tell Mr. Wayne that you had ever
7    seen anybody put any snow or ice on this -- cancel
8    that.
9        You didn't tell Mr. Wayne that you had seen
10   anybody place any snow or sand -- any salt or sand on
11   this hard ice by the dumpster when you answered your
12   question, did you?
13   A.   Negative.
14       MR. COOPER:  Objection.  Also asked and
15   answered about two or three times already.
16   BY MR. SPARKS:
17   Q.   Well, can you answer that?
18   A.   Do you want me to answer this?
19   Q.   Yeah.  Those are for the record when he says
20   something.
21   A.   Okay.
22   Q.   Unless he tells you not to answer a question.
23   A.   Right.  Yeah.  Oh, jeez.  My thought train got
24   drifted.  One moment.
25       MR. COOPER:  Okay.  Could we have the question

Page 23

1    again?
2        THE WITNESS:  Can you repeat?
3    BY MR. SPARKS:
4    Q.   The question is after Mr. Wayne asked you
5    whether it would have been safer if the snow removal
6    service had been performed as scheduled, you made these
7    statements to him, including the statement that you
8    said, I think that's what made it very slippery and
9    dangerous, and you never commented that you'd ever put
10   any sand or salt out or that you'd ever seen anybody
11   else put any sand or salt out on this ice, did you,
12   Mr. Khan?
13   A.   I didn't mention to him because he never asked
14   me.
15       And let me tell you something.  When he
16   called, I think I was at work.  Okay?  Or whenever this
17   Mr. Wayne called, I was at work or I was doing
18   something.  So he had -- unless, you know, physically
19   you're there, you can ask questions, or whatever.
20       On the telephone, whatever he asked me,
21   answer, I was very specific to his question.  So I
22   cannot assume to add to that, you know, well, we put
23   salt or we put this or we put that.  It doesn't make
24   any sense.  Because my answers were very specific to
25   his questions, what he was asking.

Page 24

1    Q.   So you think even with any salt or sand on it,
2    it was very slippery and dangerous?
3    A.   Well, I would say yes.  Yeah.
4    Q.   So you would have told the mayor about that,
5    wouldn't you?
6    A.   Of course.  I mean, if it's dangerous, yes, I
7    would, yeah.
8    Q.   And you knew that before Ms. Bolt fell, didn't
9    you, that it was slippery and dangerous?
10   A.   Like I said, you know, we would take care of
11   it, we would throw salt whenever we could.  So it was
12   not that dangerous that one would think, one would --
13   you know, somebody will get hurt or something like
14   that.
15       And, you know, we are not the only resident
16   committee out there.  You know.  I mean, they have so
17   many other people.  I mean, I'm just saying in general,
18   so everybody takes care of their own.  And what I'm
19   trying to say is being in Alaska, it's common sense, if
20   there is something wrong somewhere, we, as an
21   individual, have to take care of it.  You know.
22       And it's hard to predict what -- when an
23   accident can happen.  You know.  How it can happen.  It
24   can happen to anybody.  It happened to Mrs. Bolt.
25   Yeah, it can happen to me, too, you know, if I would be

6 (Pages 21 to 24)

Heartland Court Reporters
Carol A. McCue, RMR

Email: carol.mccue@acsalaska.net

Phone: (907) 452-6727
Fax: (907) 488-7701

Exhibit 10   Page 6

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

**Page 25**

1  walking.

2      I mean, I got lucky a couple of times, you

3  know, I kind of slipped, you know, I took care of it, I

4  balanced.  So...

5      Q.   What was your -- and your ins -- the times you

6  slipped were prior to Mrs. Bolt's fall, weren't they?

7      A.   Yeah.  The area was kind of tricky and I went

8  ahead and I put salt out there.  Yes.  I don't know

9  which area exactly she fell.  I do not know, but I know

10  it was around the dumpster for sure.

11      Q.   Was it salt that you put out or sand?

12      A.   Sand.

13      Q.   Do you know whether it was salt or sand?

14          MR. COOPER:  That's the same question, isn't

15  it?

16          MR. SPARKS:  Well, he's answered it two

17  different ways, so...

18          THE WITNESS:  Sand.  See, the thing is when

19  you know you're going to slip, you don't want to put

20  salt.  You know, you're going to put sand, for more

21  traction.

22  BY MR. SPARKS:

23      Q.   But you don't know what month you might have

24  done that?

25      A.   It's hard for me to tell.  But I did it every

**Page 26**

1  time whenever we were, you know, encountering that.

2      Q.   How often did you take your garbage out?

3      A.   Probably twice a week, I believe, yeah.

4  Twice -- twice a week, yeah.

5      Q.   What days of the week, do you know?

6      A.   No, I can't.

7      Q.   Are you an engineer?

8      A.   Negative.  I'm a lab tech.  I'm a quality

9  control administrator, if you will, for petroleum

10  products.

11      Q.   And what -- what was your specific job at

12  Ft. Wainwright?

13      A.   I would test fuels, just like I told you.  You

14  know, aviation turbine jet fuels and ground fuels for

15  all our fuel units.

16      Q.   And where was that work done at when you

17  worked at Ft. Wainwright?

18      A.   While at Ft. Wainwright, I could not really do

19  my job because we didn't have a lab.  We didn't.  So I

20  would work with the fuel that is -- you know, we would

21  supply -- or, I mean, sorry, receive, store, supply and

22  distribute fuel to other military units.

23          But -- but at the same time, I would

24  coordinate with the Eielson Air Force Base lab for

25  sampling myself because I was only one in my job

**Page 27**

1  specialty, if you will, as a petroleum lab tech from

2  the Army side of the house.  So many times I would end

3  up taking our fuels out there for sampling and testing

4  and stuff, yeah.

5      Q.   So what were you doing during March of '99?

6  Were you working at Ft. Wainwright or Eielson?

7      A.   I was still a resident of Ft. Wainwright.

8      Q.   Where -- where did you physically do your work

9  at?

10      A.   I was with the Alpha 172nd Support Battalion.

11      Q.   Where was that?

12      A.   It's right off Neely Drive.  Yeah.  At the far

13  end.  Off Neely Drive.

14      Q.   What hours -- what hours did you work?

15      A.   I mean, just like any other military person,

16  you know, we would go for our PT in the morning,

17  6:00 and -- whenever I was done in the evening.  Yeah.

18      Q.   Were you out -- were you out of town any time

19  during March of '99?

20      A.   For what?

21      Q.   For any purposes were you out of town?

22      A.   Of course.  Of course.  Yeah.  When we go to

23  shop, you know, we just can't be on base all the time.

24  I mean, sure.

25      Q.   Well, I meant like out -- where you -- were

**Page 28**

1  there any nights you didn't return home during March of

2  '99 that you can recall?

3      A.   Negative.  No.

4      Q.   So was -- was it your observation that the --

5  the snow hadn't been removed from the parking lot all

6  winter?

7      A.   Yeah.  I believe so.  I believe so, yeah.

8      Q.   And I think you testified that -- that it

9  warmed up, you thought it had warmed up so --

10      A.   Yes.

11      Q.   -- it was melting?

12      A.   Yes.  That is correct.

13      Q.   And then -- and that was prior to Ms. Bolt's

14  fall?  Not like that same day, but --

15      A.   Yes.

16      Q.   -- during the -- the preceding two or three

17  weeks --

18      A.   I would say.

19      Q.   -- it had gotten warmer?

20      A.   That is roger, yes.

21      Q.   And did you notice it when it got warmer that

22  the hard-pack snow had been melting in the parking lot?

23      A.   Yeah, like it does, you know, in Alaska, yeah.

24      Q.   And that makes the -- that made the condition

25  around the dumpster worse, didn't it?

7 (Pages 25 to 28)

Exhibit 10  Page 7

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 29

```
1       A.    Yeah, any low-lying area, it would, yes.
2   Uh-hum.
3       Q.    And did you report that to the mayor of the
4   area?
5       A.    Well, if you keep reporting to the mayor for
6   every, you know, thing, it makes no sense.  There's
7   some things we have to do on our own, too, you know.
8   So, like I said, you know, we sand and stuff.
9       Q.    You didn't -- you didn't have any snow removal
10  equipment, did you?
11      A.    No, I didn't.
12      Q.    That was the DPW's responsibility, wasn't it?
13      A.    That's correct.  Yeah.
14            You know, I want to emphasize to you, I think
15  probably you're misunderstanding.  Like, my job was an
16  additional duty, you know.  It was given to me probably
17  because I was the highest ranking person out there in
18  that community.
19            So this is something not that I wanted, but
20  when given upon, I really excelled.  And eventually, I
21  was selected as the best area coordinator for that
22  year.
23            What I'm trying to tell you is really you have
24  to go above and beyond to make a lot of things happen.
25  It's hard for you to live as a neighbor in your own
```

Page 30

```
1   residence out there and try to enforce the military
2   regulations, try to baby-sit people to tell them what
3   they have to do.  You know.  Because all adults, all
4   should know what they should do anyways.
5       Q.    You'd feel bad if somebody fell down because
6   you hadn't called the mayor and told them that the area
7   was icy, wouldn't you?
8       A.    Yeah, I felt sorry for Mrs. -- Mrs. Bolt,
9   really, I did.  She was pregnant.  And I would feel for
10  anybody, for that matter, because, you know, any
11  accident, it's not -- it's not good.
12      Q.    Is there any question in your mind that the
13  mayor was aware of this hazardous situation involving
14  this icy condition at the dumpster when Ms. Bolt had
15  fallen?
16      A.    I do not know unless someone else directly
17  called her.
18      Q.    You -- you don't -- you don't think you told
19  her about this icy condition at the dumpster before
20  Ms. Bolt fell?
21      A.    It's hard for me to recall.  I don't think so.
22  You know, if you -- well...
23            (Pause.)
24  BY MR. SPARKS:
25      Q.    So what was your understanding of your job as
```

Page 31

```
1   the area coordinator?  What were you supposed to do?
2       A.    Well, like I said, you know, I had to make
3   sure that everybody follows the standard operating
4   procedure for the -- I believe they, at the residence,
5   everybody knew, everybody follows it right.
6             Nobody -- I mean, they take care of their own
7   individual areas properly.  Do the lawn mowing.  Snow
8   shoveling.  Keep the pets, you know, mess clean and
9   stuff.  Keep it neat and tidy, make it look more
10  beautification kind of thing.  Beautify the place.  And
11  keep it safe, you know.
12      Q.    So before Ms. Bolt's fall on April 1st, you
13  were well aware of this icy area that was dangerous by
14  the dumpster, weren't you?
15      A.    Yeah.  It was slicky.  Uh-hum.
16      Q.    And you had a couple close calls yourself
17  prior to Ms. Bolt's fall on the 1st of April, correct?
18      A.    Yeah, around that time frame, yes.
19            MR. COOPER:  Object.  That's stated where?
20  BY MR. SPARKS:
21      Q.    Well, you had a couple close calls right at
22  the -- it says you had a couple real close calls myself
23  when Mr. Wayne asked you if that would have made it
24  safer if they had done the snow removal service near
25  the dumpster.
```

Page 32

```
1       A.    Yeah.  Whenever we had such temperature
2   inversions, you know, change, sudden drop during the
3   night or sudden rise in the morning.
4       Q.    In other words, your testimony, after Ms. Bolt
5   fell, you sanded that area or somebody did?
6       A.    Yeah.  After, definitely, I recall I did, too.
7   And many other residents got involved because they all
8   became more aware, you know, when an accident happens,
9   people kind of wake up more, unfortunately.  But before
10  that also we would do it.
11            And not just at the dumpster, I just don't
12  want to emphasize the dumpster area.  There were many
13  other tricky areas we had on the sidewalks, at the
14  parking lot, and where not, you know.
15            So wherever we felt -- you know, everybody had
16  their individual responsibility area, and everybody
17  tried to take that designated area, you know, make sure
18  it was safe.  And even if you're walking and you would
19  see any unsafe area, you know, one would try to take
20  care of that, too.  So...
21      Q.    And one thing that could have happened is, is
22  in the springtime when it gets warm, the sand can melt
23  into the ice, can't it?
24      A.    Sand?
25      Q.    The sand?
```

8 (Pages 29 to 32)

Heartland Court Reporters
Carol A. McCue, RMR

Email:  carol.mccue@acsalaska.net

Phone:  (907) 452-6727
Fax:  (907) 488-7701

Exhibit 10   Page 8

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

**Page 33**

1     A.   I don't know about sand melting in the ice.
2     Q.   Well, you can't just put it on and it stays
3 all winter, can you?
4     A.   Unless somebody moves it. You know.
5     Q.   And the cars went in and out in front of the
6 dumpster all day, didn't they?
7     A.   I'm not very sure about this one. You're
8 taking me way back, you're asking me too many
9 specifics, which I do not have recollections. Yeah.
10     Q.   Why don't you draw an arrow from your -- from
11 your -- your apartment house to how you thought you
12 would have thrown your -- which side of the dumpster or
13 where you would have been when you threw your trash in
14 the dumpster.
15     A.   See, I was here, we would walk here.
16 (Indicating.) I don't know which point, that's where
17 I'm confused. It was here or here or here.
18 (Indicating.) No clue. But somewhere, you know, we
19 would put it.
20     As far as people coming in as constant, I know
21 people would come from this way, people would come from
22 this way into the parking area. (Indicating.)
23     Q.   And then that was part of the -- the parking
24 lot on -- between what, on the -- between the street
25 and the dumpster over here, was this part of the

**Page 34**

1 parking lot also? (Indicating.)
2     A.   Yeah. Here, there was additional parking lot
3 area, yeah. Uh-hum. (Indicating.)
4     Q.   But this is -- this is part of the driveway
5 area here behind the dumpster where they could pull in
6 on the -- on one side of the dumpster --
7     A.   Yeah.
8     Q.   -- and go behind the dumpster and then pull
9 over into the other parking area?
10     A.   Yeah, but I -- the way it was, I doubt many
11 people tried to use this way. I mean, usually we were
12 pretty uniform over this. Not that I know of anyone
13 would take so much, unless somebody tried to back up
14 and move out, you know, from here. (Indicating.)
15     So as far as I can recall, there is all this
16 vacant spot, and it would have been pretty sharp -- you
17 know, you have to be there to see what I'm talking
18 about. But mostly I've seen that people were more
19 organized, they went this way (indicating) other
20 than --
21     Q.   What do you mean? What do you mean?
22     A.   I mean, if you lived here, they came here this
23 way; if they lived here, they came this way. This half
24 people came here, this half people came here and
25 parked. You know. Or here, whichever, you know, it

**Page 35**

1 was. (Indicating.)
2     Q.   Where was the -- where -- and the dumpster,
3 the door to the dumpster was on one -- one -- one end
4 parallel to the street?
5     A.   That's hard for me to tell. That's what I'm
6 having problem really to recall.
7     Q.   Did you get paid anything to be the area
8 coordinator?
9     A.   Well, I wish. No. I didn't. This was an
10 additional duty. That's all.
11     Q.   Have you discussed your testimony today with
12 anyone else?
13     A.   Negative.
14     Q.   When was the last time you talked to somebody
15 from the U.S. Attorney's office?
16     A.   Oh, with Mr. Cooper.
17     Q.   Did you talk to him this morning or today?
18     A.   No, negative, not this morning.
19     Q.   When did you talk to him?
20     A.   I believe two days ago.
21     Q.   And how long did the meeting last?
22     A.   Probably an hour or so.
23     Q.   And did he talk to you about -- did you talk
24 about your statement and whether you'd told Mr. Wayne
25 that you put any sand out when meeting with Mr. Cooper?

**Page 36**

1     A.   Not that, but he kind of tried to show me the
2 standard operating procedure, which helped me a lot to
3 get my flashback because, see, this is not the
4 significant part of my life. Let me tell you that.
5 You know.
6     Q.   What -- what did he show you?
7     A.   He showed me the residence manual, and that
8 was very nice of him because it's been so long. And
9 when I went through it, you know, I was getting the
10 flashbacks, like, okay, so, you know, what -- where
11 things were entailed as residents' example, you know,
12 to do and stuff.
13     So it kind of helped me to know, yes, that's
14 right, yeah. I would sand and we would sand, not just
15 me. Everybody -- you know, good responsible residents
16 would sand, yes.
17     And it's not all about sanding. It's about
18 lawn mowing, too. I mean, if you would see the
19 neighbor deployed, you know, and the wife working or
20 with the kids, homemaker, you know, she cannot drive --
21 I mean, she cannot do the riding lawn mower, I would
22 take it. You know, I would -- I would do it and many
23 others would do it, too. Yeah.
24     Q.   After this incident, did you ever stop and ask
25 Mrs. Bolt if she needed any help with her lawn?

9 (Pages 33 to 36)

Heartland Court Reporters
Carol A. McCue, RMR

Email: carol.mccue@acsalaska.net

Phone: (907) 452-6727
Fax: (907) 488-7701

Exhibit 10    Page 9

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

---

**Page 37**

```
 1      A.  Always.  I was very, very compassionate to her
 2  case.  And I would talk to her whenever we would get a
 3  chance.  My wife would talk to her, too.  I made sure
 4  the mayor will give a call personally, directly to
 5  Mrs. Bolt, as far as I can recall, yes.
 6      Q.  Did she have any difficulties after she had
 7  her broken ankle that you're aware of?
 8      A.  I did get a call from them.  Hard to tell it
 9  was Mrs. Bolt or Mr. Bolt, but one of them called me
10  and they told me that they are trying to get medical
11  expenses and stuff, you know, taken care of.  And they
12  may need my statements.  And I told them I'll be more
13  than happy to give whatever I know of, you know, to the
14  best of my ability.
15      Q.  What else did they ask you or tell you?
16      A.  I can't recall much.  I think as far as I can
17  recall today, telling me that they are trying to get
18  help, you know, for themselves in that situation.  So I
19  told them, no problem.  I'll help you with the best of
20  knowledge I know like.
21      Q.  Do you know if after this incident whether
22  Ms. Bolt's husband was deployed or not?
23      A.  No, I cannot recall.
24      Q.  Do you -- do you know if he was out of town
25  any?
```

**Page 38**

```
 1      A.  I can't recall.  Sorry.
 2      Q.  Who was the mayor?
 3      A.  Oh.  Her first name I know.  It was Christine.
 4  I do not know her last name.
 5      MR. SPARKS:  That's all the questions I have.
 6      MR. COOPER:  No questions.
 7      THE REPORTER:  I'll go off the record.  This
 8  is the end of the deposition of Sajid Khan.  The time
 9  is 3:57 p.m.
10      We're off record.
11      (Deposition proceedings adjourned
12      3:57 p.m., June 29, 2005.)
13      (Exhibits A through C marked.)
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 39**

```
 1          REPORTER'S CERTIFICATE
 2      I, CAROL A. McCUE, RMR, hereby certify:
 3      That I am a Registered Merit Reporter for
 4  Heartland Court Reporters and Notary Public for the
 5  State of Alaska; that the foregoing proceedings,
 6  Deposition of SAJID KHAN, taken June 29, 2005, were
 7  written by me in computerized machine shorthand and
 8  thereafter transcribed under my direction; that the
 9  transcript constitutes a full, true and correct record
10  of said proceedings taken on the date and time
11  indicated therein;
12      Further, that I am a disinterested person to
13  said action.
14      IN WITNESS WHEREOF, I have hereunto subscribed
15  my hand and affixed my official seal this _____ day of
16  _____, 2005.
17
18
19
20          _____
21          CAROL A. McCUE, RMR
            Registered Merit Reporter
            Heartland Court Reporters
22
23
24  My Commission Expires:  February 15, 2006
25
```

**Page 40**

```
 1          C E R T I F I C A T E
 2      Having been first duly sworn by the Notary, I
    hereby state under oath and upon penalty of perjury
 3  that I have carefully read this transcript, and that it
    is true and correct except for the following changes:
 4  =======================================================
 5  PAGE    LINE      CORRECTION
 6  ____    ____      _____
 7  ____    ____      _____
 8  ____    ____      _____
 9  ____    ____      _____
10  ____    ____      _____
11  ____    ____      _____
12  ____    ____      _____
13  ____    ____      _____
14  ____    ____      _____
15  ____    ____      _____
16  ____    ____      _____
17  ____    ____      _____
18  ____    ____      _____
19  ____    ____      _____
20  _____
    DATE          SAJID KHAN            (6/29/05)
21
    State of Alaska           )
22  Fourth Judicial District  )   ss.
23      Subscribed and sworn to before me this _____ day of
    _____, 2005.
24
25          _____
            Carol McCue, Notary Public
```

Heartland Court Reporters
Carol A. McCue, RMR

Email: carol.mccue@acsalaska.net

Phone: (907) 452-6727
Fax: (907) 488-7701

Exhibit 10  Page 10

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 1

| A | | | | |
|---|---|---|---|---|
| **A** | asking 23:25 33:8 | 11:15 | complaints 14:8,11 | deposition 1:12 2:20 |
| ability 37:14 | asks 21:17 | buy 13:24 | 15:6,17 16:5,15 | 38:8,11 39:6 |
| above-named 2:21 | assigned 11:18 | buying 13:23 | computerized 39:7 | designated 32:17 |
| absolutely 21:13,13,21 | **ASSISTANT** 2:6 | | condition 14:9,11 15:6 | detached 5:20 |
| accident 7:11 8:17,18 | assume 23:22 | **C** | 15:18 16:6 18:4 19:8 | difference 7:13,18 |
| 24:23 30:11 32:8 | attorney 2:3,6 4:9 | **C** 2:1 3:22 4:1 38:13 | 19:9 20:17 28:24 | different 11:20,25 |
| action 2:22 39:13 | Attorney's 35:15 | 40:1,1 | 30:14,19 | 25:17 |
| add 9:23 23:22 | audio 3:18 | call 19:19 37:4,8 | confused 33:17 | difficulties 37:6 |
| additional 19:22 29:16 | available 12:5 | called 16:10 17:14 20:4 | constant 33:20 | **DIRECT** 3:3 4:19 |
| 34:2 35:10 | aviation 5:12 26:14 | 23:16,17 30:6,17 | constitutes 39:9 | direction 39:8 |
| address 4:14 | aware 19:8,15 21:10 | 37:9 | control 26:9 | directly 30:16 37:4 |
| adjourned 38:11 | 30:13 31:13 32:8 | calls 6:8 22:1 31:16,21 | cools 13:2 | discussed 35:11 |
| administrator 26:9 | 37:7 | 31:22 | Cooper 2:6 4:10,10 | disinterested 39:12 |
| adults 30:3 | | cancel 22:7 | 7:21,24 8:6,13 9:3 | distribute 26:22 |
| affixed 39:15 | **B** | cancelled 21:20 | 15:10,21 16:2 20:11 | **District** 1:1,2 40:22 |
| ago 35:20 | **B** 3:16,20 | care 13:11 14:1,23,24 | 22:14,25 25:14 31:19 | document 3:20,22 |
| ahead 17:11 25:8 | baby-sit 30:2 | 15:1 18:24 19:18 | 35:16,25 38:6 | doing 23:17 27:5 |
| Air 4:21 5:17,19,25 | back 6:9,25 17:25 | 20:4 21:7,9 24:10,18 | coordinate 6:17 26:24 | door 33:9 |
| 26:24 | 19:18 33:8 34:13 | 24:21 25:3 31:6 | coordinator 4:13 9:7 | doubt 34:10 |
| **AK** 2:4,8 | bad 30:5 | 32:20 37:11 | 19:23 29:21 31:1 | **DPW** 19:19 |
| Alaska 1:2,20 2:24 | balanced 25:4 | carefully 40:3 | 35:8 | **DPW's** 29:12 |
| 4:17 14:17 24:19 | base 4:23 5:19,21 6:1 | Carol 1:4,24 2:12,22 | Copy 3:18 | drain 18:17 |
| 28:23 39:5 40:21 | 26:24 27:23 | 4:9 39:2,20 40:25 | correct 5:1 8:5 11:17 | draw 9:13 33:10 |
| Alpha 27:10 | basically 10:8 | cars 11:10 33:5 | 15:9 16:15 28:12 | drawing 3:22 9:14 |
| **AMERICA** 1:7 | Battalion 27:10 | case 1:9 37:2 | 29:13 31:17 39:9 | 10:15 |
| ankle 37:7 | beautification 31:10 | caused 13:3 | 40:3 | drifted 22:24 |
| answer 16:8 21:21 | Beautify 31:10 | center 10:5,9 | correction 9:1 40:5 | drive 11:1,5 27:12,13 |
| 22:17,18,22 23:21 | believe 5:8 9:20 10:5 | **CERTIFICATE** 39:1 | Cost 5:14 | 36:20 |
| answered 15:10 20:11 | 12:15 18:16 21:17 | certify 39:2 | counsel 1:17 4:6 | driveway 34:4 |
| 22:11,15 25:16 | 26:3 28:7,7 31:4 | chance 37:3 | couple 6:8 7:8 21:25 | drop 32:2 |
| answers 6:17 23:24 | 35:20 | change 32:4 | 25:2 31:16,21,22 | duly 40:2 |
| anybody 16:15 22:7,10 | best 6:20 10:18 29:21 | changes 40:3 | course 24:6 27:22,22 | dumpster 9:20 10:15 |
| 23:10 24:24 30:10 | 37:14,19 | Christine 38:3 | **Court** 1:1,19,25 2:12 | 10:16,25 12:18 13:16 |
| anyways 20:25 30:4 | better 21:7 | clarification 8:14 | 39:4,21 | 18:11 19:10 21:18 |
| apartment 12:12 33:11 | beyond 29:24 | clarify 7:20 8:9,23 | courtesy 13:25 15:4 | 22:11 25:10 28:25 |
| April 13:16 20:9,16 | black 13:4 | clarifying 7:15,17 | crunch 12:1 | 30:14,19 31:14,25 |
| 31:12,17 | Bolt 1:4 4:9 8:25 11:2 | clean 31:8 | Cushman 1:19 | 32:11,12 33:6,12,14 |
| area 4:12 9:6,10,10,23 | 12:10 14:5 20:8 | close 21:25,25 31:16,21 | | 33:25 34:5,6,8 35:2,3 |
| 10:5,6,7,9 15:2 18:11 | 21:18 24:8,24 30:8 | 31:22 | **D** | dust 13:10 |
| 18:17,25 19:23 20:8 | 30:14,20 32:4 36:25 | closest 11:15 | **D** 3:1 4:1 | duties 9:8 |
| 21:18 25:7,9 29:1,4 | 37:5,9,9 | clue 33:18 | dangerous 16:25 19:7 | duty 29:16 35:10 |
| 29:21 30:6 31:1,13 | **Bolts** 14:8 15:18 16:5 | cold 14:19 | 20:22 21:9,11 22:4 | |
| 32:5,12,16,17,19 | 21:11 | collected 22:2 | 23:9 24:2,6,9,12 | **E** |
| 33:22 34:3,5,9 35:7 | **Bolt's** 9:7 11:19 14:7 | come 5:9 7:9 11:20 | 31:13 | **E** 2:1,1 3:1,16 4:1,1 |
| areas 10:11 11:13 | 16:4 18:11 19:15 | 19:18 33:21,21 | date 2:21 39:10 40:20 | 40:1,1 |
| 13:14 18:24 31:7 | 25:6 28:13 31:12,17 | coming 33:20 | dated 3:18,20 | edges 18:21 |
| 32:13 | 37:22 | commented 23:9 | day 28:14 33:6 39:15 | Eielson 4:22 5:17,19,22 |
| Army 5:14,16 6:1 27:2 | bottom 21:15 | Commission 39:24 | 40:23 | 26:24 27:6 |
| arranged 11:21 | Box 2:7 | committee 24:16 | days 26:5 35:20 | eight 11:25 14:18,19 |
| arrangement 5:16,24 | brigade 5:15 | common 13:13,25 15:3 | Defendant 1:8 2:5 | either 10:22 20:9 |
| 11:14 | broken 37:7 | 18:19 21:6 24:19 | definitely 32:6 | emphasize 29:14 32:12 |
| arrow 33:10 | build 5:13 | community 9:10 29:18 | delay 7:8 | encountering 26:1 |
| asked 14:4,5 15:5,10 | building 8:24 9:7 10:7 | compare 6:14 | Department 2:7 | ended 5:25 13:22 18:19 |
| 15:17 20:11 22:14 | 11:21 12:1,8,9 | compassionate 37:1 | deployed 15:1 36:19 | enforce 30:1 |
| 23:4,13,20 31:23 | buildings 9:1,9,25 11:9 | complain 15:20 | 37:22 | engineer 26:7 |

Heartland Court Reporters
Carol A. McCue, RMR

Email:  carol.mccue@acsalaska.net

Phone:  (907) 452-6727
Fax:  (907) 488-7701

Exhibit 10   Page 11

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 2

entailed 36:11
entrance 10:15,16
entrances 10:2,24
equipment 29:10
ESQ 2:2,6
evening 27:17
eventually 7:9 16:13
20:5 29:20
everybody 11:23 24:18
31:3,5,5 32:15,16
36:15
exactly 14:15,21 25:9
EXAMINATION 3:3
4:19
example 36:11
excelled 29:20
Exhibit 3:17 6:12
Exhibits 38:13
expenses 37:11
Expires 39:24
explain 9:7 18:14 21:22
extending 9:25
extra 11:10

**F**
F 40:1
fact 16:9
factor 5:14
Fairbanks 1:20 2:4,8
fall 14:7 16:5 18:12
19:15 21:11 25:6
28:14 31:12,17
fallen 20:8 30:15
falling 13:12 21:6
family 13:21
far 12:4,23 20:6 27:12
33:20 34:15 37:5,16
farther 17:8
February 39:24
feel 30:5,9
fell 21:19 24:8 25:9
30:5,20 32:5
felt 19:6 20:16,21 30:8
32:15
first 12:13 38:3 40:2
flashback 36:3
flashbacks 36:10
following 4:2 40:3
follows 31:3,5
Force 4:21 5:17,19,25
26:24
foregoing 2:22 39:5
Former 4:12
Fourth 40:22
frame 31:18

freezes 13:2
front 11:20 33:5
froze 13:3
Ft 4:13,25 5:5,22,23
17:9,13 26:12,17,18
27:6,7
fuel 5:13,17 26:15,20
26:22
fuels 5:21,22 26:13,14
26:14 27:3
full 39:9
full-time 19:23
Further 39:12
F02-0021 1:9

**G**
G 4:1
garbage 26:2
general 24:17
getting 20:20,20 36:9
give 18:23 37:4,13
given 29:16,20
go 6:8,21 10:25 11:6
17:11 19:4 27:16,22
29:24 34:8 38:7
going 7:4 17:17 18:2
25:19,20
good 4:14 13:9 18:6
30:11 36:15
gotten 28:19
Greely 5:23
ground 26:14
group 9:9
guess 11:14 15:13 17:6
guest 11:7
guests 11:10
guy 6:1

**H**
H 3:16
half 34:23,24
hand 39:15
happen 24:23,23,24,25
29:24
happened 12:23 14:22
16:13 18:3 19:17
24:24 32:21
happens 13:8 32:8
happy 37:13
hard 7:6 14:15,21
16:11 18:1,4,13,23
22:3,11 24:22 25:25
29:25 30:21 35:5
37:8
hard-pack 28:22

hazardous 30:13
Heartland 1:19,25 2:12
39:4,21
help 36:25 37:18,19
helped 36:2,13
helping 17:15
hereunto 39:14
Hi 4:8
highest 29:17
Highway 4:16
home 28:1
homemaker 36:20
homemakers 19:25
hour 1:14 35:22
hours 27:14,14
house 19:3,3 27:2
33:11
housing 9:24
hurt 24:13
husband 37:22

**I**
ice 13:4 14:20 22:3,3,7
22:11 23:11 32:23
33:1
icy 14:14 16:24 30:7,14
30:19 31:13
incident 16:8 17:22,23
19:16 36:24 37:21
including 23:7
inclusive 1:15
indicated 39:11
indicating 8:1 9:21
10:9,13,19 11:3,12
12:14 18:17 33:16,18
33:22 34:1,3,14,19
35:1
individual 13:21 14:22
24:21 31:7 32:16
inform 17:17 20:1
informed 16:10 17:15
informing 17:16
ins 25:5
inspections 21:2
interview 3:18,20
interviewed 6:5,6
inter-post 5:19
introduce 4:6
inversion 12:25
inversions 32:2
investigator 6:7
involved 32:7
involving 30:13
island 10:20,21

**J**
jeez 22:23
jet 5:13 26:14
job 5:12 19:23 26:11
26:19,25 29:15 30:25
Judicial 40:22
June 1:13 2:10 3:2 4:3
38:12 39:6
Justice 2:7

**K**
keep 11:11 20:15 29:5
31:8,9,11
Khan 1:12 2:10 3:2,18
3:20,22 4:12 7:2 8:3
17:8 23:12 38:8 39:6
40:20
kids 36:20
kind 7:6 10:3 11:13
12:16 13:3,4,6 18:16
18:16,20,21 25:3,7
31:10 32:9 36:1,13
knew 24:8 31:5
know 5:7 7:6,10 8:4,8
8:10,11,16 9:19,24
10:13,18 11:2,5,6,9
11:11 12:1 13:1,5,5
13:10,10,13,23 14:1
14:14,17,20,23,25
15:2 16:10,11,23
17:13,16 18:1,3,6,22
19:1,7,19,20 20:3,19
21:7,24 22:1,3,5
23:18,22 24:10,13,15
24:16,21,23,25 25:3
25:3,8,9,9,13,19,20
25:23 26:1,5,14,20
27:16,23 28:23 29:6
29:7,8,14,16 30:3,4
30:10,16,22 31:2,8
31:11 32:2,8,14,15
32:17,19 33:1,4,16
33:18,20 34:12,14,17
34:25,25 36:5,9,10
36:11,13,15,19,20,22
37:11,13,13,18,20,21
37:24 38:3,4
knowledge 37:20
KNOWN 2:20

**L**
lab 5:13 26:8,19,24
27:1
lane 6:9 12:4,24
LAW 2:3

lawn 31:7 36:18,21,25
let's 18:8
life 36:4
Likewise 11:6
limited 13:22
LINE 40:5
little 9:13 17:8
live 4:21,22,23,23 5:4,7
12:8 29:25
lived 4:24 5:6 8:25 11:2
12:9 34:22,23
living 17:13
long 10:23 12:7 35:21
36:8
look 14:17 17:25 20:2
31:9
lot 10:1,2,4,5,24 11:12
14:9,12 15:6,16,19
16:7,21,22 17:5 19:1
28:5,22 29:24 32:14
33:24 34:1,2 36:2
low-lying 18:16,25
29:1
lucky 25:2

**M**
machine 39:7
manual 36:7
March 20:9,16 27:5,19
28:1
mark 6:11
marked 3:17 38:13
matter 16:9 30:10
mayor 16:10 17:14,16
17:20 19:8,9,21
21:12 24:4 29:3,5
30:6,13 37:4 38:2
mayors 19:24
ma'am 20:2
McCUE 1:24 2:12,22
39:2,20 40:25
mean 11:1 12:22 14:18
18:2 21:8,23 24:6,16
24:17 25:2 26:21
27:15,24 31:6 34:11
34:21,21,22 36:18,21
meant 8:17,18 27:25
medical 37:10
meet 14:13
meeting 35:21,25
melt 18:22 32:22
melting 13:1 19:12
28:11,22 33:1
memory 6:9 12:4,24,24
mention 14:2 23:13

Heartland Court Reporters
Carol A. McCue, RMR

Email: carol.mccue@acsalaska.net

Phone: (907) 452-6727
Fax: (907) 488-7701

Exhibit 10   Page 12

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 3

| | | | | |
|---|---|---|---|---|
| mentioned 17:4 | Object 20:11 31:19 | petroleum 26:9 27:1 | questions 23:19,25 | response 16:16 |
| Merit 2:23 39:3,21 | objection 15:22 22:14 | pets 31:8 | 38:5,6 | responsibility 14:23 |
| mess 31:8 | observation 28:4 | physically 23:18 27:8 | quite 13:17,17 21:3 | 19:22 20:24 29:12 |
| middle 12:16 | occurred 4:2 | place 22:10 31:10 | quota 13:20,21 | 32:16 |
| military 5:2,3,9,11 | office 35:15 | plaintiff 1:5,17 2:2 4:9 | | responsible 20:2 36:15 |
| 26:22 27:15 30:1 | Offices 1:19 | please 4:6 7:23 18:15 | _____ | return 28:1 |
| million 5:14 | official 39:15 | 21:22 | R | Richardson 4:16 |
| mind 30:12 | oh 10:3 12:19 14:14 | plowed 8:15,17 | R 2:1 4:1 40:1 | riding 36:21 |
| misunderstanding | 15:12 21:13 22:23 | point 15:23 33:16 | rank 6:2 | right 6:21 12:14,16 |
| 29:15 | 35:16 38:3 | positive 12:6 | ranking 29:17 | 16:1 22:23 27:12 |
| moment 22:24 | okay 4:24 5:4 6:21 7:19 | preceding 28:16 | read 4:4 40:3 | 31:5,21 36:14 |
| money 5:15 | 7:24 8:2,6,7,20,21,24 | predict 24:22 | real 21:25 31:22 | rise 32:3 |
| month 25:23 | 9:4,17 10:14 14:5 | pregnant 30:9 | really 26:18 29:20,23 | RMR 1:24 2:12 39:2 |
| months 14:18,18,19 | 15:12 16:20 17:7,7 | prepared 3:22 | 30:9 35:6 | 39:20 |
| morning 27:16 32:3 | 17:11,12 18:19 20:23 | press 16:11 | rec 18:5 | Road 9:21 |
| 35:17,18 | 21:14,16,17,17 22:21 | pretty 9:24 13:7 14:19 | recall 6:6 7:7 9:16 | Robert 2:2 4:8 |
| move 34:14 | 22:25 23:16 36:10 | 19:21 34:12,16 | 10:17 11:22 13:23 | rock 15:9 |
| moved 5:18 | ones 11:15 | prevent 13:12 | 14:15,21 28:2 30:21 | roger 28:20 |
| moves 33:4 | Opening 4:4 | previous 20:9 | 32:6 34:15 35:6 37:5 | Ron 6:6 |
| mower 36:21 | operating 31:3 36:2 | previously 4:24 6:5 | 37:16,17,23 38:1 | Room 2:7 |
| mowing 31:7 36:18 | organized 34:19 | 14:12 | receive 26:21 | rose 12:25 |
| mutual 20:24 | | primarily 11:8 12:5 | recess 6:23 | RRB 1:9 |
| | _____ | 19:5 | recollect 18:5 | |
| _____ | P | prior 14:7 16:4,17,19 | recollection 18:9 20:6 | _____ |
| N | P 2:1,1 4:1 10:12,12,12 | 18:11 25:6 28:13 | 20:7 | S |
| N 2:1 3:1 4:1 | page 3:3,17 7:5,22 14:6 | 31:17 | recollections 33:9 | S 2:1 3:16 4:1 |
| name 38:3,4 | 14:6 16:1,1,2 21:15 | probably 10:21 11:10 | record 6:21,22,23,25 | safe 15:4 31:11 32:18 |
| NCOIC 5:21 | 40:5 | 26:3 29:15,16 35:22 | 15:11 20:14 22:19 | safer 21:19 23:5 31:24 |
| near 19:9 21:18 31:24 | Pages 1:15 | problem 35:6 37:19 | 38:7,10 39:9 | Sajid 1:12 2:10 3:2,18 |
| neat 31:9 | paid 35:7 | procedure 31:4 36:2 | referring 7:21 8:2 | 3:20 4:12 38:8 39:6 |
| necessary 20:16 | parallel 35:4 | proceedings 4:2 38:11 | 15:22 | 40:20 |
| need 20:3 37:12 | park 11:1,7,20 | 39:5,10 | reflect 8:10 | Salcha 4:17,23 |
| needed 36:25 | parked 11:23 34:25 | products 26:10 | Registered 2:22 39:3 | salt 13:10,10,15 14:3 |
| needs 5:18 | parking 10:1,2,4,5,6,7 | prompt 17:15 | 39:21 | 15:9 17:18 22:10 |
| Neely 9:21 27:12,13 | 10:9,10,13,24 11:8 | properly 31:7 | regulations 30:2 | 23:10,11,23 24:1,11 |
| negative 4:23 22:13 | 11:12,13,16 12:2 | PT 27:16 | remember 7:7 14:25 | 25:8,11,13,20 |
| 26:8 28:3 35:13,18 | 14:9,12 15:6,16,19 | Public 2:23 39:4 40:25 | removal 16:12 21:19 | salting 15:16 |
| neighbor 14:25 19:3 | 16:6,21,22 17:5 19:1 | pull 34:5,8 | 23:5 29:9 31:24 | sampling 26:25 27:3 |
| 29:25 36:19 | 28:5,22 32:14 33:22 | purposes 27:21 | removed 28:5 | sand 13:11,15 14:3 |
| neighbors 14:13 | 33:23 34:1,2,9 | put 10:1,10 13:15 14:2 | repeat 23:2 | 15:3 17:18,22,24 |
| never 5:11 14:4 17:4 | part 7:21 8:2 33:23,25 | 17:18,22,23 22:7 | report 29:3 | 18:14 19:2,2,6 22:10 |
| 23:9,13 | 34:4 36:4 | 23:9,11,22,23,23 | Reported 1:24 2:11 | 22:10 23:10,11 24:1 |
| nice 36:8 | particular 11:11,19 | 25:8,11,19,20 33:2 | reporter 2:23 4:5,6,14 | 25:11,12,13,18,20 |
| night 13:2 18:23 32:3 | 15:23 | 33:19 35:25 | 4:18 6:22,25 38:7 | 29:8 32:22,24,25 |
| nights 28:1 | Pause 30:23 | putting 15:3 | 39:3,21 | 33:1 35:25 36:14,14 |
| nine 14:18 | pen 9:18 | P's 10:10 | Reporters 1:19,25 2:12 | 36:16 |
| Noble 2:3 | penalty 40:2 | p.m 1:14,14 4:3 6:24,24 | 39:4,21 | sanded 16:20,21 17:5 |
| Normally 17:15 | people 7:8 14:13 16:23 | 38:9,12 | REPORTER'S 39:1 | 18:6 20:8 32:5 |
| Notary 2:23 39:4 40:2 | 16:24 19:18 24:17 | | reporting 29:5 | sanding 15:8,16 16:23 |
| 40:25 | 30:2 32:9 33:20,21 | _____ | residence 17:13 30:1 | 18:10,10 21:5 36:17 |
| notice 28:21 | 33:21 34:11,18,24,24 | Q | 31:4 36:7 | saying 17:1 24:17 |
| Number 12:12,13 | performed 21:20 23:6 | quality 26:8 | resident 11:16 12:5 | says 7:5 8:3 9:5 16:4 |
| | perjury 40:2 | quarters 11:25 | 13:9 24:15 27:7 | 17:9,12 22:19 31:22 |
| _____ | person 20:2 27:15 | question 7:2 16:18 | residents 11:6,9 13:6 | schedule 21:1,4,8 |
| O | 29:17 39:12 | 22:12,22,25 23:4,21 | 13:11 14:23 17:16 | scheduled 21:20 23:6 |
| O 4:1 | personally 37:4 | 25:14 30:12 | 18:6 32:7 36:11,15 | seal 39:15 |
| oath 40:2 | | | | |

---

Heartland Court Reporters
Carol A. McCue, RMR                    Email:  carol.mccue@acsalaska.net

Phone:  (907) 452-6727
Fax:  (907) 488-7701

Exhibit 10    Page 13

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 4

| | | | | |
|---|---|---|---|---|
| second 7:22 14:6 15:21 21:14 | 7:1 8:2,7,12,19 9:4 9:12 15:11,14,25 | T 3:16 40:1,1 take 12:4,17,24 13:10 | thrown 33:12 tidy 31:9 | 30:25 unfortunately 32:9 |
| see 5:11 16:23 17:8,9 18:8,14 19:21 25:18 32:19 33:15 34:17 36:3,18 | 16:3 20:13 22:16 23:3 25:16,22 30:24 31:20 38:5 specialized 5:12 | 14:23,24 15:1 18:24 19:18 20:4 21:7,9 24:10,21 26:2 31:6 32:17,19 34:13 36:22 | time 12:7 13:7 17:3,4 17:14 18:2 19:24 20:21 26:1,23 27:18 27:23 31:18 35:14 | uniform 34:12 United 1:1,7 4:10 units 26:15,22 unsafe 32:19 |
| seen 22:7,9 23:10 34:18 selected 29:21 | specialty 27:1 specific 5:6 20:6,7 | taken 1:13,17 2:21 12:17 37:11 39:6,10 | 38:8 39:10 times 7:8 13:5,17,23 | use 34:11 usually 13:22 34:11 |
| Self-Help 13:20 sense 21:6 23:24 24:19 29:6 | 23:21,24 26:11 specifics 33:9 spot 11:8,19,23 12:21 | takes 24:18 talk 35:17,19,23,23 37:2,3 | 20:12 22:15 25:2,5 27:2 today 18:9 20:6 35:11 | U-shaped 11:14,14 U.S 2:6,7 35:15 |
| sergeant 6:3 service 21:19 23:6 31:24 | 21:8,11,25 34:16 spots 11:20 springtime 32:22 | talked 35:14 talking 15:22,25 17:2 34:17 | 35:17 37:17 told 16:9 17:2,20 18:14 21:12 24:4 26:13 | V |
| seven 13:21 14:19 sewage 18:20 | Squadron 5:20 ss 40:22 | tape 3:18 6:12,15,16 7:3,15 | 30:6,18 35:24 37:10 37:12,19 | vacant 34:16 vehicle 11:24 |
| sharp 34:16 shop 27:23 | staff 6:3 standard 31:3 36:2 | tech 26:8 27:1 telephone 6:9 8:9 23:20 | top 16:2 town 27:18,21 37:24 | vehicles 19:4 VIDEOTAPE 1:12 |
| shorthand 39:7 shoveled 20:18 | started 13:1 starts 8:3 | telephonically 6:10 tell 10:21 11:24 15:15 | traction 25:21 train 22:23 | Volume 1:16 vs 1:6 |
| shoveling 15:2 31:8 show 10:14 36:1,6 | state 2:24 39:5 40:2,21 stated 31:19 | 18:13 19:9 21:8 22:6 22:9 23:15 25:25 | transcribed 7:14 39:8 transcript 3:20 6:11,14 | W |
| showed 36:7 side 27:2 33:12 34:6 | statement 4:4 7:5,14,15 7:16 12:20 14:6 | 29:23 30:2 35:5 36:4 37:8,15 | 6:18 7:3 39:9 40:3 transfer 5:19 | Wainwright 4:13,25 5:5,22 17:9,13 26:12 |
| sidewalk 19:1 sidewalks 10:3 19:3 32:13 | 15:23 17:3,4,7 21:23 23:7 35:24 statements 6:14,15,16 | telling 20:15 37:17 tells 22:22 temperature 12:25 | trash 10:16 12:18 33:13 tread 19:7 20:22 | 26:17,18 27:6,7 wait 15:21 wake 32:9 |
| significant 36:4 sir 4:15 17:2 | 6:18 23:7 37:12 States 1:1,7 4:11 | 20:20 32:1 tenants 14:8 15:7,18,20 | tricky 12:21 13:7 21:24 25:7 32:13 | walk 19:7 20:22 33:15 walking 13:6 25:1 |
| situation 13:11 19:18 30:13 37:18 | stays 33:2 Stephen 2:6 4:10 | 16:6 test 5:12,22 26:13 | tried 5:13 18:6,24 19:2 32:17 34:11,13 36:1 | 32:18 want 6:13 22:18 25:19 |
| slick 20:22 slicky 31:15 | stop 36:24 store 26:21 | testified 28:8 testimony 32:4 35:11 | trip 13:6 trudge 22:5 | 29:14 32:12 wanted 8:22 9:2 29:19 |
| slip 18:21 20:20 25:19 slipped 25:3,6 | street 1:19 2:3,7 33:24 35:4 | testing 5:18 27:3 Thank 4:18 | true 39:9 40:3 try 14:24 19:2 30:1,2 | warm 20:20 32:22 warmed 28:9,9 |
| slippery 13:4 18:4,21 19:6 20:17,21 22:4 23:8 24:2,9 | stuff 9:8 13:10 14:15 15:3 19:1,4 20:19 27:4 29:8 31:9 36:12 | thing 9:20 10:19 12:2 13:4 18:3 19:20 25:18 29:6 31:10 | 32:19 trying 7:11,20 8:10 19:5,17 24:19 29:23 | warmer 28:19,21 wasn't 29:12 water 22:2 |
| small 13:25 snow 7:12 8:15,17 14:20 15:2 16:12 | 37:11 subscribed 39:14 40:23 sudden 12:24 32:2,3 | 32:21 things 12:25 15:4 20:3 29:7,24 36:11 | 37:10,17 turbine 5:13 26:14 turn 21:14 | watery 18:22 way 10:3,13 11:8,9 17:25 22:1 33:8,21 |
| 18:22 19:10 20:19 21:19,24 22:7,10 23:5 28:5,22 29:9 | suddenly 13:1 Suite 1:19 supply 5:20 26:21,21 | think 6:5,11 7:11 10:22 11:2,23 12:4,13,15 12:20 13:3 14:6,22 | turned 22:3 twice 26:3,4,4 two 10:8 12:6 20:12 | 33:22 34:10,11,19,23 34:23 Wayne 6:6 9:5 14:2,5 |
| 31:7,24 snowed 20:18 | support 5:17 27:10 supposed 31:1 | 16:11,25 18:1,19 22:2,4 23:8,16 24:1 | 22:15 25:16 28:16 35:20 | 15:15 16:4 17:3 21:17,22 22:6,9 23:4 |
| somebody 24:13 30:5 32:5 33:4 34:13 35:14 | sure 6:15 7:9,10 8:16 9:15,17 10:3,12,22 10:23 11:24 12:6 | 24:12 28:8 29:14 30:18,21 37:16 third 14:6 | typed 6:18 U | 23:17 31:23 35:24 Wayne's 16:18 ways 25:17 |
| sorry 10:7 14:18 26:21 30:8 38:1 | 17:21 25:10 27:24 31:3 32:17 33:7 37:3 | thought 8:8 20:19 22:23 28:9 33:11 | Uh-hum 9:22 11:4 17:21 18:18 29:2 | weather 12:25 14:17 14:19 |
| sort 15:3 space 12:1 | sweet 5:16,24 sworn 40:2,23 | three 8:25 9:9,25 10:8 20:12 22:15 28:16 | 31:15 34:3 understand 17:1 18:1 | Wednesday 1:13 week 26:3,4,5 |
| spaces 11:18 Sparks 2:2 3:4 4:8,8,20 | T | threw 33:13 throw 10:16 13:9 24:11 | 19:24 understanding 6:4 9:6 | weeks 28:17 went 12:15 25:7 33:5 34:19 36:9 weren't 25:6 31:14 |

---

Heartland Court Reporters
Carol A. McCue, RMR

Email:  carol.mccue@acsalaska.net

Deposition of Sajid Khan
Taken June 29, 2005

Bolt vs. USA
Case No. F02-0021 Civil (RRB)

Page 5

| | | | | |
|---|---|---|---|---|
| we'll 6:21 | 11/15/99 3:19,21 | | | |
| we're 6:22,25 17:2 38:10 | 12th 2:7 | | | |
| we've 15:25 | 15 39:24 | | | |
| WHEREOF 39:14 | 1552 2:3 | | | |
| whichever 34:25 | 172nd 27:10 | | | |
| wife 36:19 37:3 | 19 5:7 | | | |
| winter 28:6 33:3 | 1998 5:7 | | | |
| wish 35:9 | 1999 20:10 | | | |
| witness 2:9,21 3:2 4:12 4:16 7:22,25 8:5,8,15 9:5 15:12 23:2 25:18 39:14 | **2** | | | |
| | 2 2:7 16:1 | | | |
| | 2005 1:13 2:10 3:2 4:3 38:12 39:6,16 40:23 | | | |
| words 32:4 | 2006 39:24 | | | |
| work 23:16,17 26:16 26:20 27:8,14 | 29 1:13 2:10 3:2 4:3 38:12 39:6 | | | |
| worked 26:17 | | | | |
| working 27:6 36:19 | **3** | | | |
| world 19:25 | 3 16:1,2 | | | |
| worse 28:25 | 3:07 1:14 4:3 | | | |
| wouldn't 17:20 24:5 30:7 | 3:09 6:24 | | | |
| | 3:18 6:24 | | | |
| written 39:7 | 3:57 1:14 38:9,12 | | | |
| wrong 24:20 | 308 1:19 | | | |
| | 310 2:7 | | | |
| **X** | 354th 5:20 | | | |
| X 3:1,16 | 38 3:19,21,22 | | | |
| | **4** | | | |
| **Y** | 4 3:4 | | | |
| yeah 5:8 6:8 7:25,25 10:3,21 11:1 12:3,16 13:14 15:12,13 16:13 16:19 17:11,21,21 22:19,23 24:3,7,25 25:7 26:3,4 27:4,12 27:17,22 28:7,7,15 28:23,23 29:1,13 30:8 31:15,18 32:1,6 33:9 34:2,3,7,10 36:14,23 | 4-page 3:20 | | | |
| | 40 1:15 | | | |
| | 4133 9:19 | | | |
| | 4133/5 12:12 | | | |
| | **5** | | | |
| | 5 12:12,12 | | | |
| | **6** | | | |
| | 6/29/05 40:20 | | | |
| | 6:00 27:17 | | | |
| year 13:7 29:22 | **8** | | | |
| years 5:4 | 8 12:15 | | | |
| **Z** | 8945 4:16 | | | |
| zone 18:2 | **9** | | | |
| **$** | 907-451-0875 2:4 | | | |
| $5 5:14 | 907-456-0245 2:8 | | | |
| **1** | 99 5:7 13:16 27:5,19 28:2 | | | |
| 1 1:15,16 7:5 12:13 | 99701 1:20 2:4,8 | | | |
| 1st 20:9 31:12,17 | 99714 4:17 | | | |
| 1-page 3:22 | | | | |
| 100 1:19 | | | | |
| 101 2:7 | | | | |

Heartland Court Reporters
Carol A. McCue, RMR

Email:  carol.mccue@acsalaska.net

Phone:  (907) 452-6727
Fax:  (907) 488-7701

Exhibit 10   Page 15

CASSETTE TAPE (NOT INCLUDED)

Attachment A  Page  1

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska  99701
(907) 456-0245

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | No. F02-0021 CV (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSCRIPT OF SAJID KHAN** |
| vs. | ) | **INTERVIEW** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Wayne: My name is Ron Wayne. It's...ah... November 15, 1999 and I'm talking with Mr. Kahn. Mr. Kahn do I have permission to tape recorder this?

Sajid Khan: Ah...will do.

Wayne: And how do you pronounce your first and last name?

Mr. Khan: Ah...Sajid and ah....Han.

Wayne: Ok and Sajid is spelled S A J I D?

Mr. Khan: That's a roger.



EXHIBIT
B Khan
6-29-05

ATTACHMENT 2 DEFENDANT'S

Attachment B   Page 1

Wayne: Ok and do you know Carol Bolt?

Mr. Khan: Yeah, he was my...ah...one of the residents of my..ah....what do you call ah...court, you know that I was the area coordinator for.

Wayne: Uh huh.

Wayne: Mrs. Bolt fell on the ice near a... the dumpster at her housing unit on or about April 1st, 1999. Were you aware of that incident?

Mr. Khan: Yeah, they had told me about it, you know, ah, she had fallen, right she was pregnant at that time yeah.

Wayne: She told you or...?

Mr. Khan: Well, I think her husband had told because we ended up taking care of it, you know getting the thing...there was a lot of kind of, you know, black ice kind of thing out there, a lot of ice so we got rid of the snow you know.

Wayne: Ok, so her husband told you about her accident?

Mr. Khan: Yeah.

Wayne: Ok. Are you aware of anyone else who had fallen on the area or in the rest of the parking lot in the same period of time?

Mr. Khan: Well, later, I think there was a couple of people who did but not at the same spot. In the parking area, you know, on the other side. Like we have this building, you know, so Mr...Mr. And Mrs. Bolt were on one side of the building and on the other end, you know, of the building, yes I recall there were a couple of case.

Wayne: Ok. Had there been any snow removal services in the area of the dumspter in the Spring of 1999?

Mr. Khan: Well yes, there was actually. They had come, I think, one time and people had not left their car moved out, you know. So that's the reason why, I think there was a delay.

Wayne: Ok, so...

Mr. Khan: And finally they got everybody together, you know and then all the cars were removed and eventually this was taken care of, yes.

Wayne: Ok. Do you..(cough)excuse me...do you recall if the area near the dumpster was icy at the time of Mrs. Bolt's fall?

Attachment B   Page 2

Mr. Khan: Ah, yes, of course.

Wayne: Prior to Mrs. Bolt's fall, had there been any complaints from Mrs. Bolt or any other tenants about the condition of the parking lot?

Mr. Khan: Well, after the incident, yes, she had told and I had as a matter of fact call up the mayor myself, you know, and informed about the same so, you know, I think they press hard to get the snow removal done and that's what eventually happened, yeah.

Wayne: You called up who?

Mr. Khan: The Mayor. A Mayor of community Southern Cross, you know. We belong to the Southern Cross community and I'm ...(inaudible) now, I'm at Eielson Air Force Base now

Wayne:Uh huh.

Mr. Khan:... but when I was at Wainwright, you know, ah living in this residence so at that time, yes I had called up my mayor and informed her. Normally I'm very prompt in helping my residents, you know, and also in informing the mayor about what's going on so I did inform her too.

Wayne: Ok. So you have area where different communities are?

Mr. Khan: Yes.

Wayne: Ok. Do you know if snow removal services that were scheduled for the area near the dumpster were cancelled prior to Mrs. Bolt's fall?

Mr. Khan: No I don't know. It's ah ....it's kind of hard for me to remember about that but...ah, I don't recall, but I do know there was a delay. A couple of times people have come, I'm not sure before or after, but, ah, ah, eventually we got it done, but I know for sure it was after the accident yes.

Wayne: Ok. Do you know why the snow removal service that was scheduled for the area was cancelled?

Wayne: You answered that earlier in the, ah, the car in the way.

Mr. Khan: Roger that, yeah.

Wayne: Ok. Do you believe that the area near the dumpster where Mrs. Bolt fell would have been safer if the snow removal service had been performed as scheduled instead of cancelled?

Attachment B   Page 3

Mr. Khan: Absolutely.

Wayne: And ah, please explain.

Mr. Khan: I mean, if you didn't have snow there, you know, ah, that's a very tricky spot we had. I had a couple of real close calls myself, you know. And, ah, it just the way it was there I think probably, um, the water which had collected there became.. had turned into ice, you know, hard ice, and I think that's what made it very slippery and dangerous, you know, to trudge on.

Wayne: Right. The snow kinda kept the ice in the, or water in the area.

Mr. Khan: Right, right. It's kinda like a  low lying area, you know, there near the dumpster, so, yeah.

Wayne: It was our understanding that you were the area coordinator for Mrs. Bolt's building. Can you explain what your duties were as area coordinator?

Mr. Khan: Oh my god (laughs) I had a lot duty, yeah. I had to ensure (inaudible) people kept their yards clean, you know, of the snow, or get it mowed with the lawnmower regularly during the summertime and to make sure that if there was any, ah, you know, try to get social gathering together for them and try to warm up the street pretty much and have a healthy, safe environment, you know.

Wayne: Ok.

Attachment B   Page 4



Attachment C   Page 1