# EXHIBIT 11

Case 4:02-cv-00021-RRB   Document 32-12   Filed 02/06/2006   Page 1 of 3



**DEPARTMENT OF THE ARMY**
Fort Wainwright Law Center, OSJA, U.S. Army Alaska
1060 Gaffney Road, #5700
Fort Wainwright, Alaska 99703

REPLY TO
ATTENTION OF

APVR-WJA-CL                                                                 13 August 2001

MEMORANDUM FOR RECORD

SUBJECT: Federal Tort Claim of Carol Bolt, 01-431-T022; Claimant Interview

1. On 9 August 2001, I conducted a telephonic interview of Mrs. Carol Ann Bolt at the Fort Wainwright Law Center. Also present at the law center was Mrs. Bolt's attorney, Mr. Robert Sparks. Mrs. Bolt was at her home near Fort Campbell, Kentucky. She is married to an E5 on active duty and she has children, a son who is 5 ½ years old, and a daughter who is 2 years old. Mrs. Bolt can be reached through their attorney at 907-451-0875.

2. I began the interview by introducing myself and explaining that I was the attorney representing the U.S. Government's interests regarding her administrative claim. I asked Mrs. Bolt about her connection to the military. She said that her husband was stationed in Alaska at the time of the accident and that they were in Alaska for the full 3 year tour. They then moved to Fort Campbell, Kentucky in September 1999. I told her that I had just moved from Fort Campbell and asked her to what unit her husband was assigned. She said that he was an E5 assigned to 2-44 ADA.

3. I then asked her to tell me about 1 April 1999, the day of the accident. She said she was going to work, but was taking the trash out first. She was a few feet away from the dumpster and in the parking lot when she fell. I asked her where she was working and she told me she worked at the Hair and You Salon. I asked her what time of day it was that she was leaving for work and she said it was about 8:00 in the morning. She said it was a sunny day, and she thought it was during break-up.[1] She said she did not know if it had snowed that week, but seemed to think that the temperatures were rising. She did remember that she hadn't been wearing a heavy coat most of that week.

---

[1] Break-up is the 'season' in the Interior of Alaska when all of the snow and ice melts. There is often new snow that will fall, melt during the day and freeze at night.

Exhibit 11  Page 1

APVR-WJA-CL
SUBJECT: Federal Tort Claim of Carol Bolt, 01-431-T022; Claimant Interview

13. Mrs. Bolt stated that there had been prior complaints that the conditions in the parking lot were a problem. She stated that the winter before, her and some of her neighbors all pooled their money and purchased a snowplow, but that the Army wouldn't let them plow. She commented that plowing the area once a year is not enough. Earlier in the season, Mrs. Bolt complained to the housing coordinator about the snow and ice. I asked Mrs. Bolt who the housing coordinator was. She said that she could not remember the person's name but that he was from India, and they called him Saj. She thought about it more and believes that his name was Sajid Khan. Mrs. Bolt said that Saj had talked to the area coordinator. I asked her who that was, and she said that it is usually a soldier who had responsibility for 2 or 3 housing areas. She did not know who the area coordinator was at the time. Mrs. Bolt stated that 2 days prior to the accident the Army was going to plow the parking lot, but that since there were two cars parked there, they wouldn't do it. She said that they plowed the afternoon of the accident. She said that she thought she had pictures of the conditions from that day, and I asked her if she would provide them. She agreed to send them to her attorney and that he could get copies to me.

14. I thanked her and told her that if I had any more questions, I would contact her attorney. That concluded my interview with Mrs. Bolt. POC for this memorandum is the undersigned at 907-353-6513.

MATTHEW A. MILLER
CPT, JA
Chief, Claims Division

Exhibit 11  Page 2