DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | Case No. 4:02-cv-21-RRB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF LODGING** |
| UNITED STATES OF AMERICA | ) | **ORIGINAL EXHIBIT 7 TO** |
| | ) | **MOTION FOR SUMMARY** |
| Defendant. | ) | **JUDGMENT** |
| _____ | ) | |

      COMES NOW Defendant, the United States of America, and submits herewith the Original Declaration of John Curry, Exhibit 7 to defendant's Motion for Summary Judgment filed on January 31, 2006.

    The witness John Curry resides in Illinois and his Declaration, filed with the other Exhibits to the Motion as Exhibit 7, was available only in facsimile form until the original arrived this date.

The original submitted herewith should be substituted in place of the facsimile now on file with the Court.

DATED this 7th day of February, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s//STEPHEN COOPER
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028