Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska  99701  
Phone:  (907) 451-0875  
Attorney for Plaintiff  

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| CAROL BOLT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No.4:02-0021 Civil (RRB) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, hereby moves the court in this case to grant a two(2) week extension of time until Tuesday, March 7, 2006, to file an opposition to Defendant's Motion for Summary Judgment.

DATED this 21st day of February, 2006 at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

/s/ Robert A. Sparks  
Robert A. Sparks  
Attorney for Plaintiff  
1552 Noble St.  
Fairbanks, AK 99701  
907-451-0875  
Fax: 907-451-9385  
E-mail: sparkslawoffice@yahoo.com  
Membership No. 8611139  

Bolt v. USA  
page 1

CERTIFICATE OF SERVICE:

I hereby certify that on February 21st, 2006, a copy of forgoing Non-opposed Motion for Extension of Time and Affidavit of Robert Sparks was served by E-Mail to:
Stephen Cooper, Assistant U.S. Attorney
By: /s/ Robert A. Sparks

Bolt v. USA
page 2