Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska 99701  
907-471-0875  

IN THE UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA  

| | |
|---|---|
| CAROL BOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Case No. 4:02-0021 CI (RRB)

### AFFIDAVIT OF ROBERT A. SPARKS

STATE OF ALASKA        )  
                       )ss.  
FOURTH JUDICIAL DISTRICT )  

    I, Robert A. Sparks, being duly sworn upon oath depose and state as follows:

    1. I am the attorney of record for Plaintiff Carol Bolt in the above-referenced matter.

    2. I have been working diligently on preparing my Opposition to Defendant's Motion for Summary Judgment.

    3. I have been extremely busy and unable to complete the Opposition, because I have been busy with deadlines and discovery in another Federal U.S. District Court lawsuit, Meadows v. Schlumberger, Case No. 05-0032ci.

    4. Mr. Stephen Cooper, Assistant U.S. Attorney, stated to me

page 1

that he does not oppose this Extension of Time.

    5. I therefore request a two week extension of time to file Plaintiff's opposition until Tuesday March 7, 2006.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

    DATED THIS 21st day of February, 2006 at Fairbanks, Alaska.

        /s/Robert A. Sparks
        ROBERT A. SPARKS

    SUBSCRIBED AND SWORN to or affirmed before me this 21st day of February, 2006.

    _____
    Notary Public in and for Alaska
    My commission expires: _____