Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

Case No. 4:02-0021 CV (RRB)

### ORDER GRANTING EXTENSION OF TIME

Robert A. Sparks, having moved this Court for an extension of time until Tuesday, March 7 2006, in which to file his Opposition to Mr. Stephen Cooper's Motion for Summary Judgment and the Court having considered all relevant matters;

IT IS HEREBY ORDERED that Robert A. Sparks will have an extension of time until Tuesday, March 7, 2006, in which to file his Opposition to Defendant's Motion for Summary Judgment.

DATED this 22 day of February, 2006.

_____
HONORABLE RALPH BEISTLINE
U.S. DISTRICT COURT