Appendix 1: 1998-99 Snow Removal Policy

Appendix 2: Letter with 1998 Occupant Handbook

Appendix 3: 1998 Residentail Handbook, P.3

Appendix 4: 1998 Residential Handbook , P3-4

Appendix 5: 1998 Residential Handbook P.17-18

Appendix 6: 1998 Residential  Handbook, P.56

Appendix 7: Khan Deposition pp4-7,11-14, 23-26, 28-29

Appendix 8: Khan Statement

Appendix 9: Tilly Affidavit

Appendix 10: Prior Incidents

Appendix 11: Cicilese Deposition pp 5-11, 14-19

Appendix 12: Notice of 30 (b)(6) Deposition

Appendix 13: Curry Deposition 46-49

Appendix 14: DeHaven Deposition pp 5, 10, 12, 15-16, 19-20

Appendix 15: Carol Bolt's Affidavit

Appendix 16: Dr. Gaw Affidavit, unsigned

Appendix 17: Kevin Bolt Affidavit