APVR-WPW-O                                                    22 September 1998

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: **Fort Wainwright, Alaska Snow Removal Policy for 1998-1999.**

1. **GENERAL:** Public Works staffing for snow removal operations has been cut by 48% from the staffing level of the 1997-1998 winter season. This is a result of the ongoing USARAK hiring freeze and the FY98 and FY99 work year restrictions imposed by higher headquarters. Snow removal operations will be conducted in accordance with the priority system as outlined in this plan however response times will be extended due to the staffing cut. Out of sequence plowing in support of special events will be considered on a case-by-case basis when requirements are identified two weeks in advance by submitting a DA Form 4283 through command channels to the Public Works Customer Service Representative at building 3015.

2. **RESPONSIBILITIES:**

   a. The Directorate of Public Works is responsible for the overall snow and ice control operations on the Fort Wainwright cantonment area in accordance with the USARAK Snow Removal Policy dated 21 January 1997. Other area and unit responsibilities are as designated in subparagraphs b through f below.

     (1) Removal of snow from streets, parking lots, airfield, and similar areas is the direct responsibility of Public Works in accordance with paragraph 3, PRIORITIES. Snow removal operations commence when the accumulation of snow since the last plowing has reached two inches on the Running Route or runway and four inches for all other areas.

     (2) Routine sanding of roads for ice control during duty hours will be scheduled as required. Other sanding requirements will be identified by the Provost Marshal's Office which will notify Public Works directly.

   b. The 864th Engineer Battalion, with fuel and repair parts support from Public Works, is responsible for snow and ice removal operations in the following areas:

   (1) The lower ammunition storage area (2200 area).

   (2) The range complex South of the Richardson Highway.

   (3) The upper ammunitions storage area including Kinney Road, the Bailey Bridge, River Road to Sage Hill Road and Sage Hill Road.

ATTACHMENT 1 DEFENDANT'S REQUESTS FOR ADMISSIONS

APVR-WPW-O
SUBJECT: **Fort Wainwright, Alaska Snow Removal Policy for 1998-1999.**

   (4) Birch Hill Loop and Transmitter Site Road to the tower complex at the top of Birch Hill.

   (5) Assistance, as mission permits, in the removal of snow from main post streets and parking lots.

  c. Family housing occupants are responsible for removing snow and ice on steps, porches, fire hydrants, post office box drops, driveways, and sidewalks to a point at least halfway to adjoining quarters. Occupants will sand hazardous areas. Sand will be available for pickup from Public Works. For further information call 353-7870.

  d. Housing area unit sponsors are responsible for the removal of snow and ice from sidewalks, post office drop boxes, bus stops, and mechanical room accesses within their areas of responsibility when it is not accomplished by area occupants.

  e. Unit commanders and building custodians are responsible for the removal of snow and ice from window ledges, exterior fire ladders, porches, and all doorways and walkways. Personnel will not go on the roof of any building without the approval of Public Works.

  f. Units and activities occupying maintenance facilities and motor pools are responsible for snow removal at their facilities, including parking lots and fenced yards.

3. **PRIORITIES:**

  a. Snow removal operations are conducted on a sequential priority system which is subject to change during emergency situations, such as continuous heavy snowfall or high winds.

  b. The Post sequential priorities are as follows:

   (1) *Priority 1 - HEALTH AND SAFETY.*

   (a) Major roadways for fire, ambulance and Military Police - Gaffney; Ketcham; Montgomery; Meridian; Santiago; Neely, including the South sidewalk between Arctic Light and Tanana Satellite Schools; Southgate; 600th St.; Whidden; 6th St.; Alder (6th St. to 9th St.); 9th St.; Apple to 100th St. to 1300 area to Dogwood at bldg. 1032 to 103rd St. to Gaffney; Trainer Gate; River (Gaffney to Trainer Gate).

   (b) Fire Stations

   (c) Hospital emergency area including helicopter pad.

2

APVR-WPW-O
SUBJECT: **Fort Wainwright, Alaska Snow Removal Policy for 1998-1999.**

    (d) Airfield fire lanes and MAST Operation area.

    (e) Provost Marshall Office.

  (2) *Priority 2* - *MISSION RELATED.*

    (a) DRB related facilities and activities as described in Appendix A.

    (b) Running Route (North side of Hangar 2 to Fire Station No. 1, Northeast to taxi way, East down taxi way to Ketcham, North to Gaffney, and West to 102d Street. Santiago from Fire Station No. 1 to Rhineland, to Ile De France and East to Luzon, North on Luzon to Hangars 4 and 5, and North to taxi way).

    (c) Access routes for Post Headquarters, Power Plant, Water Plant, DOL Warehouse (3030), Public Works, Troop Issue Warehouse, Medical Supply Warehouse, Transportation Motor Pool, KAMISH Clinic (3406), Bassett Army Hospital, and Landfill..

    (d) Roads - Chippewa, Oak, Alder, Tamarack, and 602nd St.

    (e) Airfield:

      - Hangars.

      - South taxi way.

  (3) *Priority 3* - *ROADS & AIRFIELD PHASE II*

    (a) Troop and residential area roads.

    (b) Airfield:

      - North runway and inner loop.

      - Taxi ways.

  (4) *Priority 4* -*PARKING AREAS FOR PUBLIC SERVICES & ADMIN.*

    (a) Post Headquarters (1555), One Stop Center (3401), Hospital (North & South lots), KAMISH Clinic, Bldg. 1064, Judge Advocate General (JAG) Parking, Telephone Exchange, Commissary/PX Mall, Physical Fitness Center, Malaven Gym, Unit Chapel (3430), Post Office, Child Development Center, Child Development Services (4176), Youth Center/Shoppette,

APVR-WPW-O
SUBJECT: **Fort Wainwright, Alaska Snow Removal Policy for 1998-1999.**

Chapel, ACS (3722), Education Center, Self-Help Facility, Laundry (3025), CPO, Sports Store, Burger King, Library/ Credit Union/Bowling Center, Thrift Shop, Auto Crafts, Arts and Crafts, Last Frontier Club, Arctic Oasis, Ski Lodge, Recreational Vehicle Storage Lot, and Outdoor Recreation Center, Vet. Clinic.

   (b) Other Parking areas including Administrative Facilities (1031, 1050, 1053, 1558,1565, 1579,1580, 2077, 2079, 2085, 2106, 2109, 3000, 3004, 3005, 3008, 3010, 3028, 3030, 3407, 3409, 3424, 3438, 3450, 3489, 3490, 3491, 3566, 3567, 3570, 3591, 3597, 3599, 4069, 4070, 4161); Barracks (1001, 1004, 3400 area, 3700 area, 4075); Dinning Facilities (3416, 3451, 3728); Unaccompanied Personnel Housing and Billeting (1045, 1063, 4054, 4055, 4062, 4063, 4064).

   (5) *Priority 5 - CLEANUP.*

   (a) Roads cleared of snow berms.

   (b) Family Housing Parking Areas (cleared once per year in late February or March). Lots will be posted in advance and will be worked as priorities permit between snow storms.

   (c) Intersections cleared for visibility.

   (d) Airfield cleanup; i.e., behind lights.

4. **NOTIFICATION AND IMPLEMENTATION OF PLAN:**

   a. During normal duty hours, Public Works will monitor the snowfall and implement operations as required. Unusual conditions, such as large, continuous, or repetitive snowfalls will be handled on an individual basis at the discretion of the Director of Public Works.

   b. After duty hours and on holidays, snow removal notification will be made by the Military Police to the Assistant Fire Chief on duty.

   c. Sanding requirements will be identified by the Military Police duty officer; who will contact Public Works.

   d. Special Notice: The time and date of snow removal operations in parking lots and other congested areas will be posted with distinctive signs three days in advance of clearing. Vehicles in areas to be cleared will be removed to facilitate snow removal. Areas in which vehicles have not been removed will be bypassed and moved to the bottom of the list due to the possibility of damage and Government liability.

4

APVR-WPW-O
SUBJECT: **Fort Wainwright, Alaska Snow Removal Policy for 1998-1999.**

### 5. SNOW REMOVAL TECHNIQUES:

   a. Snow is removed from roads and streets by splitting the roadways at center and moving the snow to either shoulder by successive passes of graders. In curbed areas snow is windrowed at the curb and either blown over the curb or removed.

   b. Snow is removed from parking and open storage areas by windrowing and blowing into unused areas where feasible. Otherwise it is removed by loaders and dump trucks. Storage of snow on "islands" in the family housing areas for later disposal is not authorized due to inherent danger to children.

   c. Removal of snow on runways and taxi ways is accomplished by splitting the area at the center and moving the snow to the marker lights by use of graders and rotary plows in echelon. Snow is blown over the lights by rotary plow. Dusting of threshold lights is the responsibility of Airfield Operations. Snow is not pushed or blown on previously cleaned area.

   d. Removal of snow at hangars and parking aprons is affected by clearing snow from hangar doors far enough for maneuvering equipment and then splitting the area so snow can be moved to the outside edges of aprons in two or more directions by graders and rotary plows.

JOHN J. CURRY
LTC, IN
Post Commander

DISTRIBUTION:
A (FWA)