_PW 91_

APVR-WPW-FH (210-50)

MEMORANDUM FOR New Housing Residents

SUBJECT  Welcome Letter

1. On behalf of the Director of Public Works, I would like to welcome you to your new home and wish you a happy and rewarding tour at Fort Wainwright. Fort Wainwright is a diverse community of families and bachelors. It is important that we each take a personal interest in being good neighbors and maintaining an attractive, pleasant living environment.

2. This Resident Handbook contains several items of information designed to assist you in getting settled in your new home. It also identifies your responsibilities as new residents of military family housing,(MFH), as well as our responsibilities and other post support activities. You should become familiar with the information contained within this handbook and go over it with your family members. It could help you settle in with less headaches.

3. To help maintain effective communication with the residents of family quarters, the senior soldier of each building has been appointed as the Senior Occupant for the term of one year. The Senior Occupant's job is to assist in keeping our community a harmonious place to live, as well as assisting the elected mayor of your housing area. The Senior Occupant of your building/area will be contacting you within a few days to explain your responsibilities concerning the maintenance and policing of the area surrounding "your home," and other matters related to the residency of family quarters on Fort Wainwright. It is expected that a cooperative relationship be developed among all residents. Should an incident occur or conditions exist that are beyond your authority or capacity to resolve, please bring it to the attention of your Senior Occupant, Mayor or Post Services.

4. Our objective is to make Fort Wainwright a safe, comfortable and attractive community in which to live, work and play. In keeping with this objective you will find there may be many ongoing projects which will improve the quality of life for our residents. We solicit your support and cooperation of you and your family in achieving this goal. Your comments and suggestions for improvements are important to us. Pleasing you and your family members is our goal at Wainwright Housing. Please, take the time to fill out and return the customer questionnaire.

5. Again, welcome to Fort Wainwright where Housing is focused on serving the needs of soldiers and families.

Karen K. Goodrich<br>
Chief, Housing Division