## RESIDENT'S RESPONSIBILITIES

Please keep in mind that you are responsible for maintaining your home as a prudent homeowner. The words "your home" were chosen for their exact meaning. When you were given the keys to your assigned quarters, it became your home. Since it is your home you are expected to maintain it in a manner similar to that of any proud homeowner in a well maintained neighborhood. The care of your home and appliances, as in the private sector, is your responsibility. When you are ready to move, a clean, well maintained home is easier to prepare for your final inspection. On the other hand, a home that has been neglected, or not kept cleaned or maintained, requires a lot of expense and hard labor to prepare it for the next family. The Army, unlike some civilian landlords, has high, but reasonable, standards to get the unit ready for the next family.

Please keep your home and grounds in a clean, orderly, sanitary, and safe condition. As a sponsor, you are responsible for ensuring that your quarters, grounds, and equipment, are not subject to abuse or neglect, and that the premises are not used for commercial, illegal or immoral purposes. The care and cleaning of your home's appliances and fixtures is strictly your responsibility. You are expected to maintain your home in accordance with good housekeeping practices as outlined in the <u>Quarters Cleaning Guidelines</u>. NOTE: These guidelines may change prior to your clearance from quarters, and an updated booklet will be provided to you at your Housing Outprocessing Briefing.

Living in government family quarters includes a responsibility for some self-reliance by doing "handyman" type work. Specifically, Self-Help type jobs are those which would be done by a prudent homeowner to conserve funds and to preserve the individual premises. Caring for your home is a cooperative effort between you, other residents and the maintenance workers. **All residents must attend a MANDATORY Self-Help briefing within 30 days of signing for quarters.** If the class is not attended within this period of time, no self help items will be issued until the class is attended. The class is held each Wednesday and Friday at 0845 hours (except holidays) at Building 3014. We recommend both you and your spouse attend the class. The class lasts approximately 45 minutes and children are welcome. When necessary, major repair work will be accomplished for you by a skilled craftsman.

Your area of responsibility includes the yard that falls within your logical lot line, i.e. one-half the distance to the next dwelling unit, but normally not more than fifty (50) feet from your unit, whichever is less. The area between the sidewalk and the streets to include front and side if on a corner lot, is also your responsibility. You should ensure that sidewalks, driveways and porches are kept clean and free of trash, snow, obstructions and other hazards such as pets.



In cases of damage to windows, screens, storm doors, resulting from pets or any other resident damage beyond normal fair wear and tear, the resident will be held liable for payment or repair/restoration prior to clearance of quarters. For more detailed information, refer to: <u>Conditions of Occupancy for Military Family Housing and Notice to Housing Unit Residents; Liability for Damage to Assigned Quarters</u>. You signed these agreements when you signed for your home; copies of these publications are provided to you at Appendix A and B.

3

In the summertime, your yard needs more frequent attention. This includes policing any garbage, picking up pet feces, timely cutting and trimming of grass, edging along your sidewalks, watering, fertilizing and pruning of your yard, bushes and trees. If a tree appears to be dying, call Public Works Customer Service at 353-7069. In Birchwood call 356-1616 and in Walden call 353-7069.

If you notice an infestation of bugs in your yard or on your plants, please call Public Works Customer Service at 353-7069. Vegetable gardens are not authorized in Family Housing Areas, but contact Family Housing at 353-1666 for information on garden plot availability. No automotive repairs or maintenance may be completed in Family Housing areas. Please use the Auto Craft Shop for these activities. Vehicles must remain on pavement at all times. The Mayoral Program also sponsors a Yard of the Month competition during the summer, and we would like to thank you in advance for all the hard work!



During the winter season, residents are responsible for the removal (within 24 hours) of snow and ice from steps, porches, driveways, mailboxes, and sidewalks in the front and rear of their quarters to a point of at least halfway to adjoining quarters. Make sure you police your pet's feces daily, or you will have a not so nice "surprise" in the spring. Ice melt is available through Self-Help; however, remove snow from the sidewalk prior to sprinkling the ice melt. (Do not expect ice melt to melt the snow so you do not have to shovel.) If you have a fire hydrant in your yard, you are responsible for shoveling the snow three (3) feet around the hydrant and include a two (2) foot wide path from the hydrant to the nearest street. The Mayoral Program also sponsors a holiday decoration competition during the December holiday season.



It is the Senior Occupant's responsibility to insure all residents comply with these instructions. Coordination of building residents is neccesary to insure all adjoining and common areas are free of trash, snow and ice. It is expected that, by performing these duties, a harmonious and cooperative relationship be developed between all housing residents of Fort Wainwright. See the Senior Occupant section on page 55, for more information.

If you notice safety deficiencies or maintenance requirements in a common use area such as a park, pavilion, etc., please contact Customer Service at 353-7069 for the appropriate repairs to be made.

# *FAMILY HOUSING INFORMATION*

## DOG HOUSES

To obtain permission to construct a dog house, the following steps are required: A request form for permission to construct a dog house may be obtained from the Family Housing Office. Store bought dog houses must be inspected by housing. Submit this form, with a picture or sketch of the intended dog house, include dimensions of the dog house and location of the dog house in relation to the quarters,

4