## WINTER HINTS 

 some headbolt heaters are temperature controlled and come on at approximately 20 degrees. Please do not place your extension cords through your house's window to plug your car in. This is a dangerous practice and a fire hazard. Please do not leave extension cords across sidewalks when not in use because of the electrocution and tripping hazards this practice poses. At the end of the winter season, please store your electrical cords inside your home.

It is okay to air out your house even when temperatures drop to 20 degrees or more below. **Be cautious!** Only open your windows 15 minutes at a time (set a timer so you do not forget). Most housing residents come from an area with forced air heat. Forced air vents do not freeze when a window is left open. Family Housing at Fort Wainwright utilizes a steam heating system. When frigid air draws down across the steam pipes it causes them to expand, contract, freeze and burst, causing a tremendous mess, inconvenience, severe damage and **expense to you**. Cold air from open windows will also kill or damage your house plants.

Playing on snow piles and berms near roadways is extremely dangerous. Children can slide off snow piles and into traffic. **Building snow caves in snow piles can be** deadly. The large snow and ice chunks piled up by front-end loaders or plows are unstable. **Cave-ins have entrapped and suffocated an adult. A child would not survive a cave-in of 75 pound blocks of hard packed snow.** Ensure your child's outer garments have reflective material to make them more visible to vehicle operators and winter drivers on the cold dark winter days. You must stay at least 75 feet behind snow plows and gravel trucks for safety purposes. An operator must cut the snow, maintain a speed of 15 miles per hour, shift gears and watch for oncoming vehicles sliding out of driveways. At that speed, and with the ice under the tires, a grader can slide 20 feet in a second or two. In an accident with a vehicle or child the snow removal equipment ALWAYS wins. Children are encouraged to carry a flashlight to and from school. NOTE: State laws permit studded tires to be used *only* during authorized times of the year. Children should be warned about how dangerous snow removal equipment is.

## SNOW REMOVAL

Snow removal at your on-post quarters and duty sections is the responsibility of the resident. Keep ice and snow cleared from your threshold, porches, parking area and sidewalks on both sides of "your home". These areas must be kept clean at all times for access in case of an emergency. If you have a fire hydrant in your yard it is **your** responsibility to keep the snow shoveled within three (3) feet around the hydrant and include a path at least two (2) feet wide from the hydrant to the nearest road. When an emergency is called in, the Fire Department cannot put out fires when the hydrants are buried under snow.

Periodically, you will receive a notice to relocate your vehicle. Please move your vehicles before we get to your street or parking area so we can clear the snow from these areas. For safety and legal reasons, we cannot clear snow from parking

areas with cars left in the way. **When your vehicle is not moved until after we have plowed an area, we often do not come back until the next snowfall**. This causes an inconvenience to yourself, your neighbors and guests. If you have a vehicle that is not operational, you *must* place it in the recreation lot. Please insure your children keep toys and sleds out of the roads, parking lots and sidewalks during snow removal. Your neighbors and the snow removal crews here at Fort Wainwright will thank you for your cooperation in helping to keep the post and housing areas clear from snow.

Snow removal by Public Works begins when there is a 4" accumulation. The exception is the 2" requirement for C-12 landings at the airfields. Snow removal in housing areas is accomplished on a priority four (4) basis.

Priority 1 - Fire stations and main fire and emergency routes.
Priotity 2 - Mission essential and training roads.
Priority 3 - Troop/Housing rds/consumer svcs.
Priority 4 - Public services/parking areas for housing.

Priority 5- Parking lots.

*HEALTH NOTE:* When you shovel your sidewalks or driveways, shovel in short motions. Do not try to remove the total depth in one stroke. Make sure you take your time to shovel your area, and minimize the load on your shovel to prevent back strain. Ensure adequate footing and balance. Utilization of 'ice melt' *once the snow has been removed* increases your traction. **Do not** shovel snow from driveway and sidewalks into streets.

# *TRASH AND HAZARDOUS WASTE DISPOSAL*

## TRASH DISPOSAL

At Fort Wainwright, trash items such as metal, rocks, dirt, wood, Christmas trees or large items are to be taken to the landfill on River Road during duty hours. Call 353-6196/7192 for information.

