This policy states that family members, children and guests under the age of 16 years must be indoors during these hours unless accompanied by an adult or guardian.

The following exceptions apply to the above curfew hours:



1. Teenagers and children attending special school, church or youth activity sponsored social or sports activities which extend past the curfew hours, may remain until the end of the activity.

2. Teenagers and children participating in a work activity, such as baby-sitting, may continue to work until released by their employer.

NOTE: Upon conclusion of any activity outlined above, teenagers and children will return home by the most direct and expeditious route.

Teenagers and children are permitted to spend the night with families of friends, in homes other than their own. Parents must exercise supervision of their teenagers and children's guest to comply with this policy.

The Military Police will provide strict enforcement of these policies. Failure to comply with this policy may result in revocation of government housing. Questions should be directed to the Post Services' Office at 353-7663.

## SENIOR OCCUPANT PROGRAM

The Senior Occupant's position is appointed by the Post Commander for the term of one year. In the event the Senior Occupant clears quarters, the next senior person will be appointed as the Senior Occupant to complete the term. The Senior Occupant's responsibility WILL NOT be delegated to family members. The Senior Occupant is an additional duty which includes input to your OER/NCOER. The Senior Occupant sign must be posted at all times. To obtain a sign contact Post Services, 353-7663.



Senior Occupants are responsible for the supervision, as necessary, of resident policing and appearance of your building. Included in these duties are: policing of lawns, including the street in front, rear, and sides of quarters, maintenance of lawns and flower beds to include lawn mowing, ensuring areas adjacent to the postal pads and dumpsters are clean and free of debris at all times, timely removal of snow and ice from steps, porches, driveways and sidewalks in front and rear of their quarters to a point of at least halfway to adjoining quarters and ensuring that all residents are aware of post regulations concerning registration and control of animals, daily policing of animal feces, parking in family quarters areas and maintaining quiet hours.

The Senior Occupant is responsible for coordinating with the Senior Occupant(s) of adjacent buildings to ensure all adjoining grounds for which you have responsibility are policed. It is expected that, in performing these duties, a harmonious and cooperative relationship will be developed between yourself as the Senior Occupant and the residents of the building you have been assigned.

