```
 1            IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3

 4   CAROL BOLT,                          )
                                          )
 5           Plaintiff,                   )
                                          )
 6       vs.                              )
                                          )
 7   UNITED STATES OF AMERICA,            )
                                          )
 8           Defendant.                   )
     _____)
 9   Case No. F02-0021 (RRB)

10

11

12           VIDEOTAPE DEPOSITION OF SAJID KHAN

13             Taken Wednesday, June 29, 2005

14        From the Hour of 3:07 p.m. to 3:57 p.m.

15             Pages 1 through 40, inclusive

16                        Volume 1

17           Taken by Counsel for Plaintiff

18                          at

19         Offices of Heartland Court Reporters
              100 Cushman Street, Suite 308
20                Fairbanks, Alaska 99701

21

22

23

24   Reported by:
     CAROL A. McCUE, RMR                        COPY
25   Heartland Court Reporters
```

```
 1                   P R O C E E D I N G S
 2           (The following proceedings occurred
 3             at 3:07 p.m., June 29, 2005.)
 4           (Opening statement read by the
 5              reporter.)
 6           THE REPORTER:  Will counsel please introduce
 7   themselves.
 8           MR. SPARKS:  Hi.  This is Robert Sparks, I'm
 9   the attorney for plaintiff, Carol Bolt.
10           MR. COOPER:  And Stephen Cooper for the United
11   States.
12           THE WITNESS:  I'm Sajid Khan.  Former area
13   coordinator for Ft. Wainwright.
14           THE REPORTER:  And what is a good address for
15   you, sir?
16           THE WITNESS:  It is 8945 Richardson Highway,
17   Salcha, Alaska, 99714.
18           THE REPORTER:  Thank you.
19                     **DIRECT EXAMINATION**
20   BY MR. SPARKS:
21       Q.  So are you in the Air Force or why do you live
22   at -- do you live at Eielson now?
23       A.  Negative.  I live off base, I live in Salcha.
24       Q.  Okay.  And you previously lived at
25   Ft. Wainwright?
```

1   A.   That is correct.
2   Q.   And were you in the military then or was --
3   A.   Yes, I was in the military.
4   Q.   Okay.  And what -- what years did you live at
5   Ft. Wainwright?
6   A.   I lived -- I cannot be very specific, but I
7   live, I know, from 19 -- somewhere in 1998 through '99,
8   I believe.  Yeah.
9   Q.   And how come?  Did you get out of the military
10  or what?
11  A.   I never got out from the military.  See, my
12  job was very specialized.  I would test aviation
13  turbine jet fuel.  I tried to build up a lab for the
14  Army.  We could not.  Cost factor came to $5 million,
15  we didn't have, in the brigade, that much money.
16       So the sweet arrangement the Army did with the
17  Air Force, because Eielson would support our fuel
18  testing needs, was they moved me, they made a
19  inter-post transfer to Eielson Air Force Base.
20       They detached me to 354th Supply Squadron, and
21  I was the base fuels NCOIC, and from there, I would
22  test, now, Eielson fuels, as well as Ft. Wainwright and
23  Ft. Greely.
24       So this was the sweet arrangement we had out
25  there.  That's how I ended up being at the Air Force

1    Base, an Army guy.
2        Q.   And what's your rank?
3        A.   I was staff sergeant.
4        Q.   My understanding was, is that you'd --
5    previously you've been interviewed by -- I think it was
6    Mr. Ron Wayne.  Do you recall being interviewed by an
7    investigator?
8        A.   Yeah.  I had a couple of calls.  I could go
9    back down my memory lane, yes, on the telephone --
10   telephonically, yes.
11       Q.   I think we can mark the transcript from -- the
12   tape is Exhibit A.
13            And then what we want to do is have you
14   compare the -- the statements on the transcript with
15   the statements on -- on the tape here and make sure
16   that the statements on the tape are your -- are you and
17   are your answers and that those are -- coordinate with
18   the statements in the typed transcript.  Can we do
19   that?
20       A.   I will do my best.
21       Q.   Okay.  So we'll go off the record right now.
22            THE REPORTER:  We're off the record.
23            (Off record recess from
24             3:09 p.m. to 3:18 p.m.)
25            THE REPORTER:  We're back on record.

1    BY MR. SPARKS:

2        Q.   And did you have a question, Mr. Khan, about

3    the tape or the transcript?

4        A.   I was just going through here, in one of my

5    statement, it doesn't -- it says Page 1 here, but I

6    say, no, I don't know, it's kind of hard for me to

7    remember about that.  I don't recall.

8             There was a delay, a couple of times people

9    have come, I'm not sure before or after, but eventually

10   we got it done.  But I know for sure it was after the

11   accident, yes.  I think what I was trying to say was

12   the snow --

13       Q.   Is there -- is there a difference between the

14   statement that you made that's transcribed and the

15   statement on the tape, or are you clarifying your

16   statement --

17       A.   I'm just clarifying.  That's all.  There's no

18   difference.

19       Q.   Okay.  Well --

20       A.   I was trying to clarify.

21            MR. COOPER:  Which part are you referring to?

22            THE WITNESS:  The second to the last page, if

23   you would, please.

24            MR. COOPER:  Okay.

25            THE WITNESS:  Yeah.  And this one here, yeah.

1        A.    Yeah.  I mean, you drive in here and you park,
2    you know.  I think Mr. and Mrs. Bolt lived here.
3    (Indicating.)
4        Q.    Uh-hum.
5        A.    And, you know, you just drive in here.
6    Likewise, the other residents, they go in, you know,
7    and they park.  Then there was for guest, there was
8    another parking spot out here.  This way primarily for
9    the residents of, you know, the buildings, and this way
10   for the guests.  Probably if you had extra cars, so you
11   could keep up there, you know, in this particular
12   parking lot.  (Indicating.)
13       Q.    So the parking areas are kind of in a
14   U-shaped -- I guess it's U-shaped arrangement that are
15   closest to the buildings where the ones that were for
16   the resident parking?
17       A.    That is correct.
18       Q.    Did they have assigned spaces?  Was a
19   particular spot Mr. Bolt's, or did he have -- did he
20   come in and would he park at different spots in front
21   of his building, or how was that arranged, do you
22   recall?
23       A.    I think everybody parked at this spot, at
24   least one vehicle for sure I can tell.  Because we had,
25   at least, like, eight different quarters on each

1  building.  So there was a space crunch, you know, for
2  the parking thing.
3      Q.  Yeah.
4      A.  As far as my memory lane can take me, I think
5  there was primarily one available for each resident,
6  maybe two.  I'm not very sure.  I'm not very positive.
7  It's been a long time.
8      Q.  Which building did you live in?
9      A.  I lived in the same building as
10 Mr. and Mrs. Bolt.
11     Q.  Where do you --
12     A.  I was in Number 5.  4133/5, Apartment 5.  And
13 I think they were on Number 1, they were the very first
14 one right off here.  (Indicating).
15         And I think we went up to 8, I believe, so
16 yeah.  I was right in the -- kind of middle there.
17     Q.  So you -- you had to take -- you'd taken your
18 trash out to that dumpster before?
19     A.  Oh, yes.  Yes.
20     Q.  And -- and I think in your statement, you said
21 that's a very tricky spot we had.  What -- what did you
22 mean?
23     A.  Well, what happened was, again, as far as my
24 memory -- memory lane can take me, there was a sudden
25 weather inversion, the temperature rose, and things

1   started melting down, and then suddenly, you know, at
2   night it cools down and it freezes.
3           So it froze, and I think that caused some kind
4   of a black ice or more slippery kind of thing.
5           And I know many times myself, you know, and
6   other residents would kind of trip when walking.  It's
7   pretty tricky at that time of the year when this
8   happens.
9           And as a good resident, I would throw in, you
10  know, salt, dust or salt and stuff, you know, to take
11  care of that situation, sand.  So the other residents
12  do the same, too, to prevent we falling.  And not just
13  for our only, you know, we would do it for the common
14  areas also, as much as we could.  Yeah.
15      Q.  When -- had you put any salt or sand at the
16  dumpster in April of '99?
17      A.  Quite -- yes, quite a few times, I did, too,
18  yes.
19      Q.  Where did you get that at?
20      A.  We would have a quota from Self-Help out
21  there, every individual family had seven quota.
22  Usually they would give very limited, so I ended up
23  buying my own, you know. And I recall many times I
24  would buy my own and just do it myself.  And this is a
25  small out of common courtesy, if you will, in taking

1    care of each other, you know.

2         Q.   You didn't mention to Mr. Wayne that you put

3    any sand or salt out there, did you?

4         A.   He never asked me.

5         Q.   Okay.  Mr. Bolt -- Mr. Wayne asked you on the

6    second page, I think the third page of the statement,

7    he said, prior to Ms. Bolt's fall, had there been any

8    complaints from Ms. Bolts or any other tenants about

9    the condition of the parking lot.

10             And did you say that there had been any

11   complaints from anyone about the condition of the

12   parking lot previously?

13        A.   Well, people, when we would meet neighbors,

14   they would always say, oh, it's so icy, and, you know,

15   stuff.  It's hard for me to recall exactly before or

16   after.

17             Look, Alaska, we have the weather, you know,

18   like eight months or nine months -- I mean, sorry --

19   seven to eight months, it's pretty cold weather out

20   here.  And it's -- you know, we have snow and ice.

21             It's hard for me to recall then exactly what

22   happened, but out of -- I think our individual

23   responsibility as residents, you know, you take care --

24   try to take care of that whatever we could.

25             I remember my -- one of my neighbor, you know,

again?

THE WITNESS: Can you repeat?

BY MR. SPARKS:

Q. The question is after Mr. Wayne asked you whether it would have been safer if the snow removal service had been performed as scheduled, you made these statements to him, including the statement that you said, I think that's what made it very slippery and dangerous, and you never commented that you'd ever put any sand or salt out or that you'd ever seen anybody else put any sand or salt out on this ice, did you, Mr. Khan?

A. I didn't mention to him because he never asked me.

And let me tell you something. When he called, I think I was at work. Okay? Or whenever this Mr. Wayne called, I was at work or I was doing something. So he had -- unless, you know, physically you're there, you can ask questions, or whatever.

On the telephone, whatever he asked me, answer, I was very specific to his question. So I cannot assume to add to that, you know, well, we put salt or we put this or we put that. It doesn't make any sense. Because my answers were very specific to his questions, what he was asking.

Q. So you think even with any salt or sand on it, it was very slippery and dangerous?

A. Well, I would say yes. Yeah.

Q. So you would have told the mayor about that, wouldn't you?

A. Of course. I mean, if it's dangerous, yes, I would, yeah.

Q. And you knew that before Ms. Bolt fell, didn't you, that it was slippery and dangerous?

A. Like I said, you know, we would take care of it, we would throw salt whenever we could. So it was not that dangerous that one would think, one would -- you know, somebody will get hurt or something like that.

And, you know, we are not the only resident committee out there. You know. I mean, they have so many other people. I mean, I'm just saying in general, so everybody takes care of their own. And what I'm trying to say is being in Alaska, it's common sense, if there is something wrong somewhere, we, as an individual, have to take care of it. You know.

And it's hard to predict what -- when an accident can happen. You know. How it can happen. It can happen to anybody. It happened to Mrs. Bolt. Yeah, it can happen to me, too, you know, if I would be

1    walking.

2            I mean, I got lucky a couple of times, you

3    know, I kind of slipped, you know, I took care of it, I

4    balanced.  So...

5        Q.   What was your -- and your ins -- the times you

6    slipped were prior to Mrs. Bolt's fall, weren't they?

7        A.   Yeah.  The area was kind of tricky and I went

8    ahead and I put salt out there.  Yes.  I don't know

9    which area exactly she fell.  I do not know, but I know

10   it was around the dumpster for sure.

11       Q.   Was it salt that you put out or sand?

12       A.   Sand.

13       Q.   Do you know whether it was salt or sand?

14            MR. COOPER:  That's the same question, isn't

15   it?

16            MR. SPARKS:  Well, he's answered it two

17   different ways, so...

18            THE WITNESS:  Sand.  See, the thing is when

19   you know you're going to slip, you don't want to put

20   salt.  You know, you're going to put sand, for more

21   traction.

22   BY MR. SPARKS:

23       Q.   But you don't know what month you might have

24   done that?

25       A.   It's hard for me to tell.  But I did it every

1    time whenever we were, you know, encountering that.
2        Q.  How often did you take your garbage out?
3        A.  Probably twice a week, I believe, yeah.
4    Twice -- twice a week, yeah.
5        Q.  What days of the week, do you know?
6        A.  No, I can't.
7        Q.  Are you an engineer?
8        A.  Negative.  I'm a lab tech.  I'm a quality
9    control administrator, if you will, for petroleum
10   products.
11       Q.  And what -- what was your specific job at
12   Ft. Wainwright?
13       A.  I would test fuels, just like I told you.  You
14   know, aviation turbine jet fuels and ground fuels for
15   all our fuel units.
16       Q.  And where was that work done at when you
17   worked at Ft. Wainwright?
18       A.  While at Ft. Wainwright, I could not really do
19   my job because we didn't have a lab.  We didn't.  So I
20   would work with the fuel that is -- you know, we would
21   supply -- or, I mean, sorry, receive, store, supply and
22   distribute fuel to other military units.
23            But -- but at the same time, I would
24   coordinate with the Eielson Air Force Base lab for
25   sampling myself because I was only one in my job

1    there any nights you didn't return home during March of
2    '99 that you can recall?
3         A.    Negative.  No.
4         Q.    So was -- was it your observation that the --
5    the snow hadn't been removed from the parking lot all
6    winter?
7         A.    Yeah.  I believe so.  I believe so, yeah.
8         Q.    And I think you testified that -- that it
9    warmed up, you thought it had warmed up so --
10        A.    Yes.
11        Q.    -- it was melting?
12        A.    Yes.  That is correct.
13        Q.    And then -- and that was prior to Ms. Bolt's
14   fall?  Not like that same day, but --
15        A.    Yeah.
16        Q.    -- during the -- the preceding two or three
17   weeks --
18        A.    I would say.
19        Q.    -- it had gotten warmer?
20        A.    That is roger, yes.
21        Q.    And did you notice it when it got warmer that
22   the hard-pack snow had been melting in the parking lot?
23        A.    Yeah, like it does, you know, in Alaska, yeah.
24        Q.    And that makes the -- that made the condition
25   around the dumpster worse, didn't it?

1          A.    Yeah, any low-lying area, it would, yes.
2     Uh-hum.
3          Q.    And did you report that to the mayor of the
4     area?
5          A.    Well, if you keep reporting to the mayor for
6     every, you know, thing, it makes no sense.  There's
7     some things we have to do on our own, too, you know.
8     So, like I said, you know, we sand and stuff.
9          Q.    You didn't -- you didn't have any snow removal
10    equipment, did you?
11         A.    No, I didn't.
12         Q.    That was the DPW's responsibility, wasn't it?
13         A.    That's correct.  Yeah.
14               You know, I want to emphasize to you, I think
15    probably you're misunderstanding.  Like, my job was an
16    additional duty, you know.  It was given to me probably
17    because I was the highest ranking person out there in
18    that community.
19               So this is something not that I wanted, but
20    when given upon, I really excelled.  And eventually, I
21    was selected as the best area coordinator for that
22    year.
23               What I'm trying to tell you is really you have
24    to go above and beyond to make a lot of things happen.
25    It's hard for you to live as a neighbor in your own