Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT | ) |
| | ) |
|     Plaintiff, | ) |
| | ) NO. F02-0021 CV (RRB) |
| V. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

AFFIDAVIT OF ROBERT H. TILLY, P.E.

Robert H. Tilly, P.E., being first duly sworn, deposes and states as follows:

1.  I am a Professional Engineer licensed by the State of Alaska.  I have over 40 years of engineering and management experience in the State of Alaska.  My experience in Alaska includes the design and construction of 300 miles of the Haul Road from the Yukon River to Prudhoe Bay.  I also assisted with the design of 13 airports along the oil pipeline route.  I was the resident engineer for the construction of the 1000 man camps and airports at Prospect Creek and Old Man.

2.  Among my former responsibilities, I was formerly the Chief Engineer, Manager O & M and Facilities Civil Engineer for

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

1

the Operations and Maintenance of the Ballistic Missile Early Warning System at Clear Air Force Base.  I was also formerly the Public Works Director for the City of Fairbanks, where I was responsible for the planning, directing and managing all maintenance, repair and minor construction for the city streets, buildings, grounds and equipment.  I have attached a copy of my C.V.  I have extensive experience with the requirements in Fairbanks, Alaska, for maintenance of parking lots during the winter season.

3.  It is my understanding that the Plaintiff Carol Bolt was injured on April 1, 1999, when she slipped and fell on the snow or ice while she was attempting to throw her trash into the dumpster located adjacent to the parking lot of her residential apartment complex at Ft. Wainwright.  It is reported that Ms. Bolt was wearing rubber soled tennis shoes at the time of the incident.  The dumpster was located in the parking lot on a corner at the entrance to the lot from the street, where vehicle tires could polish the surface of the snow or ice as they entered and exited the lot.

4.  I have reviewed the "Residents Handbooks" maintained by the Army for Ft. Wainwright residential tenants for 1995 - 1997.  I have also reviewed the snow removal policies in effect for the 1995-1996 and 1997 for Ft. Wainwright.  I have also reviewed portions of the deposition testimony of Paul Dehaven,

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Sinjay Khan and Rick Lowe.

5.    The Army  "Resident Handbooks" state that Tenants have snow removal responsibilities for the parking lots.    The "Resident Handbooks" state that it is the Area Coordinator's responsibility to ensure that the residents perform their duties regarding snow removal in the common areas.    The area coordinator for Ms. Bolt's residential apartment building was Sajid Khan.

6.    It is apparent from Mr. Khan's testimony that he did not perform his duty to require the residents to remove the snow from Ms. Bolt's apartment parking lot, as required by the Defendant's 1998-1999 snow removal policy.    Mr. Khan states that he was well aware that the area near the dumpster was hazardous and icy, due to a low spot that allowed accumulation of water during warmer thawing periods, but that he did not report this condition to the Mayor of the complex or Public Safety until after Ms. Bolt's fall.

7.    Mr. Kahn also testified that he did not require the apartment residents to take any action to remedy the icy hazardous condition that he knew existed near the dumpster prior to Ms. Bolt's fall, although that was his responsibility under the housing handbook and snow removal program.

8.    Mr. Khan testifies in his deposition that he had sanded near the dumpster in the parking lot from time to time

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

3

during the winter of 1998-99, because he was aware of how hazardous the area was and the danger that it presented. Mr. Khan testified that the area where the dumpster is located is in a low spot that collects water when temperatures are warm enough to melt snow and ice. Mr. Khan testified that he does not recall when he had last sanded the area near the dumpster prior to Ms. Bolt's fall. Mr. Khan testified that he did not believe that sand needed to be reapplied to an icy area after it had been sanded once, unless vehicles removed the sand and that he did not believe that it was necessary to sand icy areas during April and March.

9. April and March are important months to spread sand in parking lots to provide traction for walking, because this is the time period that hard-packed snow can be expected to melt and it can become extremely slick and icy and hazardous for walking. Sand must be frequently reapplied, because of vehicles rubbing it away. During March and April when the weather is melting, sand and gravel may need to be frequently reapplied, because sand and gravel that are used for traction can gain heat during the day and melt into the snow and ice. If the traction control material melts into the snow or ice and is not longer on the surface, it can lose its effectiveness.

10. Other than Mr, Khan, the Army had no other established inspection process to check the residential parking

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH. (907) 451-0875
FAX (907) 451-9385

lots at Ft. Wainwright for hazardous conditions caused by ice and snow. It is my opinion that Mr. Khan was negligent in failing to immediately report the extremely hazardous condition in Ms. Bolt's apartment parking lot to the Mayor or the Public Safety Office so that it could be addressed by the Ft. Wainwright Department of Public Works. Under the housing policy, Mr. Khan was the eyes and ears for the Army at the housing complex. If it had been reported, the DPW might have been able to remove the snow with a loader, sand the area throughly with vehicle mounted sanding equipment or hand sand the area. If Mr. Khan was not responsible for inspecting the conditions of Ms. Bolt's residential parking lot and reporting hazardous conditions to the appropriate authorities for correction, the Army was negligent in failing to conduct these inspections.

11. It is my opinion that the Army was negligent in failing to remove the snow from Ms. Bolt's apartment parking lot prior to April 1, 1999. If the Army plan was to have the residents remove the snow from the residential parking lots during the winter, Mr. Khan, whose job it was to ensure that these duties were accomplished by the residents was negligent in failing to make sure this work was done. If the Army plan was to leave the snow in Ms. Bolt's residential parking lot for one removal in March of 1999, I believe that this would have

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

5

been negligent as well.

12.    According to the Army, Mr. Khan's responsibilities included making the residents clear the parking lots for their apartment complex and making hazardous conditions, such as the area near the dumpster safe.   There is no evidence that Mr. Khan took any action to enforce the parking plan or housing handbook requirements that tenants of Ms. Bolt's building remove the snow from the parking lot of Ms. Bolt's building.

13.    The Army was negligent in failing to remove the snow from Ms. Bolt's residential parking lot periodically during the winter of 1998-99.   The reason that the snow should be removed from the residential parking lots on a regular basis during the winter season is that during the winter season in Alaska the weather warms up to above-freezing from time to time, causing thawing and melting that can create slick icy areas that are extremely hazardous for walking.   Regularly scheduled snow removal also helps to prevent the development of uneven surfaces that can develop as snow melts and vehicles travel over it.   Uneven surfaces that are slick and icy can also be extremely hazardous for walking.

14.    Ms. Bolt fell on April 1, 1999.   The snow removal plan for the 1998-99 year required that her lot be cleared no later than the end of March 1999.   Mr. Dehaven's deposition testimony is that the only scheduled snow removal scheduled for

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

6

Ms. Bolt's residential apartment parking lot during March 1999, was canceled, because vehicles were probably left in the parking lot, and the removal operation was delayed, due to liability concerns about possible damage to vehicles. The failure to remove the vehicles put property damage concerns ahead of the personal safety of the apartment occupants who had to use the parking lot that had not been cleared. It was negligent for the Army to fail to remove the cars in Ms. Bolt's parking lot and perform the snow removal as scheduled during March 1999, because it was critical to remove the hardpack snow before it melted and became more icy and hazardous for walking from melting and refreezing, which could make the surface uneven and allow the formation of hazardous slippery conditions.

15.  It is my opinion that the Army's failure to remove the snow from Ms. Bolt's parking lot periodically during the 1998-99 winter season was negligent, because the snow accumulation in the Fairbanks, Alaska, area is usually greater at the beginning of the winter, less in the middle of the winter and more at the end of the winter. Allowing the accumulation of snow during the entire winter in a parking lot allows it to become hard packed. The hard pack melts during the periodic thawing periods when temperatures rise to above 32 degrees during the winter and can lead to the creation of

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

uneven surfaces and icy slippery hazardous conditions.

16.    It was reasonably foreseeable to the Army that allowing the snow to accumulate in Ms. Bolt's residential parking lot would create a very hazardous walking environment for the tenants of the building who had to use the parking lot to park their vehicles and access the dumpster to dispose of their garbage during the winter of 1998-99 and especially during the breakup period of March and April 1999.

17.    The snow removal scheduled by the Army for Ms. Bolt's parking lot during March was critical, because that is usually the beginning of serious warming in interior Alaska, usually called "breakup". The temperature records for March 1999, show that the temperatures were in the 40s and 50s 7 to 10 days prior to Ms. Bolt's fall on April 1, 1999. There were light fresh snows on March 26, 27. It has been my experience working in Alaska that fresh snow in vehicle pathways, such as Ms. Bolt's parking lot, can frequently lead to a polishing action that enhances the danger and slickness of the ice.

18.    I have reviewed the prior incidents reported to the Army involving falls on snow and ice at Ft. Wainwright for time periods from 1995 to the time of Ms. Bolt's fall on April 1, 1999. I have attached a summary of these incidents to this Affidavit as Exhibit "1". The records produced by the Defendant show that there were prior reported injury incidents

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

8

involving falls on snow and ice at Ft. Wainwright in parking lots on 5 occasions in the four years prior to Ms. Bolt's fall in this case.

END OF AFFIDAVIT.

Dated at Fairbanks, Alaska, this 3ʳᵒ day of March, 2006.

_Robert H. Tilly_
Robert H. Tilly

SUBSCRIBED AND SWORN TO before me this 3rd day of March, 2006.

Notary Public in and for Alaska
My Commission Expires: 1-25-0⁶


OFFICIAL SEAL
ROBERT A. SPARKS
NOTARY PUBLIC
STATE OF ALASKA

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

9



TRYCK NYMAN HAYES, INC.

**Robert H. Tilly, PE**
**Senior Civil Engineer**

Bob has over 40 years of engineering and management experience in the state of Alaska. His experience includes the design and construction of 300 miles of the Haul Road from the Yukon River to Prudhoe Bay, now named the Dalton Highway. He also assisted with the design of 13 airports along the oil pipeline route to Valdez and was the project resident engineer for the construction of the 1000 man camps and airports, each at Prospect Creek and Old Man. His other design experience includes Northway Airport Improvements, Fairbanks International Airport Underground Fueling System and Access Roads, Chena Hot Springs Widening, Kotzebue to Coal Creek Design and Location Study, and Gilmore Trail Road Improvements. Bob is active with the Greater Fairbanks Chamber of Commerce Transportation Committee.

### OPERATIONS AND MAINTENCE, CLEAR AIR FORCE BASE

Chief Engineer, Manager O&M, and Facilities Civil Engineer for the operations and maintenance of the Ballistic Missile Early Warning System at Clear AFB. Facilities including coal-fired power plant, airport, railway, roadways, utilities, radar screens, water and wastewater systems, all buildings and towers. Projects included modifications and new facilities. Provided supervision of engineers and contractors performing these projects.

### ENGINEERING MANAGER, ALYESKA PIPELINE PROJECT

Project Engineering Manager responsible for managing and supervising a professional staff in the accomplishment of the civil engineering and transportation projects in Alaska. Most notable were the Dalton Highway, Trans-Alaska Oil Pipeline and bridges, Renovation of 30 Ft. Wainwright buildings, which including design and construction for Alyeska Pipeline Construction Headquarters.

### ENGINEERING MANAGER, ALASKA NATURAL GAS TRANSPORTATION PROJECT

Project Engineering Manager responsible for the technical management and supervision of civil design and field programs for the Alaska Natural Gas Transportation System Project that extended from Prudhoe Bay to the Canadian Border. This project included surveys, geotechnical exploration for material sites, river and stream crossings, and civil designs prior to stopping the project for economic limitations.

### CAPITAL IMPROVEMENT PROJECTS, CITY OF FAIRBANKS

City Engineer for several major capital improvement projects. Specific projects included the Coal Fired Power Plant Modifications and Improvements, heating and ventilation, reduction of emissions with a new bag house and a district hot water heating system for residential and commercial customers. Other projects included city streets, water, sewer, and steam utilities.

### PUBLIC WORKS DIRECTOR, CITY OF FAIRBANKS

Public Works Director responsible for planning, directing, and managing all maintenance, repair and minor construction for the city streets, buildings, grounds and equipment. Developed short and long-range maintenance and improvement projects for the City. Member of the Fairbanks Metropolitan Area Transportation System (FMATS) committee for planning purposes. Currently attend these meetings as a member of the public.

## SENIOR CIVIL ENGINEER, FORT WAINWRIGHT AND EIELSON AIR FORCE BASE

Senior Civil Engineer responsible for the surveys of the utility crossings of the 8" Defense Fuels Pipeline that extends 27 miles, from Fort Wainwright to Eielson AFB mostly along the Alaska Railroad right-of-way. Also responsible for the design modification for the replacement of the hot water hearing supply and return, wastewater pipelines and domestic hot and cold water pipelines. Prepared designs for all pipe anchors for this EAFB Housing Project.

## EDUCATION
BS, Civil Engineering, Davis & Elkins College, Elkins, West Virginia
Arctic Engineering, Engineering Management, University of Alaska, Fairbanks, Alaska

## REGISTRATION
Professional Civil Engineer, Alaska, CE-1555, New York 040577

## REFERENCES
Elden Johnson, PE, Alyeska Pipeline, 907. 450.5804
William McMullen. PE, retired Northern District Engineer DOT&PF and Baker Engineers, 602.948.4252
John Phillips, PE. retired Fairbanks City Engineer, 907.457.1269

## E. RESUMES OF KEY PERSONNEL PROPOSED FOR THIS CONTRACT
(Complete one Section E for each key person.)

| 12. NAME | 13. ROLE IN THIS CONTRACT | 14. YEARS OF EXPERIENCE | |
|---|---|---|---|
| Robert Tilly, P.E. | Senior Civil Engineer | a. TOTAL<br>45 Years | b. WITH CURRENT FIRM<br>2 1/2 Months |

**15. FIRM NAME AND LOCATION** (City and State)

Tryck Nyman Hayes, Inc., Anchorage, Alaska

| 16. EDUCATION (DEGREE AND SPECIALIZATION) | 17. CURRENT PROFESSIONAL REGISTRATION (STATE AND DISCIPLINE) |
|---|---|
| B.S. Civil Engineering, Davis and Elkins College<br>Arctic Engineering & Engineering Management, University of Alaska | Alaska, Civil Engineer, CE-1555<br>New York, Civil Engineer, 040577 |

**18. OTHER PROFESSIONAL QUALIFICATIONS** (Publications, Organizations, Training, Awards, etc.)

2000 Fairbanks Engineer of the Year, President, State Secretary, and State Director, Alaska Society of Professional Engineers

## 19. RELEVANT PROJECTS

| (1) TITLE AND LOCATION (City and State) | (2) YEAR COMPLETED | |
|---|---|---|
| a. **OPERATIONS AND MAINTENANCE, CLEAR AIR FORCE BASE, CLEAR, ALASKA** | PROFESSIONAL SERVICES<br>1965 – 1972 | CONSTRUCTION (If applicable) |
| (3) BRIEF DESCRIPTION (Brief scope, size, cost, etc.) AND SPECIFIC ROLE | Check if project performed with current firm | |
| Chief Engineer, Manager O & M, and Facilities Civil Engineer for the operations and maintenance of the Ballistic Missile Early Warning System (BMEWS) at Clear AFB. Facilities including coal-fired power plant, airport, roadways, utilities, radar screens, water and wastewater systems, all building and towers. Projects included modifications and new facilities and supervision of engineers and contractors performing these projects. | | |

| (1) TITLE AND LOCATION (City and State) | (2) YEAR COMPLETED | |
|---|---|---|
| b. **VARIOUS ENGINEERING PROJECTS, CITY OF FAIRBANKS, FAIRBANKS, ALASKA** | PROFESSIONAL SERVICES<br>1985 – 1987 | CONSTRUCTION (If applicable) |
| (3) BRIEF DESCRIPTION (Brief scope, size, cost, etc.) AND SPECIFIC ROLE | Check if project performed with current firm | |
| Public Works Director responsible for planning, directing and managing all maintenance, repair and minor construction for city streets, buildings, grounds and equipment. Provided assistance to City owned coal-fired power plant for maintenance and repairs. Also developed short and long-range maintenance and improvement projects. | | |

| (1) TITLE AND LOCATION (City and State) | (2) YEAR COMPLETED | |
|---|---|---|
| c. **CAPITAL IMPROVEMENT PROJECTS, CITY OF FAIRBANKS, FAIRBANKS, ALASKA** | PROFESSIONAL SERVICES<br>1983 – 1990 | CONSTRUCTION (If applicable) |
| (3) BRIEF DESCRIPTION (Brief scope, size, cost, etc.) AND SPECIFIC ROLE | Check if project performed with current firm | |
| City Engineer for several major capital improvement projects. Specific projects included the Coal Fired Power Plant Modifications and Improvements, heating and ventilation, reduction of emissions with a new bag house and a district hot water heating system for residential and commercial customers. | | |

| (1) TITLE AND LOCATION (City and State) | (2) YEAR COMPLETED | |
|---|---|---|
| d. **DEFENSE FUELS PIPLEINE SURVEYS, FT. WAINWRIGHT AND EIELSON AFB, ALASKA** | PROFESSIONAL SERVICES<br>1992 – 1993 | CONSTRUCTION (If applicable) |
| (3) BRIEF DESCRIPTION (Brief scope, size, cost, etc.) AND SPECIFIC ROLE | Check if project performed with current firm | |
| Civil Engineer responsible for the coordination of surveys for utility crossings of the 8" fuel pipeline from Fort Wainwright to Eielson Air Force Base for the Corps of Engineers. | | |

| (1) TITLE AND LOCATION (City and State) | (2) YEAR COMPLETED | |
|---|---|---|
| e. **REPLACE MILITARY FAMILY HOUSING, EIELSON AIR FORCE BASE, ALASKA** | PROFESSIONAL SERVICES<br>1998 | CONSTRUCTION (If applicable)<br>1998 |
| (3) BRIEF DESCRIPTION (Brief scope, size, cost, etc.) AND SPECIFIC ROLE | Check if project performed with current firm | |
| Civil engineer responsible for design modification for the replacement of the hot water heating supply and return, wastewater pipelines, and domestic hot and cold water pipelines. Prepared designs for all pipe anchors. | | |

STANDARD FORM 330 (1/2004) PAGE 2

Robert H. Tilly, P.E.
Consulting Engineer

My recent experience includes:

1. Fort Wainwright, FY-01 Replacement Family Housing, 65% Design Submittal for R & M's Civil Design. Independent review and certification.
2. Fairbanks International Airport, Terminal Improvements-Phase II. For Bucher Glass. Verification of wind and seismic forces to meet the 2000 IBC for the Shop Drawing submittals.
3. Duckering Building Deferred Maintenance. Provided Bucher Glass curtain wall design calculations,
4. Marriott Hotel in Anchorage. Provided Bucher Glass curtain wall design calculations.
5. Michaels Investment Building in Anchorage. Provided Bucher Glass curtain wall design calculations.
6. Providence Alaska Medical Center in Anchorage. Provided Bucher Glass curtain wall and louver design calculations.
7. Ketchikan General Hospital Addition and Renovation Project. Provided Bucher Glass plan review and design calculations for curtain walls.
8. Anderson Apartments. Provided FEMA seismic evaluation and screening for the entire complex.
9. Rivendell Building, for NORTECH roof design calculations.
10. Denali North Face Lodge, Camp Denali water treatment designs.
11. Eielson Air Force Base, Replace Military Family Housing. Provided Kiewit Construction Company engineering services.
12. City of Fairbanks/DOT/PF, Fairbanks Downtown Transportation Study. Provided engineering services for Michael Baker Jr., Inc./Kittleson & Associates.
13. Fairbanks Home Depot. Traffic study for Kittleson & Associates.
14. Shageluk Airport Improvements. Determine legal loads for proposed equipment hauling material across bridge for Tamsher Construction Company.

water sewer, storm drainage and parking facilities (PACE)
3.  Kmart Retail Store, site civil design including domestic water, sewer, storm drainage and parking facilities (KMART)
4.  Fairbanks National Guard Armory Addition, Geotechnical Investigation and recommendations. (Alaska National Guard)
5.  Defense Fuel Pipeline Surveys, Coordination of surveys for utility crossings of the 8" fuel pipeline from Fort Wainwright to Eielson AFB (Corps of Engineers)

THOMAS ENGINEERING
1.  Cushman Street Improvements, Gaffney Road to Van Horn Road, Civil design including storm drainage and utilities coordination. (DOT/PF)

## ROBERT. H. TILLY, P.E.
## PROJECT EXPERIENCE

### CITY OF FAIRBANKS
1. Old Steese Highway Reconstruction
2. Barnette Street Improvements
3. N.E. Water and Sewer Projects
4. Hospital Area Improvements (Lathrop & East Cowles)
5. Techite Pipe Investigations and Repair Project
6. Utility and Powerplant Projects
7. Department of Public Works Superintendent

### MICHAEL BAKER, JR., INC.
1. Northway Airport Improvement, Design (DOT/PF)
2. Kotzebue to Coal Creek, Design and Location Study (DOT/PF)
3. Gilmore Trail Road Improvements, Design (DOT/PF)
4. Prospect Camp and Airport Construction, Resident Engineer(Alyeska)
5. Oldman Camp and Airport Construction, Resident Engineer (Alyeska)
6. Renovation and Rehabilitation Fort Wainwright Buildings, Camp Expansion for Alyeska Project Headquarters, Resident Engineer
7. Yukon River to Prudhoe Bay Haul Road Construction, Section Resident Engineer (Alyeska)
8. Northwest Gas Pipeline Design, Engineering Manager (Northwest)

### STATE OF ALASKA (DOT/PF)
1. Steese Highway, Fox to Chatanika, Design
2. Steese Highway Reconstruction, Mile 90 to Mile 100, Resident Engineer
3. Steese Highway to Elliott Cut-Off, Design
4. Denali Highway, Canyon Creek Bridge Investigations, Design

### R&M ENGINEERING CONSULTANTS
1. Chena Hot Springs Road Widening, Design from the Old Steese Highway to Nordale Road (DOT/PF)
2. Pace Membership Warehouse, site civil design including domestic water sewer, storm drainage and parking facilities (PACE)
3. Kmart Retail Store, site civil design including domestic water, sewer, storm drainage and parking facilities (KMART)
4. Fairbanks National Guard Armory Addition, Geotechnical Investigation and recommendations. (Alaska National Guard)
5. Defense Fuel Pipeline Surveys, Coordination of surveys for utility crossings of the 8" fuel pipeline from Fort Wainwright to Eielson AFB (Corps of Engineers)

### THOMAS ENGINEERING
1. Cushman Street Improvements, Gaffney Road to Van Horn Road, Civil design including storm drainage and utilities coordination. (DOT/PF)

**Professional Profile**
of
**ROBERT H. TILLY, P.E.**
1901 Hilling Avenue
Fairbanks, Alaska 99709
(907) 456-7403 (Res.)

PROFESSIONAL ENGINEER

    Alaska #1555-E
    New York #040577

EDUCATION

Post-Graduate:    University of Alaska
        1967 - Engineering Management
        1966 - Arctic Engineering

        C. W. Post
        1962 - P.E. Review

        Hofstra College
        1954 - Management

College:    Davis & Elkins
        1950-1953 - BSE (Civil)

High School: Sewanhaka (1946-1950)

*2004 -PRESENT.   TRYCK NYMAN HAYES, INC.*

EMPLOYMENT RECORD    *1998 - 2001,   MICHAEL BAKER, JR. INC.*
        *SR. CONSULTING ENGINEER*
1994    *THOMAS ENGINEERING CONSULTANTS (SEE ATTACHMENT)*
1992 - 1993    **R & M ENGINEERING CONSULTANTS**
        Civil Engineering/Site Utility Design,
        **SENIOR ENGINEER**

1990 - Present    **ROBERT H. TILLY, P.E., CONSULTING ENGINEERS**
        Civil Engineering/Expert Witness
        **SELF EMPLOYED CONSULTING ENGINEER**

1987 - 1990    **CITY OF FAIRBANKS,** Engineering Department
        Capital Improvement Projects, **ENGINEER IV**

1985 - 1987    **CITY OF FAIRBANKS,** Department of Public Works
        **SUPERINTENDENT** Public Works

1983 - 1985    **CITY OF FAIRBANKS,** Engineering Department
        Capital Improvement Projects, **ENGINEER IV**

1974 - 1983    **MICHAEL BAKER, JR., INC.,** Trans-Alaska Oil
        Pipeline & Alaska Natural Gas Pipeline
        **ENGINEERING MANAGER**

**ROBERT H. TILLY, P.E.**
**Professional Profile - Attachment**

| | |
|---|---|
| 1972 - 1974 | **RCA ALASCOM**, Bush Telephone Project **SENIOR CIVIL ENGINEER** |
| 1969 - 1972 | **ITT SERVICE COMPANY, BMEWS, CHIEF ENGINEER** |
| 1965 - 1969 | **RCA SERVICE COMPANY, BMEWS**, Facilities **CIVIL ENGINEER and MANAGER** Operations & Maintenance |
| 1960 - 1962 | **STATE OF ALASKA**, Division of Highways, **HEA III PROJECT ENGINEER** |
| 1962 - 1965 | **HENDRICKSON BROTHERS, INC.**, Heavy Construction **ENGINEER** |

## PROFESSIONAL MEMBERSHIPS AND POSITIONS

Alaska Society of Professional Engineers:
    1984 - 1998 Executive Committee Member, State Director
    1983 - 1993  Scholarship Committee Member
    1983 - 1984  Membership Chapter President
    1981 - 1982  Fairbanks Chapter President
    1977 - 1978  State Secretary

National Society of Professional Engineers

American Society of Civil Engineers

Hutchison Career Center:
    Advisory Committee Member  (PAST)

Tanana Valley Community College:
    Advisory Committee Member  (PAST)

National Rifle Association - Life Member

Private Pilot - Certificate #18808022

## PERSONAL DATA

| | |
|---|---|
| Social Security No: | ▬▬▬▬▬ |
| Date of Birth: | September 11, 1932 |
| Name of Spouse: | Anne Theresa |
| Sons/Daughter: | Richard (41), Michael (37), Christopher (25), Deborah (38) |

**ROBERT H. TILLY, P.E.**
**Professional Profile - Attachment**

### REFERENCES

John C. Phillips III, P.E.  (RETIRED)                 457-1269 (H)
University of Alaska, Directory Physical Plant        474-7619 (Work)

Earl Beistline, P.E.
Engineering Consultant                                479-2843 (Residence)

Vince Haneman, P.E.  (RETIRED)
University of Alaska, Dean of Engineering             479-4454 (Residence)

### EMPLOYMENT RECORD - EXPERIENCE DESCRIPTIONS

#### R & M ENGINEERING CONSULTANTS - Senior Engineer

Senior Engineer responsible for the civil engineering and design for a small established firm in Fairbanks, Alaska. Performed civil design work for the preparation of design documents for the upgrading of Chena Hot Springs Road Widening for the Alaska DOT/PF. Upgrade included a 60 mph design speed and widening to four lanes, part way, between the Old Steese Highway and Nordale Road. Other major project work included design of the civil site work with utilities for Pace Membership Warehouse and K-Mart Retail Store, major private property improvements. Also coordinated the utility crossings for the Corps of Engineers Pipeline Survey between Fort Wainwright and Eielson AFB, a 27 mile project for the 8" Defense Fuel Pipeline.

#### ROBERT H. TILLY, P.E., CONSULTING ENGINEERS

Self employed consulting civil engineer with various experience as follows: Provided engineering and technical services on the Techite Pipe Litigation for the City of Fairbanks. Assisted local developers and contractors, banks, and real estate companies, Kenai Fire Department, and various private individuals which included engineering design, estimates, and consultant services for aircraft hangers, Seekins Ford garage expansion, Fire Safety House and private residences.  STRUCTURAL, WATER &
WASTEWATER DESIGN.
#### CITY OF FAIRBANKS - Engineer IV

Civil Engineer responsible for supervision of project engineers and accomplishment of Capital Improvement Projects for the City of Fairbanks. Coordinate and execute planning, programming, design, and construction administration of major roadway, utilities and building projects. Acting City Engineer as requested. Prepare reports, budgets, capital project development and participate in FMATS Technical & Policy Committee and consultant selection. Assist in the development and revisions of the Standard Specifications for Roadway and Utility Construction, prepare submittals for the annual Programs for Progress, recommend priorities for implementation, project design, and construction duties, prepare status reports, engineering consultant coordination and implementation and professional services contracts.

**ROBERT H. TILLY, P.E.**
**Professional Profile - Attachment**

### CITY OF FAIRBANKS - Public Works Director

Responsible for planning, directing and managing all maintenance repair and minor construction of City streets, buildings and grounds, city equipment and collection of residential refuse. Development of short and long-range maintenance and improvement projects. Prepared management reports and Public Works' annual budget request. Administer operation policies and procedures to insure compliance with personnel rules and terms of labor contracts. Prepared and implemented annual Road Maintenance Program.

### CITY OF FAIRBANKS - Engineer IV

Performed advisory and consulting work for the Engineering Department as a recognized authority for broad program areas or in an intensely specialized area of expertise and importance. Received general administrative direction from the City Engineer. Supervised several supervisors, project engineers, and provided staff consulting engineering functions. Prepared annual Programs for Progress. Acted as Project Manager for major City capital improvement projects.

### MICHAEL BAKER JR., INC. - Engineering Manager

Responsible for managing and supervising a professional staff in the accomplishment of civil engineering and transportation projects in Alaska. Technical management and supervision of civil design and field programs for the Alaska Natural Gas Transportation Project, including surveys, geotechnical and civil design of airfield, camps, Prudhoe Bay Haul Road, Trans-Alaska Oil Pipeline, and other highway projects.

### RCA ALASCOM, INC. - Sr. Civil Engineer

Site selection, soil studies, foundation design, tower design, remote power generation and other related facilities for the Bush Telephone Project in villages and remote mountain locations. Environmental analysis and contract supervision.

### ITT ARCTIC SERVICES, INC. - Chief Engineer

Directed the engineering and construction for BMEWS Air Force Base at Clear, Alaska. Facilities engineering for all real property on defense installation. Engineering and construction for modifications and new facilities. Supervise engineer and contractor performance. Prepare technical reports, budgets, and annual work plans.

### RCA SERVICE COMPANY - Manager Operations & Maintenance

In charge of the Operations and Maintenance Group for all real property for BMEWS site for USAF. Provided necessary repairs and maintenance to insure continued operation. Base Civil Engineering area of responsibility to insure progress and program accomplishment.

**ROBERT H. TILLY, P.E.**
Professional Profile - Attachment

### RCA SERVICE COMPANY - Facilities Civil Engineer

Provided engineering service for BMEWS AFB and Facilities Utilization Board. Assisted Control Center and monitored progress and performance, final inspection of subcontract work. Responsible for civil engineering consultant services.

### HENDRICKSON BROTHERS, INC. - Project Engineer

Supervised engineering and construction of highway and bridge projects, engineering calculations, reports, estimates, costs, production records, coordinate subcontractors. Responsible for engineering and construction of N.Y. World's Fair construction contract.

### STATE OF ALASKA, HIGHWAYS - HEA III

Project Engineer in charge of design and construction of highway and bridge projects in the Interior District. Prepared design plans for preliminary and final approvals. Monitored construction contracts in Fairbanks and in remote locations.

### HENDRICKSON BROTHERS, INC. - Project Engineer

Project Engineer in connection with construction of highways, bridges, and sanitary sewage pipelines. Responsible for field supervision of construction personnel, schedules, materials, surveys, and subcontractors. Prepared engineering calculations, cost estimates, monthly progress payments and cost accounting.

**ROBERT H. TILLY, P.E.**
**Professional Profile - Attachment**

EMPLOYMENT RECORD (Updated)

1994                            **THOMAS ENGINEERING CONSULTANTS**
                               **Civil Engineering/Highway, Drainage, Utility**
                               **Design,**
                               **SENIOR ENGINEER**

EMPLOYMENT RECORD - EXPERIENCE DESCRIPTIONS (Updated)

**THOMAS ENGINEERING CONSULTANTS - Senior Engineer**

Senior Engineer responsible for the civil engineering and design of the DOT/PF
project for the widening of South Cushman Street from Gaffney Road to Van Horn
Road. This urban improvement design included new drainage, relocated utilities
(sewer, water and telephone) and modifications to vertical and horizontal
alignment. Access to businesses were revised to provide improved traffic flow and
meet AASHTO design criteria. Coordinated construction planning to minimize
street closures.

Robert H. Tilly, P.E.
Consulting Engineer

My recent experience includes:
1. Fort Wainwright, FY-01 Replacement Family Housing, 65% Design Submittal for R & M's Civil Design. Independent review and certification.
2. Fairbanks International Airport, Terminal Improvements-Phase II. For Bucher Glass. Verification of wind and seismic forces to meet the 2000 IBC for the Shop Drawing submittals.
3. Duckering Building Deferred Maintenance. Provided Bucher Glass curtain wall design calculations,
4. Marriott Hotel in Anchorage. Provided Bucher Glass curtain wall design calculations.
5. Michaels Investment Building in Anchorage. Provided Bucher Glass curtain wall design calculations.
6. Providence Alaska Medical Center in Anchorage. Provided Bucher Glass curtain wall and louver design calculations.
7. Ketchikan General Hospital Addition and Renovation Project. Provided Bucher Glass plan review and design calculations for curtain walls.
8. Anderson Apartments. Provided FEMA seismic evaluation and screening for the entire complex.
9. Rivendell Building, for NORTECH roof design calculations.
10. Denali North Face Lodge, Camp Denali water treatment designs.
11. Eielson Air Force Base, Replace Military Family Housing. Provided Kiewit Construction Company engineering services.
12. City of Fairbanks/DOT/PF, Fairbanks Downtown Transportation Study. Provided engineering services for Michael Baker Jr., Inc./Kittleson & Associates.
13. Fairbanks Home Depot. Traffic study for Kittleson & Associates.
14. Shageluk Airport Improvements. Determine legal loads for proposed equipment hauling material across bridge for Tamsher Construction Company.

## ROBERT. H. TILLY, P.E.
## PROJECT EXPERIENCE

### CITY OF FAIRBANKS
1. Old Steese Highway Reconstruction
2. Barnette Street Improvements
3. N.E. Water and Sewer Projects
4. Hospital Area Improvements (Lathrop & East Cowles)
5. Techite Pipe Investigations and Repair Project
6. Utility and Powerplant Projects
7. Department of Public Works Superintendent

### MICHAEL BAKER, JR., INC.
1. Northway Airport Improvement, Design (DOT/PF)
2. Kotzebue to Coal Creek, Design and Location Study (DOT/PF)
3. Gilmore Trail Road Improvements, Design (DOT/PF)
4. Prospect Camp and Airport Construction, Resident Engineer(Alyeska)
5. Oldman Camp and Airport Construction, Resident Engineer (Alyeska)
6. Renovation and Rehabilitation Fort Wainwright Buildings, Camp Expansion for Alyeska Project Headquarters, Resident Engineer
7. Yukon River to Prudhoe Bay Haul Road Construction, Section Resident Engineer (Alyeska)
8. Northwest Gas Pipeline Design, Engineering Manager (Northwest)

### STATE OF ALASKA (DOT/PF)
1. Steese Highway, Fox to Chatanika, Design
2. Steese Highway Reconstruction, Mile 90 to Mile 100, Resident Engineer
3. Steese Highway to Elliott Cut-Off, Design
4. Denali Highway, Canyon Creek Bridge Investigations, Design

### R&M ENGINEERING CONSULTANTS
1. Chena Hot Springs Road Widening, Design from the Old Steese Highway to Nordale Road (DOT/PF)
2. Pace Membership Warehouse, site civil design including domestic water sewer, storm drainage and parking facilities (PACE)
3. Kmart Retail Store, site civil design including domestic water, sewer, storm drainage and parking facilities (KMART)
4. Fairbanks National Guard Armory Addition, Geotechnical Investigation and recommendations. (Alaska National Guard)
5. Defense Fuel Pipeline Surveys, Coordination of surveys for utility crossings of the 8" fuel pipeline from Fort Wainwright to Eielson AFB (Corps of Engineers)

### THOMAS ENGINEERING
1. Cushman Street Improvements, Gaffney Road to Van Horn Road, Civil design including storm drainage and utilities coordination. (DOT/PF)

Robert Tilly Affidavit
March 3, 2006
Exhibit "A"
Prior Incidents

| Date | place | location | cause | injuries |
|------|-------|----------|-------|----------|
| 2/1/95 | Ft. WW | Bldg 3487 Ramp | ice | 5 ribs Fractured |
| 4/3/95 | Ft. WW | HDQT Parking lot | ice | N/a |
| 10/18/95 | Ft. WW | Bldg 1555 Walkway | ice | pulled Muscles |
| 11/28/95 | Ft. WW | Service Station Parking lot | ice | strained Back |
| 12/13/96 | Ft. WW | Main Store Walkway | ice | left side Of body Strained |
| 11/24/97 | Ft. WW | Bldg 3005 Parking lot | snow | back and Neck |
| 3/19/98 | Ft. WW | parking lot AAFEES Shoppette | ice | contusions Tendinitis Bursistis |
| 3/19/98 | Ft. WW | AAFEES Remote Warehouse | ice | knocked Un-Conscious Bruised Wrist |
| 10/21/98 | Ft. WW | Tanana Parking lot | ice | fall Head snap |