# U.S. ARMY ABBREVIATED GROUND ACCIDENT REPORT (AGAR)

For use of this form, see AR 385-40 and DA Pamphlet 385-40; the proponent agency is OCSA

REQUIREMENT CONTROL SYMBOL
CSOCS-308

| Field | Value |
|---|---|
| 1. TIME & DATE OF ACCIDENT | YRS 5 Mn C 2 Day 01 |
| 2. UNIT IDENTIFICATION a. UIC | WDPRB 5 |
| 5. LOCATION OF ACCIDENT a. Exact Location | FT WAINWRIGHT AK |
| 8. State/Country | ALASKA |
| 9. MISSION | Carrying a box |

**23. CODE** +

**24. SPECIFIC DESCRIPTION OF ACTIVITY/TASK**

Carry Walking to a vehicle and slipped on ice.

FORM 285-AB-R, JUL 94

9502-01-007

RECEIVED 27 JUL 1995 BASC

14,175.00

37.

**LEADER**
(Did he/she, willing to enforce standards)

| | WHY WAS THE MISTAKE MADE (ROOT CAUSE) (Check the root cause(s) in Blk a, in Blk b, tell how the root cause(s) led to the mistake) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **TRAINING** (Non-existent or incorrect) | **STDS/PROCEDURES** (Not clear/not practical) | | | | **SUPPORT** (Too much or too little, amount or condition of equip/supplies/services/facilities) | **INDIVIDUAL** (Mistake due to own personal facts) |
| Direct Supervision | School | | AR | STOP | Equip/Material improperly des/prod | Poor/Bad attitude | Fatigue |
| Higher Command Supervision | Unit | | TM | Other | Equip/Material not provided | Overconfident | Alcohol, Drugs |
| | Experience, OJT | FM | | None exists | Inadequate Facilities/Services | In a hurry | Fear/Excite ment |
| | | | | | Inadequate Manufacture | | |
| | | | | | Inadequate Maintenance | | |
| | | | | | Other | | |

b. Describe root cause(s) (present) and tell how it/they caused the mistake

Fractured 5 ribs

39A. ENVIRONMENTAL CONDITIONS

a. Present:    b. Caused/Contributed?
#1 ____      ☐ Yes  ☐ No  ☐ Unk
#2 ____      ☐ Yes  ☐ No  ☐ Unk
#3 ____      ☐ Yes  ☐ No  ☐ Unk

39. PROVIDE BRIEF SYNOPSIS OF ACDT (Use additional sheets if required) (Explain sequence of events, tell how such happened)

Solder was carrying a 40mm metal from the ware house to his mag. as he was walking down the ramp he slipped on the ice falling directly on the bar. He hit in the upper torso area. this impact caused 5 ribs to separate. 40 mm Ribs cartridge to separate.

40. CORRECTIVE ACTIONS(S) TAKEN OR PLANNED

POINT OF CONTACT FOR INFORMATION ON THE ACCIDENT

| a. Name (Last, First, MI) | b. Telephone # | DSN: 9-1-353-1900 |
|---|---|---|
| | | CM GCT 353 - 1902 |

41.

| a. Name (Last, First, MI) | c. Rank | CPT |
|---|---|---|
| | d. Date | 1910-95 |

42. COMMAND REVIEW a. Name

43 SAFETY OFFICE REVIEW
a. Name  ARTHUR F. RACHINSKI

| | b. Telephone # | |
|---|---|---|
| b. Signature | c. Rank | d. Date |

5Co308

# U.S. ARMY ABBREVIATED GROUND ACCIDENT REPORT (AGAR)

For use of this form, see AR 385-40 and DA Pamphlet 385-40; the proponent agency is OCSA

REQUIREMENT CONTROL SYMBOL
CSOCS-308

95-080

1. TIME & DATE OF ACCIDENT: a. Yr 95 | b. Mth APR | c. Day 3 | d. Time 0900 | 2. PERIOD OF DAY: ☒ Day ☐ Night | 3. ACDT CLASS C | 4. ACDT OCCURRED DURING: ☐ Combat ☒ Non-Combat

5. UNIT IDENTIFICATION: a. UIC (6-digit Code) W14T7PG | b. Name of Unit HHC, 4/23 INF | d. MACOM U.S.A.R.P.A.C.

6. LOCATION OF ACCIDENT: a. Exact Location (Detailed enough to locate site) Bldg 3010 FWA | c. Unit's Branch AV | d. Type Location CL

c. State/Country Alaska | d. ☐ On Post ☒ Off Post   Name: FA Wainwright | 7. EXPLOSIVES/AMMO ☐ Yes ☒ No

9. MISSION | a. Briefly describe the mission Headquarters garrison mission

11. NAME (Last, First, MI) (Leave blank if Blk 5a & b)

10. WHY DID THE MATERIEL FAIL/MALFUNCTION? (Check the root cause(s) in Block a, in Block b, explain how the root caused(s) led to the materiel failure/malfunction.)

24. SPECIFIC DESCRIPTION OF ACTIVITY/TASK

Slipped on ice while working.

36. DID INDIVIDUAL MAKE A MISTAKE THAT CAUSED/CONTRIBUTED TO ACCIDENT?

DA FORM 285-AB-R, JUL 94

95-04-03-003
a. PI 1975 ac

37.

| | WHY WAS THE MISTAKE MADE (ROOT CAUSE) (Check the root cause(s) in Blk a., in Blk b. tell how the root cause(s) led to the mistake.) | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | LEADER (Not ready, willing to enforce standard(s)) | TRAINING (Inadequate) (Content/Amount) | STDS/PROCEDURES (Not clear/Not practical) | SUPPORT (Shortcomings in type, capability, amount or condition of equip/supplies/services/facilities) | INDIVIDUAL (Mistake due to own personal factor) |
|---|---|---|---|---|---|---|
| Direct Supervision | | School | SOP | Equip/Material improperly designed | Inadequate Manufacture | Poor/fixed attitude |
| Unit Command Supervision | | Unit | Other | Equip/Material not provided | Inadequate Maintenance | Overconfident | Alcohol, Drugs |
| Higher Command Supervision | Experience, OJT | None exists | Inadequate Facilities/Services | Other | Fear/Excitement |

a. Present: AR TM FM

b. Describe root cause(s) (present) and tell how it/they caused the mistake

38. ENVIRONMENTAL CONDITIONS
a. Present:          b. Caused/Contributed?
#1  E____            Yes  No  Unk
#2  ____             Yes  No  Unk
#3  ____             Yes  No  Unk

39. PROVIDE BRIEF SYNOPSIS OF ACDT (Use additional sheets if required.) (Explain sequence of events, tell how acdt happened.)

Soldier slipped and fell on ice.

40. CORRECTIVE ACTION(S) TAKEN OR PLANNED

Keep the parking lot as clear of ice as possible.

41.

POINT OF CONTACT FOR INFORMATION ON THE ACCIDENT

| a. Name (Last, First, MI) | | b. Telephone # DSN: 353-1141 COM: 907-353-1141 |
|---|---|---|

42. COMMAND REVIEW

| a. Name | b. Name MATHEW D. | c. Rank 1 LT | d. Date 23 APR 95 |
|---|---|---|---|
| b. Signature Mathew D. Smith | | | |

43. SAFETY OFFICE REVIEW

| a. Name | | b. Date 5/05/04 |
|---|---|---|

REVERSE OF DA FORM 285-AB-R, JUL 94                                      PAGE 2

# U.S. ARMY ABBREVIATED GROUND ACCIDENT REPORT (AGAR)

For use of this form, see AR 385-40 and DA Pamphlet 385-40; the proponent agency is OCSA

REQUIREMENT CONTROL SYMBOL
CSOCS-308

| 1. TIME & DATE OF ACCIDENT | | | | | 2. PERIOD OF DAY | 3. ADT CLASS | 4. ADT OCCURRED DURING |
|---|---|---|---|---|---|---|---|
| a. Yr 95 | b. Mo 10 | c. Day 18 | d. Time 0845 | | Day / Night | G | Combat / Non-Combat |

5. UNIT IDENTIFICATION | a. UIC (4-digit Code)  WHIT/DD | c. Unit's Branch  Aviation | d. MACOM  USARPAC

6. LOCATION OF ACCIDENT | a. Exact Location (Detailed enough to locate site) South side of Bldg 1555, Ft Wainright, AK | b. Name of Unit ID Company 4-123d | c. Unit Location  AK | d. Type Location

8. Unit/Country  Alaska | a. Off Post   X  On Post  Name: Ft Wainwright, AK

9. MISSION   a. Briefly describe the mission  Soldier attending military school

10. VEHICLE/EQUIPMENT/MATERIEL INVOLVED

| a. Type of Item (Nomenclature) | b. Model # | c. Ownership | d. Estimated Cost of Damage | e. Vehicle Collision | f. Failure Mode | g. Part Nomenclature | h. Part # | i. Part NSN | j. Part Manufacturer Code | k. EUROCOR Submitted |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | | Yes / No |
| #2 | | | | | | | | | | Yes / No |

11. NAME (Last, First, MI) (Include Address & UIC if different than Blk 5a & b.)

Higher Command Supervision
Unit Command Supervision
Direct Supervision

| LEADER | STOP/PROCEDURES (paid down, not providing) | SUPPORT (Skill/resources in type, capability, amount or condition of equip/supplies/services needed/asked) |
|---|---|---|
| AR | SOP | Equip/Materiel Improperly designed |
| TM | Other | Equip/Materiel not provided |
| FM | None exists | Inadequate Maintenance |

Materiel Failure/Malfunction Information

18. WHY DID THE MATERIEL FAIL/MALFUNCTION? (Check the root cause(s) in Block a. In Block b. explain how the root cause(s) led to the materiel failure/malfunction...)

| a. Present | Yes | X | No |
| b. Involved | Yes | X | No |
| c. METL Task? | Yes | X | No |

| 21. DAYS HOSPITALIZED | 22. WORKDAYS | 23.CODE | 24. SPECIFIC DESCRIPTION OF ACTIVITY/TASK |
|---|---|---|---|
| 0 | | CC | Soldier was walking out of Bldg 1555 and slipped on a patch of ice. |
| | a. Lost  2 | | |
| | b. Restricted | | |

ACTIVITY OF INDIVIDUAL (See Instructions)

20. MOST SEVERE INJURY  Provide code (from Blk in instructions) and describe in space below

| 12. SOCIAL SECURITY # | 13. PERSONNEL CLASSIFICATION | 14. MOS (133) | 15. DUTY STATUS | X On-duty | Off-duty |
|---|---|---|---|---|---|
| | 16. AGE  34 | 17. SEX  Male | 18. PAY GRADE  CW2 | | 19. FLIGHT STATUS | X Yes | No |

| 25 PERSONAL PROTECTIVE EQUIP | | | | 28. ALCOHOL/DRUGS CAUSED/CONT | Yes  No | 29. HRS | 30. TYPE TRAINING | 31. TACTICAL | 32 TYPE TRAINING | 33 LAST |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Required | b. Type of equip | c. Available | d. Used | 26. LICENSED TO OPERATE EQUIP | | SLEEP | | FACILITY | TRAINING | TRAINING |
| #1 | | Yes / No | Yes / No | Yes  No  2 | 8 | Yes / No | | | XX No |
| #2 | | Yes / No | Yes / No | | | | | | |
| #3 | | Yes / No | Yes / No | | | | | | |

c. Body Part | 34. FIELD TRAINING EXERCISE (Enter Item No. from Blk 9a)
| 35. NIGHT VISION SYSTEM USED | Yes / No  If Yes, provide name

36. DID INDIVIDUAL MAKE A MISTAKE THAT CAUSED/CONTRIBUTED TO ACCIDENT? a Did individual make a mistake? Yes / No
b. If yes provide the code (from instructions) in Blk b. and describe in space below
c. Tell what the mistake was and how it caused/contributed to the accident

a. Mistake | b. Code

USASC
RECEIVED
22 JAN 1996

DA FORM 285-AB-R, JUL 94

37.

| LEADER (Not merely willing to endorse the data) | WHY WAS THE MISTAKE MADE (ROOT CAUSE) (Check the root cause(s) in item a., in item b., tell how the root cause(s) led to the mistake.) | | | |
|---|---|---|---|---|
| | TRAINING (Insufficient or Contradictory?) | STDS/PROCEDURES (Not clear/not practical?) | SUPPORT (Lack of resources or condition of resources/services/facilities) | INDIVIDUAL (Was goal data to own personal failure.) |
| a. Direct Supervision | School | VR | Equip/Material Improperly designed | Fatigue |
| Unit Command Supervision | Unit | TM | Equip/Material not provided | Alcohol, Drugs |
| Higher Command Supervision | Experience, OJT | Other | Inadequate Maintenance | Fear/Excitement |
| b. Describe root cause(s) (Primary) and (all that) led/may caused the mistake | | None exists | Other | |

38. ENVIRONMENTAL CONDITIONS

| | a. Dynamic | | | b. Casing/Concealment? | | |
|---|---|---|---|---|---|---|
| #1 | Yes | No | Unk | | | |
| #2 | Yes | No | Unk | | | |
| #3 | Yes | No | Unk | | | |

Proof/Field artillery
Over-confident

Injury/Injury

39. PROVIDE BRIEF SYNOPSIS OF KADT (Use additional sheets if required) (Explain sequence of events, tell how well happened.)

Soldier was walking to class and slipped on a patch of ice. The fall caused him to pull his back muscles.

40. CORRECTIVE ACTION(S) TAKEN OR PLANNED

Soldier was informed of ways to avoid slipping on ice.

41.

| a. Name (Last, First, MI) | POINT OF CONTACT FOR INFORMATION ON THE ACCIDENT | | | |
|---|---|---|---|---|
| Ilg, Mark M. | | | b. Telephone # | DSN: 317-353-6861 |
| | | | | COM: 907-353-6861 |

42. COMMAND REVIEW    a. Name DARREL B. NEROVE

| Signature | c. Rank CPT | 43. SAFETY OFFICE REVIEW | |
|---|---|---|---|
| | d. Date 20 OCT 99 | a. Name | b. Date |

REVERSE OF DA FORM 285-AB-R, JUL 94

PAGE 7

OMB No. 1215-0031

OH:    23 Oct 95    Military Dependent?    XXXX    No

| WCP No. | 2. Carrier's No. | 3. Date and Time of Accident |
|---|---|---|

2. Carrier's No. 724-23248/5233

3. Date and Time of Accident

| | Mo. | Day | Yr. | Hour | |
|---|---|---|---|---|---|
| | Nov | 28 | 1995 | 1400 | XXXX PM |

Name of Injured/Deceased Employee (Type or print - first, M.I., last)

Telephone

5. Employee's Address (No., street, city, state, ZIP code)

Injury is Reported Under the Following Act (Mark one)

7. Indicate Where Injury Occurred (Longshore Act only) (Mark one)

A. [XX] Longshore and Harbor Workers' Compensation Act

B. [ ] Defense Base Act

C. [ ] Nonappropriated Fund Instrumentalities Act

D. [ ] Outer Continental Shelf Lands Act

A [ ] Aboard Vessel or Over Navigable Waters
B [ ] Pier/Wharf
C [ ] Dry Dock
D [ ] Marine Terminal
E [ ] Building Way
F [ ] Marine Railway
G [ ] Other Adjoining Area

8. Sex

9. Date of Birth

10. Social Security No. (Required by Law)

11. Did Injury Cause Death?
[X] No    [ ] Yes - If yes, skip to 16

12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident?
[X] Yes    [ ] No

13. Date and Hour Employee First Lost Time Because of Injury
Mo. Day Yr. Hour
Nov 30 1995 0800 [X] AM

Did Employee Stop Work Immediately?
[ ] Yes  [X] No

15. Date and Hour Employee Returned to Work
0800AM    29 Nov 95

16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in Item 26)
[XX] Yes    [ ] No

Did Injury/Death Occur on Employer's Premises?
[XX] Yes  [ ] No

18. Dept. in Which Employee Normally Works(ed)
Ft. Wainwright Service Station
9181-1303-00

19. Occupation
TPT
Automotive Wkr

Date and Hour Pay Stopped
Nov 95    0800AM

21. Which Days Usually Worked Per Week?
(Mark (X) days)    S XXXXXXXXXXXXX S

22. Date Employer or Foreman First Knew of Accident.    28 Nov 95

Wages or Earnings (Include overtime, allowances, etc.)
Hourly $ 10.03
Daily $
Weekly $
Yearly $
(907)356-1804

24. Exact Place Where Accident Occurred (See instructions on reverse.) This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters.
Parking lot of service station

25. How was Knowledge of Accident or Occupational Illness Gained?
Mentioned to to fellow employee, Carl Ward
No witnesses

Describe in full how the accident occurred  (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.)  Employee was parking customer vehicle in the parking lot and when he got out of the car slipped on the ice.

(Use additional sheet(s) if required and attach to this report)

Nature of Injury (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

Strained back

Has Medical Attention Been Authorized?
[X] Yes    [ ] No

29. Enter Date of Authorization
28 Nov 95

30. Was First Treating Physician Chosen by Employee?
[X] Yes    [ ] No

31. Has Insurance Carrier Been Notified?
[X] Yes    [ ] No

| | Name | Address - Enter Number, Street, City, State, ZIP Code |
|---|---|---|
| Physician | John W. Joosse, MD | 1411 19th Ave., Fairbanks, AK  99701 |
| Hospital | N/A | |
| Insurance Carrier | Thomas Howell/Gay & Taylor, Inc. | P.O. Box 541388  Dallas, TX  75354-1388 |
| Employer | US Air Force Exchange Service | P.O. Box 35029  Ft. Wainwright, AK  99703-0029 |

Nature of Employer's Business
Retail

37. Signature of Person Authorized to Sign for Employer
Iris I. Roy

Official Title of Person Signing This Report
Human Resources Manager

39. Date of This Report
06 Dec 95

Form LS-202
Rev. Mar. 1994

```
--------------------------------------------------------------------
////////////////////////////////////////////////////////////////////
/////////////// SECTION C - INJURY/ILLNESS DATA //////////////////////
```

| 19. TYPE of INJURY | 20. PART of BODY | 21. CAUSE of INJURY/ILLNESS |
|---|---|---|
| _ Abrasion | _ Head | _ Improper Lifting |
| _ Bruise | _ Eye(s)    _ L _ R | _ Overexertion |
| _ Burn (heat) | _ Neck | _ Repetitive Motion |
| _ Burn (chemical) | _ Arm(s)    _ L _ R | _ Struck By |
| _ Cumulative Trauma | _ Elbow(s)  _ L _ R | _ Struck Against |
| _ Cut | _ Wrist(s)  _ L _ R | _ Lack of Training |
| _ Dislocation | _ Hand(s)   _ L _ R | _ Unsafe Equipment |
| _ Fracture | _ Finger(s) _ L _ R | _ Hazardous Equipment |
| _ Hernia | _ Trunk | x Slip/Fall From: |
| _ Object in Eye | _ Shoulder  _ L _ R | _ Stairs |
| _ Puncture | x Back | _ Uneven surface |
| _ Smash/Crush | _ Hip(s)    _ L _ R | x Wet/Icy Surface |
| _ Sprain | _ Leg(s)    _ L _ R | _ Lack of PPE |
| _ Strain | _ Knee(s)   _ L _ R | _ Horseplay/Inatten |
| _ Other | _ Foot      _ L _ R | _ Other |
| | _ Ankle(s)  _ L _ R | |
| | _ Toe(s)    _ L _ R | |

```
////////////////////////////////////////////////////////////////////
/////////////// SECTION D - NARRATIVE AND CORRECTIVE ACTION ///////////
```

22. NARRATIVE (List ALL witnesses - who, what, when, where, why, how)
Employee parked customer vehicle in parking lot and when ▓ got out of ___
the car ▓ slipped. ▓ was able to break ▓ fall by holding on to two
vehicles which were parked side by side. There were no witnesses. ▓
did mention the accident to a fellow employee Carl Ward. ▓ continued to
work the day of the accident and the following day with tolerable pain.
On Thursday, Dec 30, ▓ was unable to get out of bed and reported in sick.
▓ is now under doctors care. ▓ also mentioned ▓ had a previous
back injury while in the Army caused by lifting artillery shells.

```
--------------------------------------------------------------------
```

23. CORRECTIVE ACTION TAKEN
   _ Scheduled for Training    _ Work Request         _ Disciplinary Action
   _ O.J.T.                      Hazardous Condition(Corrected)
   _ Other (Explain in Narrative)

```
--------------------------------------------------------------------
```

| 24. PREPARED BY | SIGNATURE | DATE |
|---|---|---|
| PRINTED NAME: Richard F. Reznak | xxxxxxxx | 05 / 12 / 95 |

```
--------------------------------------------------------------------
```

| 25. ASSOCIATE'S | SIGNATURE | DATE |
|---|---|---|
| PRINTED NAME: ▓▓▓▓▓▓ | NAS | 05 / 12 / 95 |

```
--------------------------------------------------------------------
```

"F O R   O F F I C I A L   U S E   O N L Y"

72V - 23248/5  3

*Recordable*
*Lost days*
*Medical*

```
###############################################
###   Printed For:   WR-AKSD-N-HR        ###
###############################################
```

Date: Wednesday, 6 December 1995 11:46 CT
To: FS-ACCIDENTS, *
Cc: COLLIERC
From: WR-AKSD-N-HR
Subject: AR - ◼◼◼◼◼◼◼

*9181-6-009*

--------------------------------------------------------
Army & Air Force Exchange Service  Date Prepared   xInitial  _Correction
        Accident Report            06 / 12 / 95    _Supplmt  _Final
--------------------------------------------------------
1. From (Facility/Exchange) 2.Facility Number 3. Time & Date of Accident
Service Station                                    Hour    Day Month Year
Fort Wainwright
                            9181  13  0300       1400    28  NOV  1995
--------------------------------------------------------
///////////////////////////////////////////////////////////////////////
////////////////////////// SECTION A - PERSONAL DATA ///////////////////
4. Name(Last, First, M)   5.Job Title              6.Age 7.Grade 8.Sex
                          Service Station Attd.          hpp5
◼◼◼◼◼◼◼◼◼◼◼◼◼            9.Soc Sec No.             10.Telephone No.
                          ◼◼◼◼◼◼◼◼◼◼             ◼◼◼◼◼◼◼◼◼
--------------------------------------------------------
11.Address/Local Residence           12.Length of Employment

◼◼◼◼◼◼◼◼◼◼
                                          (# of years)

                                   1    (# of months)
--------------------------------------------------------
13. Personnel
    Category   x U.S. Employee  _ P.T. Military Employee  _ Customer

               _ L.N. Employee  _ Military Employee       _ Civilian
--------------------------------------------------------
14. Date Employer or Supervisor  15. Days Usually Worked Per Week
    First Knew of Accident

    30 / 11 / 95                      _S  xM  xT  xW  xT  xF  x*
--------------------------------------------------------
///////////////////////////////////////////////////////////////////////
///////// SECTION B - ACCIDENT CLASSIFICATION (Check one Only) //////////
16. TYPE

         x Injury       _ Occupational Illness
--------------------------------------------------------
17. SEVERITY
              _ Medical Treatment          x Lost Work Day(s) 5
              _ Loss of Consciousness      _ Termination/Transfer
    X First Aid  _ Restricted Work Day(s) ____  _ Death
--------------------------------------------------------
18.         FUNCTIONAL AREA WHERE ACCIDENT OCCURRED
a. RETAIL    b. FOOD        c. SERVICE STATION  d. DC         e. MISC
_ Sales Floor  _ Kitchen      _ Service Bay      _ Shipping    _ Admn
_ Stock Room   _ Dining Area  _ Pump Island      _ Receiving   _ FMO
_ Lobby        _ Mobile Unit  _ Sales Floor      _ Storage     _ Thtr
_ Outside Fac  _ Outside Fac  x Outside Fac      _ Order Sel   _ Plant
_ Office       _ Other        _ Other            _ Outside Fac _ Other
_ Other                                          _ Other
```





Cindy Morgan, Adjuster
Contract Claim Services
P.O. Box 541388
Dallas, Texas 75354-1388

Reference:          ▓▓▓▓▓▓▓ Contract File Number 23248
                    DOI 11/28/95

Ms Morgan:

In a telephonic conversation on or around December 23, 1997 you asked me to prepare a statement as to how much my settlement should be. After being out of the work force for over two years since the surgery I have suffered a great loss of wages. My job opportunities were reduced to the point that now I need to start vocational rehabilitation so I can find a job compatible to my physical condition.

Right now I am ▓▓ years old pursuing a new career which involves classes, training, and hands on experience so I can become proficient. This is going to take quite some time and not only that, also creates a lot stress on myself and my family involving my future and finding a job that can support my family and my needs. I also know that down the road if my condition reoccurs I will not have any kind of medical insurance to cover me. I hope to be working in a well paying job in about two years from now, and for that reason I have determined not settle for less than $127,450.00.

I hope you and your company see my point of view and understand what my family and I been through.

Sincerely,

Rafael A. Ortiz

CC: Department of Labor

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs
Longshore & Harbor Workers' Compensation Program
1111 Third Ave., Suite 620
Seattle, WA 98101-3212

Fax #:  (206) 553-4094

RECEIVED

JAN 1 2 1998

January 6, 1998                 File Number:   14- 121046                CONTRACT CLAIMS

Employee:                                              23248CM2
Date of Injury:    11/28/95

CINDY MORGAN, ADJUSTER
CONTRACT CLAIMS SERVICES
PO BOX 541388
DALLAS, TX  75354-1388

SEE NOTES

Dear Ms. Morgan:

I have reviewed the additional evidence submitted by both you and

Under the Longshore Act "it is not enough to demonstrate that work
is available generally that the claimant may be able to perform.
The employer must point to specific jobs that the claimant can
perform." Bumble Bee Seafoods v. Director. OWCP 1329 (9$^{TH}$Cir,
1980) In addition, "to determine whether the claimant can perform
the proposed work, a number of factors must be considered,
including the claimant's technical and verbal skills and the
likelihood, given the claimant's age, education and background,
that he would be hired if he diligently tried to secure
employment." Hairston v. Todd Shipyards Corp. 1196 (9$^{th}$ Cir.
1988).

Based upon my review of the entire record I have concluded that
the employer has failed to demonstrate the availability of
suitable alternate employment.  Per          letter dated January 2,
1998              has clearly documented      efforts to follow-up
with the jobs presented in the Labor Market Survey. In addition
the jobs presented require accounting and /or computer literacy
and skills and/or experience.                 has not worked with
computers since 1991 and does not appear to have any accounting
experience or training since 1980.   Considering the vast changes
which have occurred in the computer filed in just the last year it
is extremely difficult for me to understand how an experienced
vocational rehabilitation counselor could possibly  consider
even remotely qualified for these positions.

It would appear that before              will be qualify for
positions of this nature that    will be required to obtain
current computer/ acxcounting training to upgrade    skills to an
economically competitive level or that, in the alternative. other
vocational training or work opportunities should be explored.

In the interim,  z appears to be entitled to reinstatement of compensation to the rate of $396.28 effective 12/9/97 and continuing.

Sincerely,

Ken Janicke
Claims Examiner
(206) 553-4471(8176)

**U.S. Department of Labor**    Employment Standards Administration
Office of Workers' Compensation Programs
Longshore & Harbor Workers' Compensation Program
1111 Third Ave., Suite 620
Seattle, WA 98101-3212
Fax #:  (206) 553-4094



December 19, 1997          File Number:    14- 121046

Employee: ▮▮▮▮▮▮▮▮▮▮
Date of Injury:    11/28/95

CINDY MORGAN, ADJUSTER
CONTRACT CLAIMS SERVICES
PO BOX 541388
DALLAS, TX 75354-1388

Dear Ms. Morgan:

▮▮▮▮▮▮▮▮ contacted me to advise that his compensation payments have been reduced to $200.00 apparently based upon a labor market survey supporting that ▮ has a residual wage-earning capacity.

To date we have not received the required notice of a change in ▮▮▮ compensation rate nor the vocational report upon which it is based.  These should be forwarded immediately.

▮▮▮▮▮▮▮▮ advises that ▮ has followed up on all of the job leads provided and was advised that none of these employers have current openings or that ▮ was not qualified for the positions offered. He indicates that ▮ has  advised Mr. Bert of the results of ▮▮ efforts.

If this is in fact the case than compensation for total disabilty should be continued until such time as suitable alternative employment has been provided.

You are requested to respond providing full documentation of your current position within ten days.

Sincerely,

Ken Janicke
Claims Examiner
(206) 553-4471(8176)



RECEIVED
JAN 0 8 1998
CONTRACT CLAIMS

Payment Of Compensation With___ Award
(Longshore and Harbor Workers' Compensation Act,
as extended)

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0022

**FOR OFFICE USE**

N    This Notice is to be filed with the Deputy Commissioner when the first payment is made. A copy should be sent to the person to whom compensation was paid. This report is required by law (33 U.S.C. 914(c)). Failure to report may result in delays in the delivery of benefits.

1. OWCP No.  14-1210/6

2. CARRIER'S No.  23248

3. Name of injured person (First, middle, last - please print or type)

4. Address of injured person (Number, street, city, state and ZIP code)

5. Date of accident or first illness (Month, day, year)

    11-28-97

6. Date disability began (Month, day, year)

    12-9-97 (TPD)

7. Name of injured, or dependents of injured, to whom compensation will be paid

8.

Average weekly wage  $ __594.43__

multiplied by 2/3 = compensation rate  $ __102.04__
(Mark if maximum rate is being paid)    ☐ Yes

9. Compensation will be paid from - Enter month, day, year.

                        **TPD Benefits per LMS**

    12-9-97

until notice is given that payment has been stopped or suspended

10. Date of first payment (Month, day, year.)

    12-12-97

11. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?
    (Mark appropriate box)    ☒ Yes  ☐ No

12. Name of employer
    **AAFES**

13. Address of employer (Number, street, city, state and ZIP code)
    **P.O. Box 35029**
    **Ft. Wainwright, AK 99703-0029**

14. Name of insurance carrier

    **CONTRACT CLAIMS SERVICE, INC.**

15. Authorized signature

    Cindy Morgan    *Cindy Morgan*

16. Title of person whose signature appears in item 15

    **Adjuster**

17. Date signed

    **12-12-97**

**Public Burden Statement**

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 20503.

Wagon Printing, Inc.

Form LS-206
Rev. Jan. 1990

lyment Of Compensation Without Award
ngshore and Harbor Workers' Compensation Act (as
extended)

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0022

TE: This Notice is to be filed with the Deputy Commissioner when the first payment is made.
copy should be sent to the person to whom compensation was paid. This report is
..quired by law (33 U.S.C. 914(c). Failure to report may result in delays in the delivery
of benefits.

**AMENDED**

| FOR OFFICE USE |
|---|
| 1. OWCP No. |
| 14- |
| 2. CARRIER'S No. |
| 724-23248 |

. Name of injured person (First, middle, last - please print or type)

. Address of injured person (Number, street, city, state and ZIP code)

. Date of accident or first illness (Month, day, year)

11/28/95

6. Date disability began (Month, day, year)

12/5/95

. Name of injured, or dependents of injured, to whom compensation will be paid

Average weekly wage $ 594.43

multiplied by 2/3 = compensation rate $ 396.28
(Mark if maximum rate is being paid) ☐ Yes

9. Compensation will be paid from - Enter month, day, year.

12/5/95

....il notice is given that payment has been stopped or suspended

0. Date of first payment (Month, day, year.)

12/18/95

1. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?
(Mark appropriate box)    ☒ Yes ☐ No

2. Name of employer

**AAFES**

3. Address of employer. (Number, street, city, state and ZIP code)

**Building 3023**
**Ft. Wainwright, AK 99703**

4. Name of insurance carrier

**THOMAS HOWELL GROUP (AMERICAS) INC.**

5. Authorized signature

**Wenceslao Guerrero**

6. Title of person whose signature appears in item 15

**Adjuster**

17. Date signed

1/17/96

**Public Burden Statement**

/e ..timate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions,
earching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If
ou have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing
his burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W.,
Vashington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 20503.

ayment Of Compensation Without Award   Case 4:02-cv-0002?-RRB   Document 37-19   Filed 03/ /2006   U.S. Department of Labor   Page 19 of 42
ongshore and Harbor Workers' Compensation                                                                Employment Standards    nistration
extended)                                                                                                 Office of Workers' Compe    tion Programs

OMB No. 1215-0022

| | FOR OFFICE USE |
|---|---|
| TE: This Notice is to be filed with the Deputy Commissioner when the first payment is made. copy should be sent to the person to whom compensation was paid. This report is quired by law (33 U.S.C. 914(c)). Failure to report may result in delays in the delivery of benefits. | 1. OWCP No. 14 |
| | 2. CARRIER'S No. 724-23248 |

3. Name of injured person (First, middle, last - please print or type)

_(redacted)_

4. Address of injured person (Number, street, city, state and ZIP code)

_(redacted)_

| 5. Date of accident or first illness (Month, day, year) 11/28/95 | 6. Date disability began (Month, day, year) 12/5/95 |
|---|---|

7. Name of injured, or dependents of injured, to whom compensation will be paid

_(redacted)_

8.

| Average weekly wage  $ __297.14__ | multiplied by 2/3 = compensation rate  $ __198.09__ (Mark if maximum rate is being paid)  ☐ Yes |
|---|---|

9. Compensation will be paid from - Enter month, day, year.

___12/5/95___

. notice is given that payment has been stopped or suspended

0. Data of first payment (Month, day, year.)

___12/18/95___

1. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?
(Mark appropriate box)   ☒ Yes  ☐ No

2. Name of employer

__AAFES__

3. Address of employer. (Number, street, city, state and ZIP code)

Bldg. 3023
Ft. Wainwright, AK 99703

4. Name of insurance carrier

THOMAS HOWELL GROUP (AMERICAS) INC.

5. Authorized signature

__Wenceslao Guerrero__

| 5. Title of person whose signature appears in item 15 __Adjuster__ | 17. Date signed 12/18/95 |
|---|---|

**Public Burden Statement**

mate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions. arching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If u have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing s burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., ashington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 20503.

'aragon Graphics
131 West 10th Street, Indpls., IN 46214 • (317) 271-7310 • 1-800-876-4578 • Fax: (317) 271-7405

Form LS-206
Rev. Jan. 1990



# PARKING LOT CHECKLIST

This form must be completed by the PRO if the associate is injured in the parking lot or areas surrounding an AAFES facility.

☐      An accident report is prepared by the associate's supervisor and forwarded to the PRO.

☐      A written statement is obtained from the associate indicating where the incident occurred, what happened, how it happened, and why he/she was in the area. If any witnesses are available, these should be listed in the associate's statement and subsequent statements obtained from each witness.

☐      The PRO completes the LS-202 if the associate wishes to file a claim and medical care or lost time is involved.

☐      A "map" of the area where the incident occurred should be prepared by the claimant and forwarded to the contract administrator with the LS-202.

The following questions must be answered by the PRO. Consult with the associate's supervisor and AAFES facility management personnel, as appropriate.

Was the claimant on a work-related errand? If so, what type of errand.
     NO

Did AAFES provide transportation for the associate?    NO

Did the weather contribute to the incident? If so, specify what weather and how it contributed?
WE LIVE IN A COLD WEATHER AREA, THEREFORE, ICE AND SNOW ON THE SIDEWALKS AND WALKWAYS IS NOT UNUSUAL.

What time did the incident occur?    2255

Was the associate at lunch, on a break, or a personal errand? If so, specify.    NO

What time does the associate "clock-in" and "clock-out?" IN   1400     OUT    2230

Was the associate working just prior to the incident (for example, worked overtime and was leaving the job site, or coming in earlier than usual)?   YES — NORMAL WORK HOURS

Who maintains the area where the incident occurred?   PX EMPLOYEES (LABORERS)

Who owns the area where the incident occurred?    U. S. ARMY

HQ-GC-2/WO  WORKERS' COMPENSATION FORM (FEB 95) EOP 57-4

PM

\* AREA WHERE
Employee Fell

COMMISSARY

Alley-Way

Back of → Food Court

\*
WALKWAY

Employee
Entrance

Employee
PARKING Lot

PX

Date: Monday, 23 December 1996 15:32 CT
To: *, FS-ACCIDENTS, COLLIRRC
CC: HENRYMELODY
From: WR-AKSD-N-HR
Subject: AR - A

#################################
### Printed For: WR-AKSD-N-HR
#################################

9/81 - 7 - 020

Army & Air Force Exchange Service    Date Prepared    Initial X Correction
Accident Report                      12 / 13 / 96     Supplmt    Final

1. From (Facility/Exchange) 2.Facility Number 3.  Time & Date of Accident
Ft. Wainwright Main Store                          Hour   Day Month Year
Northern Alaska Exchange                9181  10  0300   2255    13   Dec  1996

////////////////// SECTION A - PERSONAL DATA //////////////////
4. Name(Last, First, M)   5.Job Title                  6.Age  7.Grade  8. Sex
                          Cashier Checker Ldr                 HPP/3
                          9.Soc Sec No.           10.Telephone No.

11.                                12.Length of Employment

                          5____  (# of years)

                          ____   (# of months)

13. Personnel
    Category    X U.S. Employee  -  P.T. Military Employee  -  Customer

                L.N. Employee    -  Military Employee  -  Civilian

14. Date Employer or Supervisor      15. Days Usually Worked Per Week
    First Knew of Accident

13 / 12 / 96                      S  M  XT  XW  XT  XF  XS

///////// SECTION B - ACCIDENT CLASSIFICATION (Check one Only) ///////////////
16. TYPE

17. SEVERITY                          X Lost Work Day(s)  0
    X Injury        - Occupational Illness    - Termination/Transfer
                                                - Death
    First Aid       x Medical Treatment
                    x Lc    Consciousness
                    X Restricted Work Day(s)   0

18. RETAIL    b.  FOOD        c. SERVICE STATION    d. DC          e. MISC
 a. _ Sales Floor   _ Kitchen      _ Service Bay      _ Shipping     _ Admn
    _ Stock Room    _ Dining Area  _ Pump Island      _ Receiving    _ FWD
    X Lobby         _ Mobile Unit  _ Sales Floor      _ Storage      _ Thir
    _ Outside Fac   _ Sales Floor  _ Order Sel        _ Plant
    _ Off           _ Outside Pac  _ Outside Fac      _ Outside P    _ Other
    _ Oti           _ Other        _ Other            _ Other

//////////////////////////////////////////////////////////////////////////

19. TYPE OF INJURY

SECTION C - INJURY/ILLNESS DATA /////////////////////
20. PART OF BODY          21. CAUSE OF INJURY/ILLNESS

| | | | |
|---|---|---|---|
| — Abrasion | — Head | — L — R | — Improper Lifting |
| — Bruise | — Eye(s) | — L — R | — Overexertion |
| — Burn (heat) | — Neck | | — Repetitive Motion |
| — Burn (chemical) | — Arm(s) | — L — R | — Struck By |
| — Cumulative Trauma | — Elbow(s) | — L — R | — Struck Against |
| — Cut | — Wrist(s) | X L — R | — Lack of Training |
| — Dislocation | — Hand(s) | X L — R | — Unsafe Equipment |
| — Fracture | — Finger(s) | X L — R | — Hazardous Equipment |
| — Hernia | — Trunk | | X Slip/Fall From: |
| X Object in Eye | X Shoulder | X L — R | — Stairs |
| — Puncture | X Back | — L — R | — Uneven surface |
| — Smash/Crush | X Hip(s) | — L — R | X Wet/Icy Surface |
| — Sprain | X Leg(s) | X L — R | — Lack of PPE |
| X Strain | — Knee(s) | — L — R | — Horseplay/Inatten |
| — Other | — Foot | — L — R | — Other |
| | — Ankle(s) | — L — R | |
| | — Toe(s) | — L — R | |

/////////////////////////////////////////////////////////////////////////////
22. NARRATIVE (List ALL witnesses - who, what, when, where, why, how)
//////////////////////////

SECTION D - NARRATIVE AND CORRECTIVE ACTION //////////////////////

was going outside to start vehicle when slipped and fell
going down the hallway did not want to go to the hospital tonight,
but body is tingling if it gets worse.

*The Dr prescribed

of body is tingling if it gets worse. has stated the left side
did not have any restricted workdays or lost workdays***

//////////////////////////////////////////////////////////////////////////////

23. CORRECTIVE ACTION TAKEN
— Scheduled for Training              — Work Request           — Disciplinary Action
— O.J.T.                              X Hazardous Condition (Corrected)
— Other (Explain in Narrative)

| | | |
|---|---|---|
| 24. PREPARED BY | SIGNATURE | DATE |
| PRINTED NAME: Katherine Maes | | 13 / 12 / 96 |
| 25. ASSOCIATE'S | SIGNATURE | DATE |
| PRINTED NAME: | | 13 / 12 / 96 |

"F O R   O F F I C I A L   U S E   O N L Y"

**Employer's First Report of Injury or Occupational Illness**
(See instructions on reverse - Leave items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-003!

DOH:  08 SEP 92    MILITARY DEPENDENT: (YES) NO

| 1. OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident |
|---|---|---|

3. Date and Time of Accident — Mo. DEC  Day 13  Yr. 96  Hour 2255  AM (PM)

4. Name of Injured/Deceased Employee (Type or print - first, M.I., last)

Telephone

5. Employee's Address (No., street, city, state, Zip code)

6. Injury is Reported Under the Following Act (Mark one)

A ☐ Longshore and Harbor Workers' Compensation Act
B ☐ Defense Base Act
C ☒ Nonappropriated Fund Instrumentalities Act
D ☐ Outer Continental Shelf Lands Act

7. Indicate Where Injury Occurred (Longshore Act only) (Mark one)

A ☐ Aboard Vessel or Over Navigable Waters
B ☐ Pier/Wharf
C ☐ Dry Dock
D ☐ Marine Terminal
E ☐ Building Way
F ☐ Marine Railway
G ☐ Other Adjoining Area

8. Sex  M

9. Date of Birth:

10. Social Security No. (See statement on reverse)

— | —

11. Did Injury Cause Death?
☒ No    ☐ Yes - if yes, skip to 16

12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident?  ☐ Yes  ☒ No

13. Date and Hour Employee First Lost Time Because of Injury — Mo. Day Yr. Hour N/A  AM PM

14. Did Employee Stop Work Immediately?  ☒ Yes  ☐ No

15. Date and Hour Employee Returned to Work  N/A

16. Was Employee Doing Usual Work When Injured/Killed? (If no, explain in item 26)  ☐ Yes  ☒ No

17. Did Injury/Death Occur on Employer's Premises?  ☒ Yes  ☐ No

18. Dept. in Which Employee Normally Works(ed)  CENTRAL CHECKOUT

19. Occupation  CASHIER/CHECKER LEADER

20. Date and Hour Pay Stopped  N/A

21. Which Days Usually Worked Per Week? (Mark (X) days)  S  M  ☒ T  ☒ W  ☒ T  ☒ F  ☒ S

22. Date Employer or Foreman First Knew of Accident.  13 DEC 96

23. Wages or Earnings (Include overtime, allowances, etc.)

| a. Hourly | $8.68 |
|---|---|
| b. Daily | $ |
| c. Weekly | $ |
| d. Yearly | $ |

24. Exact Place Where Accident Occurred (See instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters.

EMPLOYEE FEEL ON THE WALKWAY DEPARTING OUT THE BACK OF THE PX

25. How was Knowledge of Accident or Occupational Illness Gained?  REPORTED TO SUPERVISOR

26. Describe in full how the accident occurred   (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved). Give full details on all factors which led or contributed to the accident. ■ ALLEGES ■ WAS GOING OUTSIDE TO START ■ VEHICLE WHEN ■ SLIPPED AND FELL GOING DOWN THE WALKWAY OUT THE BACKDOOR OF THE PX
(Use additional sheet(s) if required and attach to this report)

27. Nature of Injury (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

STRAIED ENTIRE LEFT SIDE OF ■ BODY

28. Has Medical Attention Been Authorized?  ☒ Yes  ☐ No

29. Enter Date of Authorization  13 DECEMBER 96

30. Was First Treating Physician Chosen by Employee?  ☒ Yes  ☐ No

31. Has Insurance Carrier Been Notified?  ☒ Yes  ☐ No

Name

Address - Enter Number, Street, City, State, ZIP Code

32. Physician

33. Hospital  BASSETT ARMY HOSPITAL    BLDG 4065    FT WAINWRIGHT, ALASKA  99703

34. Insurance Carrier  THOMAS HOWELL GROUP    PO BOX 541388    DALLAS, TEXAS  75354-1388

35. Employer  ARMY & AIR FORCE EXCHANGE SERVICE    PO BOX 35029    FT WAINWRIGHT, ALASKA  (97?)-0029

36. Nature of Employer's Business  RETAIL

37. Signature of Person Authorized to Sign for Employer

38. Official Title of Person Signing This Report  LINDA S GARDNER - HUMAN RESOURCES SPECIALIST-4

39. Date of This Report  20 DECEMBER 96

Paragon Graphics
8131 West 10th Street, Indpls., IN 46214 • (317) 271-7310 • 1-800-876-4578 • Fax: (317) 271-7405

Appendix A

Form LS-202
Rev. Mar. 1990

Notice of Controversion of Right
to Compensation

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs
Longshore and Harbor Workers' Compensation



This report is authorized by law and regulation (33 USC 914(d), (e); 20 CFR 702.251). Failure to report when controverting right to compensation can result in liability for 10 per cent additional compensation.

| | |
|---|---|
| Instructions: This form may be used by the employer/carrier to controvert the right to compensation. 33 USC 914(a) requires the employer to pay compensation promptly and without an award unless the right to such compensation is controverted by the filing of this form. Failure either to pay each installment of compensation, or controvert the right to such compensation, within fourteen days after it becomes due may result in liability for additional compensation equal to ten percent of each installment not paid when due. 33 USC 914(d), (e). If the right to compensation is controverted, this form should be submitted in triplicate to the Deputy Commissioner, and the reasons for such controversion should be fully stated in item 12. | OME No. 1215-0023 |
| | 1. OWCP File No. <br> Please Assign |
| | 2. Employer File No. |
| | 3. Carrier File No. <br> 724-27338 |

| 4. Claimant's Name and Address | 5. Claim File or Injury Reported Under (check one) |
|---|---|
| ████████████████ | ☐ LHWCA   ☐ CCS |

| 6. Employee's Name and Address If different from Claimant's | 7. Employer's Name and Address <br> AAFES <br> P.O. Box 35029 <br> Ft. Wainwright, AK | ☐ DCWCA   ☒ NFIA <br> ☐ DBA |
|---|---|---|

| 8. Carrier's Name and Address <br> Thomas Howell Group <br> P.O. Box 541388 <br> Dallas, Texas 75354-1388 | 9. Nature of Injury or Occupational Disease <br> Strained left side of body |
|---|---|

| 10. Date of Injury (Month, Day, Year) <br> 12/13/96 | 11. Date of Employer's First Knowledge of Injury (Month, Day, Year) <br> 12/13/96 |
|---|---|

12. Right to compensation is controverted for the following reason(s)

1) Claimant was not within course and scope of employment.

2) Further investigation is necessary to confirm compensability.

| 13. Authorized Signature <br> *Kimberly Kelly* <br> Kimberly Kelly | 14. Title <br> Claims Adjuster | 15. Date of this Notice (Month, Day, Year) <br> 12/24/96 |
|---|---|---|

16. (OWCP USE) A copy of the form was mailed to the claimant and/or representative

on _____    Initials _____

---

### Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

-30-98 FRI 16:15   SAFETY WA          FAX NO. 9073 5272        P. 79

# U.S. ARMY ABBREVIATED GROUND ACCIDENT REPORT (AGAR)
For use of this form, see AR 385-40 and DA Pamphlet 385-40; the proponent agency is DCSA

REQUIREMENT CONTROL SYMBOL
CSOCS-308

| 1. TIME & DATE OF ACCIDENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| a. yr 97 | b. Mo 11 | c. Day 24 | d. Time 06:20 | 2. PERIOD OF DAY | Dark | Night | O | Dusk | |

2. UNIT IDENTIFICATION — a. UIC WHYYDO

3. ADT CLASS C   6. ACDT OCCURRED DURING: Combat / Non-Combat

b. LOCATION OF ACCIDENT — Parking lot bldg. 3005 Ft. Wainwright, AK

c. State/Country Alaska   4. Off-post / On Post: Name of Unit Doo 4/123

8. MISSION — Walking from car to building.

9. VEHICLE/EQUIP/MAT/MATERIEL INVOLVED — a. Type or Item (Nomenclature)

Walking from car to building.

24. SPECIFIC DESCRIPTION OF ACTIVITY/TASK
Walking from car to building.

DA FORM 285-AB-R, JUL 94

9711-24-007

**37.**

| LEADER (list event, activity to extent warranted) | TRAINING (Functioned as Contemplated) | SOP/PROCEDURES (list checklist provided) | SUPPORT | INDIVIDUAL (list a it or a part personal / facing) |
|---|---|---|---|---|
| Direct Supervision | School | SOP | Equip/Material improperly designed | Fatigue |
| Unit Command Supervision | Unit | Other | Equip/Material not provided | Alcohol, Drugs |
| Higher Command Supervision | OJT | Have stasis | Inadequate Maintenance | Fear/Excitement |
| | Dynamics, OJT | | Inadequate Facilities/Services | |
| | | | Other | |

**WHY WAS THE MISTAKE MADE (ROOT CAUSE)** Check the root cause(s) in box a. in box b. and how the root cause(s) led to the mistake.)

**38. ENVIRONMENTAL CONDITIONS** (Indicate that a care personal / facing)

- a. Present:
- #1 C — Yes No Unk
- #2 — Yes No Unk
- #3 — Yes No Unk

**39. PROVIDE BRIEF SYNOPSIS OF ACDT** (Use additional sheet if required/Explain sequence of events, call have well happened)

Soldier was walking from his car to the building for the PT formation. The parking lot was dark and covered with snow, the soldier fell injuring his neck and back.

**40. CORRECTIVE ACTION(S) TAKEN OR PLANNED**

Soldier will use caution walking in the parking lot prior to it being cleared of snow.

---

**41.**

**POINT OF CONTACT FOR INFORMATION ON THE ACCIDENT**

| a. Name (Last, First, MI) | | | b. Telephone # | DSN: 317-353-6861 |
|---|---|---|---|---|
| | | | | COM: (907) 353-6861 |

| 42. COMMAND REVIEW a. Name Joseph S. Bianchi | c. Rank CPT | d. Date 971226 | b. Telephone # | DSN: 317-353-6861 |
|---|---|---|---|---|
| b. Signature | | | COM: (907) 353-6861 | |

| | | 43. SAFETY OFFICE REVIEW | | |
|---|---|---|---|---|
| a. Name E. Russell | | b. Date 971226 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instruction on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPRO OMB NO. 1105-0008 EXPIRES 4-30- |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**

**2. Name, Address of claimant and claimant's personal representative, if an** *(See instructions on reverse.) (Number, street, city, State and Zip Cod* ████████████████████████

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH ████ | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT March 19, 1998 | 7. TIME (A.M. OR P.M 10:45 Am |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Hates Shoppette on Neely R. Pull up in front of the sidewalk get down there is a snow on the ground half of the parking area above is clear and not clear. Slip and fall on the ice that was not properly clear off and had no salt R I did mention to the girl Wendy in shoppette that I fell down and hurt myself. The employee told me to fill out this happen until before you get to the sidewalk.

**9. PROPERTY DAMAGE**

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code.)
Hates Shoppette    Neely Rd    Ft Wainwright AK 99703

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side.) Parking Area - front parking - second space in front of sidewalk.

**10. PERSONAL INJURY/WRONGFUL DEATH**

**STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.** When I fell I hit my back, shoulder, arm leg, all on the left side. The Bursitis and tendinitis would take awhile to heal from the fall. Still suffer with the back pain.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, State, and Zip Code) |
|---|---|
| ██████████████ | ███████████████ |

**12. (See Instructions on reverse)    AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY 7,250.00 250.00 workmen | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $7,500.00 |
|---|---|---|---|

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM**

| 13 ████████ (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|

| PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-107
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

NOV 15 2005 THU 04:54 PM FWR LAW CENTER                    FAX NO. 9075559991    P. 05

...... provided in accordance with ' Privacy Act, 5 U.S.C. 552(e)(3), and concern the information requested in t      r to which this Notice is attached.

A. *Authority*: The requested information is ....ited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2871 et seq., 28 C.F.R. Part 14.

B. *Principal Purp*:      he information requested is to be used in executing claim
C. *Routine Use*:      ...e Notices of Systems of Records for the agency to whom are submitting this form for this information.
D. *Effect of Failure to Respond*:  Disclosure is voluntary.  However, failure to sup the requested information or to execute the form may render your claim "invalid.

## INSTRUCTIONS

**Complete all items - insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY
RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE
AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT,
ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN**
FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH
ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.
THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY
WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplemental regulations also.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid".  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.   ☒ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?    NA      | 17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?  *(It is necessary that you ascertain these facts)*      NA

19. Do you carry public liability and property damage insurance?  ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code)   ☐ No

*U.S. Government Printing Office: 1989-242-430/02503

SF 95 (Rev. 7-85) BACK

For the Amount Claim

Missing week 3½ days, my wage is 8.96 he x
a day. $250.00

Pain and suffering going to the doctor
for pain not able to care for my kids
7,250.00 Injury for falling and

Still suffering with the back pain from the
fall.

Pain and suffering

MAR-27-98 SAT 11:58 AM

P.02

Required For: MR ANSO-N-SR

Date: Fri-Mar, 27 March 1998 11:43 CT
To: GILBERTS, FS-ACCIDENTS
Cc: FAIRB-X-SD
Frm: SE-RED-P-IR
Subject: SE-

Army & Air Force Exchange Service  Date Prepared    Initial  XCorrection
Accident Report                    19 / 03 / 98    XSuspect  Final

1. From (Facility/Exchange) 2 Facility Number  3. Time & Date of Accident
   9181 10 0358                                  Hour  Day Month Year
                                                 1200  19   Mar  1998

SECTION A - PERSONAL DATA
4.Name(Last, First, MI)  5 Job Title      6. Age 7.Grade 8.Sex
                         WAREHOUSE FOREMANh  21         HH4
9. Soc Sec No.           10.Telephone No.

11. Address/Local Residence      12.Length of Employment
                                 21   (# of years)
                                      (# of months)

13. Personnel   I X U.S. Employee  _ P.T. Military Employee  _ Customer
    Category      L.M. Employee    _ Military Employee        Civilian

14. Date Employer or Supervisor   15. Days Usually Worked Per Week
    7.??? Date of Accident

    13.9 / 03 / 98                S XM XT XW XT XF S

16. TYPE         SECTION B - ACCIDENT CLASSIFICATION (Check one Only)
    X Injury     _ Occupational Illness

17. SEVERITY
    X Medical Treatment      X Lost Work Day(s) -2-
    I Loss of Consciousness  _ Termination/Transfer
    _ Restricted Work Day(s) -0-  _ Death

    Pirst Aid

18.         FUNCTIONAL AREA WHERE ACCIDENT OCCURRED
    a. RETAIL     b. FOOD       c. SERVICE STATION  d. DC        e. MISC
    _ Sales Floor _ Kitchen     _ Service Bay       _ Shipping   _ Admn
    _ Stock Room  _ Dining Area _ Pump Island       _ Receiving  _ FMO
    _ Lot Bay     _ Mobile Unit _ Sales Floor       _ Storage    _ THtr
    X Office Fac  _ Outside Fac _ Order Sel          _ Plant
    _ Office      _ Other       _ Other              _ Outside Fac X Other
    _ Other

Form LS-202
Rev. Jan. 1994

MAR-23-98 TUE 01:04 PM

# Employer's First Report of Injury or Occupational Illness
(See instructions on reverse - Leave items 1 and 2 blank)

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0031

| DATE OF HIRE? | iWCP NO. | MILITARY DEPENDENT (YES) NO |
|---|---|---|

| 1. OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident |
|---|---|---|
| | | MAR 19 1998 1200 AM Hour |

4. Name of Injured/Deceased Employee (Type or print - first, M.I., last)

5. Employee's Address (No., street, city, state, ZIP code)

Telephone

| 6. Injury is Reported Under the Following Act (Mark one) | 7. Indicate Where Injury Occurred (Longshore Act only) (Mark one) |
|---|---|
| A ☐ Longshore and Harbor Workers' Compensation Act | A ☐ Aboard Vessel or Over Navigable Waters |
| B ☐ Defense Base Act | B ☐ Pier/Wharf |
| C ☒☒ Nonappropriated Fund Instrumentalities Act | C ☐ Dry Dock |
| D ☐ Outer Continental Shelf Lands Act | D ☐ Marine Terminal |
| | E ☐ Building Way |
| | F ☐ Marine Railway |
| | G ☐ Other Adjoining Area |

| 8. Sex | 9. Date of Birth | 10. Social Security No. (Required by Law) |
|---|---|---|

11. Did Injury Cause Death?  ☐ NO   — If Yes, skip to 16

12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident?  ☒☒ Yes   ☐ No

| 13. Date and Hour Employee First Lost Time Because of Injury | Mo. Day Yr. Hour |
|---|---|
| | 03 | 20 | 98 | 0600 PM AM |

14. Did Employee Stop Work Immediately?  ☒☒ Yes   ☐ No

| 15. Date and Hour Employee Returned to Work | 23 MAR 98 - 0600 |
|---|---|

16. Was Employee Doing Usual Work when Injured/Killed? (If no, explain in item 26)  ☒☐ Yes   ☐ No

17. Did Injury/Death Occur on Employer's Premises?  ☒☒ Yes   ☐ No

| 18. Dept. in Which Employee Normally Works(ed) | WAREHOUSE |
|---|---|
| 19. Occupation | WAREHOUSE FOREMAN |

20. Date and Hour Pay Stopped    N/A

| 21. Which Days Does Usually Work Per Week? (Mark (X) days) | S  M  T  W  T  F  S |
|---|---|

| 22. Date Employer or Foreman First Knew of Accident. | 19 MAR 98 |
|---|---|

| 23. Wages (Earnings (include overtime, allowances, etc.) | | 25. How was Knowledge of Accident or Occupational Illness Gained? |
|---|---|---|
| a. Hourly | $ 14.09 | MS MILLINGTON CALLED HER SUPERVISOR |
| b. Daily | $ | |
| c. Weekly | $ | |
| d. Yearly | $ | |

24. Exact Place Where Accident Occurred (See Instructions on reverse). This item should specify area (if accident was in maritime employment and occurred in area adjoining navigable waters.)

OUTSIDE REMOTE WAREHOUSE   (907) 356-1357 WK

26. Describe in full how the accident occurred   (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give the full details on all factors which led or contributed to the accident.)

slipped and fell on the ice outside the Remote Warehouse. ▬▬ was unconscious for an estimated 10 seconds to 5 minutes. ▬▬ allege that ▬▬ went to Bassett Army Community Hospital, sprained/bruised hand/wrist.

27. Nature of Injury (Name part of body affected - fractured left leg, bruised right thumb, etc.). If there was amputation of a member of the body, describe.

sprained/bruised hand/wrist, left hand. ●

| 28. Has Medical Attention Been Authorized? | 29. Enter Date of Authorization | 30. Was First Treating Physician Chosen by Employer? | 31. Has Insurance Carrier Been Notified? |
|---|---|---|---|
| ☒ Yes  ☐ No | 19 MAR 98 | ☐ Yes  ☒ No | ☒☒ Yes  ☐ No |

32. Physician
    Name ◀ ———— Address - Enter Number, Street, City, State, Zip Code ————— ▶

33. Hospital:
BASSETT ARMY COMMUNITY HOSPITAL
BLDG 4065
FT WAINWRIGHT, ALASKA 99703

34. Insurance Carrier:
CONTRACT CLAIMS SERVICES, INC
PO BOX 541388
DALLAS, TEXAS 75354-1388

Employer:
ARMY & AIR FORCE EXCHANGE SERVICE
PO BOX 35029
FT WAINWRIGHT, ALASKA 99703-0029

35. Nature of Employer's Business
RETAIL

36. Date of This Report
20 MAR 98

37. Signature of Person Authorized to Sign for Employer

33. Official Title of Person Signing This Report
HUMAN RESOURCES SPECIALIST
LINDA S GARDNER

P. 02

MAR-27-98 SAT 11:59 AM                                                    P.03

///////// SECTION C - INJURY/ILLNESS DATA ///////////////////
13. TYPE OF INJURY   20. PART OF BODY   21. CAUSE OF INJURY/ILLNESS

| Type of Injury | | Part of Body | | Cause of Injury/Illness | |
|---|---|---|---|---|---|
| – | Abrasion | X | Head | – | Improper Lifting |
| – | Bruise | X | Eye(s) | – | Overexertion |
| – | Burn (heat) | X | Neck | – | Repetitive Motion |
| – | Burn (chemical) | – | Arm(s) R | – | Struck Against |
| – | Cumulative Trauma | – | Elbow(s) R | – | Struck By |
| – | Cut | – | Wrist(s) X R | – | Lack of Training |
| X | Dislocation | X | Hand(s) X R | – | Unsafe Equipment |
| – | Fracture | – | Finger(s) R | – | Hazardous Equipment |
| – | Hernia | – | Trunk R | X | Slip/Fall From: |
| – | Object in Eye | – | Shoulder L R | – | Stairs |
| – | Puncture | X | Back | – | Uneven surface |
| X | Shock/Crush | – | Hip(s) R | X | Wet/Icy Surface |
| – | Sprain | – | Leg(s) R | – | Lack of PPE |
| – | Strain | – | Knee(s) R | – | Horseplay/Inatten |
| – | Other | – | Foot R | – | Other |
| | | X | Ankle(s) R | | |
| | | – | Toe(s) L R | | |

///////// SECTION D - NARRATIVE AND CORRECTIVE ACTION ///////////////
22. NARRATIVE (List ALL witnesses - who, what, when, where, why, how)
alleges that ██ ██ was standing on an icy surface at the
██████ Remote Warehouse ██ feet went out from under ██ remained on
the ground unconscious for an undefined amount of time, estimated to be
1-3 minutes to maximum 5 minutes. ██ hit her wrist on the car and fell flat
on ██ back and head. There were no witnesses to the accident. When ██
became conscious ██ called or help and remained on the ground until someone
arrived.

██████████ went to Bassett Army Community Hospital.   X ████████████
████████████████████████████████████████████████

██████ fell due to icy conditions, ██ has been cautioned to be more
careful when going to the Remote Warehouse.

██ █ went to Bassett Army Hospital with
a severe headache.

██ on Monday, 13 March 98.
████████ the doctor ██████████████████

██ of █ work on Tuesday for a total of 2 Lost Workdays**

23. CORRECTIVE ACTION TAKEN
– Scheduled for Training        – Work Request        – Disciplinary Action
ⓧ Other (Explain in Narrative)  – Hazardous Condition(Corrected)

24. PREPARED BY
PRINTED NAME: DEB JANTER         SIGNATURE         DATE 20 / 03 / 98

C.E. ASSOCIATE'S
PRINTED NAME: SUE MILLINGTON     SIGNATURE         DATE 20 / 03 / 98

"FOR OFFICIAL USE ONLY"

Employee 6




## Parking Lot Injury
### Checklist

| Task | Date Completed |
|---|---|
| HRO obtains written statement from associate | |
| A "map" of the accident scene is obtained from the associate | |
| HRO completes L-202 if associate wishes to file a claim attaching the above information | |

| Question | Answer |
|---|---|
| Was the claimant on a work-related errand? | YES |
| Did AAFES provide the transportation? | YES |
| Does the associate's position with AAFES require travel? And, if so, was he/she in the course and scope of employment at the time of the incident? | Travel on installation. Yes, ▮▮▮▮▮▮ was in the course & scope |
| Could the weather have contributed to the incident? If so, what was the weather? | Yes – There was ice on the ground – normal for this area |
| What time did the incident occur? | 1200 Noon |
| Was the associate coming into work or leaving work? | During Work Day |
| Was the associate on lunch, break, or a personal errand? | No |
| What time does the associate "clock-in" and "clock-out?" | 0600 – 1430 |
| Was the associate working just prior to the incident (for example, worked overtime and was leaving the job site, or coming in earlier than usual)? | Working Normal Hours |
| Who maintains the area where the incident occurred (AAFES or the military installation)? | U.S. ARMY |
| Who owns the area where the incident occurred (AAFES or the military installation)? | U.S. ARMU |

**THIS IS TO BE COMPLETED BY THE HUMAN RESOURCES OFFICE.**

Completed by: __LINDA GARDNER__     Date: __06 MAY 98__

EOP 57-4
Figure 6-2

Ft. Wainwright Post

Lynda —

X indicates where fall occurred
next to her P.O.V.
for

TMX

Dense

Gaffney

JAG
#1562

Psych

AAFES remote
Bldg # 1560

entrance

Marks

HB MCN 5 35    SAFE    FAX NO.    73599277

$79-01$

## U.S. ARMY ABBREVIATED GROUND ACCIDENT REPORT (AGAR)
For use of this form, see AR 385-40 and DA Pamphlet 385-40; the proponent agency is OCSA

REQUIREMENT CONTROL SYMBOL
CSOCS-308

| 1. TIME & DATE OF ACCIDENT | a. Yr | 98 | b. Mth | 10 | c. Day | 21 | d. Time | 0935 | 2. PERIOD OF DAY | X Day | Night | 3. ACDT CLASS | DC | 4. ACDT OCCURRED DURING: | Combat | X Non-Combat |

5. UNIT IDENTIFICATION  a. UIC (6-digit Code) WHT7B0   b. Name of Unit: B CO 4-123d AVN REGT
c. Unit's Branch: AV   d. MACOM USARPAC

6. LOCATION OF ACCIDENT  a. Exact Location (Detailed enough to locate site): Tanana Middle School parking lot; Neely Road, Ft Wainwright, AK
b. Type Location B4

b. State County  AK   |d   Off Post | X | On Post  Name: Ft Wainwright   7. EXPLOSIVES/AMMO  a. Present | Yes X No  b. Involved | Yes X No

8. MISSION  a. Briefly describe the mission  Enter vehicle   a. Met'L Task?  Yes X No

9. VEHICLE/EQUIPMENT/MATERIEL INVOLVED

Materiel Failure/Malfunction Information

| a. Type of Item (nomenclature) | b. Mode: # | c. Ownership | d. Estimated Cost of Damage | e. Vehicle Collision | f. Failure Mode | g. Part Nomenclature | h. Part NSN | i. Part # | j. Part Manufacturer Code | k. EIR/QDR Submitted |
| P1 | | | | | | | | | | Yes ☐ No ☐ |
| P2 | | | | | | | | | | Yes ☐ No ☐ |

10. WHY DID THE MATERIEL FAIL/MALFUNCTION? (Check the tool cause(s) in Block a, in Block b, explain how the tool cause(s) led to the materiel

b. Describe how the materiel failed/malfunctioned and led to accident
(root cause)

| SUPPORT (Shortcomings in type, causality, amount or condition of equip/supplies/services/facilities) |
| --- |
| a. LEADER (Not apply, failing to enforce standards) | | STDS/PROCEDURES (Not apply, Not practical) | | Equip/Materiel improperly designed |
| | | AR | SOP | Inadequate Manufacture |
| Direct Supervision | | TM | Other | Inadequate Maintenance |
| Unit Command Supervision | | FM | None exists | Other |
| Higher Command Supervision | | | | |

11. NAME (Last, First, MI) (Include Address & UIC if different than Blke 5a & 6a)   12. SOCIAL SECURITY #   13. PERSONNEL CLASSIFICATION  a.   14. MOS 154CO   15. DUTY STATUS  X On Duty  Off Duty

| 16. AGE 38 | 17. SEX M | 18. PAY GRADE W3 | 19. FLIGHT STATUS X Yes ☐ No |

20. MOST SEVERE INJURY (See Instructions)  a. Degree   b. Degree e   c. Body Part   d. Cause a

ACTIVITY OF INDIVIDUAL Provide code (from 5a in Instructions) and describe in space below

21. DAYS
HOSPITALIZED
0

| 23. CODE | 24. SPECIFIC DESCRIPTION OF ACTIVITY/TASK  Walking to vehicle |

22. WORKDAYS
a. Lost  0
b. Restricted  7

cc

25. PERSONAL PROTECTIVE EQUIP

| | 26. ALCOHOL/DRUGS CAUSE/CONT | Yes | No | Unit | 27. EQUIP THIS PERSON WAS ASSOCIATED WITH? (Enter Item No. from Blk 9a) |
| a. Required  b. Type of equip | a. Used | b. Available | a. Licensed to operate equip. | 28. HRS. ON DUTY 0 | 29. HRS SLEEP 8 | 30. HRS SLEEP 8 | 31. TACTICAL TRAINING ☐ Yes X No | 32. TYPE TRAINING FACILITY | 33. LAST TRAINING | 34. FIELD TRAINING EXERCISE ☐ Yes  X No  If Yes, provide name: | 35. NIGHT VISION SYSTEM USED ☐ Yes X No  If Yes, provide name: |
| X No NA | #1 N | #1 N | ☐ Yes X No | | | | | | | |
| #2 | #2 N | #2 N | | | | | | | | |

36. DID INDIVIDUAL MAKE A MISTAKE THAT CAUSED/CONTRIBUTED TO ACCIDENT? In Blk a., indicate if individual made a mistake. If yes provide the code (from Instructions) in Blk c. and describe in Blk c.

a. Mistake
Yes ☐ No

b. Type ☐ Yes X No

c. Tell what the mistake was and how it caused/contributed to the accident

i. Code

DA FORM 285AB-R, JUL 94

$9816-21-003$ #1215 = 2 \, C

21 NOV RECEIVED

**WHY WAS THE MISTAKE MADE (ROOT CAUSE)** (Check the root cause(s) in Blk a. In Blk b. tell how the root cause(s) led to the mistake.)

| LEADER (Not ready, willing to service standard) | TRAINING (Nonexistent in Content/Amount) | STDS/PROCEDURES (Not clear/Not practiced) | SUPPORT (Nonexistent in type, capability, amount or condition of equipment/services provided/exists) | INDIVIDUAL (Mistake due to one personal factors) |
|---|---|---|---|---|
| Direct Supervision | School | AR | SOP | Equip/Material Improperly designed | Inadequate Manufacture | Poor/Bad attitude | Fatigue |
| Unit Command Supervision | Unit | TM | Other | Equip/Material not provided | Inadequate Maintenance | Overconfidence | Inattention |
| Higher Command Supervision | Experience, OJT | FM | None exists | Inadequate Facilities/Services | Other | Self Injury | Poor Self-asses... |

Describe root cause(s) (reason) and tell how it/they caused the mistake

39. ENVIRONMENTAL CONDITIONS
a. Present?    F
#1    Yes  No  Unk
#2    Yes  No  Unk
#3    Yes  No  Unk

**PROVIDE BRIEF SYNOPSIS OF ACDT** (Use additional sheets if required)(Explain sequence of events, tell how each happened.)
lking to vehicle located in school parking lot soldier slipped on ice. Soldier fell to ground on back, causing head to snap backward and contact ground.

**CORRECTIVE ACTIONS TAKEN OR PLANNED**
rm assigned personnel of circumstances surrounding this accident, with emphasis on using extreme caution when walking on hard packed snow and ice.

POINT OF CONTACT FOR INFORMATION ON THE ACCIDENT

| a. | b. Telephone # | DSN: 317-6247/6198 |
| | | COM: (907) 353-6247/6198 |

COMMAND REVIEW  a. Name  HAROLD D. BASTAIN    c. Rank MAJ    d. Date 981026
A3: SAFETY OFFICE REVIEW   a. Name    b. Date 981026

ERSE OF DA FORM 285-AB-R, JUL 94