```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   CAROL BOLT,                  )
                                  )
 4              Plaintiff,        )
                                  )
 5   vs.                          )
                                  )
 6   UNITED STATES OF AMERICA,    )
                                  )
 7              Defendant.        )
     _____)
 8   Case No. F02-0021 CV

 9             DEPOSITION OF JOHN CICILESE
                     June 30, 2005
10
     APPEARANCES:
11
          FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
12                              Law Offices of Robert A. Sparks
                                Attorneys at Law
13                              1552 Noble Street
                                Fairbanks, Alaska 99701
14                              (907) 451-0875

15        FOR THE DEFENDANT:    MR. STEPHEN COOPER
                                Assistant U.S. Attorney
16                              Federal Building & U.S.
                                Courthouse
17                              101 12th Avenue, Box 2
                                  Room 301
18                              Fairbanks, Alaska 99701
                                (907 456-0245
19
                              * * * *
20

21

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | Q | And what is your current position? |
| 2 | A | I'm a safety and occupational health specialist. |
| 3 | Q | And who do you work for? |
| 4 | A | Right now, I work for Clay Fell (ph). |
| 5 | Q | Well, who's the -- what employer do you work for? |
| 6 | A | USARAK Safety. |
| 7 | Q | And is that part of -- is that at Fort Wainwright? |
| 8 | A | I work for the Fort Wainwright branch. USARAK Safety |
| 9 | | is out of Fort Richardson. |
| 10 | Q | It's my understanding you've been designated to testify |
| 11 | | about some issues by the Army here today at this |
| 12 | | 30(b)(6) deposition? |
| 13 | A | Yes. |
| 14 | Q | And what's your understanding as to what the official |
| 15 | | policies regarding inspection of residential housing |
| 16 | | units and grounds at Fort Wainwright currently in back |
| 17 | | to five years prior to April 1, 1999? Let's start with |
| 18 | | the -- are you aware what the policy was in April of |
| 19 | | 1999 and five years prior to April 1, 1999? |
| 20 | A | No. I didn't arrive to Fort Wainwright until August |
| 21 | | of '99. |
| 22 | Q | Until when? |
| 23 | A | August. |
| 24 | Q | Of when? |
| 25 | A | 1999. |

| | | |
|---|---|---|
| 1 | Q | And what was -- were there any inspections, any |
| 2 | | policies regarding inspection of residential housing |
| 3 | | units and grounds at that time? |
| 4 | A | Not to my knowledge.  Not by the Safety Office. |
| 5 | Q | Since that time, has there been any change in that |
| 6 | | policy that you're aware of? |
| 7 | A | No.  There is no safety policy that required an |
| 8 | | inspection of the residential areas. |
| 9 | Q | Do you know if there's any reports or reviews that were |
| 10 | | conducted by the Safety Office or other offices at Fort |
| 11 | | Wainwright regarding injuries from a reduction of falls |
| 12 | | on ice and snow currently and back to five years prior |
| 13 | | to April 1, 1999?  Let's start with five years prior to |
| 14 | | April 1, 1999.  Do you know if there were any reports |
| 15 | | or reviews conducted? |
| 16 | A | I don't know. |
| 17 | | MR. COOPER:  I'm sorry.  What -- that would be |
| 18 | like your question number 3 there? | |
| 19 | | MR. SPARKS:  Issue 3. |
| 20 | | MR. COOPER:  Okay. |
| 21 | Q | Since -- so I assume that your only knowledge is from |
| 22 | | August of '99 to present? |
| 23 | A | Yes. |
| 24 | Q | And from August of '99 to present, are you aware of any |
| 25 | | reviews or reports that were conducted by the Safety |

```
 1              Office or any other offices at Fort Wainwright
 2              regarding injuries from a reduction of falls on ice and
 3              snow?
 4     A        Yes.  We've had a couple in regard to parking lots
 5              around the installation maintenance facility, which is
 6              a work area.  And also the parking lot by the bend
 7              where their building is, their command building is,
 8              which is considered a work area.  No one report of an
 9              NCO slipping in a parking lot and in a residential
10              area.  And it was -- it was in the parking lot.
11              Normally, when we receive a complaint or notice of
12              concern from an individual for a safety issue, someone
13              from the Safety Office will go out, take at look at
14              that area, basically do a risk assessment, decide what
15              is a hazard, if there is a hazard, and then research
16              any policies or regulations that cover it, whether it's
17              from the Safety Office or from another agency.
18     Q        Has there been any reviews conducted by the Safety
19              Office regarding reduction of falls on ice and snow, to
20              your knowledge?
21     A        Well, when we go out and review or inspect an area,
22              then depending on the policy that exists, we -- when we
23              research it, we review it.  If we find there's a fault
24              with it, then we make recommendations.  I can give you
25              an example of a work area.  The installation management
```

|   |   |   |
|---|---|---|
| 1 |   | facility, they had a gentleman slip and fall in -- in |
| 2 |   | the parking lot. I just -- I looked at the area. We |
| 3 |   | discussed it with the supervisors and we recommended |
| 4 |   | that they go out and buy peggies or those metal wraps |
| 5 |   | that you put on your feet to prevent slippage and they |
| 6 |   | decided they would do that. That wasn't something that |
| 7 |   | was normal issue and they decided to do that. |
| 8 | Q | And that was for what? |
| 9 | A | That was for an individual falling in the parking area. |
| 10 |   | It was a government employee. |
| 11 | Q | And did you determine if the parking lot was hazardous |
| 12 |   | from being slippery? |
| 13 | A | All Alaska is hazardous in wintertime and that's the |
| 14 |   | problem. You -- they put gravel down, but you cannot |
| 15 |   | guarantee that the gravel is going to be there the next |
| 16 |   | morning, the next two, three hours. They do the best |
| 17 |   | they can. They plow the areas whenever there's a new |
| 18 |   | snowfall. They do put gravel down. In fact, that same |
| 19 |   | recommendation was submitted to the units, because |
| 20 |   | soldiers doing PT in the morning were being injured |
| 21 |   | from slips on icy and snowy surfaces and some of the |
| 22 |   | units have -- have gone out and bought these ice pegs |
| 23 |   | and use them around their sneakers. There's not much |
| 24 |   | else we can do other than try to remove it as much as |
| 25 |   | possible. And this is in a parking lot. Sidewalks are |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1            different.  The -- for the government facility, the
 2            actually work buildings, the occupants of those
 3            buildings are required to keep -- keep -- clear their
 4            sidewalks and keep the now and ice and we do that up
 5            with salt.  We shovel it down and throw salt on it.
 6    Q       Other than -- so what would it -- the thing that would
 7            initiate you -- your office doing a review would be
 8            what kind of a report?  Who would you get that report
 9            from?
10    A       Someone -- well, it could be from a supervisor; it
11            could be from an employee; or it could be from a spouse
12            or a dependent.  Anyone that has a concern of -- of a
13            safety issue can contact our office and it doesn't
14            necessarily have to be someone within the government.
15            We've been contacted in the past from outside agencies.
16            To give you an example, the Boy Scouts wanted to use
17            the river for some kayak training, wanted to find out
18            what policies and what was involved and we explained to
19            them that what we thought were the hazards and made
20            some recommendations and they followed through.
21    Q       Do you know if there's any procedure in place for your
22            office to be notified if there's like an injury,
23            somebody falls in the parking lot and they have to call
24            in a.....
25    A       That's -- that's an Army regulation there, AR 385-40
```

10

```
 1              requires all accidents and injuries to military
 2              personnel and equipment and civilian employees be
 3              reported to the Safety Office.  There's no requirement
 4              for civilians.  Now, civilians, being a dependent or
 5              nonemployee.  If.....
 6    Q         So let me clarify real quick so that -- so there's a
 7              regulation that says all accidents and injuries
 8              involving military personnel have to be reported to the
 9              Safety Office?
10    A         Yes.
11    Q         But that doesn't apply to civilian personnel?
12    A         It doesn't apply to family members.  It applies to
13              civilian employees.
14    Q         Okay.
15    A         There are different forms and also if there's any
16              damage to equipment, military equipment.
17    Q         Do you know why that is?
18    A         Because the Army keeps track of military injuries at
19              the Combat Readiness Center and that's how they build
20              their statistics and come up with their programs to
21              reduce injuries to soldiers.  As far as their
22              dependents, there's fewer accidents and injuries.  It's
23              more difficult for the Army to dictate what a dependent
24              can do as opposed to a soldier.  You can tell a
25              soldier, this is what you're going to do.  When it
```

|    |   |   |
|----|---|---|
| 1  |   | comes down to a family member, that -- that doesn't |
| 2  |   | necessarily apply. |
| 3  | Q | So is -- to your knowledge, is the Combat Readiness |
| 4  |   | Center ever -- are you aware of any publications or |
| 5  |   | programs that they've implemented to reduce injuries |
| 6  |   | from falls on snow or ice? |
| 7  | A | Not specifically, because Alaska is unique.  They -- |
| 8  |   | the regulations..... |
| 9  | Q | Well, let's stop right there. |
| 10 | A | Okay. |
| 11 | Q | How is Alaska unique? |
| 12 | A | Well, you have ice from possibly September through |
| 13 |   | April and May and the Lower 48, there are areas that |
| 14 |   | have ice from maybe November through maybe March and it |
| 15 |   | goes away. |
| 16 | Q | Same kind of ice and snow, isn't it? |
| 17 | A | No.  We have a different ice because of the |
| 18 |   | temperature.  I -- roads and sidewalks are really more |
| 19 |   | dangerous at temperatures between zero and thir- -- and |
| 20 |   | 32.  When it gets below zero, it's not as -- as |
| 21 |   | slippery, because at that point, because of the |
| 22 |   | temperature, as you walk over a patch of ice, you -- |
| 23 |   | you're basically melting it.  But it -- since it's so |
| 24 |   | cold, it ends up staying solid, so you're not walking |
| 25 |   | on that sheen of water, you might say, on the ice.  And |

|   |   |   |
|---|---|---|
| 1 |   | work and if the Safety Office is notified of a -- of a |
| 2 |   | problem, then they respond. |
| 3 | Q | So when do you get the accident or injury reports for |
| 4 |   | military people?  Is that called in by the military |
| 5 |   | police or is that a form that somebody fills out? |
| 6 | A | The unit is responsible.  The unit commander is |
| 7 |   | actually responsible for reporting.  Normally, he'll |
| 8 |   | designate a safety officer or a supervisor to complete |
| 9 |   | the accident report.  Accidents have to be reported to |
| 10 |   | us within 10 days of the accident.  And then we |
| 11 |   | report -- once we review it and verify the information |
| 12 |   | on it is correct and all the information is there, then |
| 13 |   | depending on the category, we send it on to the |
| 14 |   | command -- Combat Readiness Center. |
| 15 | Q | Are you aware of any changes in policies or any other |
| 16 |   | actions taken by the post safety officer in the Army to |
| 17 |   | reduce personal injuries from falls on snow or ice at |
| 18 |   | Fort Wainwright at any time since -- that you're aware |
| 19 |   | of since you've been work- -- well, anytime that you're |
| 20 |   | aware of? |
| 21 | A | No.  Not policies specifically.  What we do is we go |
| 22 |   | out and we see an area that needs to be shoveled or |
| 23 |   | needs graveling, we'll contact personnel rec- -- |
| 24 |   | they're required to do that and let them know.  There |
| 25 |   | are policies or regulations in effect that cover |

|   |   |   |
|---|---|---|
| 1 |   | housing areas and that cover maintenance. We just make |
| 2 |   | sure that people are following them. There is no |
| 3 |   | policy that says that you will keep the snow and ice |
| 4 |   | off the sidewalk. There is nothing that says that |
| 5 |   | specifically. There's a lot of regulations that say |
| 6 |   | you will keep the walkways open and clear. OSHA makes |
| 7 |   | that requirement in work areas, so using those |
| 8 |   | regulations is what we do. So we don't come out and -- |
| 9 |   | and say, you have a policy -- Safety Office says you |
| 10 |   | have to take the snow and ice off the sidewalk. And |
| 11 |   | the Army is not going to do that, because not every |
| 12 |   | post has ice. They're not -- they're not going to have |
| 13 |   | the same problem down at Fort Hood or Fort Huachuca as |
| 14 |   | they do in Alaska or in Fort Drum, New York. Fort |
| 15 |   | Drum, New York is upstate New York near the Canadian |
| 16 |   | border. So the Army just has general policies in |
| 17 |   | effect. What the Army does is the housing agencies |
| 18 |   | of -- of the government make up policies on how to |
| 19 |   | maintain your residential area and depending on the |
| 20 |   | area that they live in and who's making up the policy |
| 21 |   | or regulation will dictate what's involved. |
| 22 | Q | To your knowledge, has the Safety Office had any input |
| 23 |   | in formulating the policies for removal of snow or ice |
| 24 |   | in residential areas at Fort Wainwright? |
| 25 | A | Well, I can't comment on that because the policies have |

|   |   |   |
|---|---|---|
| 1 |   | been in effect for years.  I -- you're asking me to |
| 2 |   | speculate.  Yeah.  Someone at some point sat down, |
| 3 |   | that's what we do.  Whenever a new policy or regulation |
| 4 |   | is to be formulated, Safety Office is involved in the |
| 5 |   | decision making.  They will send a copy or a draft of |
| 6 |   | the policy to a group of people to review and the |
| 7 |   | Safety Office is one.  And we review it, say, yes, this |
| 8 |   | is good; no, you should include this, and then the |
| 9 |   | policy is finally signed and approved and becomes in |
| 10 |   | effect. |
| 11 | Q | Do you have any idea why the snow on the -- in the |
| 12 |   | residential areas at Fort Wainwright is only removed |
| 13 |   | once a year in the parking lots? |
| 14 | A | I don't know that.  It's not -- to my knowledge, it's |
| 15 |   | removed as soon as they can get to those areas after a |
| 16 |   | snowfall.  You have certain areas that are priority |
| 17 |   | areas.  Your major roads and thoroughfares are |
| 18 |   | imperative to be cleared.  They're the first ones to be |
| 19 |   | cleared.  We have an airfield and it has to be cleared. |
| 20 |   | So a residential area may not get cleared immediately, |
| 21 |   | but they have people going out there.  You'd have to |
| 22 |   | contact the Department of Public Works to find out what |
| 23 |   | their schedule is as far as laying down gravel, but |
| 24 |   | they lay gravel down in parking lots at a -- anytime |
| 25 |   | anyone, whether it's a family member or a soldier or a |

|   |   |   |
|---|---|---|
| 1 |   | civilian employee can contact DPW and say this is -- |
| 2 |   | this is a problem and could you put some -- throw some |
| 3 |   | gravel down and they're usually pretty -- DPW is pretty |
| 4 |   | responsive in the wintertime. |
| 5 | Q | So if I called them after a major snowfall and said |
| 6 |   | that the dumpster area at my residential -- well, |
| 7 |   | cancel that. Tell you what, was -- do you know if the |
| 8 |   | post Safety Office had any notice or knowledge of |
| 9 |   | Ms. Bolt's fall on April 1, '99? |
| 10 | A | No, I don't. |
| 11 | Q | Do you know whether the area coordinator for the |
| 12 |   | housing unit has a responsibility of informing the |
| 13 |   | Safety Office of a hazardous condition? |
| 14 | A | Everyone has responsibility. It's -- there's no one |
| 15 |   | person that's required. Anyone who sees a hazardous |
| 16 |   | condition is required to contact our office. And |
| 17 |   | that's -- that's within an Army regulation. There's |
| 18 |   | even a form that..... |
| 19 | Q | What's the regulation, do you know? |
| 20 | A | 385-10 is Army Safety Program and the Safety Office is |
| 21 |   | very accessible. |
| 22 |   | MR. COOPER: What was the number again? |
| 23 | A | 385-10. Anything that is 385 is some kind of a safety |
| 24 |   | regulation, whether it's vehicle, accident. The dash |
| 25 |   | 10 is the safety program. Very generic, not real |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | | specific, but it just outlines the responsibilities. |
| 2 | Q | So I assume you're not aware of any remedial actions |
| 3 | | taken by the Army following Ms. Bolt's fall? |
| 4 | A | I would be unaware of that and that happened prior to |
| 5 | | my arrival. |
| 6 | Q | Are you aware of any specific or remedial actions taken |
| 7 | | by the Army following any other fall on snow or ice |
| 8 | | that resulted in personal injuries at any time within |
| 9 | | five years prior to April 1, 1999? |
| 10 | A | No. It was prior -- prior to my time, with my arrival |
| 11 | | here. |
| 12 | Q | And since your arrival, what's your experience as far |
| 13 | | as remedial actions taken by the Army following a fall |
| 14 | | on snow or ice? |
| 15 | A | Well, we've -- the Safety Office has recommended |
| 16 | | equipment; we've contacted DPW to salt or gravel an icy |
| 17 | | or snowy area or even remove it. And this is to |
| 18 | | include overhang from eaves and roofs. The occupants |
| 19 | | of every building are required to remove anything that |
| 20 | | is overhung. Now, if there's a problem that they can't |
| 21 | | get to it, if you have -- your eave is 20 or 30 feet |
| 22 | | up, it's unlikely you'll have the equipment to get up |
| 23 | | there. You can contact DPW and they'll arrange things. |
| 24 | | But as I said earlier, right now -- well, always, DPW |
| 25 | | is required for the entire post, so they have to set |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678