Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
Phone: (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | ) <br> ) <br> ) <br> ) NO. F02-0021 CV (RRB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### 30(b)(6) DEPOSITION NOTICE

PLEASE TAKE NOTICE THAT Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, and pursuant to L.R. 30.1 and Federal Rule of Civil Procedure 30(b)(6), will take the oral deposition of the Army, Fort Wainwright Post Safety Office, before Liz D'Amour & Associates, Inc., Court Reporting, or some other official authorized to administer oaths, at 330 Wendell Street, Suite A, Fairbanks, Alaska, commencing at **12:00 P.M., June 30, 2005.** Said examination will continue from day to day until completed. You are invited to attend and cross examine. The deposition will be with regard to the following subjects:

1

1. Any fall on ice or snow subsequent to April 1, 1999, that caused personal injury at Ft. Wainwright.

2. Official policy regarding inspection of residential housing units and grounds at Ft. Wainwright, to present and back to five years prior to April 1, 1999.

3. Reports or reviews conducted by the Safety Office or other offices at Ft. Wainwright regarding injuries from or reduction of falls on ice or snow, to present and back to five years prior to April 1, 1999.

4. Any actions taken by Post Safety Office or Army to reduce personal injuries from falls on ice or snow at Ft. Wainwright, to present and back to five years prior to April 1, 1999.

5. Notice or knowledge of Ms. Bolt's fall at the Post Safety Office and date of such notice.

6. Remedial actions taken by the Army following Ms. Bolt's fall.

7. Remedial actions taken by the Army following any other fall on ice or snow that resulted in personal injuries, to present and within the five (5) years preceding April 1, 1999.

DATED this 30th day of June, 2005, at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

By /s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Case 4:02-cv-00021-RRB    Document 37-14    Filed 03/07/2006    Page 3 of 3

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was mailed to:

Stephen Cooper,
U.S. Attorney's Office
Fairbanks, Alaska.

on the 30 June, 2005.

LAW OFFICE OF ROBERT A. SPARKS

BY: _[signature]_____

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385