```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF ALASKA
 3  CAROL BOLT,                    )
                                   )
 4              Plaintiff,         )
                                   )
 5       vs.                       )
                                   )
 6  UNITED STATES OF AMERICA       )
                                   )
 7              Defendant,         )
                                   )
 8  Case No. F02-0021 CI (RRB)
 9          VIDEOTAPE DEPOSITION OF JOHN J. CURRY
10  APPEARANCES:
11     FOR THE PLAINTIFF:      MR. ROBERT A. SPARKS
       (Telephonic)            Law Office of Robert A. Sparks
12                             Attorney at Law
                               1552 Noble Street
13                             Fairbanks, Alaska 99701
                               (907) 451-0875
14
       FOR DEFENDANT:          MR. STEPHEN COOPER
15     (Telephonic)            Assistant U. S. Attorney
                               U. S. Department of Justice
16                             District of Alaska
                               Federal Building & U.S.
17                              Courthouse
                               101 12th Avenue, Box 2,
18                              Room 310
                               Fairbanks, Alaska 99707
19                             (907) 456-0245
20                          * * * * *
21
22
23
24
25
```

R & R COURT REPORTERS

810 N STREET
(907) 277-0572/Fax 274-8982

ANCHORAGE, ALASKA 99501

46

| | | |
|---|---|---|
| 1 | | that SJA would see it as well. |
| 2 | Q | Was there ever a policy when you were the -- I guess |
| 3 | | the garrison commander or the director of Community |
| 4 | | Activities for any sanding or traction control material |
| 5 | | being applied to sidewalks or parking lots? |
| 6 | A | When I was the director of Community Activities, you |
| 7 | | know, one of the areas that we had concern for was the |
| 8 | | Child Care Center, but that is listed as one of the |
| 9 | | priorities on the snow removal plan so if the |
| 10 | | conditions there got overly slippery to protect the |
| 11 | | mothers and the kids or the spou- -- the parents and |
| 12 | | the kids we would go in and spread down some sand. We |
| 13 | | do it in the PX and Commissary parking lot. There were |
| 14 | | -- I mean, large parking lots that were serving -- |
| 15 | | servicing, kind of, community areas such as the |
| 16 | | shopetts, park -- the PX/Commissary parking lots, the |
| 17 | | hospital, those kind of things, they would send the |
| 18 | | sand trucks through there. |
| 19 | Q | Was that on a regular basis? |
| 20 | A | I don't know. |
| 21 | Q | How come that isn't in the -- I don't see anything |
| 22 | | about any sanding in the snow removal policy? |
| 23 | A | For those areas? For those areas? |
| 24 | Q | Yeah (ph). Well, is there anything in the snow removal |
| 25 | | policy that specifies that those areas are going to be |

47

```
 1        sanded?
 2   A    I'd have to take a look at it, I don't know offhand,
 3        but again, going back to the.....
 4   Q    Well, they're all --.....
 5   A    ....topic here is the.....
 6   Q    .....they're all right there, sir, why don't you take a
 7        look at them?
 8   A    Yeah, but going back to the topic at hand, I mean,
 9        we're talking about the -- the housing area and the
10        responsibility for that is with the tenants.
11   Q    Look at the snow removal policy for the year 1998 to
12        '99 and tell us whether it mentions any -- any policy
13        of sanding any areas?
14   A    Do you already know if it does or doesn't?  Hello?
15   Q    It's not my policy.  Maybe I haven't read it carefully
16        enough.
17   A    No, I just -- I thought --.....
18   Q    I'm not aware (simultaneous speech).....
19   A    .....it's, kind of, a leading question so I figured you
20        might have already known whether it's in there or not.
21        I thought it might just save time if you could show me
22        where it is.
23   Q    I don't know of any place it talks about sanding any
24        place except.....
25   A    Okay.  Well, then just give me a minute to read it.
```

48

| | | |
|---|---|---|
| 1 | Q | .....where it says the police are going to go..... |
| 2 | A | Yeah, it says routine sanding of roads for ice control during duty hours will be scheduled as required. Other sanding requirements will be identified by the Provost Marshal's office which will notify Public Works directly, so, yeah, sanding was scheduled. |
| 7 | Q | That's for roads, isn't it? |
| 8 | A | Right. |
| 9 | Q | Is it your understanding that the -- that the other parking areas that were cleared of snow would be sanded either after they were cleared or on a regular basis during the winter? |
| 13 | A | Well, as an on needed basis, again, for those -- for the non-residential, common use areas. |
| 15 | Q | Who would decide when to sand those? |
| 16 | A | The director of Public Works and then in conjunction with the -- the MPs. |
| 18 | Q | How would that be communicated, would there be faxes, e-mails? |
| 20 | A | Probably -- they had a phone -- you know, work order phone lines established where you could call in a work order and then you could follow up on the status of the work order as well. |
| 24 | Q | Would the -- would the director of Public Works call in a work order or would they just call somebody and tell |

| | | |
|---|---|---|
| 1 | | somebody to get something done? |
| 2 | A | Well, they call the office within the director of the |
| 3 | | Public Works responsible for work orders and then that |
| 4 | | office would send the requirement out to the |
| 5 | | appropriate element of the director of the Public Works |
| 6 | | who..... |
| 7 | Q | If the MPs called and said the Child Care Center |
| 8 | | parking lot is slick, they call somebody on this work |
| 9 | | order phone and then somebody at the Public Works |
| 10 | | Department would send the sanding truck out? |
| 11 | A | No, the MPs are probably focused more on the roads than |
| 12 | | those non-residential area, common use areas and |
| 13 | | they're probably -- primarily focused on intersections |
| 14 | | and they probably had a phone line directly to the |
| 15 | | Roads and Grounds Department which was responsible |
| 16 | | within the DPW for snow removal.  Everybody else would |
| 17 | | have to work through -- I shouldn't, you know, make |
| 18 | | definite statements like that, but most everybody else, |
| 19 | | there are -- again there are exceptions, would work |
| 20 | | through the -- the work order desk and get it processed |
| 21 | | in the -- you know, the fas- -- in the manner I |
| 22 | | described earlier. |
| 23 | Q | What -- what documents are you aware of or do you think |
| 24 | | would be in existence to show that -- to show those |
| 25 | | orders and that the work had been done? |