```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   CAROL BOLT,                    )
                                    )
 4                  Plaintiff,      )
                                    )
 5   vs.                            )
                                    )
 6   UNITED STATES OF AMERICA,      )
                                    )
 7                  Defendant.      )
                                    )
 8   Case No. F02-0021 CV

 9              VIDEOTAPED DEPOSITION OF PAUL DeHAVEN
                            June 28, 2005
10
     APPEARANCES:
11
             FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
12                                 Law Offices of Robert A. Sparks
                                   Attorneys at Law
13                                 1552 Noble Street
                                   Fairbanks, Alaska 99701
14                                 (907) 451-0875

15           FOR THE DEFENDANT:    MR. STEPHEN COOPER
                                   Assistant U.S. Attorney
16                                 Federal Building & U.S.
                                   Courthouse
17                                 101 12th Avenue, Box 2
                                     Room 301
18                                 Fairbanks, Alaska 99701
                                   (907 456-0245
19

20                            *  *  *  *

21

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | | foreman of roads and grounds at Fort Wai- -- DPW. |
| 2 | Q | You were the what? |
| 3 | A | Foreman, the boss.  And from '75 to '82, I was |
| 4 | | equipment operator. |
| 5 | Q | '75 to when? |
| 6 | A | 1982, to December of '82, I was equipment operator. |
| 7 | Q | So what were you from October of '98 to 2002? |
| 8 | A | The supervisor, shop supervisor. |
| 9 | Q | Shop supervisor for the..... |
| 10 | A | For roads and grounds. |
| 11 | Q | What's the responsibilities of the supervisor? |
| 12 | A | Scheduling, hiring and firing, approving leave, |
| 13 | | disciplinary actions, making plans for grass cutting, |
| 14 | | snow removal. |
| 15 | Q | I..... |
| 16 | A | We -- we did refuse collection, railroad tracks, |
| 17 | | airfield. |
| 18 | Q | I must have some bad dates here because one of my notes |
| 19 | | said from 12 of '82 to October of '89 -- October of '99 |
| 20 | | you were the foreman of the roads and grounds? |
| 21 | A | Right. |
| 22 | Q | And then from October of '98 to 2002, what..... |
| 23 | A | Oh.  I was -- I was -- I was -- I was still in the |
| 24 | | position of a supervisor, but I was assigned to the MEO |
| 25 | | team.  It was a..... |

| | | |
|---|---|---|
| 1 | | know? |
| 2 | A | It's probably missing part of the pages, because it |
| 3 | | doesn't have all the building numbers on it. The 4,000 |
| 4 | | area is not in there. There should have been Spruce |
| 5 | | Street, Pine Street -- isn't in there. |
| 6 | Q | How would the snow removal be done in the residential |
| 7 | | apartment parking areas? |
| 8 | A | As to how would we actually do it? |
| 9 | Q | Yeah. What equipment would be used? |
| 10 | A | Two road graders and -- two road graders, probably five |
| 11 | | dump trucks, two ground guides, and a loader. |
| 12 | Q | And how would the snow be removed? Who -- which |
| 13 | | equipment would work in what order? |
| 14 | A | The graders would go in and roll it up, break it loose, |
| 15 | | and the loaders would go in and pile it up and load it |
| 16 | | out in the dump trucks and they'd haul it away to the |
| 17 | | snow dump. |
| 18 | Q | Did you ever use an auger in the parking lots? |
| 19 | A | Yeah. We used to use a blower. |
| 20 | Q | And it wasn't required, was it? |
| 21 | A | Well, you found out after awhile it was easier and |
| 22 | | quicker to do it with loaders than it was to bring the |
| 23 | | blower in there. Without looking at the job sheet of |
| 24 | | that day, I couldn't tell you if they had -- had a |
| 25 | | blower down there that day or not. |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | | the other. |
| 2 | Q | So do you know whether the Department of Public Works |
| 3 | | responded to that? |
| 4 | A | Yeah, they ran right over there and they sanded it.  At |
| 5 | | the same token, we also explained to the PX gas |
| 6 | | station, it's their responsibility to sand it, too, if |
| 7 | | they notice that it's slick.  Because they didn't do |
| 8 | | that either. |
| 9 | Q | Sir, are you aware of any reasons that the entrances to |
| 10 | | the housing area parking lots couldn't have also been |
| 11 | | sanded when your crews were doing the stop signs, the |
| 12 | | hospital, and the intersections and the other sanding |
| 13 | | areas? |
| 14 | A | They normally didn't require it.  There wasn't any |
| 15 | | reason it couldn't have been if it was -- if they |
| 16 | | requested, but it wasn't -- never been requested |
| 17 | | before. |
| 18 | Q | Did you have the ability to send sanding trucks out to |
| 19 | | sand in the entrances to the residential apartment |
| 20 | | house -- apartment..... |
| 21 | A | I could have. |
| 22 | Q | .....parking areas at Fort Wainwright if you believed |
| 23 | | that they were hazardous? |
| 24 | A | I could have if I had known about it.  We'd have |
| 25 | | probably responded to the first call and put it out and |

```
 1              then after that, we'd have contacted the housing
 2              department and see if they wished to continue it
 3              because she had to sit there and pay for it.  So all
 4              the work we did in housing area was reimbursable.
 5    Q         Who was it reimbursable by?
 6    A         The housing -- the housing department.  The DPW -- back
 7              into the DPW coffers.
 8    Q         So.....
 9    A         I'm not sure how the bean counting -- all I know was
10              the housing was reimbursable.
11    Q         So is snow removal one of the aspects that the MEO team
12              looked at?
13    A         Not in the housing area, because the housing area was
14              exempt from the MEO contract.
15    Q         So does DPW still do the.....
16    A         Yep.
17    Q         .....snow removal there?
18    A         Yep, they did.  They were supposed to.  I heard this
19              year didn't go very well.
20    Q         What did you hear didn't go very well?
21    A         They got a little late start.
22    Q         What do you mean?
23    A         It was like two weeks behind I would have normally
24              started it.
25    Q         Like middle of March?
```

|   |   |   |
|---|---|---|
| 1 |   | need them.  Because this schedule should have been |
| 2 |   | about -- should have been about four pages long. |
| 3 | Q | Do you know if that snow removal changed from being |
| 4 |   | done twice a year to being only done once a year at any |
| 5 |   | time when you were employed with the..... |
| 6 | A | Well, the only time I ever did it was once a year.  We |
| 7 |   | talked about doing it twice a year, but we never got |
| 8 |   | around to doing it twice a year. |
| 9 | Q | Did you ever believe that since the snow was only being |
| 10 |   | removed once a year that that caused a problem? |
| 11 | A | No. |
| 12 | Q | Did you ever..... |
| 13 | A | I mean the snow got deep in the parking lots, I |
| 14 |   | understood that, but, I mean, we'd do it -- just the |
| 15 |   | time frame it takes to do them, you couldn't feasibly |
| 16 |   | do them twice a winter. |
| 17 | Q | You didn't have enough manpower? |
| 18 | A | I had the manpower; I didn't have the time.  Well, I |
| 19 |   | guess the manpower, too.  But if I had the -- I -- I |
| 20 |   | could have made the time if I had the manpower, but I |
| 21 |   | needed more equipment, too, because the same equipment |
| 22 |   | that does that does other stuff, so..... |
| 23 | Q | Was there any procedure at the Department of Public |
| 24 |   | Works that you're aware of where people could call and |
| 25 |   | report hazardous conditions and that they'd go out and |

| | | |
|---|---|---|
| 1 | | lots, it gets scarred all by itself, then throw cars in |
| 2 | | there to boot, it -- it just doesn't work. |
| 3 | Q | You couldn't just -- you could have gone in and just |
| 4 | | plowed the main area in the parking lot or..... |
| 5 | A | We may -- they may have went and cut the driveway out |
| 6 | | off the street onto the..... |
| 7 | Q | What do you mean, cut the driveway out? |
| 8 | A | Where the island and the -- and the curb was..... |
| 9 | Q | Uh-huh. |
| 10 | A | .....because we come down and pull the road and pull |
| 11 | | the sidewalk and it leaves a ledge. |
| 12 | Q | Yeah. |
| 13 | A | We might have went in there and tried to scrape that |
| 14 | | ledge out so they didn't have a big drop-off in and out |
| 15 | | of the parking lot.  We wouldn't have gone into the |
| 16 | | parking lot. |
| 17 | Q | Did you ever notice when you were employed by the -- in |
| 18 | | the DPW section that the areas in front of the |
| 19 | | dumpsters in the apartment parking lots at Fort |
| 20 | | Wainwright got icy from cars going in and out on the |
| 21 | | snow in front of the par- -- in front of the dumpsters? |
| 22 | A | Not any more than any other intersection on base. |
| 23 | Q | Do you think that would be as icy as another |
| 24 | | intersection on base? |
| 25 | A | It shouldn't be as icy because it wouldn't have the |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | traffic.  Like a regular intersection has the car                    |
| 2  |   | sitting over with its catalytic converter melting the                |
| 3  |   | snow underneath it while he's waiting to take off and                |
| 4  |   | it turns to ice, but usually in the parking lots there               |
| 5  |   | wasn't that kind of traffic.                                         |
| 6  | Q | Well, if there was hardpack snow that had gotten icy on              |
| 7  |   | top, the resident wouldn't be able to completely cure                |
| 8  |   | that problem with just putting salt or sand on it,                   |
| 9  |   | would they?                                                          |
| 10 | A | Yeah.  That's all we would have done with it.                        |
| 11 | Q | Well, wouldn't that.....                                             |
| 12 | A | We'd brought a sander down and sanded it.                            |
| 13 | Q | Well, can't the -- well, if you put sand                             |
| 14 |   | or -- well.....                                                      |
| 15 | A | We can't use salt.                                                   |
| 16 | Q | Why not?                                                             |
| 17 | A | Because it thaws and it freezes again.  Salt is only                 |
| 18 |   | good until about -- until about 10 above and after                   |
| 19 |   | that, it doesn't work anymore.                                       |
| 20 | Q | Where did the DPW do sanding at?                                     |
| 21 | A | Sand all the intersections on base and then housing.                 |
| 22 |   | We used.....                                                         |
| 23 | Q | What do you mean sanded all the intersections on base                |
| 24 |   | and then housing?                                                    |
| 25 | A | All the stop signs, emergency parking areas at the                   |