Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant ) | NO. F02-0021 CV (RRB) |

### AFFIDAVIT OF CAROL BOLT

Carol Bolt, being first duly sworn, deposes and states as follows:

1. I am the Plaintiff in the above-captioned action.

2. I formerly lived at 4133 Neely Road, Apartment No. 8, Ft. Wainwright, Alaska, with my husband Kevin and our family. We lived in one apartment of a multiple residential apartment complex. There were three apartment buildings arranged in a U shape around one central parking lot. There were two entrances to the parking lot with an island. The only dumpster that served our buildings was located at the outside edge of the parking lot on a corner of one of the entrances to the parking

1

lot.

2. When I lived on Ft. Wainwright during the winter of 1998-99, I had one young boy, age 3, to care for when I was home from work. I usually worked from 9 to 6 Monday through Saturday as a hair stylist with Ethel's Hair Salon on Cushman Street in Fairbanks.

3. I was aware that our family was responsible for clearing the snow and ice from our steps and sidewalk areas, but I was never told that it was the apartment residents' responsibility for our apartment complex to remove the snow from the parking lot at our apartment complex on Neely Road.

4. During the winter of 1997-98, the snow was not removed from the apartment building parking lot by the Army. The residents of the apartment building all pitched in and bought a snow plow blade for a neighbor's four-wheeler. The Army would not let us use the snow plow that we purchased to clear the snow from the parking lot.

5. During the winter of 1998-99, the Army again failed to remove any of the snow from our apartment building parking lot. My husband and I cleared all of the snow from the areas that we had been made aware of that we were responsible for clearing the snow. No one told us that my family or anyone else in the apartment complex had any responsibility to clear the snow out of the parking lot or out from around the area by the dumpster.

2

Neither the Senior Occupant/Area Coordinator, Mr. Khan, nor anyone else organized the tenants to shovel snow out of the parking lot or around the area by the dumpster at any time. No one asked any of the tenants, or my family, to shovel any of the snow out of the parking lot or out of the around the area by the dumpster at any time during the winter of 1998-99.

6. Mr. Khan was the person that it was my understanding was responsible for the condition of the grounds where our apartment building was located and the condition of the parking lot and other common areas. Neither Mr. Khan, nor anyone else, told us that we should remove any snow out of the parking lot or near the dumpster or that it was any apartment occupant's responsibility to remove this snow. Neither Mr. Khan, nor anyone else tried to get any of the apartment tenants to shovel any of the snow out of the parking lot or out of the area near the dumpster for our building during the winter of 1998-99.

7. The snow removal for our parking lot was scheduled during March 1999. When the appointed day arrived for the snow removal service in the parking lot for our apartment building, there was a vehicle left in the parking lot by another tenant and the snow removal was not performed. The snow that had built up all winter in the parking lot was still not removed from during March 1999 and the particularly dangerous icy area near our dumpster had not been adequately addressed by Mr. Khan

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

or anyone else..

8. On April 1, 1999, I took my trash out to the dumpster around 8:00 A.M. as I was preparing to go to work. I was wearing rubber soled tennis shoes. I tried to walk as carefully as I could out to the dumpster. I got within a few feet of the dumpster when I fell on the ice. I slipped and fell on my right ankle, breaking it. I was in severe pain and I could not get up off the icy ground. I began yelling, trying to call for my husband, who had been placing our son in the car while I took out the trash. I was very scared that a car would turn into the parking lot while I was lying there and run me over. I finally attracted the attention of a neighbor, who got my husband.

9. When I arrived at the hospital in severe pain, I was told that I could not be given any pain medication, because of my advanced pregnancy. I was in severe pain from my broken ankle and they could not or would not give me any medication to relieve the pain. I went all day at the hospital without any pain medication or food. I had surgery to set my ankle that night from 5 - 8 P.M.. I had the surgery while I was awake and could feel part of the operation, because the epidural and spinal blocks were not effective for me. I was given pain medication when I was released from the hospital, but I was too afraid of harming my baby to take it.

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

4

10. Following my discharge from the hospital, my husband was sent to 4 weeks of training for TLDC about a week after my incident. Kevin was told that if he did not go to this training, he would not be allowed to re-enlist. I had no way to take care of myself or my child. I could not even access the only bathroom in my house, which was in the 2nd floor of my apartment. I had to have my mother-in-law come up to care my son and I for about 3 weeks. When I could finally travel, I went down to Tennessee and stayed with my parents so that they could care for my son and I.

11. It was approximately 7 months before I could even try to return to work. I continued to have problems with severe pain and swelling in my ankle when I first returned to work. I only tried to return to work in Alaska part-time for about one month before my husband and I were transferred to Kentucky. When I got to Kentucky, I found that my ankle was the same after the incident. I can't stand as long as I used to. I cannot walk as far as I used to be able to. I cannot run or my ankle hurts. When the weather changes, my ankle swells and causes me discomfort and pain. When I stand or walk too long, my ankle swells and is very painful.

12. If I was aware that I could have gone and picked up any gravel or sand to put in the parking lot, I would have been more than happy to do so. I was not informed that any gravel

was available for our use. I was a new military wife and I had only been married for one year before moving to Alaska during 1997. I was not told that there were any free snow shovels available for tenant use. I had to purchase a snow shovel to clear my sidewalk and steps at our apartment and it was my understanding that most tenants furnished their own snow removal equipment.

13. When I fell near the dumpster at my apartment parking lot on Ft. Wainwright on April 1, 1999, there was no sand, gravel, or any other traction material on the ground any place near where I fell. The surface of the ice at the spot where I fell was uneven and very slippery and hazardous for walking.

14. I believe that the Army should have removed the snow from the parking lot prior to my fall, and it was unreasonable for them to fail to do so. The Army cleared the snow from the parking lot following my fall, without the cars all being removed, and they could have easily done so when the snow removal was scheduled during March 1999. The Army should have at least provided adequate traction material to lessen the slipping hazard near the dumpster in my parking lot.

Dated at Stewart Co, Tennessee, this 6th day of March, 2006.

_Carol Bolt_
Carol Bolt

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1592 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-7735

SUBSCRIBED AND SWORN TO before me this 6th day of March, 2006.

_Marcia Robertson_
Notary Public in and for Stewart Co, TN
My Commission Expires: Nov. 14, 2006

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1392 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-3275
FAX: (907) 451-9183

7