Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT | ) |
| Plaintiff, | ) |
| V. | ) NO. F02-0021 CV (RRB) |
| UNITED STATES OF AMERICA | ) |
| Defendant | ) |

### AFFIDAVIT OF DR. DAVID W. GAW M.D.

David W. Gaw, M.D., being first duly sworn, deposes and states as follows:

1. I am a medical doctor licensed to practice in the State of Tennessee.

2. Attached hereto as Appendix "1" is a true and correct copy of my evaluation report of Plaintiff Carol Bolt dated February 19, 2001 and attached as Appendix "2" is a true and correct copy of my supplemental report dated December 20, 2004.

Dated at Nashville, Tennessee, this _____ day of March, 2006.

_____
Dr. David W. Gaw, M.D.

1

SUBSCRIBED AND SWORN TO before me this ___ day of March, 2006.

                                                                         _____
                                        Notary Public in and for _____
                                        My Commission Expires: _____

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

# DAVID W. GAW, M.D., P.C.

SOUTHERN HILLS MEDICAL CENTER
397 WALLACE ROAD - SUITE 301, BLDG. C
NASHVILLE, TENNESSEE 37211-4881

TELEPHONE (615) 833-1918 • FAX (615) 331-2545

Carol Ann Bolt                                                                                               RE-EVAL

December 20, 2004    DWG/dag

This 37 year old lady was previously seen for an evaluation of her right ankle in this office on 2-19-01.

She had injured her right ankle in April of 1999 when she fell on some ice in a parking lot at which time she sustained a displaced fracture of the right ankle. She subsequently underwent surgery the same day consisting of open reduction and internal fixation for the bimalleolar ankle fracture.

She states that she has not had any medical treatment for the right ankle for the past couple of years but she does continue to have problems with the ankle. She has swelling. The severity of this swelling comes and goes. She describes a knot that comes up over the lateral part of the ankle. This knot will be present for a day or so but then it leaves. She complains of soreness around the ankle as well as stiffness and an achy like feeling. She has difficulty walking for long periods of time such as when shopping. She cannot wear high-heel shoes because of the pain and swelling in the ankle.

She is working as a day care provider which does not require her to be up on her feet that much. She says that she can sit as needed with this job.

PHYSICAL EXAM: There is a mild degree of swelling. There is 1 cm. difference in the circumference of the ankle on the right as compared to the left when measured right over the malleoli. There is no deformity noted otherwise. She walks without a limp. She has well healed scars laterally and medially. There is full movement of the right knee. There is 1.5 cm. difference in the circumference of the leg on the right as compared to the left when measured the same distance from the patellae. There is no weakness of any of the muscle groups of the right lower extremity. She is moderately sore and tender around the well healed scars laterally and medially. The head of the screws can be felt.

Active Range of Motion - Right Ankle -    With Knee Completely Extended -
                                                                              -5° of dorsiflexion
                                                                              45° of plantar flexion

                                                                        With Knee Flexed 45° -
                                                                              15° of dorsiflexion
                                                                              45° of plantar flexion


Right Hindfoot Inversion -   20°
Right Hindfoot Eversion -    5°


She has good pulses. There is good sensation.

# DAVID W. GAW, M.D., P.C.

SOUTHERN HILLS MEDICAL CENTER
397 WALLACE ROAD - SUITE 301, BLDG. C
NASHVILLE, TENNESSEE 37211-4881

TELEPHONE (615) 833-1918  •  FAX (615) 331-2545

Carol Ann Bolt                                                                                          RE-EVAL

December 20, 2004   DWG/dag                                                      Continuation - Page 2

X-RAYS of the ankle made today reveal a healed bimalleolar fracture with retained plate and screws laterally as well as a screw and K-wire medially. There is only minimal narrowing of the tibiotalar joint. There are no osteophytes or significant degenerative changes noted.

DIAGNOSES: 1) Post-op open reduction & internal fixation of a bimalleolar fracture dislocation of the right ankle with retained internal fixation devices
2) Slight loss of movement of the right ankle secondarily

RECOMMENDATIONS FOR FURTHER TREATMENT:   Removal of the plate and screws would certainly be a reasonable option for this lady as it might well help some of the swelling and soreness that she has in the ankle. It should be her decision as to whether to have this done or not. I do not see any x-ray evidence of arthritis of the ankle.

RESTRICTIONS:   Pain is the limiting factor on her activities.

IMPAIRMENT:   There is no change in the impairment rating from that given in the IME report dated 2-19-02 note per the protocol of the Fifth Edition of the AMA Guides. She retains 9% PPI to the right lower extremity or **4% PPI to the whole person.**

This examination was conducted as per the protocol as outlined in the AMA Guidelines to the Evaluation of Permanent Impairment, Fifth Edition. The opinions given are of reasonable medical certainty and are based upon the protocol as outlined in the AMA Guidelines.

_____
David W. Gaw, MD, PC

Re-eval

Patient: Carol Bolt  Date: 12/20/04

Patient #: 0210    Accept ____ WC ____

**DAVID W. GAW, M.D., P.C.**
397 WALLACE ROAD - SUITE 301, BLDG. C
SOUTHERN HILLS MEDICAL CENTER
NASHVILLE, TENNESSEE 37211-4881
TELEPHONE (615) 833-1918

TAX ID# 62-1360170

| OFFICE | NEW | ESTAB. | CONSULT | 2nd OP | MODIFIERS |
|---|---|---|---|---|---|
| Min. | 99201 | 99211 | 99241 | 99271 | Not Global 24 |
| Ltd. | 99202 | 99212 | 99242 | 99272 | |
| Int. | 99203 | 99213 | 99243 | 99273 | |
| Ext. | 99204 | 99214 | 99244 | 99274 | POST-OP |
| Comp. | 99205 | 99215 | 99245 | 99275 | 99024 |

**INJECTIONS**
Sm. Jt.  20600   Epidural Block  62278
Int. Jt.  20605   Sciatic N. Block  64445
Major Jt.  20610  Brachial Plex. Block  64415
             Parafacet Block  64442

**CASTS**              **SPLINTS**
Short Arm  29075    Long Arm  29105
Long Arm  29065    Short Arm  29125
Long Leg  29345    Sugar Tong  29125
Short Leg  29405    Short Leg  29515
Cast Removal  29700   **MISC.**
Windowing Cast  29730  Suture Removal
                       Steri Strips

**SUPPLIES:**

| | | |
|---|---|---|
| | Chest 2 | 71020 |
| | Ribs | 71100 |
| | Sternum 2 | 71120 |
| | Cervical 3 | 72050 |
| | Cervical 5 | 72052 |
| | Thoracic 2 | 72070 |
| | Thoracic 3 | 72074 |
| | TL Spine | 72080 |
| | L. SP. 3 | 72110 |
| | L. SP. 5 | 72114 |
| | Clavicle | 73000 |
| | Scapula-Compl. | 73010 |
| | Shoulder 2 | 73030 |
| | Shoulder 3 | 76030 |
| | A-C Jts. | 73050 |
| | Humerus | 73060 |
| | Elbow | 73070 |
| | Forearm | 73090 |
| | Wrist 2 | 73100 |
| | Wrist 4 | 73110 |
| | Hand 3 | 73130 |
| | Finger 3 | 73140 |
| | Pelvis/Lat Hip 2 | |
| | Pelvis 1 | 72170 |
| | Pelvis, Frog Leg | 72190 |
| | Hip 2 | 73510 |
| | Sac-Coccyx 2 | 72220 |
| | Femur | 73550 |
| | Knee 2 | 73560 |
| | Knee 3 | 73562 |
| | Knee 4 | 73564 |
| ℞ | Tibia | 73590 |
| | Ankle 3  4 P  L AT | 73610 |
| | Foot 3 | 73630 |
| | OS. Calcis 2 | 73650 |
| | Toe 3 | 73660 |
| | Other | |

COMMENTS:

TOTAL FEE $500.00   ENCOUNTER # _____

RET. APPT. D ____ W ____ M ____ PRN ____

DIAGNOSIS: _____

Off Work  ☐ Yes  ☐ No

Return to work
  ☐ Light  ☐ Regular

[signature]