Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
Phone: (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT | ) |
| Plaintiff, | ) |
| v. | ) NO. F02-0021 CV (RRB) |
| UNITED STATES OF AMERICA | ) |
| Defendant | ) |

### AFFIDAVIT OF KEVIN BOLT

Kevin Bolt, being first duly sworn, deposes and states as follows:

1. I am the spouse of the Plaintiff Carol Bolt in the above-captioned action.

2. My wife and I formerly lived at 4133 Neely Road, Apartment No. 8, Ft. Wainwright, Alaska. We lived in one apartment of a multiple residential apartment complex. There were three apartment buildings arranged in a U shape around one central parking lot. Lack of adequate snow removal by the Army in our apartment parking lot was a continual problem.

3. During the winter of 1997-98, we pooled our money

1

among the residents of our apartment complex on Neely Road and we purchased a blade for a neighbor's four-wheeler to clear the snow in the parking lot. The Army would not let us clear our snow in the parking lot with the neighbor's four-wheeler and plow.

 4. During the winter of 1998-99, Mr. Khan was the building coordinator for our area. It was my understanding that Mr. Khan was responsible for the maintenance of our building and the conditions in the parking lot. When I talked to Mr Khan about Carol's fall, Mr. Khan told me that he had received numerous complaints about the icy conditions in the parking lot. He told me that he received numerous complaints and that he had been trying to get the Army to do the parking lot. Mr. Khan never told me that removal of the snow in the parking lot was my or any other building tenant's responsibility. No one told me that any gravel or shovels were available for free from the Army for snow removal in the parking lot.

 5. Prior to Carol's fall, during March, the Army had posted our parking lot for snow removal. The Army usually posted the snow removal a week or so ahead of time so that people who would be out of town could remove their cars. The Army did not clear our parking lot when it was posted, because there were a few vehicles left in the lot. Other tenants had

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

2

failed to remove their cars.

6. Following Carol's fall, the Army posted the parking lot at 4133 Neely Road and then came within a day or two, much sooner than usual, and removed the snow in the parking lot. There were still vehicles parked in the parking lot when the Army came to 4133 Neely Road and removed the snow.

7. I am aware that another parking lot in a residential area, the officer's parking lot, was cleared by the Army with cars still in the parking lot. I know that the officer's parking lot had been cleared by DPW prior to Carol's fall, because I saw that the snow had been removed and I know that there were cars in the lot when it was cleared, because the vehicles in the lot still had ice and snow underneath them.

8. Mr. Khan never told me that the apartment tenants had any responsibility for clearing any snow out of the parking lot. It was my understanding that we were only responsible for clearing our porch, steps and the sidewalk in front of our apartment.

9. On the morning of Carol's fall, around 8:00 AM, I saw her laying on the ground screaming by the dumpster. There was no gravel or sand or any other traction type material of any kind in that area. The surface of the ice in the area where Carol was laying was extremely icy and slick. I was being very cautious and nearly fell down myself due to the slickness of

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

3

the ice.

10. I was required to leave to attend a 4 week training class with the Army one week following Carol's fall. I left Carol sitting on the couch when I left with a cast on her leg. She could not even use the bathroom at our apartment, since she could not go upstairs to use it. My mother came up for a week to care for Carol and then Carol went down to Tennessee where her mother cared for her until my class was completed.

11. Carol cannot use her ankle the way she used to. It causes her problems when she stands for very long or when she tries to walk. Carol has had problems with her work, because of problems she continues to have with her ankle being painful and swelling.

Dated at 2:30 PM, Georgia, this 2 day of March, 2006.

_Kevin R. Bolt_
Kevin Bolt

SUBSCRIBED AND SWORN TO before me this 2nd day of March, 2006.

_[signature]_
Notary Public in and for State of Georgia
My Commission Expires: 1/29/2007

FELICIA M. BROWN
Notary Public, Chatham County, GA
My Commission Expires January 29, 2007

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1151 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

4