DATED this 7th day of March, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

<u>/s/ Robert A. Sparks</u>
Robert A. Sparks
Attorney for Plaintiff Bolt
Membership No.: 8611139

I certify that on March 7, 2006
that the foregoing document,
appendices and affidavits were
served on Stephen Cooper,
Asst. U.S. Attorney
<u>/s/ Robert A. Sparks</u>

50