DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | No. F02-0021 CV (RRB) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **UNOPPOSED MOTION TO EXTEND TIME FOR REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

COMES NOW Defendant above named and moves the Court to extend by one week, until March 21, 2006, the time for filing defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment.

The need for this extension arises from the number and complexity of other pending cases and matters that have been assigned to the undersigned, including three pending appeals in the Ninth Circuit, one of which had to be recently reassigned to

another attorney to make room for other matters on the undersigned's calendar (<u>United States v. Thomas</u>, CA No. 05-30074), and two of which are calendared for oral argument April 7 (<u>United States v. Napier</u>, CA No. 05-30348, and <u>United States v. Henrie</u>, CA No. 05-30420), numerous other cases and investigations, as well as the instant case and the length and volume of material constituting plaintiff's Opposition.

The one-week extension now sought is not expected to significantly prejudice any present interests, and is reasonably needed to accomplish the necessary preparation and filing of defendant's Reply.

Plaintiff's counsel has been contacted and expresses no opposition to this requested extension.

WHEREFORE, defendant respectfully requests an extension until March 21 to file its Reply to plaintiff's Opposition to Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this <u>14th</u> day of March, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Alaska Bar #6911028