DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | No. F02-0021 CV (RRB) |
| Plaintiff, | ) | |
| vs. | ) | **[Proposed]** **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Defendant's Unopposed Motion to Extend Time to Reply to Plaintiff's Opposition to Motion for Summary Judgment is GRANTED. The due date for said Reply is March 21, 2006.

Date:_____    _____
                                                                                   RALPH R. BEISTLINE
                                                                                   United States District Judge