DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, ) | No. F02-0021 CV (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | [Proposed] |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Defendant's Unopposed Motion to Extend Time to Reply to Plaintiff's Opposition to Motion for Summary Judgment is GRANTED. The due date for said Reply is March 21, 2006.

Date: 3/14/06

RALPH R. BEISTLINE
United States District Judge