```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3   CAROL BOLT,                        )
                                        )
 4                  Plaintiff,          )
                                        )
 5   vs.                                )
                                        )
 6   UNITED STATES OF AMERICA,          )
                                        )
 7                  Defendant.          )
                                        )
 8   Case No. F02-0021 CV
 9             VIDEOTAPED DEPOSITION OF RICHARD LOWE
                          June 15, 2005
10
     APPEARANCES:
11
            FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
12                                Law Offices of Robert A. Sparks
                                  Attorneys at Law
13                                1552 Noble Street
                                  Fairbanks, Alaska 99701
14                                (907) 451-0875

15          FOR THE DEFENDANT:    MR. STEPHEN COOPER
                                  Assistant U.S. Attorney
16                                Federal Building & U.S.
                                  Courthouse
17                                101 12th Avenue, Box 2
                                    Room 301
18                                Fairbanks, Alaska 99701
                                  (907 456-0245
19
                              *  *  *  *
20
21
22
23
24
25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

|    |   |                                                                           |
|----|---|---------------------------------------------------------------------------|
| 1  |   | adjoining quarters.  And that -- do you know whether --                   |
| 2  |   | in your opinion, does that apply to residential parking                   |
| 3  |   | areas such as the one for Mrs. Bolt's quarters at 4133                    |
| 4  |   | Neely Road?                                                               |
| 5  | A | I'm not even sure which quarters she was in, so I                         |
| 6  |   | could --  they -- like I said, it's set up in a huge                      |
| 7  |   | quad.                                                                     |
| 8  | Q | And that quad, the family housing occupants aren't                        |
| 9  |   | responsible for clearing the parking area, are they?                      |
| 10 | A | No, we usually do that or we do because they have no                      |
| 11 |   | place to put the snow.  I'm the only one who can move                     |
| 12 |   | it out of there.  Let's see, occupant will sand                           |
| 13 |   | hazardous areas.                                                          |
| 14 | Q | It doesn't define what -- which areas the occupants                       |
| 15 |   | need to sand, does it?                                                    |
| 16 | A | Well, no, but if they did submit a service order or a                     |
| 17 |   | call that it was too slick, that would be me                              |
| 18 |   | identifying it as a hazardous area, which they -- they                    |
| 19 |   | will sand hazardous areas.                                                |
| 20 | Q | How do you know that?                                                     |
| 21 | A | It says it right here.  Occupants will sand hazardous                     |
| 22 |   | areas.  Like you said, if they call in the service                        |
| 23 |   | orders for a service order, because they feel their                       |
| 24 |   | sidewalk or their parking lot sanding -- or slippery,                     |
| 25 |   | it's -- that means it's hazardous.  They're perfectly                     |

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | welcome to pick up sanding chips.                                  |
| 2  | Q | Where's the public works office?                                   |
| 3  | A | Well, it's not at the office.  It's at the place called            |
| 4  |   | the Chip Barn, but.....                                            |
| 5  | Q | Where's the Chip Barn located?                                     |
| 6  | A | Over by the power plant.                                           |
| 7  | Q | Where.....                                                         |
| 8  | A | But it's -- also self help will give them ice melt to              |
| 9  |   | put down in the hazardous areas, which is located --               |
| 10 |   | but most of them know where that is.                               |
| 11 | Q | If snow has compressed into ice and it's two or three              |
| 12 |   | inches thick, is something like ice melt going to make             |
| 13 |   | that less slick?                                                   |
| 14 | A | If they stayed on top of it.                                       |
| 15 | Q | You mean.....                                                      |
| 16 | A | Not if it -- not if we all of a sudden dropped hard                |
| 17 |   | pack at three to four inches, which doesn't happen.                |
| 18 |   | I've got people out there, they're driveways are dry               |
| 19 |   | all season long, because they go out there and shovel              |
| 20 |   | it.                                                                |
| 21 | Q | You can't expect one occupant of a multi-unit apartment            |
| 22 |   | complex to go out and shovel a whole parking lot, can              |
| 23 |   | you?                                                               |
| 24 | A | No, I wouldn't expect that out of them, but if they                |
| 25 |   | threw sanding chips down in their bad areas, I would               |

```
 1              expect that of them.
 2    Q         And where is the power plant at Fort Wainwright?
 3    A         You just follow the smoke.  I -- I don't know the exact
 4              address of it.  The big building that smokes.
 5    Q         How far away from 4133 Neely Road.....
 6    A         Right down the street.
 7    Q         And is it in a bag or.....
 8    A         No.
 9    Q         .....do you give people.....
10    A         It's -- I'd buy it in bulk, dump truck loads.  They
11              would have to put in a container.
12    Q         Do you give them anything to spread it with?
13    A         No.  It shovels.  They can get those from self help.
14    Q         So you don't -- you provide sand, but you don't provide
15              any containers and you don't provide any tools to.....
16    A         No.
17    Q         .....distribute it with?  So the removal of snow from
18              residents fan- -- from the residential housing parking
19              areas such as the parking lot for the apartment com- --
20              the apartment building at 4133 Neely Road is one of the
21              lowest priorities, isn't it, under the snow removal
22              policy?
23    A         Correct.  The removing the snow out of them, which I
24              believe it's priority 5, which is the lowest priority.
25    Q         And in priority, 5 is a, b, c, and d -- are those all
```

|   |   |   |
|---|---|---|
| 1 |   | REDIRECT EXAMINATION |
| 2 | BY MR. SPARKS: | |
| 3 | Q | So if the Provost Marshal's office called and said that the -- there was a family housing parking area that was dangerously slick, are you saying that under the policy that you couldn't go and -- as a result of that notification, that you couldn't go and sand the parking lot? |
| 9 | A | Basically, correct. |
| 10 | Q | I thought your prior testimony was that as the foreman that you had the discretion to decide to sand residential parking lots one year. |
| 13 | A | I do and that's why they won't get done. If I had trouble getting cars out of there for snow removal, picture going in with a broadcast spreader and peppering their cars. I'm sure you'd be one to complain that your car has just been sandblasted. I don't have a sander that just puts it right here. It throws it. |
| 20 | Q | Sander -- is it sand or gravel? |
| 21 | A | It's gravel chips from Brown's Hill Quarry is where I've been buying them. I used to get them from Fairbanks Sand and Gravel. |
| 24 | Q | How big are those chips? |
| 25 | A | I think -- I believe they're three-eighths minus |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | | crushed.  So they've got sharp edges. |
| 2 | Q | Have you ever used sand? |
| 3 | A | No. |
| 4 | Q | Why not? |
| 5 | A | To me -- well, everything I've read, it doesn't work up |
| 6 | | here with these temperatures.  Same thing with the |
| 7 | | majority of the chemicals. |
| 8 | Q | What chemicals? |
| 9 | A | Like calcium chloride, magnesium chloride, typical |
| 10 | | sanding chemicals.  These temperatures are basically |
| 11 | | too unpredictable to know. |
| 12 | Q | So if you wanted to sand a family parking lot, you have |
| 13 | | the ability to do that, but you wouldn't -- your |
| 14 | | testimony is you wouldn't exercise that discretion to |
| 15 | | do it.  Is that correct? |
| 16 | A | Correct.  I would tell them where they could get chips |
| 17 | | and they could go pick them up. |
| 18 | Q | And -- but the interrogatory answers that Mr. Cooper |
| 19 | | had you -- drew to your attention, it doesn't say that |
| 20 | | the -- Ms. Bolt's housing area was scheduled for that |
| 21 | | date was it -- does it? |
| 22 | A | Yes, it says it's scheduled for March the 9th. |
| 23 | Q | Well, let's look at that.  Exhibit 3. |
| 24 | A | Last page.  Was it 3 or was it 2?  Pa- -- maybe it was |
| 25 | | 2. |