```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   CAROL BOLT,                          )
                                          )
 4                  Plaintiff,            )
                                          )
 5   vs.                                  )
                                          )
 6   UNITED STATES OF AMERICA,            )
                                          )
 7                  Defendant.            )
     _____)
 8   Case No. F02-0021 CV

 9            VIDEOTAPED DEPOSITION OF PAUL DeHAVEN
                          June 28, 2005
10
     APPEARANCES:
11
          FOR THE PLAINTIFF:      MR. ROBERT A. SPARKS
12                                Law Offices of Robert A. Sparks
                                  Attorneys at Law
13                                1552 Noble Street
                                  Fairbanks, Alaska 99701
14                                (907)  451-0875

15        FOR THE DEFENDANT:      MR. STEPHEN COOPER
                                  Assistant U.S. Attorney
16                                Federal Building & U.S.
                                  Courthouse
17                                101 12th Avenue, Box 2
                                    Room 301
18                                Fairbanks, Alaska 99701
                                  (907 456-0245
19

20                         *  *  *  *

21

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1       need them.  Because this schedule should have been
 2       about -- should have been about four pages long.
 3  Q    Do you know if that snow removal changed from being
 4       done twice a year to being only done once a year at any
 5       time when you were employed with the.....
 6  A    Well, the only time I ever did it was once a year.  We
 7       talked about doing it twice a year, but we never got
 8       around to doing it twice a year.
 9  Q    Did you ever believe that since the snow was only being
10       removed once a year that that caused a problem?
11  A    No.
12  Q    Did you ever.....
13  A    I mean the snow got deep in the parking lots, I
14       understood that, but, I mean, we'd do it -- just the
15       time frame it takes to do them, you couldn't feasibly
16       do them twice a winter.
17  Q    You didn't have enough manpower?
18  A    I had the manpower; I didn't have the time.  Well, I
19       guess the manpower, too.  But if I had the -- I -- I
20       could have made the time if I had the manpower, but I
21       needed more equipment, too, because the same equipment
22       that does that does other stuff, so.....
23  Q    Was there any procedure at the Department of Public
24       Works that you're aware of where people could call and
25       report hazardous conditions and that they'd go out and
```

13

```
 1          take care of it?
 2   A      They'd call trouble call.
 3   Q      Trouble call?
 4   A      Uh-huh.
 5   Q      What was that procedure?
 6   A      They just call trouble call.  I believe it was 353-7069
 7          and report a -- if there was a problem and they'd send
 8          a service order to the person -- to the responsible
 9          area and they'd go out and check it out.
10   Q      And did you have any understanding of how the trouble
11          calls originated?  Was anybody responsible for
12          inspecting the roads or the parking lots to see if they
13          were hazardous?
14   A      No.
15   Q      How about in the residential parking areas for these
16          apartment complexes at Fort Wainwright, do you know if
17          anybody inspected those?
18   A      Well, I -- we never did unless the housing area
19          inspectors did, but we never inspected them.
20   Q      Do you believe that in the springtime, that if the
21          hardpack hasn't been removed from the parking lot that
22          when the temperatures get to 40 and 50 degrees, that it
23          could create a hazardous situation as far as people
24          slip.....
25   A      Oh, yeah.
```

| | | |
|---|---|---|
| 1 | Q | Being slippery? |
| 2 | A | Yes. |
| 3 | Q | Did you do anything as the foreman or, to your |
| 4 | | knowledge, did the Department of Public Works have any |
| 5 | | policy to do -- take any action if the weather got warm |
| 6 | | and there was some hardpack snow in the parking lots? |
| 7 | A | We could on- -- we could only get to so many so often |
| 8 | | and if they had their -- like, if their turn was on |
| 9 | | March the 9th, and they didn't have their vehicles out |
| 10 | | of that parking lot by 10:00 o'clock in the morning, we |
| 11 | | pulled the signs and moved on.  And then we would go |
| 12 | | back after October the -- April the 1st and repost |
| 13 | | again. |
| 14 | Q | My understanding was, is -- from my client was that |
| 15 | | after she fell down on April 1st in her parking lot |
| 16 | | that sometime after that, either like that day or the |
| 17 | | next day, the military came and cleared the parking lot |
| 18 | | without all the cars being moved.  Is that possible? |
| 19 | A | It wouldn't have been roads and grounds that did it, |
| 20 | | because we would not go into a parking lot with cars in |
| 21 | | there because the quarters are too close to work. |
| 22 | Q | The what? |
| 23 | A | The -- too close of quarters to work.  I mean, |
| 24 | | you -- you try to slap two road graders or front loader |
| 25 | | or snow blower and five dump trucks in one of them |

|    |   |                                                                          |
|----|---|--------------------------------------------------------------------------|
| 1  |   | lots, it gets scarred all by itself, then throw cars in                  |
| 2  |   | there to boot, it -- it just doesn't work.                               |
| 3  | Q | You couldn't just -- you could have gone in and just                     |
| 4  |   | plowed the main area in the parking lot or.....                          |
| 5  | A | We may -- they may have went and cut the driveway out                    |
| 6  |   | off the street onto the.....                                             |
| 7  | Q | What do you mean, cut the driveway out?                                  |
| 8  | A | Where the island and the -- and the curb was.....                        |
| 9  | Q | Uh-huh.                                                                  |
| 10 | A | .....because we come down and pull the road and pull                     |
| 11 |   | the sidewalk and it leaves a ledge.                                      |
| 12 | Q | Yeah.                                                                    |
| 13 | A | We might have went in there and tried to scrape that                     |
| 14 |   | ledge out so they didn't have a big drop-off in and out                  |
| 15 |   | of the parking lot.  We wouldn't have gone into the                      |
| 16 |   | parking lot.                                                             |
| 17 | Q | Did you ever notice when you were employed by the -- in                  |
| 18 |   | the DPW section that the areas in front of the                           |
| 19 |   | dumpsters in the apartment parking lots at Fort                          |
| 20 |   | Wainwright got icy from cars going in and out on the                     |
| 21 |   | snow in front of the par- -- in front of the dumpsters?                  |
| 22 | A | Not any more than any other intersection on base.                        |
| 23 | Q | Do you think that would be as icy as another                             |
| 24 |   | intersection on base?                                                    |
| 25 | A | It shouldn't be as icy because it wouldn't have the                      |

|    |   |                                                                         |
|----|---|-------------------------------------------------------------------------|
| 1  |   | traffic.  Like a regular intersection has the car                       |
| 2  |   | sitting over with its catalytic converter melting the                   |
| 3  |   | snow underneath it while he's waiting to take off and                   |
| 4  |   | it turns to ice, but usually in the parking lots there                  |
| 5  |   | wasn't that kind of traffic.                                            |
| 6  | Q | Well, if there was hardpack snow that had gotten icy on                 |
| 7  |   | top, the resident wouldn't be able to completely cure                   |
| 8  |   | that problem with just putting salt or sand on it,                      |
| 9  |   | would they?                                                             |
| 10 | A | Yeah.  That's all we would have done with it.                           |
| 11 | Q | Well, wouldn't that.....                                                |
| 12 | A | We'd brought a sander down and sanded it.                               |
| 13 | Q | Well, can't the -- well, if you put sand                                |
| 14 |   | or -- well.....                                                         |
| 15 | A | We can't use salt.                                                      |
| 16 | Q | Why not?                                                                |
| 17 | A | Because it thaws and it freezes again.  Salt is only                    |
| 18 |   | good until about -- until about 10 above and after                      |
| 19 |   | that, it doesn't work anymore.                                          |
| 20 | Q | Where did the DPW do sanding at?                                        |
| 21 | A | Sand all the intersections on base and then housing.                    |
| 22 |   | We used.....                                                            |
| 23 | Q | What do you mean sanded all the intersections on base                   |
| 24 |   | and then housing?                                                       |
| 25 | A | All the stop signs, emergency parking areas at the                      |

| | | |
|---|---|---|
| 1 | | hospital, in front of the MPs, in front of the fire |
| 2 | | station, in front of the PX, in front of the |
| 3 | | commissary, in front of the P -- or PX gas station. |
| 4 | Q | What about the housing areas? What was sanded there? |
| 5 | A | We did -- did the intersections. The intersections and |
| 6 | | the crosswalks for the schools. |
| 7 | Q | Did you do commercial parking areas at Fort Wainwright? |
| 8 | A | Did the commissary, the PX, Bassett. |
| 9 | Q | How about the day care center? |
| 10 | A | Yeah, we cleaned the snow in the day care center. |
| 11 | Q | How come you did the snow at the day care center? |
| 12 | A | Because the day care center managed to get their |
| 13 | | priority high up on the list. |
| 14 | Q | Are you aware of -- were you ever -- sitting here |
| 15 | | today, can you recall whether you were ever aware of |
| 16 | | this incident where Ms. Bolt fell and hurt herself? |
| 17 | A | No, I never heard of it. |
| 18 | Q | Were you -- are you aware of any incidents where anyone |
| 19 | | else fell on ice and sustained a personal injury? |
| 20 | A | Only incidents I know -- only -- only incidents I know |
| 21 | | is there was a gal that fell at the PX gas station. |
| 22 | Q | When was that, do you know? |
| 23 | A | No, I can't recall. It was after the new contractor |
| 24 | | took over. |
| 25 | Q | Was that in the last few years, then? |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1   A      Yeah.
 2   Q      Do you recall if anybody fell in the -- in any other
 3          parking lot?  Well, do you know if there was.....
 4   A      I'm sure people fell, but I don't know who all reported
 5          it.  I don't get -- I'm not privy to that -- I don't --
 6          I don't get that information.
 7   Q      So if there was reports of people falling in parking
 8          lots at Fort Wainwright, you don't think that you would
 9          be the person that would receive that information?
10   A      I -- it would get to me after awhile, but I wouldn't --
11          they may not necessarily call me first.  They would
12          call trouble call or they could call upstairs.
13          I -- I -- it's -- there's a lot of -- there's a lot of
14          channels it has to go through before it gets down to
15          me.
16   Q      Who do you think it would have to go through?
17   A      All the -- all the -- almost all the requests have to
18          go through the -- to the director.
19   Q      Who was the director at this time?
20   A      '99, should have been Meeks.  I think it was Meeks.
21          He's been there quite awhile.
22   Q      How did you hear about this person that fell down at
23          the gas station?
24   A      They called trouble call.  And the gas station also
25          called trouble call at the same time, one right after
```

```
 1            the other.
 2    Q       So do you know whether the Department of Public Works
 3            responded to that?
 4    A       Yeah, they ran right over there and they sanded it.  At
 5            the same token, we also explained to the PX gas
 6            station, it's their responsibility to sand it, too, if
 7            they notice that it's slick.  Because they didn't do
 8            that either.
 9    Q       Sir, are you aware of any reasons that the entrances to
10            the housing area parking lots couldn't have also been
11            sanded when your crews were doing the stop signs, the
12            hospital, and the intersections and the other sanding
13            areas?
14    A       They normally didn't require it.  There wasn't any
15            reason it couldn't have been if it was -- if they
16            requested, but it wasn't -- never been requested
17            before.
18    Q       Did you have the ability to send sanding trucks out to
19            sand in the entrances to the residential apartment
20            house -- apartment.....
21    A       I could have.
22    Q       .....parking areas at Fort Wainwright if you believed
23            that they were hazardous?
24    A       I could have if I had known about it.  We'd have
25            probably responded to the first call and put it out and
```

```
 1           then after that, we'd have contacted the housing
 2           department and see if they wished to continue it
 3           because she had to sit there and pay for it.  So all
 4           the work we did in housing area was reimbursable.
 5    Q      Who was it reimbursable by?
 6    A      The housing -- the housing department.  The DPW -- back
 7           into the DPW coffers.
 8    Q      So.....
 9    A      I'm not sure how the bean counting -- all I know was
10           the housing was reimbursable.
11    Q      So is snow removal one of the aspects that the MEO team
12           looked at?
13    A      Not in the housing area, because the housing area was
14           exempt from the MEO contract.
15    Q      So does DPW still do the.....
16    A      Yep.
17    Q      .....snow removal there?
18    A      Yep, they did.  They were supposed to.  I heard this
19           year didn't go very well.
20    Q      What did you hear didn't go very well?
21    A      They got a little late start.
22    Q      What do you mean?
23    A      It was like two weeks behind I would have normally
24           started it.
25    Q      Like middle of March?
```