IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CAROL BOLT,                          )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                Defendant.           )
_____)

Case No. F02-0021 CV

VIDEOTAPED DEPOSITION OF JOHN ALBRECHT
June 28, 2005

APPEARANCES:

    FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
                              Law Offices of Robert A. Sparks
                              Attorneys at Law
                              1552 Noble Street
                              Fairbanks, Alaska 99701
                              (907) 451-0875

    FOR THE DEFENDANT:    MR. STEPHEN COOPER
                              Assistant U.S. Attorney
                              Federal Building & U.S.
                              Courthouse
                              101 12th Avenue, Box 2
                                Room 301
                              Fairbanks, Alaska 99701
                              (907) 456-0245

\* \* \* \*

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | A | Daily. |
| 2 | Q | When you say daily, what do you mean daily? |
| 3 | A | Monday through Friday. |
| 4 | Q | And are all the housing areas inspected every day or is |
| 5 | | there a schedule? |
| 6 | A | No, no.  We do have a schedule and it would be |
| 7 | | impossible to hit all, because we -- we have even an |
| 8 | | area in Walden Estates that's about 10 miles outside of |
| 9 | | post. |
| 10 | Q | Do you know offhand how many apartment -- how many |
| 11 | | apartments there are at Fort Wainwright? |
| 12 | A | About 2,000 currently. |
| 13 | Q | How are the records maintained of the inspections? |
| 14 | A | We keep a -- a digital file.  At least, we've |
| 15 | | maintained it for about the past three years.  I'm not |
| 16 | | sure how it was kept prior to that. |
| 17 | Q | Well, let's start at the beginning.  When the inspector |
| 18 | | goes out and he sees something, does he write that down |
| 19 | | someplace or how does he record that? |
| 20 | A | Yes.  We have what we call citations..... |
| 21 | Q | And what's the purposes..... |
| 22 | A | .....or tickets. |
| 23 | Q | What's the purpose of that? |
| 24 | A | Mainly to let the occupant know what the ara- -- the |
| 25 | | areas that they're deficient in and how to correct |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

|    |   |                                                                                     |
|----|---|-------------------------------------------------------------------------------------|
| 1  |   | them.  We have, you know, a couple different kinds of                               |
| 2  |   | citations.  We have general tickets, some that are for                              |
| 3  |   | pet feces, some for snow removal.  We try to make it as                             |
| 4  |   | specific as possible so the occupant knows specifically                             |
| 5  |   | what areas that they are deficient in.                                              |
| 6  | Q | So it would be snow removal in an area that the                                     |
| 7  |   | occupant is responsible for?                                                        |
| 8  | A | Yes.                                                                                |
| 9  | Q | And so is that done on -- that's a piece of paper                                   |
| 10 |   | that's filled out for that citation?                                                |
| 11 | A | Right, right.  It's just a.....                                                     |
| 12 | Q | And what's done with the -- how many copies are made at                             |
| 13 |   | that time?                                                                          |
| 14 | A | We have two copies.  One goes to the resident and one                               |
| 15 |   | gets put into their -- their file which we keep back at                             |
| 16 |   | the office.                                                                         |
| 17 | Q | Okay.  What's done with the one that's in the file at                               |
| 18 |   | the office?                                                                         |
| 19 | A | It's maintained.                                                                    |
| 20 | Q | For how long?                                                                       |
| 21 | A | As long as the occupant is there.  Normally, it's 36                                |
| 22 |   | months because that's the tour of duty.  And when they                              |
| 23 |   | come in and clear with a set of clearing orders, we                                 |
| 24 |   | take it out so that the new occupant that comes into                                |
| 25 |   | that facility won't have 10, 15 citations.                                          |

| | | |
|---|---|---|
| 1 | Q | What are they done with when they're taken out? |
| 2 | A | They're destroyed. |
| 3 | Q | Do you know if anybody else was in charge of Post |
| 4 | | Services before Aaron Norman? |
| 5 | A | I believe Sergeant First Class Treat was in charge |
| 6 | | prior to him. |
| 7 | Q | Do you know what his first name is? |
| 8 | A | I -- I do not, sir. |
| 9 | Q | Do you know how the last name is spelled? |
| 10 | A | It's Tango Romeo Echo Alpha Tango. |
| 11 | Q | Okay.  And do you know what years he was there? |
| 12 | A | I'm going to say -- I'm going to say right around 2000. |
| 13 | | I know that when I arrived on post, when I had |
| 14 | | quarters, I knew that he was -- he was the guy in |
| 15 | | charge of Post Services at the time, so..... |
| 16 | Q | When was Sergeant Norman in charge of Post Services? |
| 17 | A | I'm going to say 2001 to March of 2003 and then I |
| 18 | | took -- took over as in March.  There was that month |
| 19 | | transition time that he kind of showed me the ropes |
| 20 | | and -- I think that's pretty close. |
| 21 | Q | So do you think it would be fair to say that Post |
| 22 | | Services relies on DPW to inspect the parking lots at |
| 23 | | Fort Wainwright for hazardous conditions concerning ice |
| 24 | | and snow accumulations? |
| 25 | A | They're in charge of clearing them and they do -- they |