Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| CAROL BOLT | ) | |
| | ) | |
| Plaintiff, | ) | case No. F02-0021cv (RRB) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PLAINTIFF'S REQUEST FOR HEARING

        Plaintiff Carol Bolt, by and through her attorney, Robert A.
Sparks, pursuant to F.R.C.P. 78, hereby requests that the Court
schedule a hearing on Defendant's Motion for Summary Judgment,
because the legal  issues raised by Defendant are complicated and
a hearing at which the parties' lawyers argue their respective
positions would be helpful to the court.   Plaintiff Bolt,
therefore, requests that the Court set Defendant's Motion for
Summary Judgment for hearing.




Bolt v. U.S.
page 1

DATED this _____ day of March, 2006, at Fairbanks, Alaska.


THE LAW OFFICE OF ROBERT A. SPARKS


/s/Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff Bolt
Membership No.: 8611139


the undersigned hereby
certifies that this
document was served on
Defendants attorney
Stephen Cooper, Asst.
U.S. Attorney via
e-mail.

/s/Robert A. Sparks


Bolt v. U.S.
page 2