```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


                    BOLT   v.   USA

DATE:    March 31, 2006        CASE NO.    4:02-CV-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```
---

Oral argument (30 minutes) on Defendant's Motion for Summary Judgment (Docket 31) will be held on **Friday, June 2, 2006, at 11:00 a.m.,** in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING ORAL ARGUMENT