Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska   99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, ) | |
| ) | |
| Plaintiff, ) | case No. F02-0021cv (RRB) |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF TELEPHONIC PARTICIPATION

COMES NOW, Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, and hereby provides notice to this Court that Plaintiff's attorney will participate telephonically at Oral Argument, scheduled for June 2, 2006 at 11:00 A.M.. Mr. Sparks is traveling and will be out of town. Mr. Sparks can be reached at (907)590-2251 at the time of the Oral Argument.

DATED this 19th day of May, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/S/ ROBERT A. SPARKS
Robert A. Sparks
Attorney for Defendant
Membership No.: 8611139

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was [X] mailed [] faxed [] hand-delivered to:
Stephen Cooper
this 19TH day of May, 2006.
LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert Sparks