Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) |
| Plaintiff, | ) case No. F02-0021cv (RRB) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

NOTICE OF APPEAL

Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, hereby provides notice of her appeal of the decision of the U.S. District Court in this case entered July 18, 2006, to the Ninth Circuit Court of Appeals, pursuant to 28. U.S.C. §1291

DATED this 3rd day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff Bolt

Bolt v. U.S.
page 1

Certificate of Service
I hereby certify that a copy
of this notice of appeal and
accompanying civil appeal
docketing statement, Order Dated
July 18, 2006, Tape Order Form
and Transcript Designation Form
were served via email on
Stephen Cooper
Assistant U.S. Attorney
Office of the U.S. Attorney
on August 3, 2006.

/s/Robert A. Sparks

Bolt v. U.S.
page 2