A-11 (rev. 5/00)                                                                                          Page 1 of 2



USCA DOCKET # (IF KNOWN)



**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**CIVIL APPEALS DOCKETING STATEMENT**

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Alaska | JUDGE: Ralph R. Beistline |
|---|---|---|
| Carol Bolt v. United States | DISTRICT COURT NUMBER: 4:02-cv-0021 | |
| | DATE NOTICE OF APPEAL FILED: 7-21-2006 | IS THIS A CROSS-APPEAL? No ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): No | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Summary Judgment dismissing FTCA claim

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Factual issues exist for trial

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☒ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
   (Specify) _____

☒ Any other information relevant to the inclusion of this case in the Mediation Program   Underlying decision, obviously error.

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ ORDER APPEALED | RELIEF |
| ☒ Federal Question<br>☐ Diversity<br>☐ Other (Specify): | ☒ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☐ Default Judgment<br>☐ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☒ Summary Judgment<br>☐ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☐ Judgment as a Matter of Law<br>☐ Other (Specify): | ☐ Damages:<br>Sought $ N/A<br>Awarded $ N/A<br>☐ Injunctions:<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted<br>☐ Denied<br><br>☐ Attorney Fees:<br>Sought $ N/A<br>Awarded $ N/A<br>☐ Pending<br>☐ Costs: $ N/A |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

Signature _[signed]_    Date 7-21-2006

### COUNSEL WHO COMPLETED THIS FORM

NAME: Robert A. Sparks
FIRM: Robert A. Sparks Law Office
ADDRESS: 1552 Noble Street, Fairbanks, AK 99701
E-MAIL: sparkslawoffice@yahoo.com
TELEPHONE: 907-451-0875
FAX: 907-451-9385

☐ This Document Should Be Filed in The District Court With The Notice of Appeal
☐ If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals