UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROL BOLT  v.  UNITED STATES OF AMERICA

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                           CASE NO.  4:02-CV-00021-RRB

John W. Erickson, Jr.                      DATE: July 18, 2006

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING PLAINTIFF'S RULE 59 MOTION**

---

For reasons more carefully articulated in Defendant's Opposition to Plaintiff's Motion Under Rule 59 to Reverse Order Granting Summary Judgment (Docket No. 50), Plaintiff's Rule 59 Motion (Docket No. 49) is hereby **DENIED**.

In particular, the Court notes "it was _not_ the nature of the [D]efendant - i.e., governmental vs. private - but rather the nature of the task faced by the [D]efendant, and the lack of causation, which formed the basis . . ." of its decision. Clerk's Docket No. 50 at 12 (emphasis added).