AO 436 (Rev. 1/87)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

## TAPE ORDER

*Read Instructions on Back.*

| | |
|---|---|
| 1. NAME: Robert A. Sparks | 2. PHONE NUMBER: 907-451-0875 |
| | 3. DATE: July 21, 2006 |
| 4. MAILING ADDRESS: 1552 Noble Street | 5. CITY: Fairbanks |
| | 6. STATE: AK |
| | 7. ZIP CODE: 99701 |
| 8. CASE NUMBER: 4:02-cv-0021 | 9. CASE NAME: Bolt v. U.S. |
| | DATES OF PROCEEDINGS |
| | 10. FROM: June 2, 2006 |
| | 11. TO: June 2, 2006 |
| 12. PRESIDING JUDICIAL OFFICIAL: Hon. Ralph Beistline | LOCATION OF PROCEEDINGS |
| | 13. CITY: |
| | 14. STATE: |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TAPE REQUESTED** (Specify portion(s) and date(s) of proceedings for which duplicate tape(s) are requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | [X] OTHER (Specify) Hearing re MSJ | June 2, 2006 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. TAPES | NO. COPIES | COSTS |
|---|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: [signature]

PROCESSED BY:

ESTIMATE TOTAL:

19. DATE: July 20, 2006

PHONE NO.:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TAPE DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE | | | TOTAL DUE | |

(All previous editions of this form are cancelled and should be destroyed.)

WHITE - COURT COPY     GREEN - ORDER RECEIPT     PINK - ORDER COPY