DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>     Defendant.  )<br>_____ ) | No. 4:02-cv-00021-RRB<br><br>**DECLARATION OF<br>STEPHEN COOPER<br>RE ATTORNEY FEES** |

Pursuant to the Judgment herein entered August 8, 2006, docket #55, ordering the award of attorney's fees to the United States, I, Stephen Cooper, declare under penalty of perjury:

1. I am and have been at all times during the pendency of the above case the attorney for defendant the United States of America.

2. The total time I worked on this case for the United States in that capacity, from the service of plaintiff's complaint in December 2002 to the date of entry of Judgment August 8, 2006, was in excess of 570 hours.

3. The 570 hours I worked on this case consisted of 23 hours in 2003, 18 hours in 2004, 216 hours in 2005, and 313 hours in 2006.

4. The amount actually expended by the United States in attorney compensation and the standard Department of Justice overhead for the said 570 hours was $154.21 per hour in 2003, $156.45 per hour in 2004, $158.57 per hour in 2005, and $160.37 per hour in 2006. The total of these amounts expended by defendant for the 570 hours of attorney time was $90,809.81.

5. Based on the foregoing data and computation, the amount of the attorney's fee award which has already been ordered in the Judgment herein should be entered as $90,809.81.

I declare under penalty of perjury that based on facts within my knowledge and data of which I have been reliably informed by the Department of Justice and verily believe, the foregoing is true and correct.

Dated: August 18, 2006        /s/ Stephen Cooper
                              STEPHEN COOPER
                              Assistant United States Attorney
                              Federal Building & U.S. Courthouse
                              101 12th Avenue, Room 310
                              Fairbanks, Alaska 99701
                              Phone: (907) 456-0245
                              Fax: (907) 456-0577
                              E-mail: stephen.cooper@usdoj.gov
                              AK #6911028

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing **DECLARATION OF STEPHEN COOPER RE ATTORNEY FEES** was sent to counsel of record Robert A. Sparks on August 18, 2006, via electronic means.

/s/ STEPHEN COOPER
Office of the United States Attorney