AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____

Carol BOLT        v.    U.S.

**BILL OF COSTS**

Case Number: 4:02-cv-00021-RRB

Judgment having been entered in the above entitled action on 08/08/06 (Date) against pl Carol Bolt, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................. | $ _____ |
| Fees for service of summons and subpoena ................................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case  LR 54.1(e)(3) | 1013.50 |
| Fees and disbursements for printing ..................................................... | _____ |
| Fees for witnesses (itemize on reverse side) .............................................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ LR 54.1(e)(5) | 80.85 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ......................................... | _____ |
| Compensation of court-appointed experts ............................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ........................................................... | _____ |
| TOTAL | $ 1094.35 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was ~~mailed today with postage prepaid to:~~ Robert A. Sparks                       served by electronic filing notice

Signature of Attorney: /s/ STEPHEN COOPER

Name of Attorney: _____

For: USA                                                                                Date: 08/18/06
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____                    By: _____                         _____
Clerk of Court                      Deputy Clerk                               Date