US v. BOLT, Carol F02-0021 CV
Discovery Given

06/30/03-Initial Disclosures Pursuant to FRCP 26(a)(1)
    38 pp

08/18/03-Letter Answering Defense's Requests
    52 pp

10/23/03-Follow-up Letter from October 20 to Defense
    2 pp

12/09/03-Letter dated December 9, 2003
    7 pp

unknown date-Transcript of Sajid Khan Interview
    4 pp

01/09/04-Defendant's Requests for Admissions
    32 pp

04/04/05-Supplemental Response to Plaintiff's Request for Production No.10
    131 pp

07/20/05-Second Supplemental Response to Plaintiff's Request for Production No. 10
    48 pp

07/22/05-Letter re: Interim Progress Report on Requests
    26 pp

08/10/05-Letter re: Request for all Snow Related Slip & Fall Accidents
    57 pp

08/17/05-Supplemental Disclosures
    18 pp

08/26/05-Letter re: Further Response to Request for all Ice and Snow Related Slip & Falls
    151 pp

09/27/05-Letter re: Explanation of Three Lists
    35 pp

09/28/05-Letter re: Lists
    26 pp

10/03/05-Letter re: RFP #1 Accident Files
    83 pp

10/13/05-Letter re: Further RFP #1 Accident Files
    25 pp

TOTAL: 735 x 0.11 = $80.85