

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT ) | No. F02-0021 CV (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SUPPLEMENTAL RESPONSE** |
| ) | **TO PLAINTIFF'S REQUEST** |
| UNITED STATES OF AMERICA, ) | **FOR PRODUCTION NO. 10** |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, the United States, hereby supplements its Response to Request for Production No. 10, dated October 15, 2003, as follows:

**REQUEST FOR PRODUCTION NO. 10:** Please provide copies of any "Family Housing Handbook" or similar materials distributed by the United States Army at Fort Wainwright to family housing members during 1998-1999.

1

**ANSWER:** The United States is unable to provide a copy of the 1998-1999 "Family Housing Handbook." The "Family Housing Handbook" is updated annually. The Department of Public Works, Housing Division, does not maintain electronic or hard copies of previous editions of the "Family Housing Handbook." However, the United States has located and has attached hereto copies of the following:

Attachment A – Resident's Handbook, 1995. (?)

Attachment B – Memo of September 16, 1997, from Family Housing Office to Residents itemizing Resident's Handbook Changes - 1 page.

Attachment C – A pre-1997 Resident's Handbook with handwritten changes - 87 pages.

Attachment D – Undated Resident's Handbook apparently containing the 1997 changes. (43 pp) doublesided.

DATED this 11th day of April, 2005, at Fairbanks, Alaska.

*at least 131 pp*

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

2

## DECLARATION

I declare under penalty of perjury that the Original of the foregoing **SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 10**, was sent to the following on April 4, 2005 by U. S. Mail:

Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

*(signature)*
MARI JOHNSON
Office of the United States Attorney

3