COPY

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) No. F02-0021 CV (RRB) |
| Plaintiff, | ) |
| vs. | ) **INITIAL DISCLOSURES** |
| | ) **PURSUANT TO FRCP 26(a)(1)** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Defendant the United States of America makes the initial disclosures required by Rule 26(a), Fed. R. Civ. P., with the service copies hereof, as follows:

-1-

## Rule 26(a)(1)(A) – Persons likely to have discoverable information:

### WITNESS LIST

1. John J. Curry
   Office of the Directorate of Community Activities
   1 Headquarters Loop, Bldg 1, Room 244A
   Fort Richardson, Alaska 99505-6600
   Telephone: 907-384-2003

   Established Fort Wainwright, Alaska snow removal policy for winter 1998-1999.

2. Michael Meeks, Lieutenant Colonel
   Directorate of Public Works
   1060 Gaffney Road #6500
   Fort Wainwright, Alaska 99703-6500
   Telephone: 907-384-7287

   Worked with Fort Wainwright Post Commanders in establishing snow removal policies.

3. Ric Lowe
   Roads and Grounds Foreman
   Directorate of Public Works
   1060 Gaffney Road #6500
   Fort Wainwright, Alaska 99703-6500
   Telephone: 907-353-7192

   Recalls no complaints about snow in parking lot of 4133-8 Neely in 1999.

4. Frank Maniaci, Jr.
   Directorate of Public Works
   1060 Gaffney Road #6500
   Fort Wainwright, Alaska 99703-6500
   Telephone: 907-353-7192

   Conducted snow removal operations on Fort Wainwright in 1999.

5. Leroy Gravelle
   Directorate of Public Works
   1060 Gaffney Road #6500
   Fort Wainwright, Alaska 99703-6500
   Telephone: 907-353-7192
   Conducted snow removal operations on Fort Wainwright in 1999.

6.  <u>Patrick Paquet</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

7.  <u>Robert Dupont</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

8.  <u>Steven Huisman</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

9.  <u>Norman Jones</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

10. <u>Lee Olson</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

11. <u>George Pearson</u>
    Directorate of Public Works

       1060 Gaffney Road #6500
       Fort Wainwright, Alaska 99703-6500
       Telephone: 907-353-7192

       Conducted snow removal operations on Fort Wainwright in 1999.

12. <u>Kit Walker</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

13. <u>Gregory Dominque</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

14. <u>Elmer Schmidt</u>
    Directorate of Public Works
    1060 Gaffney Road #6500
    Fort Wainwright, Alaska 99703-6500
    Telephone: 907-353-7192

    Conducted snow removal operations on Fort Wainwright in 1999.

15. <u>Edward Poole</u>
    Current address unknown (possibly retired living in North Pole)

    Conducted snow removal operations on Fort Wainwright in 1999.

16. <u>James Stepp</u>
    Current address unknown (possibly working for Corps of Engineers on Ft. Wainwright)

    Conducted snow removal operations on Fort Wainwright in 1999.

17. <u>Ward Nichols</u>
    Current address unknown (possibly working for DPW somewhere in Germany)

       Conducted snow removal operations on Fort Wainwright in 1999.

18.    Mae Harrell
      Family Housing
      Directorate of Public Works
      1060 Gaffney Road #6500
      Fort Wainwright, Alaska 99703-6500
      Telephone: 907-353-1655

      Able to testify regarding scheduled snow removal in Housing Areas on Fort Wainwright.

19.    Mark Sisinyak
      Customer Service Representative,
      Directorate of Public Works
      1060 Gaffney Road #6500
      Fort Wainwright, Alaska 99703-6500
      Telephone 7069

      Able to search database for all complaints to DPW regarding quarters at 4133-1 through 4133-8, Neely Road, Fort Wainwright, Alaska.

20.    Neil Stinger
      Customer Service Representative, Directorate of Public Works
      Address unknown
      Telephone unknown

      Searched database for all complaints to DPW regarding quarters at 4133-1 through 4133-8, Neely Road, Fort Wainwright, Alaska.

21.    Dr. Joseph A. Shrout
      Orthopedic Surgeon, Bassett Army Community Hospital
      Blanchfield Army Community Hospital
      Fort Campbell, Kentucky 42223
      Telephone: 270-798-8426

      Repaired plaintiff's right ankle after fracture.

22.    Dr. Michael Citrone
      Chief of Radiology Department, Bassett Army Community Hospital
      Address Unknown
      Telephone unknown

      Reviewed x-rays of fractured ankle on April 1, 1999.

23.  Dr. Paul Rieck
     Department of Radiology, Bassett Army Community Hospital
     Address Unknown
     Telephone unknown

     Reviewed x-rays of fractured ankle on April 1, 1999.

24.  Dr. Thomas Lyngholm
     Chief of Primary Care, Bassett Army Community Hospital
     Fort Wainwright, Alaska 99703
     Telephone: 907-353-4348

     Treated the plaintiff in the Bassett Army Community Hospital Urgent Care Center on April 1, 1999.

25.  Dr. Thomas Poulton
     Urgent Care Center, Bassett Army Community Hospital
     Address Unknown
     Telephone unknown

     Treated the plaintiff in the Bassett Army Community Hospital Urgent Care Center on April 1, 1999.

26.  Dr. Byron Gatlin
     OB/GYN
     400 South German Street
     New Ulm, Minnesota 56073
     Telephone: 507-354-1646

     Evaluated the plaintiff's pregnancy on April 2, 1999.

27.  Dr. Jon Hinman
     Chief of Anesthesia, Bassett Army Community Hospital
     Address unknown
     Telephone unknown

     Reviewed the plaintiff's anesthesia chart on April 2, 1999.

28.  John Fierro
     Anesthesiology, Bassett Army Community Hospital
     Fort Wainwright, Alaska 99703
     Telephone: 907-353-5238

-6-

        Administered anesthesia during plaintiff's surgery on April 1, 1999.

29.    Stephen Williams
       Nurse, Bassett Army Community Hospital
       Fort Wainwright, Alaska 99703
       Telephone unknown

       Circulating nurse during plaintiff's surgery on April 1, 1999.

30.    Julie Hudson
       Dietician
       Address unknown
       Telephone unknown

       Evaluated the plaintiff on April 2, 1999.

31.    Staff Sergeant Suttinger
       Nurse,
       Address unknown
       Telephone unknown

       Scrub nurse during plaintiff's surgery on April 1, 1999.

32.    John T. Slagle
       Nurse, Bassett Army Community Hospital
       Fort Wainwright, Alaska 99703
       Telephone unknown

       Treated the plaintiff at Bassett Army Community Hospital on April 2, 1999.

33.    Dr. David W. Gaw
       Southern Hills Medical Center
       392 Wallace Road, Suite 301, Bldg C
       Nashville, Tennessee 37211

       Treated the plaintiff for her injuries while in Nashville, Tennessee.

34.    Sajid Kahn
       5056 Vega Circle, Apt D,
       Eielson AFB, Alaska 99702
       Telephone unknown

       Former Area Coordinator for Military Quarters at 4133 Neely Road.

35. Billie Clark
    4139 Neely Road,
    Fort Wainwright, Alaska 99703
    Telephone unknown

    Lived near plaintiff's housing unit. Came upon the plaintiff in the parking lot after the fall.

36. Rodney Glaze
    4137 Neely Road,
    Fort Wainwright, Alaska 99703
    Telephone unknown

    Lived near plaintiff's housing unit. Saw the plaintiff in the parking lot after the fall

*[handwritten: App witness list reprinted]*

Rule 26(a)(1)(B) – Documents, data, compilations, and tangible things:

1. Request for Records Check from Public Works Rep. Neil Stinger – 1 page, with 4 pages of attached records.

2. Winter Parking Lot Snow Removal Schedule and Work Dates for March-April 1999 – 3 pages.

3. JA Claims Attorney Miller's Memorandum of interview of plaintiff, August 13, 2001 – 3 pages.

4. Copies of photos of government housing area taken by Ft. Wainwright Claims Examiner Brunner, consisting of 8 photos taken June 21, 2001, and 12 photos taken May 9, 2002.  *[handwritten: ~20 pp.]*

5. In the event you do not already have the following materials, they are hereby tendered for inspection and copying on request:

    Medical report and attachments of Dr. David W. Gaw, 2001 – 5 pages.  *[handwritten: not given]*

    Copy of certified Bassett Army Hospital inpatient treatment record for plaintiff, including request letter and certification – 87 pages.  *[handwritten: not given]*

-8-  *[handwritten: 38 pp]*

Note: Items 1, 2, 3 and 4 are produced herewith.
      Items in 5 are not produced herewith, but are hereby tendered for inspection and copying at your expense.

DATED this 30th day of June, 2003, at Fairbanks, Alaska.

                          TIMOTHY M. BURGESS
                          United States Attorney

                          STEPHEN COOPER
                          Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that a true and correct copy of the foregoing **INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** was sent to the following on June 30, 2003, via U. S. Mail:

Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

MARI JOHNSON
Office of the United States Attorney

-9-