TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT ) | No. F02-0021 CV (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SECOND SUPPLEMENTAL** |
| ) | **RESPONSE TO PLAINTIFF'S** |
| UNITED STATES OF AMERICA, ) | **REQUEST FOR PRODUCTION** |
| ) | **NO. 10** |
| Defendant. ) | |
| ) | |

Defendant, the United States, hereby provides the second supplement to its Response to Request for Production No. 10, dated October 15, 2003, as follows:

**REQUEST FOR PRODUCTION NO. 10:** Please provide copies of any "Family Housing Handbook" or similar materials distributed by the United States Army at Fort Wainwright to family housing members during 1998-1999.

1

**ANSWER:** The United States provides a copy of the current edition of the Housing Handbook, with associated forms, and property sticker from loose leaf binder – 48 pp.

Also, produced herewith are the housing office files on Kevin Bolt and quarters 4133 #8 from 1996. These files were recently located and retrieved from a larger group of files that had been segregated and designated for destruction some time ago.

DATED this 30th day of July, 2005, at Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that the Original of the foregoing **SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 10**, was sent to the following on July 30, 2005, via U. S. Mail:

Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

MARI JOHNSON
Office of the United States Attorney

2