

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Box 2, Room 310*
*Fairbanks, Alaska 99701*

*Commercial: (907) 456-0245*
*Fax Number: (907) 456-0577*

August 10, 2005

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:    Carol Bolt v. United States of America, F02-0021 CV

Dear Mr. Sparks:

As further response to your request for all ice and snow related slip and fall accident files for Fort Wainwright from 1994 to present (RFP No. 1), please find enclosed the following:

1.    Twelve files consisting of the accident reports of service members as listed on list 3 produced with my letter dated July 22, 2005. These are redacted to exclude personal identifiers and material subject to deliberative process and executive privileges, under authorities outlined in the accompanying cover letter of July 27, 2005, signed by Major James M. Langham, Command Judge Advocate, at the Army Combat Readiness Center, Fort Rucker, Alabama  – 28 pp.

2.    Two files, relating to two of the three SF 95's previously produced to you by letter of December 9, 2003, Claim # P43200003 (9 pp.) and Claim # 98-432-T020 (18 pp.), redacted as indicated on the privilege log at the front of each of these files. The file relating to the third SF 95 cannot be located and I can only assume it is lost.

I will advise you further of progress on obtaining the files of DA civilians and of employees of AAFES and NAF activities. I do not yet have firm estimates of the time required for the respective agencies to respond.


Yours truly,

TIMOTHY M. BURGESS
United States Attorney


STEPHEN COOPER
Assistant United States Attorney