

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) No. F02-0021 CV (RRB) |
| Plaintiff, | ) |
| vs. | ) **SUPPLEMENTAL** |
| | ) **DISCLOSURES** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Pursuant to the parties' continuing duty to disclose relevant documentary evidence, defendant produces herewith the undated 5-page signed statement of witness John M. Fierro, Lt. Colonel (retired), Anesthesia Service, Bassett Army Community Hospital, entitled "MFR-Carol Bolt", with supporting documentation

consisting of (13 sheets) (some with printed matter on both sides).

DATED this 17th day of August, 2005, at Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that a copy of the foregoing **SUPPLEMENTAL DISCLOSURES**, was sent to the following counsel of record on August 17, 2005 by U. S. Mail:

18 pp

Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

MARI JOHNSON
Office of the United States Attorney