

 **U.S. Department of Justice**

*United States Attorney*
*District of Alaska*



*original in file*

---

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Box 2, Room 310*          *Commercial: (907) 456-0245*
*Fairbanks, Alaska 99707*                    *Fax Number: (907) 456-0577*

August 18, 2003

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:   <u>Carol Bolt v. United States of America, F02-0021 CV</u>

Dear Mr. Sparks:

This letter and enclosures relate to my letters to you of June 20 and July 29, on the subject of supplementation of our Initial Disclosures.

In accordance with Army record keeping regulations, the snow removal policies are not retained from year to year, but are destroyed when superseded or obsolete. Also under Army regulations, the maintenance records for Building 4133 were destroyed when the building was demolished.

However, both with regard to the snow removal policies and the building maintenance records, computer entries still exist. These are not the original signed snow removal policies, or the actual building maintenance records. However, it is believed that they are accurate reproductions of the original snow removal policies, and that the computer entries of building maintenance events accurately reflect the original building maintenance records, but only to the extent of whatever amount of information in those records was carried over into the computer entries.

Accordingly, enclosed are printouts of computer entries of maintenance conducted on the building in question, Bldg 4133. The printouts cover 1996 to 2002, the year the building was demolished.

Also enclosed are the computer copies of the Fort Wainwright Snow Removal Policies for 1996 through spring 2001, 5 documents.

     I have been advised that copies of a few SF-95's relating to previous slip-and-fall accidents on Fort Wainwright have been identified and will be provided to me shortly. Earlier snow removal policies are also being sought and may become available. I will produce these when they become available to me.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney