

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Box 2, Room 310*      *Commercial: (907) 456-0245*
*Fairbanks, Alaska 99701*                *Fax Number: (907) 456-0577*

August 26, 2005

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:  <u>Carol Bolt v. United States of America, F02-0021 CV</u>

Dear Mr. Sparks:

    This is a further response to your request for all ice and snow related slip and fall accident files for Fort Wainwright from 1994 to present (RFP No. 1). The following documents are enclosed herewith:

    1.    Twelve files relating to accidents of AAFES employees (6 pp., 5 pp., 8 pp., 5 pp., 15 pp., 5 pp., 1 p., 2 pp., 10 pp., 9 pp., 4 pp., and 9 pp. respectively). =79 pp. These include the kinds of documents listed in the accompanying 3-page Document Log dated August 12, 2005, provided by Associate General Counsel Ruth Whitfield, AAFES Litigation Division, Dallas, Texas. These files are redacted to exclude personal identifiers and the documents and information subject to other privileges, as also outlined in paragraph form in the said Document Log. Please note that the Document Log identifies three additional files that are still on request from archives. These will be produced to you when obtained.

    2.    Two new files dated in the latter part of 2004, relating to two tort claims and including the SF 95's and additional documentation. These are Claim # 04-432-T013 dated August 2, 2004 (41 pp. including privilege log) and Claim #

04-432-T026 dated October 26, 2004 (31 pp., including privilege log). These files have been redacted as indicated on the privilege log at the front of each file.

3.  The Declaration of Donna Wiese, the records officer for NAF, indicating that due to the volume of their non-electronic unsorted files they are unable to respond to the request for production without overly costly and time-consuming efforts which they are not in a position to provide.

I will advise you further of progress in obtaining the files of DA civilians. The responsible office is actively engaged in the effort to identify and produce the files. I expect to be advised of the results shortly, but I do not yet have a firm estimate of the time required for the agency to respond.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

ENCLOSURES

(15 1pp)