

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Discovery file Copy*

Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701

Commercial: (907) 456-0245
Fax Number: (907) 456-0577

September 28, 2005

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:  Carol Bolt v. United States of America, F02-0021 CV

Dear Mr. Sparks:

Yesterday, I sent you the expanded version of List #2 that had been provided with my July 22 letter.

To complete your copy of the materials sent to you on July 22, enclosed herewith is List #1 that was sent July 22, now likewise in the expanded form, with all columns at full width, and arranged horizontally for all files. In other words, starting with a particular file number in the farthest left column, move to the right while staying on that same line to find all information about that file number. There are four of these horizontally long sheets, each sheet containing as many different numbered files as fit on that page, for a total of 109 files.

List #3 sent to you on July 22 is already complete and is not included herein.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney