

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*



Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701

Commercial: (907) 456-0245
Fax Number: (907) 456-0577

October 3, 2005

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:  Carol Bolt v. United States of America, F02-0021 CV;
     Letters to you dated 8/4/05 (3d par.), 8/10 (4th par.), & 8/26 (5th par.).

Dear Mr. Sparks:

Responding further to your RFP #1 for accident files of persons who slipped and fell on snow or ice at Fort Wainwright, going back to 1994, enclosed are the redacted claim files of 38 DA civilians. These consist of the United States Department of Labor CA-1 forms stating the date and nature of the accident and injury but excluding personal information and identifiers, and medical information and records.

A few additional files, possibly near a dozen, may be in the same category but have not yet been retrieved from the Federal Records Center where they have been archived. The Department of Labor is in the process of retrieving them and will examine them to determine if they meet your discovery request. If they do, they will be produced after redaction in accordance with applicable requirements as stated above.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney