

U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310   Commercial: (907) 456-0245
Fairbanks, Alaska 99701   Fax Number: (907) 456-0577

October 13, 2005

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:   Carol Bolt v. United States of America, F02-0021 CV;
      Letters to you dated 8/4/05 (3d par.), 8/10 (4th par.), 8/26 (5th par.) and 10/3.

Dear Mr. Sparks:

    This responds further to your RFP #1 for accident files of persons who slipped and fell on snow or ice at Fort Wainwright, going back to 1994. Enclosed are the redacted claim files of 6 DA civilians. These are all of the ones which had to be retrieved from the Federal Records Center where they had been archived. They consist of the United States Department of Labor CA-1 forms stating the date and nature of the accident and injury but excluding personal information and identifiers, and medical information and records.

    This completes the production of records in this category, that is, records of DA civilians' accidents, which are kept by the Department of Labor.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

*~25 pp.*

Discovery file (Sent 10/14/05)