

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Box 2, Room 310*      *Commercial: (907) 456-0245*
*Fairbanks, Alaska 99707*      *Fax Number: (907) 456-0577*

October 23, 2003

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:   <u>Carol Bolt v. United States of America, F02-0021 CV</u>

Dear Mr. Sparks:

    This is follow-up to my letter to you of October 20, and refers to the first and second requests in your letter dated September 15.

    1. The one SF-95 which Ft. Wainwright still has is enclosed, dated 4/25/02 (2 pages), after deletion of confidential information.

    2. The codes on the computer records of Building Maintenance are interpreted, using the first page as an example, as follows:

    Document Number: AFH=Army Family Housing
                      18152=serial number the order was assignment when
                  called in to maintenance
                  6=date code.  Here this stands for 1996
                  R=code given to all service orders
                  4133 H=the building number and the apartment number

    INSTL ABBR: WAIN= Fort Wainwright

    FAC NO: 04133=building number

    FHQ: These letters correspond to the apartment number
    ASB:
    UID:

PRTN NO: This code is not used in Family Housing work orders

Short Job Desc/Street Address: Self-evident

CURR WORK STAT: CMP=job completed

SHP CO: Stands for Shop Code. The codes on the forms are from 1996 and are no longer used. If you need them, I will try and locate someone who can interpret what they are.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

SC/mj

Enclosure