

U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99707

Commercial: (907) 456-0245
Fax Number: (907) 456-0577

December 9, 2003

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701

Re:   Carol Bolt v. United States of America, F02-0021 CV

Dear Mr. Sparks:

This relates to your Requests for Production Nos. 1 and 6, and to your letter of September 15, 2003, and my letters to you of August 18 and October 20 insofar as these relate to the cited RFP Nos. 1 and 6.

To supplement our response to RFP No. 1, relating to previous claims for injuries for slip and fall accidents on snow or ice at Ft. Wainwright from January 1, 1994, to present, please find enclosed the following:

- three (3) SF 95's for slip & fall accidents: 3/19/98 for $7,500; 2/22/02 for $35,000; and 3/13/03 for $3825.63.

These are all the SF 95's you requested that we have both from archives and from the records available at Ft. Wainwright.

To supplement our response to RFP No. 6, relating to snow and ice removal policies at any Army post in Alaska from January 1, 1994, to present, please find enclosed the following:

- Ft. Greely snow removal policy, October 2002 (3 pages).
- Ft. Richardson snow removal policy, current season (4 pages).

These are the only snow removal policies the Army has for posts in Alaska, outside

of the ones previously produced applicable to Ft. Wainwright.

Yours truly,

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney