COPY

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) No. F02-0021 CV (RRB) |
| Plaintiff, | ) |
| vs. | ) **TRANSCRIPT OF SAJID KHAN** |
| | ) **INTERVIEW** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Wayne: My name is Ron Wayne. It's...ah... November 15, 1999 and I'm talking with Mr. Kahn. Mr. Kahn do I have permission to tape recorder this?

Sajid Khan: Ah...will do.

Wayne: And how do you pronounce your first and last name?

Mr. Khan: Ah...Sajid and ah....Han. KHAN

Wayne: Ok and Sajid is spelled S A J I D?

Mr. Khan: That's a roger.

Wayne: Ok and do you know Carol Bolt?

Mr. Khan: Yeah, he was my...ah...one of the residents of my..ah....what do you call ah...court, you know that I was the area coordinator for.

Wayne: Uh huh.

Wayne: Mrs. Bolt fell on the ice near a... the dumpster at her housing unit on or about April 1st, 1999. Were you aware of that incident?

Mr. Khan: Yeah, they had told me about it, you know, ah, she had fallen, right she was pregnant at that time yeah.

Wayne: She told you or...?

Mr. Khan: Well, I think her husband had told because we ended up taking care of it, you know getting the thing...there was a lot of kind of, you know, black ice kind of thing out there, a lot of ice so we got rid of the snow you know.

Wayne: Ok, so her husband told you about her accident?

Mr. Khan: Yeah.

Wayne: Ok. Are you aware of anyone else who had fallen on the area or in the rest of the parking lot in the same period of time?

Mr. Khan: Well, later, I think there was a couple of people who did but not at the same spot. In the parking area, you know, on the other side. Like we have this building, you know, so Mr...Mr. And Mrs. Bolt were on one side of the building and on the other end, you know, of the building, yes I recall there were a couple of case.

Wayne: Ok. Had there been any snow removal services in the area of the dumspter in the Spring of 1999?

Mr. Khan: Well yes, there was actually. They had come, I think, one time and people had not left their car moved out, you know. So that's the reason why, I think there was a delay.

Wayne: Ok, so...

Mr. Khan: And finally they got everybody together, you know and then all the cars were removed and eventually this was taken care of, yes.

Wayne: Ok. Do you..(cough)excuse me...do you recall if the area near the dumpster was icy at the time of Mrs. Bolt's fall?

Mr. Khan: Ah, yes, of course.

Wayne: Prior to Mrs. Bolt's fall, had there been any complaints from Mrs. Bolt or any other tenants about the condition of the parking lot?

Mr. Khan: Well, after the incident, yes, she had told and I had as a matter of fact call up the mayor myself, you know, and informed about the same so, you know, I think they press hard to get the snow removal done and that's what eventually happened, yeah.

Wayne: You called up who?

Mr. Khan: The Mayor. A Mayor of community Southern Cross, you know. We belong to the Southern Cross community and I'm ...(inaudible) now, I'm at Eielson Air Force Base now

Wayne: Uh huh.

Mr. Khan:... but when I was at Wainwright, you know, ah living in this residence so at that time, yes I had called up my mayor and informed her. Normally I'm very prompt in helping my residents, you know, and also in informing the mayor about what's going on so I did inform her too.

Wayne: Ok. So you have area where different communities are?

Mr. Khan: Yes.

Wayne: Ok. Do you know if snow removal services that were scheduled for the area near the dumpster were cancelled prior to Mrs. Bolt's fall?

Mr. Khan: No I don't know. It's ah ....it's kind of hard for me to remember about that but...ah, I don't recall, but I do know there was a delay. A couple of times people have come, I'm not sure before or after, but, ah, ah, eventually we got it done, but I know for sure it was after the accident yes.

Wayne: Ok. Do you know why the snow removal service that was scheduled for the area was cancelled?

Wayne: You answered that earlier in the, ah, the car in the way.

Mr. Khan: Roger that, yeah.

Wayne: Ok. Do you believe that the area near the dumpster where Mrs. Bolt fell would have been safer if the snow removal service had been performed as scheduled instead of cancelled?

Mr. Khan: Absolutely.

Wayne: And ah, please explain.

Mr. Khan: I mean, if you didn't have snow there, you know, ah, that's a very tricky spot we had. I had a couple of real close calls myself, you know. And, ah, it just the way it was there I think probably, um, the water which had collected there became.. had turned into ice, you know, hard ice, and I think that's what made it very slippery and dangerous, you know, to trudge on.

Wayne: Right. The snow kinda kept the ice in the, or water in the area.

Mr. Khan: Right, right. It's kinda like a low lying area, you know, there near the dumpster, so, yeah.

Wayne: It was our understanding that you were the area coordinator for Mrs. Bolt's building. Can you explain what your duties were as area coordinator?

Mr. Khan: Oh my god (laughs) I had a lot duty, yeah. I had to ensure (inaudible) people kept their yards clean, you know, of the snow, or get it mowed with the lawnmower regularly during the summertime and to make sure that if there was any, ah, you know, try to get social gathering together for them and try to warm up the ~~street~~ Spirit pretty much and have a healthy, safe environment, you know.

Wayne: Ok.