US v. BOLT, Carol F02-0021 CV
Transcripts Obtained

02.08.05-Invoice Transcripts Lowe, DeHaven, Albrecht & Cicilese
    $366.05

07.19.05-Invoice Transcript Khan
    $76.75

01.11.06-Invoice Audiotapes Cicilese, DeHaven, Harrell & Lowe
    $464.80

02.10.06-Invoice Transcript Curry
    $91.85

01.13.06-Invoice Audio/Videotape Curry
    $14.05

TOTAL: $1013.50