Liz D'Amour & Associates, Inc.,

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

# Estimate

| DATE | ESTIMATE NO. |
|---|---|
| 1/11/2006 | 13 |

**NAME / ADDRESS**

U.S. Department of Justice
Stephen Cooper
Federal Bldg & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, AK 99707

| DESCRIPTION | QTY | COST | TOTAL |
|---|---|---|---|
| Audio tape of deposition in lieu of hard copy transcript of John Albrecht, approximately 20 pages | 20 | 2.80 | 56.00 |
| Audio tape of deposition in lieu of hard copy transcript of John Cicilese, approximately 17 pages | 17 | 2.80 | 47.60 |
| Audio tape of deposition in lieu of hard copy transcript of Paul DeHaven, approximately 20 pages | 20 | 2.80 | 56.00 |
| Audio tape of deposition in lieu of hard copy transcript of Mae Harrell, approximately 19 pages | 19 | 2.80 | 53.20 |
| Audio tape of deposition in lieu of hard copy transcript of Richard Lowe, approximately 90 pages | 90 | 2.80 | 252.00 |

**TOTAL** $464.80