# COPY



**STATEMENT**
**R & R COURT REPORTERS, INC.**
810 N STREET, #101
ANCHORAGE, ALASKA 99501
(907) 277-0572
EMPLOYER ID NO. 92-0091345

N⍛ 144219

January 13, 2006
DATE

Mr. Stephen Cooper
Assistant U. S. Attorney
101 12th Ave., Room 310
Fairbanks, AK  99701

DETACH AND MAIL WITH YOUR CHECK.   YOUR CANCELLED CHECK IS YOUR RECEIPT.

PAID via
EFT  TREAS  DRAFT NO. 206
DISBURSEMENT DATE 060213 AMT $14.05

IN CAUSE NO. F02-0021 CI   VOUCHER NO. F0AK00362
YREGDOC 6061255  AC CLASS6=402

Carol Bolt

VS.

United States

DEPOSITION OF John Curry, Video, 6/22/5

TOTAL $14.05

PLUS TAX _____

AMT. DUE $14.05

REMARKS: 1 duplicate audio tape, $10.00, postage:
$4.05.  Thank you, R & R.

Date of Receipt: 01-17-06. I verify that the
PAID BY CHECK NO. _____ goods and/or services have been received
DATE _____ and accepted and the amount charged/math
is accurate.

SIGNATURE _____   DATE 01-17-06

N⍛ 144219


Color Art Printing, Anchorage

5M 10-91