**STATEMENT**
**R & R COURT REPORTERS, INC.**
810 N STREET, #101
ANCHORAGE, ALASKA 99501
(907) 274-0572
EMPLOYER ID NO. 92-0091345

N° 144291

Date of Receipt: 02-13-06
goods and/or services have been received
and accepted and the amount charged/math
is accurate.

*Kelsie Engen*     02-13-06
SIGNATURE            DATE

February 10, 2006
DATE

Mr. Stephen Cooper
Assistant U. S. Attorney
101 12th Ave., Box 2
Room 310
Fairbanks, AK  99701

**RECEIVED**
FEB 13 2006
OFFICE OF
UNITED STATES ATTORNEY
FAIRBANKS, AK.

DETACH AND MAIL WITH YOUR CHECK.    YOUR CANCELLED CHECK IS YOUR RECEIPT.

IN CAUSE NO. F02-0021 CI (RRB)      PAID via DRAFT NO. 206
                                    DATE 06240  AMT $ 91.85
    Bolt                            F0AK00416
              VS.                   6061299   AC CLASS 6E 400

    U.S.A.

DEPOSITION OF   John Curry, 6/22/5

                          TOTAL  $91.85
                          PLUS TAX _____
                          AMT. DUE  $91.85

REMARKS: 1 copy, 57pgs @$1.40, exh: 32pgs @$.25,
         postage: $4.05.  Thank you, R & R.

PAID BY CHECK NO. _____

DATE _____

N° 144291


Color Art Printing, Anchorage

5M 10-91