# HEARTLAND COURT REPORTERS

Carol A. McCue, RMR
P.O. Box 58577
Fairbanks, AK 99711
Phone: 907-452-6727

| E-mail |
|---|
| carol.mccue@acsalaska.net |

## INVOICE

| DATE | INVOICE # |
|---|---|
| 7/19/2005 | 2435 CM |

**BILL TO**

Mr. Stephen Cooper
Assistant US Attorney
101 12th Avenue, Room 310, Box 2
Fairbanks, AK 99701

JUL 22 2005

| TERMS | DEPONENT/JOB |
|---|---|
| Due on receipt | Khan 6-29-05 |

| DESCRIPTION | QTY/TIME/PGS | RATE | AMOUNT |
|---|---|---|---|
| Deposition of Sajid Khan taken June 29, 2005. Bolt vs. USA, Case No. F02-0021 (RRB). | | | |
| Copy of Transcript, $1.75/page | 40 | 1.75 | 70.00 |
| Litigation Package - condensed transcript, E-mail service - no extra charge | 1 | 0.00 | 0.00 |
| Copies of Exhibits - 5 pgs. | 5 | 0.35 | 1.75 |
| Delivery Fees, US Priority Mail, Handling Fees | 1 | 5.00 | 5.00 |
| Thank You! | | | |

7-22-05 I verify that the goods and/or services have been received and accepted and the amount charged/math is accurate.
SIGNATURE    7-22-05 DATE

Please remit to Heartland Court Reporters, noting the Invoice Number on your check. THANK YOU!

**Total** ✓ $76.75

The above services are rendered on the credit of our clients and may not be transferred. Service charge on past due amounts, 10.5% annually, .875% monthly.
Sole Proprietorship: Carol A. McCue dba Heartland Court Reporters
Tax ID No. 72-1560649

PAID via
✓ EFT __ TREAS __ DRAFT NO. 206_____
DISBURSEMENT DATE 0508l0 AMT $76.75
VOUCHER NO. 50AFTC984
YREGDOC 5065306  AC CLASS 024wl6