Amour & Associates, Inc.,
Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3578
Federal I.D. 92-0167062

| DATE | INVOICE # |
|------|-----------|
| 2/9/2006 | 3840 |

RECEIVED
MAR 28 2006
OFFICE OF
UNITED STATES ATTORNEY
FAIRBANKS, AK.

This is an invoice for individual
cases. You will receive a
monthly statement summarizing
ALL charges for your firm.

BILL TO:

U.S. Department of Justice
Stephen Cooper
Federal Bldg & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, AK 99707

RECEIVED
2006
OFFICE OF
UNITED STATES ATTORNEY
FAIRBANKS, AK.

| | REFERENCE | TERMS |
|---|-----------|-------|
| | | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|------|-------------|------|--------|
| | CAROL BOLT V. USA, F02-0021 | | |
| | DEPOSITION OF RICHARD LOWE, 6/15/05 | | |
| 92 | Transcript Copy | 2.00 | 184.00 |
| 87 | B&W Exhibits Copied | 0.35 | 30.45 |
| | DEPOSITION OF PAUL DEHAVEN, 8/26/05 | | |
| 24 | Transcript Copy | 2.00 | 48.00 |
| 16 | B&W Exhibits Copied | 0.35 | 5.60 |
| | DEPOSITION OF JOHN ALBRECHT, 8/26/05 | | |
| 26 | Transcript Copy | 2.00 | 52.00 |
| | DEPOSITION OF JOHN CICILESE, 6/30/05 | | |
| 23 | Transcript Copy | 2.00 | 46.00 |

PAID via
FT   TREAS   DRAFT NO. 206
URSEMENT DATE 0604   AMT$ 366.05
CHER NO. F0AK01
DOC 606124 9 AC CLASS

Paid

Date of Receipt 2/9/06. I verify that the
goods and/or services have been received
and accepted and the amount charged/math
is accurate.

SIGNATURE          3-28-06
                   DATE

Duplicate Original Invoice
Certified Proper for Payment
Signature          4/30/0
                   Date

This bill is YOUR responsibility. We do not do third party billing. Payment is due within
30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on
all balances more than 30 days past due. Please reference invoice number with payment.
WE ACCEPT MASTERCARD AND VISA! THANK YOU!

**Total** $366.05