DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 Twelfth Avenue, Rm. 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
stephen.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) <br> ) <br> ) | Case No. 4:02-cv-00021-RRB <br><br> **NOTICE OF COST BILL HEARING** |

The United States, through counsel, has submitted its bill of costs with this Notice. A cost bill hearing will be held before Clerk Carolyn Bollman, on August 23, 2006, at 9:00 a.m. at the clerk's office in the Federal Courthouse at Fairbanks, Alaska.

The Plaintiff may appear in person, or telephonically by calling the Clerk's Office at (907) 456-0382, to object to any costs requested. The Plaintiff may also object in writing before the hearing.

Respectfully submitted this 18th day of August, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> /s/ Stephen Cooper
> Assistant United States Attorney
> 101 12th Ave., Rm. 310
> Fairbanks, Alaska 99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> E-mail: stephen.cooper@usdoj.gov
> AK #6911028

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, a copy of the foregoing Notice of Cost Bill Hearing and Bill of Costs with attachments were served electronically on Robert A. Sparks.

s/ Stephen Cooper