Robert A. Sparks  
Attorney-at-Law  
1552 Noble Street  
Fairbanks, Alaska 99701  
907-451-0875  

```
              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ALASKA
```

CAROL BOLT,                        )
                                   )
        Plaintiff,              )
                                   )
        vs.                     )
                                   )
UNITED STATES OF AMERICA           )
                                   )
                                   )
        Defendant.              )
_____)
Case No. 02-CV-00021-RRB

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

    Carol Bolt, by and through her attorney, Robert A. Sparks, and pursuant to Local Rule 7.2 requests and evidentiary hearing and oral argument on Defendant's Affidavit requesting award of attorney's fees in this case.

    DATED this _____ day of August, 2006, at Fairbanks, Alaska.

        THE LAW OFFICE OF ROBERT A. SPARKS

          /s/ Robert A. Sparks  
          Robert A. Sparks  
        Attorney for Plaintiff  
          1552 Noble Street  
       Fairbanks, Alaska 99701  
          (907) 451-0875  
        Fax: (907) 451-9385  
    E-mail: sparkslawoffice@yahoo.com  
       Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served via email
on:

Stephen Cooper
Asst. U.S. Attorney

this 24th day of August, 2006.
THE LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks
Robert A. Sparks