NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT,             )<br>                         )<br>        Plaintiff,    )<br>   v.                   )<br>                         )<br> UNITED STATES OF AMERICA  )<br>                         )<br>        Defendant.       )<br>_____  ) | Case No. 4:02-cv-21-RRB<br><br>**NOTICE RE OPPOSITION<br>TO ATTORNEY'S FEES** |

      Defendant, the United States of America, does not agree with the argument in plaintiff's Opposition to the award of attorney's fees to the United States.

      However, after thorough consideration and consultation regarding all the issues involved, defendant the United States notifies the Court and plaintiff that it concurs

in deletion of the fee award from the Judgment.  Plaintiff's request for oral argument should be denied as moot.

RESPECTFULLY SUBMITTED this 31st day of August, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/STEPHEN COOPER
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing **NOTICE RE OPPOSITION ATTORNEY'S FEES** was sent to Robert A. Sparks on August 31, 2006, via electronic means.

/s/ STEPHEN COOPER
Office of the United States Attorney