# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

BOLT  v.  USA

DATE: August 31, 2006        CASE NO. 4:02-CV-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING REQUEST FOR ATTORNEY FEES**

---

Pursuant to Defendant's Notice re Opposition to Attorney's Fees, filed at Docket 63, the Declaration of Stephen Cooper Re Attorney Fees, filed at Docket 57, is **DENIED AS MOOT**, as well as the Request for Oral Argument.