UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**COSTS TAXED**

| | |
|---|---|
| CAROL BOLT,<br><br>　　　　Plaintiff - Appellant,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant - Appellee. | No. 06-35993<br>D.C. No. CV-02-00021-F-RRB<br><br><br>**JUDGMENT** |

**RECEIVED**
JAN 2 5 2008
CLERK, U.S. DISTRICT CO
ANCHORAGE, ALASKA

　　　　Appeal from the United States District Court for the District of Alaska (Fairbanks).

　　　　This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

　　　　On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED.**

Filed and entered 12/03/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2008

Redacted Signature