


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

January 25, 2008

**RECEIVED**
JAN 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

USDC, Fairbanks
District of Alaska (Fairbanks)
222 W. Seventh Avenue
Anchorage, AK 99513

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-35993 | Bolt v. USA | CV-02-00021-F-RRB |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

**Redacted Signature**

By: Gerald Rosen
Deputy Clerk

Enclosure(s)
cc: All Counsel