Robert A. Sparks
Attorney-at-Law
1552 Noble Street
Fairbanks, Alaska 99701
phone:  907-451-0875
Fax: 907-451-9385
email: sparkslawoffice@yahoo.com


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CAROL BOLT,                          )
                                     )
          Plaintiff,                 )
                                     )
          vs.                        )
                                     )
UNITED STATES OF AMERICA             )
                                     )
                                     )
          Defendant.                 )
_____)
Case No. :02-CV-00021-RRB

**PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE**

     Carol Bolt, by and through her attorney, Robert A. Sparks,
and pursuant to Local Rule 16.1 requests the Court set a
deadline for the parties to submit an updated Rule 26(f) report
concerning the status of the case and that the court set a date
for a scheduling conference for this case to discuss completion
of expert discovery, perpetuation depositions and trial
scheduling.




Page 1
Bolt v. U.S.
02-0021 CV

DATED this 8th day of February, 2008, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served via email on:

Stephen Cooper
Asst. U.S. Attorney

this 8th day of February, 2008
THE LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks
Robert A. Sparks