Robert A. Sparks
Attorney-at-Law
1552 Noble Street
Fairbanks, Alaska 99701
phone:  907-451-0875
Fax: 907-451-9385
email: sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. :02-CV-00021-RRB

### ORDER GRANTING PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE

Carol Bolt, by and through her attorney, Robert A. Sparks, has moved this Court, pursuant to Local Rule 16.1, to schedule a deadline for the parties to submit an updated Rule 26(f) report concerning the status of the case and to set a date for a scheduling conference for this case, the Court having considered all relevant matters;

IT IS HEREBY ORDERED THAT: The parties shall confer to prepare a joint Rule 26(f) report concerning the status of this

Page 1
Bolt v. U.S.
02-0021 CV

case to be filed with this Court by February 22, 2008;

IT IS HEREBY FURTHER ORDERED THAT: a scheduling conference shall be held in this case on the ___ day of _____, 2008.

_____                    _____
   Date                           Hon Ralph R. Beistline
                                  District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served via email
on:

Stephen Cooper
Asst. U.S. Attorney

this 8th day of February, 2008
THE LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks
Robert A. Sparks

Page 2
Bolt v. U.S.
02-0021 CV