Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
phone:  907-451-0875
fax:  907-451-9385
sparkslawoffice@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT Plaintiff(s)<br><br>                    Plaintiff(s)<br>           vs<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant(s) | Case No. 02-0021 CIV<br><br>SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

1.      **Meeting**. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on February 29, 2008,  by correspondence and was attended by:

   Robert A. Sparks            Attorney for Plaintiff Carol Bolt

   Stephen Cooper              Attorney for Defendant United States of America

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by FED. R. CIV. P. 26(a)(1):

   __x__   have been exchanged by the parties

   _____   will be exchanged by the parties by n/a

   Proposed changes to disclosure requirements:  none

    Preliminary witness lists

      __x__    have been exchanged by the parties

      _____    will be exchanged by the parties by n/a

3.    **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Negligence of Defendant. Comparative Negligence of Plaintiff. Duties of Plaintiff and Defendant; Standard of Care; Damages suffered by Plaintiff.

4.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

expert witnesses, their reports and discovery and trial depositions, perpetuation of testimony depositions of 3 lay damages witnesses; and potentially other witnesses.

    B. Disclosure or discovery of electronically stored information should be handled as follows: n/a

    C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

n/a

    D. All expert discovery commenced in time to be completed by January 15, 2008 ("expert discovery close date").

    E. Limitations on Discovery.

        1.    Interrogatories

            __x__  No change from Fed .R. Civ. P. 33(a)

            _____  Maximum of __n/a__ by each party to any other party.

            Responses due in _____ days.

SCHEDULING & PLANNING CONFERENCE REPORT    2

    2.    Requests for Admissions.

        <u> x </u>  No change from Fed. R. Civ. P. 36(a).

        <u>   </u>  Maximum of <u> n/a </u> requests.

        Responses due in <u> # </u> days.

    3.    Depositions.

        <u> x </u>  No change from Fed. R. Civ. P. 36(a), (d).

        <u>   </u>  Maximum of <u> # </u> depositions by each party.

        <u>   </u>  Depositions not to exceed <u> # </u> hours unless agreed to by all parties.

F.    Reports from retained experts.

    <u>   </u>  Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

    <u> x </u>  Reports due:  October 15, 2008

    From plaintiff: simultaneous        From defendant: simultaneous

G.    Supplementation of disclosures and discovery responses are to be made:

    <u>   </u>  Periodically at 60-day intervals from the entry of scheduling and planning order.

    <u> x </u>  As new information is acquired, but not later than 60 days before the close of discovery.

H.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    <u>   </u>  45 days prior to the close of discovery.

    <u> x </u>  Not later than  October 15, 2008

5.   **Pretrial Motions**.

    <u>  x  </u>  No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    <u>         </u>  Motions to amend pleadings or add parties to be filed not later than <u>     </u> Date.

    <u>         </u>  Motions under the discovery rules must be filed not later than <u>     </u>Date.

    <u>         </u>  Motions in limine and dispositive motions must be filed not later than <u>        </u> Date.

6.   **Other Provisions**:

    A.   <u>     </u>  The parties do not request a conference with the court before the entry of the scheduling order.

        <u>  x  </u>  The parties request a scheduling conference with the court on the following issue(s):
status, discovery and trial scheduling

    B.   Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        <u>     </u>  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        <u>  x  </u>  The parties will file a request for alternative dispute resolution not later than February 1, 2009..

        <u>  x  </u>  Mediation   <u>     </u>  Early Neutral Evaluation

    C.   The parties <u>     </u> do <u>  x  </u> not consent to trial before a magistrate judge.

    D.   Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

        <u>     </u>  All parties have complied   <u>  x  </u> Compliance not required by any party

7. **Trial**.

   A. The matter will be ready for trial:

       <u>  x  </u> 45 days after the discovery close date.

       <u>     </u> not later than <u>              </u> Date.

   B. This matter is expected to take <u>  4  </u> days to try.

   .

   <u>  5  </u>

   C. Jury Demanded    <u>     </u> Yes   <u>  x  </u> No

      Right to jury trial disputed?    <u>     </u> Yes   <u>  x  </u> No

DATED this 29th day of February, 2008, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

<u>/s/ Robert A. Sparks</u>
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: <u>sparkslawoffice@yahoo.com</u>
Membership No.: 8611139

DATED this 29th day of February, 2008, at Fairbanks, Alaska.

>Nelson P. Cohen
>United States Attorney
>s//STEPHEN COOPER
>STEPHEN COOPER
>Assistant United States Attorney
>Federal Building and U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska 99701-6282
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>E-mail: Stephen.Cooper@usdoj.gov
>Alaska #6911028

SCHEDULING & PLANNING CONFERENCE REPORT    6