MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 CAROL BOLT           vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:02-CV-00021 RRB

DEPUTY CLERK/RECORDER:    LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF: ROBERT SPARKS

               DEFENDANT: STEPHEN COOPER

PROCEEDINGS: STATUS AND SCHEDULING CONFERENCE    HELD: 03/07/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

Court and counsel heard re: case status, close of discovery,
expert witnesses, possible settlement conference, setting trial
date.

**Trial by Jury set for 03/02/2009 at 8:30 a.m., Courtroom 1 in
Fairbanks.**

Parties will be advised by separate order, re: Final Pretrial
Conference date.


At 11:13 a.m. court adjourned.

DATE: March 7, 2008           DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07