NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, ) | Case No. 4:02-cv-00021-RRB |
| ) | |
| Plaintiff, ) | |
| v. ) | **MOTION FOR SEPARATE** |
| ) | **TRIAL AS TO LIABILITY** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW Defendant, the United States of America, and moves this Honorable Court pursuant to Rule 42(b), Federal Rules of Civil Procedure, to order a separate trial as to liability prior to trial of the damage issue, for convenience and in order to expedite and economize as provided in said Rule.

This motion is based on the points and authorities set forth in the Memorandum

```
Bolt v. U.S.
4:02-cv-00021-RRB
```

filed in support hereof, on the papers and files in this case, and on applicable provisions of law.

RESPECTFULLY SUBMITTED this 27th day of June, 2008, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing is being served
on the filing date hereof via court's electronic
filing notice, on the following counsel of record:

Robert Sparks,
Fairbanks, Alaska

/s/ Stephen Cooper
Office of the United States Attorney