IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CAROL BOLT, | ) | Case No. 4:02-cv-0021-RRB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | **[Proposed]** |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter having come before the Court on the motion of defendant, the United States of America, for order for a separate trial of the issue of liability.

    IT IS ORDERED that defendant's motion is GRANTED, and an order for a separate trial of the issue of liability shall issue.

Date:_____          _____
                                       The Honorable Ralph R. Beistline
                                       United States District Judge