Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska  99701  
Phone:  (907) 451-0875  

Attorney for Plaintiff  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| CAROL BOLT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | )Case No. F02-0021 Civil (RRB) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, hereby moves the court in this case to grant an extension of time until Tuesday, July 29, 2008, to file Plaintiff Bolt's Opposition to Defendant's Motion to Bifurcate.

Bolt v. USA  
page 1

DATED this 14 day of July, 2008 at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139

RAS:

I hereby certify
that a true and correct
copy of the foregoing
document was served on
Mr. Cooper, AUSA, on
July 14, 2008.

__/s/ Robert A. Sparks

Bolt v. USA
page 2