Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. F02-0021 Civil (RRB) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, hereby moves the court in this case to grant an unopposed extension of time until Tuesday, August 5, 2008, to file Plaintiff Bolt's Opposition to Defendant's Motion to Bifurcate.

Bolt v. USA
page 1

DATED this 29th day of July, 2008 at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139

RAS:

I hereby certify
that a true and correct
copy of the foregoing
document was served via ECF
on Ste
Mr. Cooper, AUSA, on
July 29, 2008.

  /s/ Robert A. Sparks

Bolt v. USA
page 2