Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875

```
              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF ALASKA

CAROL BOLT,                                    )
                                               )
          Plaintiff,                           )
                                               )
     vs.                                       )
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
          Defendant.                           )
_____)
Case No. 4:02-0021 CV (RRB)
```

**ORDER GRANTING EXTENSION OF TIME**

Robert A. Sparks, having moved this Court for an extension of time until Tuesday, August 5, 2008, in which to file his Opposition to Mr. Stephen Cooper's Motion to Bifurcate and the Court having considered all relevant matters;

IT IS HEREBY ORDERED that Robert A. Sparks will have an extension of time until Tuesday, August 5, 2008, in which to file his Opposition to Defendant's Motion to Bifurcate.

DATED this _____ day of July, 2008.

_____
HONORABLE RALPH BEISTLINE
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was [x] mailed
[] faxed []hand delivered to:
Stephen Cooper
this 5th day of August, 2008
LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks__