Robert A. Sparks
Attorney-at-Law
1552 Noble Street
Fairbanks, Alaska 99701
phone: 907-451-0875
Fax: 907-451-9385
email: sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant. | ) |

Case No. :02-CV-00021-RRB

**ORDER DENYING DEFENDANT'S
MOTION FOR SEPARATE TRIAL AS TO LIABILITY**

Plaintiff Carol Bolt, by and through her attorney, Robert A. Sparks, having opposed the United States' Motion for Separate Trial as to Liability, the Court having considered all relevant matters;

IT IS HEREBY ORDERED THAT: Defendant United States' Motion for Separate Trial as to Liability is denied, because the Defendant has failed to show that this is an exceptional case in which bifurcation would result in any judicial economy, because of the Defendant's failure to timely raise this issue

and because of the prejudice that bifurcation at this last date would cause to Plaintiff Bolt.

```
_____        _____
 date           Hon. Ralph R. Beistline
                U.S. District Court Judge
```

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served via email
on:

Stephen Cooper
Asst. U.S. Attorney

this 5th day of August, 2008
THE LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks
Robert A. Sparks

Page 2
Bolt v. U.S.
02-0021 CV