Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL BOLT                           )<br>                                      )<br>     Plaintiff,                      )<br>                                      ) NO. F02-0021 CV (RRB)<br> V.                                   )<br>                                      )<br>                                      )<br> UNITED STATES OF AMERICA             )<br>                                      )<br>     Defendant                       )<br> _____) | |

<u>AFFIDAVIT OF ROBERT A. SPARKS</u>

Robert A. Sparks, being first duly sworn, deposes and states as follows:

    1.  I am the attorney representing Plaintiff Carol Bolt in the above-captioned action.

    2.  When I discussed the trial and discovery scheduling with the United States Attorney responsible for this case, Stephen Cooper, Mr. Cooper indicated that the Defendant needed a substantial period of time within which to collect Plaintiff Bolt's medical records and financial information, have that information reviewed by its trial experts and to have expert reports prepared.

1

3. I would have never agreed to the scheduling of a trial during March 2009, if the Defendant had indicated that it intended to try to obtain a bifurcation of liability, with the trial to be held on that trial date. I would have been willing to agree to bifurcation, if it had been discussed initially and a prompt trial date for a trial on liability had been set during 2008.

4. My office has incurred significant time and expense in obtaining additional updated medical and income records for Plaintiff Bolt and making arrangements for updated medical and economic expert reports for Carol Bolt for the trial of this case scheduled for March 2009. I have already obtained an updated report from Carol Bolt's medical expert, Dr. Gaw, and provided the updated report to Defendant's attorney.

5. I have been in contact with Carol Bolt's former husband Kevin Bolt, who lives in Texas. Mr. Bolt is a disabled veteran of the Iraq War.

Dated at Fairbanks, Alaska, this _____ day of August, 2008.

                            _____
                            Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this ___ day of August, 2008.

                            _____
                            Notary Public in and for _____
                            My Commission Expires: _____