UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  CAROL BOLT  </u>   v.   <u> USA </u>

DATE:   <u> August 20, 2008 </u>       CASE NO.   <u>  4:02-CV-0021-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO BIFURCATE**

---

      Before the Court, at Docket 78, is Defendant with a Motion for Separate Trial as to Liability, in which Defendant asks that the issue of liability be addressed before proceeding on the issue of damages.  Plaintiff opposes the motion at Docket 84 and the Defendant replies at Docket 86.

      The Court concludes that it would be better for both parties to proceed first on the issue of liability.  If Defendant prevails on this issue, then Plaintiff will have been spared considerable expense.  On the other hand, if Plaintiff prevails, the likelihood of settlement is increased, again with the possibility of less expense.

      The Court is prepared to try the liability portion of this case as early as December of this year if the parties so agree.  Otherwise the trial on liability only will proceed as scheduled.

      **IT IS SO ORDERED.**

M.O. GRANTING MOTION TO BIFURCATE